1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Embarcadero Center West
5  275 Battery Street
   San Francisco, CA 94111-3305
6  Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
7
   Attorneys for Plaintiff eBay Inc.
8

E-filing

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA        BZ

11                  SAN JOSE DIVISION

12  EBAY INC.,                    Case No.  CV 08 4052

13              Plaintiff,        **EBAY INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**
14       v.

15  DIGITAL POINT SOLUTIONS, INC.,
    SHAWN HOGAN, KESSLER'S
16  FLYING CIRCUS, THUNDERWOOD
    HOLDINGS, INC., TODD DUNNING,
17  BRIAN DUNNING,
    BRIANDUNNING.COM, and DOES 1-
18  20,

19              Defendants.

20

21

22

23       Plaintiff eBay Inc. ("eBay") hereby files this Disclosure Statement pursuant

24  Federal Rule of Civil Procedure 7.1. As of this date, eBay has no parent corporation, and

25  no publicly held corporation owns 10% or more of eBay's stock.

26

27

28

| | | |
|---|---|---|
| 1 | Dated: August 25, 2008 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ Colleen Kennedy |
| 4 | | David R. Eberhart, Esq.<br>Sharon M. Bunzel, Esq. |
| 5 | | Colleen M. Kennedy, Esq.<br>Attorneys for Plaintiff eBAY INC. |

SF1:725845.1

- 2 -     FRCP 7.1 DISCLOSURE STATEMENT