1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Embarcadero Center West
5  275 Battery Street
   San Francisco, CA  94111-3305
6  Telephone:  (415) 984-8700
   Facsimile:   (415) 984-8701
7
   Attorneys for Plaintiff eBay Inc.
8

FILED
08 AUG 25 PM 2:33
RICHARD W. ...
CLERK, U.S. DISTRICT ...
NORTHERN D...

E-filing

BZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | Case No. CV 08 4052 |
| Plaintiff, | EBAY INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16 |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, | |
| Defendants. | |

Plaintiff eBay Inc. ("eBay") hereby files this Certification of Interested Entities or Persons pursuant Northern District of California Civil Local Rule 3-16.  The undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by

1  the outcome of this proceeding: the interests of eBay International A.G. could be
2  substantially affected by the outcome of this proceeding because, separate from the
3  damages suffered by eBay, eBay International A.G. was damaged by the conduct of the
4  Defendants.

Dated: August 25, 2008

O'MELVENY & MYERS LLP

By: /s/ Colleen Kennedy
David R. Eberhart, Esq.
Sharon M. Bunzel, Esq.
Colleen M. Kennedy, Esq.
Attorneys for Plaintiff eBAY INC.

SF1:725846.1