AO 440 (Rev. 04/08) Civil Summons

## UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

EBAY INC.,
              Plaintiff     )
                   v.         )
DIGITAL POINT SOLUTIONS, INC., SHAWN  )  Civil Action No. C08-4052 B2
HOGAN, KESSLER'S FLYING CIRCUS,  )
THUNDERWOOD HOLDINGS, INC., TODD  )
DUNNING, BRIAN DUNNING,
BRIANDUNNING.COM, and DOES 1-20,
             Defendants

### Summons in a Civil Action

To: *(Defendant's name and address)*
    DIGITAL POINT SOLUTIONS, INC.,
    c/o Shawn Hogan
    8465 Regents Road, Apt. 448
    San Diego, CA 92122
A lawsuit has been filed against you.

      Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David R. Eberhart, Esq.        Telephone (415) 984-8700
Sharon M. Bunzel, Esq.        Facsimile (415) 984-8701
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Fl.
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

Date: August 25, 2008  AUG 2 6 2008

Name of clerk of court
**LASHANDA SCOTT**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com