1 DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
2 SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
3 COLLEEN M. KENNEDY (S.B. #227107)
ckennedy@omm.com
4 O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
5 San Francisco, CA  94111
Telephone:    (415) 984-8700
6 Facsimile:    (415) 984-8701

7 Attorneys for Plaintiff eBay Inc.

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

11

12 EBAY INC.,                             Case No.  C 08-04052 (PVT)

13              Plaintiff,                **NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

14       v.

15 DIGITAL POINT SOLUTIONS, INC.,
SHAWN HOGAN, KESSLER'S
16 FLYING CIRCUS, THUNDERWOOD
HOLDINGS, INC., TODD DUNNING,
17 BRIAN DUNNING,
BRIANDUNNING.COM, and DOES 1-
18 20,

19              Defendants.

20

21

22

23

24

25

26

27

28

SF1:726237.1

1    TO THE CLERK OF THE COURT AND TO ALL PARTIES IN THIS ACTION:

2         PLEASE TAKE NOTICE that, effective September 1, 2008, the San Francisco

3    office of O'Melveny & Myers LLP has moved from Embarcadero Center West, 275

4    Battery Street, San Francisco, California 94111 to:

5              O'MELVENY & MYERS LLP
               Two Embarcadero Center, 28th Floor
6              San Francisco, California 94111
               Telephone:    (415) 984-8700
7              Facsimile:    (415) 984-8701

8

9
     DATED:  September 3, 2008              O'MELVENY & MYERS LLP
10

11
                                           By:  /s/ David R. Eberhart
12                                              DAVID R. EBERHART
                                           Attorneys for Plaintiff eBAY INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28