1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   SHARON M. BUNZEL (S.B. #181609)
    sbunzel@omm.com
3   COLLEEN M. KENNEDY (S.B. #227107)
    ckennedy@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
5   San Francisco, CA  94111
    Telephone:    (415) 984-8700
6   Facsimile:     (415) 984-8701

7   Attorneys for Plaintiff eBay Inc.

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

                        SAN JOSE DIVISION
11

12  EBAY INC.,                              Case No.  C 08-4052 (PVT)

13                  Plaintiff,              **DECLINATION TO PROCEED
                                            BEFORE A MAGISTRATE JUDGE AND
14        v.                                REQUEST FOR REASSIGNMENT TO A
                                            UNITED STATES DISTRICT JUDGE**
15  DIGITAL POINT SOLUTIONS, INC.,
    SHAWN HOGAN, KESSLER'S
16  FLYING CIRCUS, THUNDERWOOD
    HOLDINGS, INC., TODD DUNNING,
17  BRIAN DUNNING,
    BRIANDUNNING.COM, and DOES 1-
18  20,

19                  Defendants.

20

21

22

23

24

25

26

27

28

1    The undersigned party hereby respectfully declines to consent to the assignment of

2  this case to a United States Magistrate Judge for trial and disposition and hereby requests

3  the reassignment of this case to a United States District Court Judge pursuant to Local

4  Rule 73-1(a)(1).

5

6  Dated:  September 3, 2008

                                                    O'MELVENY & MYERS LLP
7

8

9                                          By:    /s/ David R. Eberhart
                                                  David R. Eberhart, Esq.
                                                  Sharon M. Bunzel, Esq.
10                                                Colleen M. Kennedy, Esq.
                                                  Attorneys for Plaintiff eBAY INC.
11

12  SF1:726201.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2        DECLINATION TO MAGISTRATE AND REQUEST FOR
                                             REASSIGNMENT TO DIST JUDGE - C 08-4052 (PVT)