1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California 94111
   Telephone: (415) 984-8700
6  Facsimile: (415) 984-8701

7  Attorneys for Plaintiff eBay Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | Case No. 08-04052 (PVT) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, | |
| Defendants. | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | I am a citizen of the United States and employed in San Francisco County, |
| 3 | California. I am over the age of eighteen years and not a party to this action. My business |
| 4 | address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111. I am |
| 5 | readily familiar with this firm's practice for collection and processing of correspondence |
| 6 | for mailing with the United States Postal Service. In the ordinary course of business, |
| 7 | correspondence collected from me would be processed on the same day, with postage |
| 8 | thereon fully prepaid and placed for deposit that day with the United States Postal Service. |
| 9 | On September 3, 2008 I served the following: |
| 10 | **NOTICE OF COUNSEL'S CHANGE OF ADDRESS** |
| 11 | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| 12 | |
| 13 | **PROOF OF SERVICE** |
| 14 | by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, |
| 15 | and placing the envelope for collection and mailing today with the United States Postal |
| 16 | Service in accordance with the firm's ordinary business practices, addressed as follows: |

| | |
|---|---|
| Brian Dunning<br>15 High Bluff<br>Laguna Niguel, CA 92677 | Digital Point Solutions, Inc.,<br>c/o Shawn Hogan<br>8465 Regents Road, Apt. 448<br>San Diego, CA 92122 |
| Thunderwood Holdings, Inc.,<br>c/o Brian Dunning<br>15 High Bluff<br>Laguna Niguel, CA 92677 | BrianDunning.com<br>c/o Brian Dunning<br>15 High Bluff<br>Laguna Niguel, CA 92677 |
| Todd Dunning<br>1 Stockbridge<br>Aliso Viejo, CA 92656 | Kessler's Flying Circus<br>c/o Todd Dunning<br>1 Stockbridge<br>Aliso Viejo, CA 92656 |
| Shawn Hogan<br>8465 Regents Road, Apt. 448<br>San Diego, CA 92122 | |

1  I declare under penalty of perjury under the laws of the United States that
2  the above is true and correct.  Executed on September 3, 2008, at San Francisco,
3  California.

4
5                                                           /s/ Michael O'Donnell
6                                                           Michael O'Donnell

7
SF1:726772.1
8