RONALD RUS, #67369
rrus@rusmiliband.com
LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendants
THUNDERWOOD HOLDINGS, INC.,
BRIAN DUNNING, and BRIANDUNNING.COM

\*\*E-Filed 3/18/09\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, <br><br> Defendants. | CASE NO. CV 08-4052 JF (PVT) <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON** <br><br> Honorable Jeremy Fogel, Judge presiding |

TO THE HONORABLE JEREMY FOGEL, JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties to this action, by and through their attorneys of record, hereby agree and stipulate based on the following recitals:

/ / /

/ / /

/ / /

1

**RECITALS**

A. Plaintiff EBAY INC. commenced this action on August 25, 2008.

B. The Initial Case Management Conference is currently set for March 23, 2009 at 10:30 a.m.

C. All Defendants to the action filed Motions to Dismiss the Complaint. Defendants' Motions were heard on December 12, 2008.

D. Defendants' Motions to Dismiss were granted with leave to amend and/or granted in part with leave to amend, such that Plaintiff has until March 26, 2009 to file an amended complaint.

E. Plaintiff intends to file an amended complaint on or before March 26, 2009. It is anticipated that one or more of the Defendants will challenge the amended complaint.

F. The parties agree that the Initial Case Management Conference will be more productive if it is continued to enable resolution of the pleadings.

**WHEREFORE**, the Parties agree as follows:

1. The Initial Case Management Conference presently set for March 23, 2008 at 10:30 a.m. is continued to May 15, 2009 at 10:30 a.m.

2. The Stipulation may be executed in one or more counterparts.

DATED: March 17, 2009　　　　O'MELVENY & MYERS

By: _____
David R. Eberhart
Sharon Bunzel
Attorneys for Plaintiff eBay, Inc.

DATED: March 17, 2009　　　　RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
Leo J. Presiado
Attorneys for Defendants Thunderwood Holdings, Inc., Brian Dunning and BrianDunning.com

2

| | | |
|---|---|---|
| 1 | DATED: March /7, 2009. | FREELAND, COOPER & FOREMAN, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Stewart H. Foreman<br>Attorneys for Defendants Todd Dunning and<br>Dunning Enterprises, Inc. |
| 5 | | |
| 6 | | |
| 7 | DATED: March __, 2009 | COAST LAW GROUP, LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Seyamack Kouretchian<br>Ross Campbell |
| 11 | | Attorneys for Digital Point Solutions, Inc. and<br>Shawn Hogan |
| 12 | | |
| 13 | DATED: March __, 2009 | LAW OFFICES OF PATRICK K. MCCLELLAN |
| 14 | | |
| 15 | | By: _____ |
| 16 | | Patrick K. McClellan<br>Attorney for Kessler's Flying Circus |
| 17 | | |
| 18 | IT IS SO ORDERED. | |

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 1 | DATED: March __, 2009. | FREELAND, COOPER & FOREMAN, LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Stewart H. Foreman<br>Attorneys for Defendants Todd Dunning and<br>Dunning Enterprises, Inc. |

DATED: March 17, 2009    COAST LAW GROUP. LLP

By: /s/ _____
Seyamack Kouretchian
Ross Campbell
Attorneys for Digital Point Solutions, Inc. and
Shawn Hogan

DATED: March __, 2009    LAW OFFICES OF PATRICK K. MCCLELLAN

By:_____
Patrick K. McClellan
Attorney for Kessler's Flying Circus

IT IS SO ORDERED.

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 1 | DATED: March __, 2009. | FREELAND, COOPER & FOREMAN, LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Stewart H. Foreman<br>Attorneys for Defendants Todd Dunning and<br>Dunning Enterprises, Inc. |
| 5 | | |
| 6 | | |
| 7 | DATED: March __, 2009 | COAST LAW GROUP. LLP |
| 8 | | |
| 9 | | By:_____ |
| 10 | | Seyamack Kouretchian<br>Ross Campbell<br>Attorneys for Digital Point Solutions, Inc. and<br>Shawn Hogan |
| 11 | | |
| 12 | | |
| 13 | DATED: March 17, 2009 | LAW OFFICES OF PATRICK K. MCCLELLAN |
| 14 | | |
| 15 | | By: /s/ Patrick McClellan |
| 16 | | Patrick K. McClellan<br>Attorney for Kessler's Flying Circus |

IT IS SO ORDERED.

3/18/09

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing:

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON** was filed with the Court's Electronic Filing System on March 17, 2009 and may be accessed electronically.

s/ Leo J. Presiado
Leo J. Presiado
Rus, Miliband & Smith, APC
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
Email: lpresiado@rusmiliband.com
Attorneys for Defendants Thunderwood Holdings, Inc., Brian Dunning and Briandunning.com