RONALD RUS, #67369
rrus@rusmiliband.com
LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendants
THUNDERWOOD HOLDINGS, INC.,
BRIAN DUNNING, and BRIANDUNNING.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20,<br><br>   Defendants. | CASE NO. CV 08-4052 JF (PVT)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER THEREON**<br><br>Honorable Jeremy Fogel, Judge presiding |

TO THE HONORABLE JEREMY FOGEL, JUDGE OF THE UNITED STATES DISTRICT COURT:

   The parties to this action, by and through their attorneys of record, hereby agree and stipulate based on the following recitals:

/ / /

/ / /

/ / /

1

## RECITALS

A. Plaintiff EBAY INC. commenced this action on August 25, 2008.

B. Plaintiff filed its First Amended Complaint on October 7, 2008 ("FAC").

C. All Defendants to the action filed Motions to Dismiss the FAC. Defendants' Motions were heard on December 12, 2008.

D. On February 24, 2009 Defendants' Motions to Dismiss the FAC were granted with leave to amend and/or granted in part with leave to amend, such that Plaintiff was given 30 days to file a second amended complaint.

E. Plaintiff filed its Second Amended Complaint on March 26, 2009 ("SAC").

F. Defendants contend that they require more than the statutory 10-day period to respond to the SAC.

G. The parties agree that Defendants shall have 30 days to respond to the SAC such that Defendants' responses to the SAC shall be filed and served on or before April 27, 2009.

**WHEREFORE**, the Parties agree as follows:

1. Defendants shall have until April 27, 2009 to file and serve a response to the SAC.

2. Defendants shall coordinate so that to the extent more than one Defendant files a motion in response to the SAC, such motions shall be set for hearing on the same date.

3. The Stipulation may be executed in one or more counterparts.

DATED: April 6, 2009

O'MELVENY & MYERS

By: _____
David R. Eberhart
Sharon M. Bunzel
Colleen M. Kennedy
Attorneys for Plaintiff eBay, Inc.

- 2

| | | |
|---|---|---|
| 1 | DATED: April 3, 2009 | RUS, MILIBAND & SMITH |
| 2 | | A Professional Corporation |
| 3 | | By: _____ |
| 4 | | Leo J. Presiado |
| | | Attorneys for Defendants |
| 5 | | Thunderwood Holdings, Inc., Brian Dunning |
| | | and BrianDunning.com |

DATED: April 3, 2009                   FREELAND, COOPER & FOREMAN, LLP

By: _____
Stewart H. Foreman
Daniel Bernhard
Attorneys for Defendants Todd Dunning
and Dunning Enterprises, Inc.

DATED: April __, 2009                  COAST LAW GROUP, LLP

By: _____
Seyamack Kouretchian
Ross Campbell
Attorneys for Digital Point Solutions, Inc.
and Shawn Hogan

DATED: April __, 2009                  LAW OFFICES OF PATRICK K. MCCLELLAN

By: _____
Patrick K. McClellan
Attorney for Kessler's Flying Circus

IT IS SO ORDERED.

DATED: 4/9/09                          _____
                                        HONORABLE JEREMY FOGEL
                                        JUDGE OF THE UNITED STATES DISTRICT COURT

3

```
 1  DATED: April 3, 2009              RUS, MILIBAND & SMITH
                                      A Professional Corporation
 2
 3                                    By: /s/ Leo J. Presiado
 4                                        Leo J. Presiado
                                          Attorneys for Defendants
 5                                        Thunderwood Holdings, Inc., Brian Dunning
                                          and BrianDunning.com
 6
 7  DATED: April __, 2009              FREELAND, COOPER & FOREMAN, LLP
 8
 9                                    By:_____
                                          Stewart H. Foreman
10                                        Daniel Bernhard
                                          Attorneys for Defendants Todd Dunning
11                                        and Dunning Enterprises, Inc.
12
13  DATED: April 5, 2009              COAST LAW GROUP, LLP
14
15                                    By: /s/
                                          Seyamack Kouretchian
16                                        Ross Campbell
                                          Attorneys for Digital Point Solutions, Inc.
17                                        and Shawn Hogan
18
19  DATED: April __, 2009              LAW OFFICES OF PATRICK K. MCCLELLAN
20
21                                    By:_____
                                          Patrick K. McClellan
22                                        Attorney for Kessler's Flying Circus
23

24          IT IS SO ORDERED.
25
26  DATED:                            _____
                                      HONORABLE JEREMY FOGEL
27                                    JUDGE OF THE UNITED STATES DISTRICT COURT
28
                                          3
```

1  DATED: April 3, 2009                RUS, MILIBAND & SMITH
2                                      A Professional Corporation
3                                      By: /s/ Leo Presiado
4                                         Leo J. Presiado
                                          Attorneys for Defendants
5                                         Thunderwood Holdings, Inc., Brian Dunning
                                          and BrianDunning.com
6

7  DATED: April __, 2009               FREELAND, COOPER & FOREMAN, LLP
8
9                                      By:_____
10                                        Stewart H. Foreman
                                          Daniel Bernhard
11                                        Attorneys for Defendants Todd Dunning
                                          and Dunning Enterprises, Inc.
12

13 DATED: April __, 2009               COAST LAW GROUP. LLP
14
15                                     By:_____
                                          Seyamack Kouretchian
16                                        Ross Campbell
                                          Attorneys for Digital Point Solutions, Inc.
17                                        and Shawn Hogan
18

19 DATED: April 3, 2009                LAW OFFICES OF PATRICK K. MCCLELLAN
20
21                                     By: /s/ Patrick K. McClellan
                                          Patrick K. McClellan
22                                        Attorney for Kessler's Flying Circus
23

24         IT IS SO ORDERED.
25
26 DATED:                              _____
                                       HONORABLE JEREMY FOGEL
27                                     JUDGE OF THE UNITED STATES DISTRICT COURT
28

                                       3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER THEREON** was filed with the Court's Electronic Filing System on April 6, 2009 and may be accessed electronically.

s/ Leo J. Presiado
Leo J. Presiado
Rus, Miliband & Smith, APC
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
Email: lpresiado@rusmiliband.com
Attorneys for Defendants Thunderwood Holdings,
Inc., Brian Dunning and Briandunning.com
