# EXHIBIT 13

Dockets.Justia.com

1   STEWART H. FOREMAN (CSB #61149)
    foreman@freelandlaw.com
2   DANIEL T. BERNHARD (CSB #104229)
    bernhard@freelandlaw.com
3   FREELAND COOPER & FOREMAN LLP
    150 Spear Street, Suite 1800
4   San Francisco, California 94105
    Telephone:    (415) 541-0200
5   Facsimile:    (415) 495-4332

6   Attorneys for Defendants KESSLER'S FLYING
    CIRCUS and TODD DUNNING

7



8                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF ORANGE, CENTRAL BRANCH

10

11  COMMISSION JUNCTION, INC.              CASE NO.: 30-2008 00101025

12              Plaintiff,                 Assigned for All Purposes to Judge
                                           Randell L. Wilkinson Department C25
13          v.
                                           **DEFENDANT KESSLER'S FLYING**
14  THUNDERWOOD HOLDINGS, INC. dba         **CIRCUS'S RESPONSES TO**
    KESSLER'S FLYING CIRCUS; TODD          **PLAINTIFF'S REQUEST FOR THE**
15  DUNNING; BRIAN DUNNING; and DOES 1     **IDENTIFICATION, PRODUCTION**
    through 50, inclusive,                 **AND COPYING OF DOCUMENTS,**
16                                         **SET ONE**
                Defendants.
17

18

19  PROPOUNDING PARTY:        Plaintiff COMMISSION JUNCTION, INC.

20  RESPONDING PARTY:         Defendant KESSLER'S FLYING CIRCUS

21  SET NUMBER:               ONE (1)

22          Defendant Kessler's Flying Circus ("Defendant" or "KFC") responds to plaintiff Commission

23  Junction, Inc.'s ("Plaintiff" or "CJI") Request For The Identification, Production and Copying of

24  Documents, Set One, pursuant to Code of Civil Procedure § 2031.210, et seq., as follows:

25                                  **GENERAL OBJECTIONS**

26          1.      Defendant objects to each document request to the extent that it seeks information that

27  is not relevant to the subject matter of this matter or reasonably calculated to lead to the discovery of

28  admissible evidence.  Specifically, and without limiting the generality of this objection, Defendant

*(left margin)* FREELAND COOPER & FOREMAN LLP / 150 Spear Street, Suite 1800 / San Francisco, California 94105

                                                                                    1

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION,
PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

ERNSTERSUBPOENA00563

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

objects on relevancy grounds to each document request to the extent each request seeks document that are beyond the subject matter of the complaint, and the alleged contract and related payments, between Defendant and Plaintiff.

2.     Defendant objects to each document request on the grounds that it seeks documents that are not in the possession, custody and/or control of this Defendant.

3.     Defendant objects to each document request on the grounds that it is overly broad and burdensome to produce the requested documents.

4.     Defendant objects to each document request on the grounds that it is ambiguous and unintelligible, and therefore, Defendant cannot identify documents in order to respond to the request.

5.     Defendant objects to each document request to the extent that it incorporates by reference the definitions contained in Plaintiff's document request and these definitions purport to require information that is beyond the scope and obligations of California Code of Civil Procedure § 2031.010, et seq.

6.     Defendant objects to each document request to the extent that it seeks production of documents that are protected by the attorney-client privilege and/or attorney work product doctrine, or seek to obtain documents that are confidential and not subject to disclosure, absent an appropriate protective order between the parties.

7.     All responses herein are made to the best of Defendant's present knowledge and belief. Defendant has not yet completed discovery, trial preparation, or investigation of the facts underlying this action, and consequently gives the following responses without prejudice to their right to produce documents as they subsequently discover additional facts or develop analyses.     Accordingly, responses provided herein are provided subject to the express qualification that Defendant may yet discover facts relating to the subject matter of Plaintiff's Document Requests, which may alter Defendant's position with respect to one or more of its responses to these requests.

8.     Documents that are responsive to more than one document request will only be produced once.  Defendant will produce these documents for inspection at its offices at a reasonable time, or will make reasonable arrangements to produce copies for Plaintiff.

2

ERNSTERSUBPOENA00564

**SPECIFIC RESPONSES**

Subject to and without waiving any of the foregoing General Objections, which are incorporated by reference into each and every one of the following responses, Defendant responds to the specific requests as follows:

**REQUEST FOR PRODUCTION NO. 1:**

Any and all written agreements or contracts between YOU and CJI.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

KFC does not have in its possession, custody or control a written agreement or contract with CJI.

**REQUEST FOR PRODUCTION NO. 2:**

Any and all written agreements or contracts between YOU and THI.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

KFC incorporates by reference General Objection Nos. 1 and 3.  Without waiving these objections, KFC is not aware of the existence of any written agreements relating to the subject matter of this complaint.

**REQUEST FOR PRODUCTION NO. 3:**

Any and all written agreements or contracts between YOU and TODD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

KFC incorporates by reference General Objection Nos. 1 and 3.  Without waiving these objections, KFC is not aware of the existence of any written agreements relating to the subject matter of this complaint.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all written agreements or contracts between YOU and BRIAN.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

KFC incorporates by reference General Objection Nos. 1 and 3.  Without waiving these objections, KFC is not aware of the existence of any written agreements relating to the subject matter of this complaint.

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

ERNSTERSUBPOENA00565

1   **REQUEST FOR PRODUCTION NO. 5**:

2       Any and all WRITINGS and/or WRITTEN COMMUNICATION sent by YOU to CJI.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

4       KFC does not have possession, custody or control of copies of all written communications.

5   KFC will produce copies of those documents in its possession, custody or control which are number

6   KFC000001 - 10.

7   **REQUEST FOR PRODUCTION NO. 6:**

8       Any and all WRITINGS and/or WRITTEN COMMUNICATION sent by THI to CJI.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

10      KFC incorporates by reference General Objection Nos. 1 and 2.  Without waiving these

11  objections, KFC is not aware of the existence of any such writings or written communications relating

12  to the subject matter of this complaint.  In addition, KFC does not have possession custody or control

13  of documents of THI.

14  **REQUEST FOR PRODUCTION NO. 7:**

15      Any and all WRITINGS and/or WRITTEN COMMUNICATION sent by BRIAN to CJI.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

17      KFC incorporates by reference General Objection Nos. 1 and 2.  Without waiving these

18  objections, KFC is not aware of the existence of any such writing or written communications relating

19  to the subject matter of this complaint except for the documents identified in response to request

20  number 5. In addition, KFC does not have possession custody or control of documents of BRIAN.

21  **REQUEST FOR PRODUCTION NO. 8:**

22      Any and all WRITINGS and/or WRITTEN COMMUNICATION sent by TODD to CJI.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

24      KFC incorporates by reference General Objection Nos. 1 and 2.  Without waiving these

25  objections, KFC is not aware of the existence of any such writing or written communications relating

26  to the subject matter of this complaint except for the documents identified in response to request

27  number 5. In addition, KFC does not have possession custody or control of documents of TODD.

28  **REQUEST FOR PRODUCTION NO. 9:**

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

4

ERNSTERSUBPOENA00566

1    Any and all WRITINGS and/or WRITTEN COMMUNICATION sent by CJI to YOU.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

3    KFC does not have possession, custody or control of copies of all written communications.

4    KFC will produce copies of those documents in its possession, custody or control with document

5    numbers KFC 000001 – 10.

6    **REQUEST FOR PRODUCTION NO. 10:**

7    Any and all WRITINGS and/or WRITTEN COMMUNICATION sent by THI to YOU.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

9    KFC incorporates by reference General Objection Nos. 1 and 3.   Without waiving these

10   objections, KFC is not aware of the existence of any such writings or written communications relating

11   to the subject matter of this complaint.

12   **REQUEST FOR PRODUCTION NO. 11:**

13   Any and all WRITINGS and/or WRITTEN COMMUNICATION sent by BRIAN to YOU.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

15   KFC incorporates by reference General Objection Nos. 1 and 3.   Without waiving these

16   objections, KFC is not aware of the existence of any such writings or written communications relating

17   to the subject matter of this complaint except for the documents identified in response to request

18   number 5.

19   **REQUEST FOR PRODUCTION NO. 12:**

20   Any and all WRITINGS and/or WRITTEN COMMUNICATION sent by TODD to YOU.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

22   KFC incorporates by reference General Objection Nos. 1 and 3.   Without waiving these

23   objections, KFC is not aware of the existence of any such writings or written communications relating

24   to the subject matter of this complaint except for the documents identified in response to request

25   number 5.

26   **REQUEST FOR PRODUCTION NO. 13:**

27   Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect the terms,

28   negotiation, execution, and creation/drafting of any and all agreements and/or contracts, written

5

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

ERNSTERSUBPOENA00567

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1   and/or oral, entered into between KFC (on the one hand) and CJI (on the other hand).

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

3      KFC does not have in its possession, custody or control any documents responsive to this

4   request.

5   **REQUEST FOR PRODUCTION NO. 14:**

6      Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect the terms,

7   negotiation, execution, and creation/drafting of any and all agreements and/or contracts, written and/or

8   oral, entered into between THI (on the one hand) and CJI (on the other hand).

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

10     KFC does not have in its possession, custody or control any documents responsive to this

11  request. In addition, KFC does not have possession custody or control of documents of THI.

12  **REQUEST FOR PRODUCTION NO. 15:**

13     Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect the terms,

14  negotiation, execution, and creation/drafting of any and all agreements and/or contracts, written and/or

15  oral, entered into between BRIAN (on the one hand) and CJI (on the other hand).

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

17     KFC does not have in its possession, custody or control any documents responsive to this

18  request. In addition, KFC does not have possession custody or control of documents of BRIAN.

19  **REQUEST FOR PRODUCTION NO. 16:**

20     Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect the terms,

21  negotiation, execution, and creation/drafting of any and all agreements and/or contracts, written and/or

22  oral, entered into between TODD (on the one hand) and CJI (on the other hand).

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

24     KFC does not have in its possession, custody or control any documents responsive to this

25  request. In addition, KFC does not have possession custody or control of documents of TODD.

26  **REQUEST FOR PRODUCTION NO. 17:**

27     Any and all WRITINGS and/or WRITTEN COMMUNICATION of KFC that reference

28  telephone calls to or from CJI employees, officers, and/or agents; including, but limited to, payment

6

ERNSTERSUBPOENA00568

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

records, memoranda, invoices, notes, files, cell phone logs, cell phone invoices, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

KFC does not have in its possession, custody or control all documents, if any, responsive to this request.  KFC will produce copies of those emails in its possession, custody or control with document identification numbers KFC000001 - 10.

**REQUEST FOR PRODUCTION NO. 18:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of THI that reference telephone calls to or from CJI employees, officers, and/or agents; including, but limited to, payment records, memoranda, invoices, notes, files, cell phone logs, cell phone invoices, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

KFC incorporates by reference General Objections Nos. 1, 2 & 3.  Without waiving these objections, KFC does not have in its possession, custody or control any documents responsive to this request.  In addition, KFC does not have possession custody or control of documents of THI.

**REQUEST FOR PRODUCTION NO. 19:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of TODD that reference telephone calls to or from CJI employees, officers, and/or agents; including, but limited to, payment records, memoranda, invoices, notes, files, cell phone logs, cell phone invoices, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

KFC incorporates by reference General Objections Nos. 1, 2 & 3.  Without waiving these objections, KFC does not have in its possession, custody or control all documents, if any, responsive to this request except for documents KFC000001 - 10.  In addition, KFC does not have possession custody or control of documents of TODD.

**REQUEST FOR PRODUCTION NO. 20:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of BRIAN that reference telephone calls to or from CJI employees, officers, and/or agents; including, but limited to, payment

7

ERNSTERSUBPOENA00569

records, memoranda, invoices, notes, files, cell phone logs, cell phone invoices, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

KFC incorporates by reference General Objections Nos. 1, 2 & 3. Without waiving these objections, KFC does not have in its possession, custody or control all documents, if any, responsive to this request except for documents KFC000001 - 10. In addition, KFC does not have possession custody or control of documents of BRIAN.

**REQUEST FOR PRODUCTION NO. 21:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of KFC employees, officers, and/or agents that reference communications to or from CJI employees, officers, and/or agents; including, but limited to, letters, email, memoranda, invoices, notes, files, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

KFC incorporates by reference General Objection Nos. 1 & 3. Without waiving these objections, KFC does not have possession, custody or control of copies of all documents responsive to this request. KFC will produce copies of those emails in its possession, custody or control with document identification numbers KFC000001 - 10.

**REQUEST FOR PRODUCTION NO. 22:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of THI employees, officers, and/or agents that reference communications to or from CJI employees, officers, and/or agents; including, but limited to, letters, email, memoranda, invoices, notes, files, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

KFC incorporates by reference General Objection Nos. 1 & 3. Without waiving these objections, KFC does not have in its possession, custody or control any documents responsive to this request. In addition, KFC does not have possession custody or control of documents of THI.

**REQUEST FOR PRODUCTION NO. 23:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of BRIAN's employees, officers, and/or agents that reference communications to or from CJI employees, officers, and/or agents; including, but limited to, letters, email, memoranda, invoices, notes, files, and/or computer

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

8

ERNSTERSUBPOENA00570

1    records.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

3        KFC incorporates by reference General Objection Nos. 1 & 3.   Without waiving these

4    objections, KFC does not have in its possession, custody or control documents responsive to this

5    request.  In addition, KFC does not have possession custody or control of documents of BRIAN.

6    **REQUEST FOR PRODUCTION NO. 24:**

7        Any and all WRITINGS and/or WRITTEN COMMUNICATION of TODD employees,

8    officers, and/or agents that reference communications to or from CJI employees, officers, and/or

9    agents; including, but limited to, letters, email, memoranda, invoices, notes, files, and/or computer

10    records.

11    **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

12        KFC incorporates by reference General Objection Nos. 1 & 3.   Without waiving these

13    objections, KFC does not have possession, custody or control of copies of documents responsive to

14    this request.  KFC will produce copies of those emails in its possession, custody or control bearing

15    document identification numbers KFC000001 - 10.   In addition, KFC does not have possession

16    custody or control of documents of TODD.

17    **REQUEST FOR PRODUCTION NO. 25:**

18        Any and all KFC email to or from CJI employees, officers, and/or agents; including, but

19    limited to, memoranda, invoices, notes, files, print-outs of computer files, and/or computer records.

20    **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

21        KFC incorporates by reference General Objection Nos. 1 & 3.   Without waiving these

22    objections, KFC does not have possession, custody or control of copies of all documents responsive to

23    this request.  KFC will produce copies of those emails in its possession, custody or control bearing

24    document identification numbers KFC000001 - 10.

25    **REQUEST FOR PRODUCTION NO. 26:**

26        Any and all THI email to or from CJI employees, officers, and/or agents; including, but

27    limited to, memoranda, invoices, notes, files, print-outs of computer files, and/or computer records.

28    **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

9

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION,
PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

1    KFC incorporates by reference General Objection Nos. 1 & 3.  Without waiving these

2    objections, KFC does not have in its possession, custody or control any documents responsive to this

3    request.  In addition, KFC does not have possession custody or control of documents of THI.

4    **REQUEST FOR PRODUCTION NO. 27:**

5        Any and all BRIAN email to or from CJI employees, officers, and/or agents; including, but

6    limited to, memoranda, invoices, notes, files, print-outs of computer files, and/or computer records.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

8        KFC incorporates by reference General Objection Nos. 1 & 3.  Without waiving these

9    objections, KFC does not have in its possession, custody or control any documents responsive to this

10   request.  In addition, KFC does not have possession custody or control of documents of BRIAN.

11   **REQUEST FOR PRODUCTION NO. 28:**

12       Any and all TODD email to or from CJI employees, officers, and/or agents; including, but

13   limited to, memoranda, invoices, notes, files, print-outs of computer files, and/or computer records.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

15       KFC incorporates by reference General Objection Nos. 1 & 3.  Without waiving these

16   objections, KFC does not have possession, custody or control of copies of all documents responsive to

17   this request.  KFC will produce copies of those emails in its possession, custody or control bearing

18   document identification numbers KFC000001 - 10.   In addition, KFC does not have possession

19   custody or control of documents of TODD.

20   **REQUEST FOR PRODUCTION NO. 29:**

21       Any and all KFC email that refers to, references, and/or discusses CJI or its employees,

22   officers, and/or agents; including, but limited to, memoranda, invoices, notes, files, print-outs of

23   computer files, and/or computer records.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

25       KFC incorporates by reference General Objection Nos. 1, 3 & 4.  Without waiving these

26   objections, KFC does not have possession, custody or control of copies of all documents responsive to

27   this request.  KFC will produce copies of those emails in its possession, custody or control bearing

28   document identification numbers KFC000001 - 10.

10

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION,
PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

ERNSTERSUBPOENA00572

1  **REQUEST FOR PRODUCTION NO. 30:**

2  　　Any and all KFC email that refers to, references, and/or discusses THI or its employees,

3  officers, and/or agents; including, but limited to, memoranda, invoices, notes, files, print-outs of

4  computer files, and/or computer records.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

6  　　KFC incorporates by reference General Objection Nos. 1, 3 & 4.  Without waiving these

7  objections, KFC does not have in its possession, custody or control any documents responsive to this

8  request.

9  **REQUEST FOR PRODUCTION NO. 31:**

10  　　Any and all KFC email that refers to, references, and/or discusses TODD or his employees,

11  officers, and/or agents; including, but limited to, memoranda, invoices, notes, files, print-outs of

12  computer files, and/or computer records.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

14  　　KFC incorporates by reference General Objection Nos. 1, 3 & 4.  Without waiving these

15  objections, KFC does not have in its possession, custody or control any documents responsive to this

16  request.

17  **REQUEST FOR PRODUCTION NO. 32:**

18  　　Any and all KFC email that refers to, references, and/or discusses BRIAN or his employees,

19  officers, and/or agents; including, but limited to, memoranda, invoices, notes, files, print-outs of

20  computer files, and/or computer records.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

22  　　KFC incorporates by reference General Objection Nos. 1, 3 & 4.  Without waiving these

23  objections, KFC does not have in its possession, custody or control any documents responsive to this

24  request.

25  **REQUEST FOR PRODUCTION NO. 33:**

26  　　Any and all WRITINGS and/or WRITTEN COMMUNICATION of KFC that consist of, refer

27  to, reference, and/or discuss any and all financial records regarding CJI including, but limited to,

28  memoranda, reports, invoices, notes, files, print-outs of computer files, and/or computer records.

11

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

ERNSTERSUBPOENA00573

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

KFC incorporates by reference General Objection Nos. 1, 3 & 4.  Specifically, KFC cannot determine what documents are described as "writings or written communications of KFC that consist of, refer to, reference, and/or discuss any and all financial records regarding CJI."

**REQUEST FOR PRODUCTION NO. 34:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of THI that consist of, refer to, reference, and/or discuss any and all financial records regarding CJI including, but limited to, memoranda, reports, invoices, notes, files, print-outs of computer files, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

KFC incorporates by reference General Objection Nos. 1, 3 & 4.  Specifically, KFC cannot determine what documents are described as "writings or written communications of THI that consist of, refer to, reference, and/or discuss any and all financial records regarding CJI."  In addition, KFC does not have possession custody or control of documents of THI.

**REQUEST FOR PRODUCTION NO. 35:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of TODD that consist of, refer to, reference, and/or discuss any and all financial records regarding CJI including, but limited to, memoranda, reports, invoices, notes, files, print-outs of computer files, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

KFC incorporates by reference General Objection Nos. 1, 3 & 4.  Specifically, KFC cannot determine what documents are described as "writings or written communications of TODD that consist of, refer to, reference, and/or discuss any and all financial records regarding CJI."  In addition, KFC does not have possession, custody or control of documents of TODD.

**REQUEST FOR PRODUCTION NO. 36:**

Any and all WRITINGS and/or WRITTEN COMMUNICATION of BRIAN that consist of, refer to, reference, and/or discuss any and all financial records regarding CJI including, but limited to, memoranda, reports, invoices, notes, files, print-outs of computer files, and/or computer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

KFC incorporates by reference General Objection Nos. 1, 3 & 4.  Specifically, KFC cannot

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

ERNSTERSUBPOENA00574

1  determine what documents are described as "writings or written communications of BRIAN that

2  consist of, refer to, reference, and/or discuss any and all financial records regarding CJI." In addition,

3  KFC does not have possession, custody or control of documents of BRIAN.

4  **REQUEST FOR PRODUCTION NO. 37:**

5  　　Any and all invoices sent by CJI to KFC.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

7  　　KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

8  such invoices and does not have possession, custody or control of any responsive documents.

9  **REQUEST FOR PRODUCTION NO. 38:**

10 　　Any and all invoices sent by CJI to THI.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

12 　　KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

13 such invoices and does not have possession, custody or control of any responsive documents.  In

14 addition, KFC does not have possession custody or control of documents of THI.

15 **REQUEST FOR PRODUCTION NO. 39:**

16 　　Any and all invoices sent by CJI to TODD.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

18 　　KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

19 such invoices and does not have possession, custody or control of any responsive documents.  In

20 addition, KFC does not have possession custody or control of documents of TODD.

21 **REQUEST FOR PRODUCTION NO. 40:**

22 　　Any and all invoices sent by CJI to BRIAN.

23 **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

24 　　KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

25 such invoices and does not have possession, custody or control of any responsive documents.  In

26 addition, KFC does not have possession custody or control of documents of BRIAN.

27 **REQUEST FOR PRODUCTION NO. 41:**

28 　　Any and all invoices sent by KFC to CJI.

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

13

ERNSTERSUBPOENA00575

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

2       KFC is not aware of any such invoices.

3  **REQUEST FOR PRODUCTION NO. 42:**

4       Any and all invoices sent by THI to CJI.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

6       KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

7  such invoices.  In addition, KFC does not have possession custody or control of documents of THI.

8  **REQUEST FOR PRODUCTION NO. 43:**

9       Any and all invoices sent by TODD to CJI.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

11      KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

12 such invoices.  In addition, KFC does not have possession custody or control of documents of TODD.

13 **REQUEST FOR PRODUCTION NO. 44:**

14      Any and all invoices sent by BRIAN to CJI.

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

16      KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

17 such invoices.   In addition, KFC does not have possession custody or control of documents of

18 BRIAN.

19 **REQUEST FOR PRODUCTION NO. 45:**

20      Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect any payments

21 made by KFC to CJI.

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

23      KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

24 such documents.

25 **REQUEST FOR PRODUCTION NO. 46:**

26      Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect any payments

27 made by THI to CJI.

28 **RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

14

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION,
PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

ERNSTERSUBPOENA00576

1  KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

2  such documents.  In addition, KFC does not have possession custody or control of documents of THI.

3  **REQUEST FOR PRODUCTION NO. 47:**

4  Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect any payments

5  made by TODD to CJI.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

7  KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

8  such documents.  In addition, KFC does not have possession custody or control of documents of

9  TODD.

10  **REQUEST FOR PRODUCTION NO. 48:**

11  Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect any payments

12  made by BRIAN to CJI.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

14  KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

15  such documents.  In addition, KFC does not have possession custody or control of documents of

16  BRIAN.

17  **REQUEST FOR PRODUCTION NO. 49:**

18  Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect any payments

19  made by CJI to KFC.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

21  KFC will produce documents, if any, responsive to this request to the extent that it has

22  possession, custody or control over documents showing payments made by CJI to KFC.

23  **REQUEST FOR PRODUCTION NO. 50:**

24  Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect any payments

25  made by CJI to THI.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

27  KFC incorporates by reference General Objection Nos. 1, 3 & 4.  KFC is not aware of any

28  such documents except to the extent that documents responsive to Request No. 49 are also

15

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

ERNSTERSUBPOENA00577

1  responsive to this request.    In addition, KFC does not have possession custody or control of

2  documents of THI.

3  **REQUEST FOR PRODUCTION NO. 51:**

4      Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect any payments

5  made by CJI to TODD.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

7      KFC incorporates by reference General Objection Nos. 1, 3 & 4.    KFC is not aware of any

8  such documents except to the extent that documents responsive to Request No. 49 are also responsive

9  to this request.  In addition, KFC does not have possession custody or control of documents of TODD.

10 **REQUEST FOR PRODUCTION NO. 52:**

11     Any and all WRITINGS and/or WRITTEN COMMUNICATION which reflect any payments

12 made by CJI to BRIAN.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

14     KFC incorporates by reference General Objection Nos. 1, 3 & 4.    KFC is not aware of any

15 such documents except to the extent that documents responsive to Request No. 49 are also responsive

16 to this request.    In addition, KFC does not have possession custody or control of documents of

17 BRIAN.

18

19 Dated: May _13_, 2008                      FREELAND COOPER & FOREMAN LLP

20

21                                           By: _Stewart Foreman_

22                                           STEWART H. FOREMAN
                                            Attorneys for Defendants
23                                          KESSLER'S FLYING CIRCUS
                                            and TODD DUNNING

24

25

26

27

28

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

16

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION,
PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

ERNSTERSUBPOENA00578

## VERIFICATION

I, Todd Dunning, declare:

I am a partner of Defendant Kessler's Flying Circus and make this verification on its behalf. I have read the foregoing **DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSES TO PLAINTIFF'S REQUEST FOR THE IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE** and know its contents, and am informed and believe the matters therein stated are true, and on that basis state they are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of May, 2007 at _____Santa Ana_____, California.

TODD DUNNING

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

17

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

ERNSTERSUBPOENA00579

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On May 19, 2008, I served the foregoing document described as follows:

**DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSES TO PLAINTIFF'S REQUEST FOR THE IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

John H. Ernster, Esq.
Phil J. Montoya, Esq.
ERNSTER LAW OFFICES, P.C.
70 South Lake Avenue, Suite 750
Pasadena, California 91101
Telephone: (626) 844-8800
Facsimile: (626) 844-8944
Attorneys for Plaintiff
COMMISSION JUNCTION, INC.

Ronald Rus, Esq.
Leo J. Presiado, Esq.
RUS, MILIBAN & SMITH
2600 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Attorneys for Defendant
BRIAN DUNNING and THUNDERWOOD HOLDINGS, INC.

Scott Patrick Barlow, Esq.
General Counsel
4353 Park Terrace Drive
Westlake Village, California 91361
Telephone: (818) 575-4500
Facsimile: (818) 575-4500
Attorneys for Plaintiff
COMMISSION JUNCTION, INC.

__X__ [BY MAIL - CCP § 1013a] I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

_____ [HAND-DELIVERY/Personal/Messenger - CCP § 1011] I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

_____ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

_____ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)] I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

_____ [BY E-MAIL or ELECTRONIC TRANSMISSION] Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

18

ERNSTERSUBPOENA00580

transmission was unsuccessful.

X  [STATE]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


Executed on May 19, 2008, at San Francisco, California.


_____
Rosemary Morris

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

ERNSTERSUBPOENA00581

----- Original Message -----
**From:** Brian Dunning
**To:** Todd Dunning
**Sent:** Wednesday, May 30, 2007 6:09 PM
**Subject:** Re: Reminder: ebay US program changes on June 1st

Should not affect us, does it?


On May 30, 2007, at 6:51 PM, Todd Dunning wrote:


----- Original Message -----
**From:** eBay
**To:** todd@dunningmarketing.com
**Sent:** Wednesday, May 30, 2007 5:37 PM
**Subject:** Reminder: ebay US program changes on June 1st

Dear Karine ,

This is a reminder that at midnight on June 1st the eBay US Affiliate Program Terms will change.  Here is a brief overview of the new Program Terms:

- *$25.00-$35.00 per Active Registration*
  A registration is active when the user places a bid on eBay within 30 days of their initial registration.


- *Between 50% and 75% of eBay's revenue on all Winning Bids*
  The eBay program pays on ALL Winning Bids or Buy It Nows (BINs) within 7 days of an affiliate action.


- *New Paid Search Terms and Conditions*
  Beginning June 1, 2007, the eBay US Affiliate Program will no longer allow paid search traffic from Google.com, Yahoo.com, MSN.com, nor from any of their content networks, such as Google AdSense, Yahoo! Publisher Network, and MSN ContentAds to be linked directly to the eBay.com, eBay Express, or eBay Store domains.

**KFC000001**

ERNSTERSUBPOENA00582

For more detail on the Program Term and Terms & Conditions changes, please see the message dated May 15th, or follow this link http://affiliates.ebay.com/odcs/custom.htm?template=Payout.  Publishers do not need to take any steps to move to the new Program Terms containing the updated Terms & Conditions regarding Paid Search Restrictions.  If the new Terms & Conditions are not agreeable to you, then you are required to proactively end your affiliate relationship with eBay via the CJ Account Manager interface within 7 days. eBay and Commission Junction are very excited with this change and feel that this will provide an additional avenue of success for publishers.

Sincerely,

The eBay.com Affiliate Team

Commission Junction, *a division of ValueClick, Inc.*
177 Steuart Street, Suite 600 . San Francisco, CA   94105
d: 415.808.1932 | f: 415.808.1901 | e: pkoura@cj.com

---

This message was sent by an advertiser in the Commission Junction network based on the mail settings selected in your account. Commission Junction does not send messages to individuals outside of its network and guards the privacy of all information received. To unsubscribe from receiving this type of message, login or visit www.cj.com to sign in. Once in the Account Manager, navigate to the mail settings page located within the MAIL tab. You may opt-out of receiving messages from this specific advertiser through their advertiser detail page.
http://mx5.cj.com/tmo/98665/1416641

**E-mail message checked by PC Tools Spyware Doctor (5.0.0.186)**
**Database version: 5.07410**
**http://www.pctools.com/spyware-doctor/**

KFC000002

ERNSTERSUBPOENA00583

----- Original Message -----
**From:** Brian Dunning
**To:** Todd Dunning
**Sent:** Wednesday, May 30, 2007 6:08 PM
**Subject:** Re: Techcrunch ad

Have to remove "sponsored by eBay". They have required us to change this wording in the past to "Buy & Sell on eBay."


On May 30, 2007, at 6:44 PM, Todd Dunning wrote:

Can you send this to CK for approval?  This would be cut into 3 pieces of course including sponsor and tracker. It would go here: http://www.techcrunch.com

We're gonna spend $20K so let's make sure there are no conflicts.  I think Techcrunch is running CJ ads too.
_____

Todd Dunning
(949) 395-2309
todd@dunningmarketing.com
<techcrunch.gif>



**E-mail message checked by PC Tools Spyware Doctor (5.0.0.186)**
**Database version: 5.07410**
**http://www.pctools.com/spyware-doctor/**

KFC000003

ERNSTERSUBPOENA00584

----- Original Message -----
**From:** Brian Dunning
**To:** Todd Dunning
**Sent:** Tuesday, May 15, 2007 4:00 PM
**Subject:** Re: ebay US program changes on June 1st

Well - Nothing wrong with that !!!!

On May 15, 2007, at 4:59 PM, Todd Dunning wrote:

----- Original Message -----
**From:** eBay
**To:** todd@dunningmarketing.com
**Sent:** Tuesday, May 15, 2007 4:52 PM
**Subject:** ebay US program changes on June 1st

Dear Karine ,

We want to inform you of two important changes that will affect the eBay US affiliate program beginning June 1, 2007.

**1. Price Increase**

We are excited to announce a Payment Structure change that will dramatically increase your payout as an eBay Affiliate!

The main objectives of the price change are to:

- Encourage partners to increase promotional efforts with higher tiers
- Reward the launch and growth of new, innovative business models

**KFC000004**

ERNSTERSUBPOENA00585

Below is the detailed payout structure that will take effect June 1st for the eBay US affiliate program:

**Monthly ACRU Tiers**

Total ACRUs

Compensation per ACRU

0-49

$25.00

50-1,999

$28.00

2,000-29,999

$31.00

30,000+

$35.00

**Monthly Revenue Share Tiers**

Total Revenue ($)

% of Revenue

$0-$99.99

50.00%

$100-$4,999.99

55.00%

$5,000-$199,999.99

60.00%

$200,000-$699,999.99

65.00%

$700,000-$2,999,999.99

70.00%

$3,000,000 +

KFC000005

ERNSTERSUBPOENA00586

75.00%

Please visit our hub pages for more information: http://affiliates.ebay.com/payout

**2.  Terms and Conditions Update for Paid Search Campaigns**

eBay's US Affiliate Compensation Section 1.0 will be updated on June 1st as follows:

**a.  Search Engines.** You will not be compensated for paid search traffic purchased from Google.com, Yahoo.com, MSN.com, nor from any of their content networks, such as Google AdSense, Yahoo! Publisher Network, and MSN ContentAds, if it is linked directly to the eBay.com, eBay Express, or eBay Store domains (not "Commission Earning Activity"). The change in policy is limited to the eBay.com US program, and to the three search engines stated above. Linking to a non eBay domain is allowed.

Please note that: 1) Program Terms with the new Terms & Conditions will automatically take effect on June 1. 2) Publishers **do not need to take any steps** to move to the new Program Terms containing the updated Special Terms & Conditions, and 3) If the Special Terms & Conditions are not agreeable to you, then you are required to proactively end your affiliate relationship with ebay.com via the CJ Account Manager interface.

The eBay US Affiliate Team is dedicated to a program that fosters innovation and new opportunities for all partners. We're excited by the price increase, and look forward to your continued success!

The eBay US Affiliate Team

http://mx5.cj.com/tmo/96337/1416641

---

This message was sent by an advertiser in the Commission Junction network based on the mail settings selected in your account. Commission Junction does not send messages to individuals outside of its network and guards the privacy of all information received. To unsubscribe from receiving this type of message, login or visit www.cj.com to sign in. Once in the Account Manager,

KFC000006

ERNSTERSUBPOENA00587

navigate to the mail settings page located within the MAIL tab. You may opt-out of receiving messages from this specific advertiser through their <u>advertiser detail</u> page.

----- Original Message -----
**From:** <u>Brian Dunning</u>
**To:** <u>Joshua McClung</u>
**Cc:** <u>Todd Dunning</u> ; <u>Andrea Bardakos</u>
**Sent:** Tuesday, January 02, 2007 10:30 AM
**Subject:** Re: eBay US Account Management Replacement

Hi Josh! Welcome.

I'm going to be out of town at conferences a lot over the next 3 weeks, but as soon as we can find a good day, Todd & I would like to come up to SB and meet you, maybe grab a lunch.

Talk soon.... :)

- Brian

On Jan 2, 2007, at 10:25 AM, Andrea Bardakos wrote:

Hi Brian/Todd!

How are you! How's the knee, Brian?

Happy New Years!!! Did you do anything fun!?!?

I wanted to introduce you to Josh McClung. He will be the new eBay US Program Manager going forward. I will be transitioning to my new role this week and will be training Josh for his new role on the eBay team as of today.

**KFC000007**

ERNSTERSUBPOENA00588

Josh's direct line is 805-730-8123 and his email is jmcclung@cj.com.


Thanks and let us know if you have any questions!


Andrea


_____

**Andrea Bardakos-Riley** I *Program Manager - Strategic Accounts*

Commission Junction, a ValueClick company

530 East Montecito St. **| Santa Barbara, CA 93103**

p 805 730 8000 | d 805 730 8161

abardakos@cj.com


Any disclosure, copying, distribution, posting or use of the contents of this information is prohibited and may be unlawful. This e-mail may contain proprietary or confidential information and is for the sole use of the intended recipient(s). Thank you.

**KFC000008**

ERNSTERSUBPOENA00589

----- Original Message -----
**From:** Brian Dunning
**To:** Todd Dunning
**Sent:** Tuesday, May 29, 2007 6:28 PM
**Subject:** Re: Dumb network quality email

Thanks, I'll take care of it.


On May 29, 2007, at 7:56 PM, Todd Dunning wrote:


Somebody clueless is allowed to email us:

Dear Brian Dunning,

Commission Junction is currently investigating your account and has the following inquiries regarding your promotional methods:

I noticed that many of your referring URLs are coming from different blogs, are you the owner? If you are the owner that's fine but I also noticed that some of them contain objectionable content pictures so you need to be careful not to post our links on the same page.

Please respond by replying to this specific e-mail within five days of delivery date. If you are reading this notice through your CJ Account Manager (Mail tab) and do not have access to the e-mail notice, please respond using Ask a Question, available through the "Contact Us" lik available in account manager, and include this original message. Failure to respond may result in Commission Junction exercising its right to terminate the Commission Junction Publisher Service Agreement upon 15 days of this written notice.

Sincerely,


Network Quality

_____

**KFC000009**

ERNSTERSUBPOENA00590

Todd Dunning
(949) 395-2309
todd@dunningmarketing.com

----- Original Message -----
**From:** Brian Dunning
**To:** Todd Dunning
**Sent:** Saturday, December 30, 2006 3:46 PM
**Subject:** Re: Also...

On Dec 30, 2006, at 3:37 PM, Todd Dunning wrote:

> 1. Make sure the posts do not look like spam.  You're not using the little text randomizer i sent you.  I'll make you another if you will use it.   The reason to use the randomizer is that they could just grep all your identical text.

Can't really do that, this was one of CJ's conditions of getting a clean bill of health from Dr. McCoy. They wanted to make sure we were posting only the same legit code provided by the MySpaceMaps.info site.

Anyway if MySpace decided to kill all the ads for MySpaceMaps, they'd just search for MySpaceMaps instead of for the complete posting code. They're smart enough to know that some people will tweak it, and they do.

> 2. If the widget is in flash will that help solve this myspace problem?

I can't see that it would make any difference in this case. If people are complaining about being spammed with the widget, they're not upset because it's HTML instead of Flash.

**KFC000010**

ERNSTERSUBPOENA00591

### PROOF OF SERVICE

1

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On May 19, 2008, I served the foregoing document described as follows:

**DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSES TO PLAINTIFF'S REQUEST FOR THE IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

John H. Ernster, Esq.
Phil J. Montoya, Esq.
ERNSTER LAW OFFICES, P.C.
70 South Lake Avenue, Suite 750
Pasadena, California 91101
Telephone: (626) 844-8800
Facsimile: (626) 844-8944
Attorneys for Plaintiff
COMMISSION JUNCTION, INC.

Ronald Rus, Esq.
Leo J. Presiado, Esq.
RUS, MILIBAN & SMITH
2600 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Attorneys for Defendant
BRIAN DUNNING and THUNDERWOOD HOLDINGS, INC.

Scott Patrick Barlow, Esq.
General Counsel
30699 Russell Ranch Rd., Suite 250
Westlake Village, California 91361
Telephone: (818) 575-4510
Facsimile: (818) 575-4505
Attorneys for Plaintiff
COMMISSION JUNCTION, INC.

X   [BY MAIL - CCP § 1013a]  I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

____   [HAND-DELIVERY/Personal/Messenger - CCP § 1011]  I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

____   [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

____   [BY FEDEX (Overnight Delivery) - CCP § 1013(c)]  I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

____   [BY E-MAIL or ELECTRONIC TRANSMISSION]  Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

ERNSTERSUBPOENA00592

transmission was unsuccessful.

<u>X</u>   [STATE]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


Executed on May 19, 2008, at San Francisco, California.


_____
Rosemary Morris

DEFENDANT KESSLER'S FLYING CIRCUS'S RESPONSE TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, PRODUCTION AND COPYING OF DOCUMENTS, SET ONE
CASE NO. 30-2008 00101025
{00116496-1}

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

ERNSTERSUBPOENA00593

MAY 2 1 2000

ERNSTERSUBPOENA00594