# EXHIBIT 21

| | |
|---|---|
| 1 | David R. Eberhart (S.B. #195474) – deberhart@omm.com |
| | Sharon M. Bunzel (S.B. #181609) – sbunzel@omm.com |
| 2 | Colleen M. Kennedy (S.B. #227107) – ckennedy@omm.com |
| | O'MELVENY & MYERS LLP |
| 3 | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA 94111-3305 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | |
| | Attorneys for Plaintiff eBay Inc. |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EBAY INC., | Case No. C 08-04052 JF |
|---|---|
| Plaintiff, | **PLAINTIFF EBAY INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, | |
| Defendants. | |

Plaintiff eBay Inc. ("eBay") hereby makes the following initial disclosures of information pursuant to Federal Rule of Civil Procedure 26(a)(1). These disclosures are based on information reasonably available to eBay as of January 8, 2009. eBay's investigation of the facts relating to this action is ongoing, and the following disclosures are made without prejudice to eBay's right, at any time up to and including the time of trial and consistent with the Federal Rules of Civil Procedure, to supplement these disclosures as additional information becomes known to it. By making these disclosures of information, eBay does not waive, but expressly preserves, any and all objections,

claims of privilege, and/or work product protections.

A.  **Potential Witnesses**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), eBay hereby discloses the following individuals likely to have discoverable information that eBay may use to support its claims or defenses, unless solely for impeachment. eBay has in good faith listed the general subject matters about which each witness likely has knowledge, but this general description does not limit the information that each witness may provide for use in this action. eBay shall supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e) if necessary. The potential witnesses at this time are:

| Individual | Address & Phone Number | Subject of the Information |
|---|---|---|
| Ackley, Matthew | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Background, investigation and analysis of Defendants' fraud |
| Kim, Christine | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Background, investigation and analysis of Defendants' fraud |
| Laguna, Jorge | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Background, investigation and analysis of Defendants' fraud |
| Madrigal, Matt | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Background, investigation and analysis of Defendants' fraud |

| | | |
|---|---|---|
| Rushton, Paul | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Background, investigation and analysis of Defendants' fraud |
| Wehrmaker, Chad | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Background, investigation and analysis of Defendants' fraud |

**B.     Documents**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), and based upon a good faith and reasonable investigation of the allegations in this case, eBay provides the following description by category of the documents in its possession, control, or custody that may be used to support its claims or defenses in this action, unless solely for impeachment. eBay shall supplement this disclosure pursuant to Fed. R. Civ. P. 26(e) if necessary. The categories of documents are:

| Location | Description |
|---|---|
| Relevant documents described are located at eBay's various locations | - Agreements regarding Defendants' access to eBay's site<br><br>- Documents reflecting payments made to Defendants<br><br>- Documents concerning the discovery and investigation of Defendants' fraudulent activities<br><br>- Documents concerning the damages suffered by eBay as a result of Defendants' fraudulent activities<br><br>- Documents concerning Defendants' effort to avoid eBay's detection of their fraudulent activities |

### C. Damages

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), eBay states that it seeks damages in the following categories:

1. Compensatory damages according to proof at trial, to be determined by calculating, *inter alia*, the commissions paid to Defendants for Revenue Actions that resulted from Defendants' cookie stuffing schemes;

2. Losses and damage to eBay pursuant to 18 U.S.C. § 1030, including but not limited to economic losses caused by any impairment of eBay's computer networks or data, or any costs to eBay resulting from investigating, responding to and remedying Defendants' unlawful conduct;

3. Disgorgement of ill-gotten gains and restitution to eBay of the funds by which Defendants have been unjustly enriched, to be determined by calculating, *inter alia*, the commissions paid to Defendants for Revenue Actions that resulted from Defendants' cookie stuffing schemes;

4. Statutory treble damages pursuant to 18 U.S.C. § 1964 against Defendants Shawn Hogan, Brian Dunning and Todd Dunning;

5. Punitive damages according to proof at trial;

6. Attorneys' fees and costs pursuant to 18 U.S.C. § 1964 against Defendants Shawn Hogan, Brian Dunning and Todd Dunning

7. Pre-judgment and post-judgment interest.

eBay will not be able to state with specificity the amount of these damages, nor provide a computation thereof, until it has conducted additional discovery and investigation. In addition, the specification and computation of eBay's damages may be the subject of expert testimony that will be disclosed in accordance with the FRCP, L.R., and Orders of the Court, and not otherwise.

### D. Insurance Agreements

Not applicable.

Dated: January 8, 2009

DAVID R. EBERHART
SHARON M. BUNZEL
COLLEEN M. KENNEDY
O'MELVENY & MYERS LLP

By: /s/ David R. Eberhart
David R. Eberhart

*Attorneys for Plaintiff*
eBay Inc.

SF1:735628.3