# EXHIBIT 22

Dockets.Justia.com

David R. Eberhart (S.B. #195474) – deberhart@omm.com
Sharon M. Bunzel (S.B. #181609) – sbunzel@omm.com
Colleen M. Kennedy (S.B. #227107) – ckennedy@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>             Defendants. | Case No. C 08-04052 JF<br><br>**PLAINTIFF EBAY INC.'S AMENDED INITIAL DISCLOSURES PURSUANT TO RULE 26** |

Plaintiff eBay Inc. ("eBay") hereby makes the following amended initial disclosures of information pursuant to Federal Rule of Civil Procedure 26(a)(1). These disclosures are based on information reasonably available to eBay as of April 2, 2009. eBay's investigation of the facts relating to this action is ongoing, and the following disclosures are made without prejudice to eBay's right, at any time up to and including the time of trial and consistent with the Federal Rules of Civil Procedure, to supplement these disclosures as additional information becomes known to it. By making these disclosures of information, eBay does not waive, but expressly preserves, any and all objections,

claims of privilege, and/or work product protections.

A.   **Potential Witnesses**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), eBay hereby discloses the following individuals likely to have discoverable information that eBay may use to support its claims or defenses, unless solely for impeachment. eBay has in good faith listed the general subject matters about which each witness likely has knowledge, but this general description does not limit the information that each witness may provide for use in this action. eBay shall supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e) if necessary. The potential witnesses at this time are:

| Individual | Address & Phone Number | Subject of the Information |
|---|---|---|
| Ackley, Matthew | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Investigation and analysis of Defendants' fraud |
| Kim, Christine | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Investigation and analysis of Defendants' fraud |
| Laguna, Jorge | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Investigation and analysis of Defendants' fraud |
| Madrigal, Matt | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Investigation and analysis of Defendants' fraud |

- 2 -    EBAY'S AMENDED INITIAL DISCLOSURES
CASE NO. C 08-04052 JF

| | | |
|---|---|---|
| Rushton, Paul | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Investigation and analysis of Defendants' fraud |
| Wehrmaker, Chad | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Investigation and analysis of Defendants' fraud |
| Dey, Santanu | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Investigation and analysis of Defendants' fraud |
| Rosner, Stefan | c/o O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700 | Investigation and analysis of Defendants' fraud |

**B.   Documents**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), and based upon a good faith and reasonable investigation of the allegations in this case, eBay provides the following description by category of the documents in its possession, control, or custody that may be used to support its claims or defenses in this action, unless solely for impeachment. eBay shall supplement this disclosure pursuant to Fed. R. Civ. P. 26(e) if necessary. The categories of documents are:

| Location | Description |
|---|---|
| Relevant documents described are located at eBay's various locations | - Agreements regarding Defendants' access to eBay's site<br><br>- Documents reflecting payments made to Defendants |

| | |
|---|---|
| | - Documents concerning the discovery and investigation of Defendants' fraudulent activities<br><br>- Documents concerning the damages suffered by eBay as a result of Defendants' fraudulent activities<br><br>- Documents concerning Defendants' effort to avoid eBay's detection of their fraudulent activities |

### C. Damages

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), eBay states that it seeks damages in the following categories:

1. Compensatory damages according to proof at trial, to be determined by calculating, *inter alia*, the commissions paid to Defendants for Revenue Actions that resulted from Defendants' cookie stuffing schemes;

2. Losses and damage to eBay pursuant to 18 U.S.C. § 1030, including but not limited to economic losses caused by any impairment of eBay's computer networks or data, or any costs to eBay resulting from investigating, responding to and remedying Defendants' unlawful conduct;

3. Disgorgement of ill-gotten gains and restitution to eBay of the funds by which Defendants have been unjustly enriched, to be determined by calculating, *inter alia*, the commissions paid to Defendants for Revenue Actions that resulted from Defendants' cookie stuffing schemes;

4. Statutory treble damages pursuant to 18 U.S.C. § 1964 against Defendants Shawn Hogan, Brian Dunning and Todd Dunning;

5. Punitive damages according to proof at trial;

6. Attorneys' fees and costs pursuant to 18 U.S.C. § 1964 against Defendants Shawn Hogan, Brian Dunning and Todd Dunning

7. Pre-judgment and post-judgment interest.

eBay will not be able to state with specificity the amount of these damages, nor provide a computation thereof, until it has conducted additional discovery and investigation.

**D.    Insurance Agreements**

Not applicable.

Dated: April 2, 2009

                DAVID R. EBERHART
                SHARON M. BUNZEL
                COLLEEN M. KENNEDY
                O'MELVENY & MYERS LLP

By: _____
     David R. Eberhart

*Attorneys for Plaintiff*
eBay Inc.

SF1:761430.2

## PROOF OF SERVICE

I, Michael O'Donnell, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within action. My business address is Two Embarcadero Center, 28th Floor, California 94111. On April 2, 2009, I served the within documents:

**PLAINTIFF EBAY INC.'S AMENDED INITIAL DISCLOSURES PURSUANT TO RULE 26**

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] by transmitting in PDF format by electronic mail to the following person(s) at the email addresses set forth below.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 2, 2009, at San Francisco, California.

_____
Michael O'Donnell

SF1:734859.1

PROOF OF SERVICE
CASE NO. C 08-4052 JF

# SERVICE LIST

### eBay Inc. v. Digital Point Solutions, et al.
### U.S.D.C. Case No. C08-04052 JF

| | |
|---|---|
| Seyamack Kouretchian<br>Coast Law Group, LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024<br>T: (760) 942-8505 / F: (760) 942-8151<br>seyamak@coastlawgroup.com<br>*Attorneys for Defendant Digital Point and Defendant Shawn Hogan* | Leo J. Presiado<br>Rus, Miliband & Smith, APC<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br>T: (949) 752-7100 / F: (949) 252-1514<br>lpresiado@rusmiliband.com<br>*Attorneys for Defendant Thunderwood Holdings, Inc.; Brian Dunning; and BrianDunning.com* |
| Law Offices of Patrick K. McClellan<br>2211 Michelson Drive, Suite 700<br>Irvine, CA 92612<br>T: (949) 261-7615 / F: (949) 851-2772<br>pkellymc@pacbell.net<br>*Attorneys for Defendant Kessler's Flying Circus* | Stewart H. Foreman<br>Freeland Cooper & foreman LLP<br>150 Spear Street, Suite 17800<br>San Francisco, CA 94105<br>T: (415) 541-0200 / F: (415) 495-4332<br>foreman@freelandlaw.com<br>*Attorneys for Defendant Todd Dunning* |

SF1:751578.1