eBay Inc. v. Digital Point Solutions, Inc. et al Doc. 91 Att. 22

# EXHIBIT 23

Dockets.Justia.com

RONALD RUS, #67369
rrus@rusmiliband.com
LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Attorneys for Defendants
THUNDERWOOD HOLDINGS, INC.,
BRIAN DUNNING, and BRIANDUNNING.COM

STEWARD H. FOREMAN, #61149
foreman@freelandlaw.com
DANIEL T. BERNHARD, #104229
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Attorneys for Defendants, TODD DUNNING AND DUNNING ENTERPRISES, INC.

PATRICK K. McCLELLAN, #077352
pkellymc@pacbell.net
LAW OFFICES OF PATRICK K. McCLELLAN
2211 Michelson Drive, Suite 700
Irvine, California 92612
Telephone: (949) 261-7615
Facsimile: (949) 851-2772
Attorney for Defendant, KESSLER'S FLYING CIRCUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER'S FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20,<br><br>Defendants. | CASE NO. CV-08-4052 JF<br><br>**CONSOLIDATED INITIAL DISCLOSURES OF DEFENDANTS BRIAN DUNNING, BRIANDUNNING.COM, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISES, INC., AND KESSLER'S FLYING CIRCUS** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Brian Dunning, Thunderwood Holdings, Inc. Briandunning.com, Todd Dunning, Dunning Enterprises, Inc. and Kessler's Flying Circus (collectively, "Dunning Defendants") submit the following initial disclosures. These initial disclosures are based on information reasonably available to the Dunning Defendants at this time. The Dunning Defendants' investigation, trial preparation and review of documents related to this matter is continuing. Accordingly, the Dunning Defendants reserve the right under the Federal Rules of Civil Procedure to supplement these disclosures should additional information become available through further investigation, discovery or otherwise. In making these statements and the disclosures, the Dunning Defendants are not waiving and reserve any and all applicable defenses.

A.   **Witnesses**

The Dunning Defendants identify the individuals and entities listed on the attached Exhibit "A," pursuant to Rule 26(a)(1)(A). The identification of a name as part of this initial disclosure is not, and should not be interpreted as, a statement by the Dunning Defendants that named individuals will appear as witnesses at trial. The inclusion of a name is not, and should not be interpreted as, a waiver of any attorney-client or other privilege that may apply. Further, the absence of a name from the list provided by the Dunning Defendants is not, and should not be interpreted as, a statement by the Dunning Defendants that an individual does not have relevant knowledge and will not appear as a witness at trial.

The Dunning Defendants anticipate that there may be other witnesses, including present and former employees of eBay, Inc. and Commission Junction, Inc. or third parties whose identities and scope of knowledge are not currently known to the Dunning Defendants and who may have information relevant to the Dunning Defendants' defenses. As discovery and the Dunning Defendants' investigation progress, the Dunning Defendants will supplement this disclosure to the extent required by the Federal Rules of Civil Procedure and any applicable local rules.

B.   **Documents**

As indicated in the Joint Case Management Statement to be filed in this action,

the FBI has seized all of the Dunning Defendants' records and has refused to return them and/or allow the Dunning Defendants to make copies. Such documents may be used by the Dunning Defendants to support its defenses in this action. The Dunning Defendants will produce a copy of all documents produced by Commission Junction, Inc. in the Related State Court Action to the extent Plaintiff is not already in possession of such documents and to the extent such production is not in violation of the Stipulated Protective Order entered in the Related State Court Action. In addition, all documents produced by Defendants Todd Dunning and Dunning Enterprises, Inc. in the Related State Court Action will be produced.

The above-referenced identification of documents is not, and should not be interpreted as, a statement by the Dunning Defendants that the identified documents will be used as an exhibit at trial or as an admission as to the authenticity or admissibility of any document. Further, the absence of a document, data compilation or tangible thing from the documents identified by the Dunning Defendants is not and should not be interpreted as a statement by the Dunning Defendants that such items are not relevant and will not be used as exhibits at trial. As discovery and the Dunning Defendants' investigation and trial preparation progress, the Dunning Defendants will supplement this disclosure to the extent required by the Federal Rules of Civil Procedure.

C. **Damages**

The Dunning Defendants have not yet made claims for damages in this action.

D. **Insurance**

At this time, the Dunning Defendants are not aware of any available insurance.

DATED: January 8, 2009

RUS, MILIBAND & SMITH
A Professional Corporation

By: ______________________
LEO J. PRESIADO
Attorneys for Defendants THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING, and BRIANDUNNING.COM

DATED: January 8, 2009

FREELAND COOPER & FOREMAN, LLP

By: [signature]
STEWART H. FOREMAN
Attorneys for Defendants TODD DUNNING and DUNNING ENTERPRISES, INC.

DATED: January 8, 2009

LAW OFFICES OF PATRICK K. McCLELLAN

By: /s/
PATRICK K. McCLELLAN
Attorneys for Defendants KESSLER'S FLYING CIRCUS

**EXHIBIT "A"**

*eBay, Inc. v. Digital Point Solutions, Inc., et al.*
Case No. CV-08-4052 JF

1. Brian Dunning
c/o RUS, MILIBAND & SMITH, APC
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Subject of information: Brian Dunning has information regarding Defendants' defenses to the claims alleged by Plaintiff.

2. Todd Dunning
c/o Stewart H. Foreman
Freeland, Cooper & Foreman, LLP
150 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: (949) 541-0200
Facsimile: (949) 495-4332

Subject of information: Todd Dunning has information regarding Defendants' defenses to the claims alleged by Plaintiff.

3. George Yuhba
Daniel Powell
David Kruszenski
Mark Gefteas
Carlos Hurtado
Dan Sweeney
Tori Johnson
June Shie
Mark Stannard
Jelena Petrovic
Jennifer Burnett
Jo O'Brien
Jennifer Lovette
Dave Osman
Scott Barlow

/ / /

/ / /

Kerri Pollard
c/o Phil J. Montoya, Jr., Esq.
Ernster Law Offices, P.C.
70 South Lake Avenue, Suite 750
Pasadena, CA 91101
Telephone: (626) 844-8800
Facsimile: (626) 844-8944

Subject of information: These individuals were identified by Commission Junction, Inc. ("CJI") as employees of CJI having knowledge of the claims alleged by CJI in the related State Court Action. These individuals may or may not have information regarding Defendants' defenses to the claims alleged by Plaintiff.

4. Dan Burkhart
Bei Lu
Christine Kim
Andrea Kaye
Andreas Fvchs
Caroline Malifaud
Sara Carter
Dan Serpico
Lily Shen
Jarrod Schwarz
Jeerasrin Rakchart
Chad Wehrmaker
Michelle Fang

Subject of information: These individuals were identified by CJI as employees of eBay, Inc. having knowledge of the claims alleged by CJI in the related Sate Court Action. These individuals may or may not have information regarding Defendants' defenses to the claims alleged by Plaintiff.

5. George Conlow
60 Oakland Street Ext.
Natick, MA 01760
(508) 545-1425

Jeff Ransdell
103 Burton Circle
Santa Barbara, CA 93101
(805) 568-1535

Ben Kopetti
41 SE 75th Avenue
Portland, OR 97215
(503) 333-6752

/ / /

Peter Bexelius
2230 SW Sunset Dr.
Portland, OR 97239
(805) 450-6126

Todd Miller
78 Brandon St.
Goleta, CA 93117
Home: (805) 968-5016

Andrea Bardakos
325 West Figueroa Street
Santa Barbara, CA 93101
(805) 680-8018

Joshua McLung
P.O. Box 37
Summerland, CA 93067
(805) 259-8423

Ida Gustafsson
Spangavagen 27
Bromma
168 75
Sweden

Chris Squire
Mediaplex

Andrew Way
18 Humphrey Rd Apt B
Montecito, CA 93108
(805) 680-6426

Terance Kinsky
639 Ricardo Ave
Santa Barbara, CA 93109
(805) 560-0724

Subject of information: These individuals were identified by CJI as having knowledge of the claims alleged by CJI in the related Sate Court Action. These individuals may or may not have information regarding Defendants' defenses to the claims alleged by Plaintiff.