# EXHIBIT 26



## ABOUT US » CONTACT US

Commission Junction has experts around the world to help you meet your affiliate and search marketing needs:

### I'm looking to earn commissions by placing banners and text links on my site.

Apply Now to become a publisher, or affiliate partner, or call 800-761-1072 and press option #1 to speak with Client Support from 6AM – 5PM PT.

### I'm looking to pay commissions in exchange for sales and/or leads.

Apply Now to become an advertiser, or merchant, or call 888-316-0953 from 8AM - 5PM PT.

### CLIENT CONTACT INFORMATION

If you are a client in the Commission Junction network and need assistance, please access our Account Help FAQ. If the FAQ does not answer your question, please log in to your account. Then use the Contact Us link in the upper right side of the CJ Account Manager™ to search the help contents or ask Client Support a question.

### General Inquiries

Call 800-761-1072 and press option #1 to speak with Client Support from 6AM – 5PM PST.

If you are unable to log into your account or contact us by phone, please email Client Support at cjcs@custhelp.com.

### COMMISSION JUNCTION OFFICES

**US Headquarters**
Commission Junction
530 East Montecito Street
Santa Barbara, CA 93103
United States
Phone: 800-761-1072
Fax: 805-730-8001

**Westborough, MA**
Commission Junction
4 Technology Drive, Suite 200A
Westborough, MA 01581
United States
Phone: 508-480-4000
Fax: 508-357-8889

**San Francisco, CA**
Commission Junction
160 Spear Street, 15th Floor
San Francisco, CA 94105
United States

**New York, NY**
Commission Junction
370 Lexington Ave.
Suite 908
New York, NY 10017

Phone: 415-644-1700  
Fax: 415-644-1401

United States  
Phone: 212-471-9600

**London**  
Commission Junction  
Oxford House  
182 Upper Richmond Road  
London  
SW15 2SH  
United Kingdom  
Phone: +44 (0)20 8785 5870

**München**  
ValueClick Deutschland GmbH  
Hauptstrasse 1, 82008 Unterhaching/  
München  
Deutschland  
Phone: +49 (0)89 66547930  
Fax: +49 (0)89 66547910

**Paris**  
ValueClick France  
4 rue du Faubourg Montmartre  
75009  
France  
Phone: +33 (0)1 46 51 40 71  
Fax: +33 (0)1 46 51 47 71

**Stockholm**  
ValueClick Sweden  
Karlbergsvägen 77  
SE-113 35 Stockholm  
Sweden  
Phone: +46 (0)8 562 10 350  
Fax: +46 (0)8 562 10 360

**Madrid**  
Commission Junction  
Avenida Manoteras nº 8 - Portal 3 - 4º C  
28050 Madrid  
Spain  
Phone: + 34 91 392 34 12  
+ 34 91 392 34 14  
Fax: + 34 91 392 34 13

**VALUECLICK, INC. HEADQUARTERS**

**ValueClick, Inc.**  
30699 Russell Ranch Road  
Suite 250  
Westlake Village, CA 91362  
United States  
Phone: 818-575-4500  
Fax: 818-575-4501

**Within the US, Remit Payments To:**  
Commission Junction  
#774140  
4140 Solutions Center  
Chicago, IL 60677-4001

Top

Copyright © 2009 Commission Junction, Inc. All rights reserved  |  Contact Us  |  Careers  |  Privacy  |  Terms of Use  |  Site Map