# EXHIBIT 27

Dockets.Justia.com

Case5:08-cv-04052-JF   Document91-27   Filed06/05/09   Page2 of 2



To see all the details that are visible on the screen, use the "Print" link next to the map.



### Driving directions to 312 N Spring St, Los Angeles, CA 90012
**109 mi** – about **1 hour 46 mins** (up to 2 hours 40 mins in traffic)

| | 8465 Regents Rd<br>San Diego, CA 92122 | |
|---|---|---|
| 1. | Head **northeast** on **Regents Rd** toward **Nobel Dr** | 0.3 mi |
| 2. | Turn **left** at **La Jolla Village Dr** | 0.5 mi |
| 3. | Take the ramp onto **I-5 N** | 104 mi |
| 4. | Continue on **US-101 N** (signs for **Los Angeles/US-101**) | 3.4 mi |
| 5. | Take exit **2C** for **Spring St** | 82 ft |
| 6. | Turn **left** at **N Spring St**<br>Destination will be on the left | 0.1 mi |
| | 312 N Spring St<br>Los Angeles, CA 90012 | |

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2009 , Sanborn, Tele Atlas