# EXHIBIT 28

Dockets.Justia.com

Case5:08-cv-04052-JF    Document91-28    Filed06/05/09    Page2 of 3





**Driving directions to 411 W 4th St, Santa Ana, CA 92701**
**78.0 mi** – about **1 hour 18 mins**

| | 8465 Regents Rd<br>San Diego, CA 92122 | |
|---|---|---|

| 1. | Head **northeast** on **Regents Rd** toward **Nobel Dr** | 0.3 mi |
|---|---|---|
| 2. | Turn **left** at **La Jolla Village Dr** | 0.5 mi |
| 3. | Take the ramp onto **I-5 N** | 74.9 mi |
| 4. | Take exit **103C** toward **First St** | 0.4 mi |
| 5. | Merge onto **N Mabury St** | 177 ft |
| 6. | Turn **right** at **E 1st St** | 1.5 mi |
| 7. | Turn **right** at **N Broadway** | 0.2 mi |
| 8. | Turn **left** at **W 4th St**<br>Destination will be on the right | 0.1 mi |

| | 411 W 4th St<br>Santa Ana, CA 92701<br>Edited - Show original | |
|---|---|---|

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Case5:08-cv-04052-JF   Document91-28   Filed06/05/09   Page3 of 3

Map data ©2009 , Tele Atlas