# EXHIBIT 29

Dockets.Justia.com

Case5:08-cv-04052-JF   Document91-29   Filed06/05/09   Page2 of 3



To see all the details that are visible on the screen, use the "Print" link next to the map.



### Driving directions to 312 N Spring St, Los Angeles, CA 90012
**52.8 mi** – about **56 mins** (up to 1 hour 50 mins in traffic)
Via I-5 N

**1 Stockbridge**
**Aliso Viejo, CA 92656**

| | | |
|---|---|---:|
| 1. | Head **south** on **Stockbridge** toward **Chesterwood** | 0.1 mi |
| 2. | Turn **right** at **Boundry Oak** | 331 ft |
| 3. | Turn **right** at **Wood Canyon Dr** | 0.7 mi |
| 4. | Turn **left** at **Pacific Park Dr** | 1.4 mi |
| 5. | Take the ramp onto **CA-73 N**<br>Partial toll road | 11.0 mi |
| 6. | Take exit **17A** to merge onto **CA-55 N** | 5.1 mi |
| 7. | Slight **left** at **I-5 N** | 6.6 mi |
| 8. | Take the exit onto **I-5 N** | 24.3 mi |
| 9. | Continue on **US-101 N** (signs for **Los Angeles/US-101**) | 3.4 mi |
| 10. | Take exit **2C** for **Spring St** | 82 ft |
| 11. | Turn **left** at **N Spring St**<br>Destination will be on the left | 0.1 mi |

 Case5:08-cv-04052-JF   Document91-29   Filed06/05/09   Page3 of 3

312 N Spring St
Los Angeles, CA 90012



These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2009 , Sanborn, Tele Atlas