# EXHIBIT 30

Dockets.Justia.com





**Driving directions to 312 N Spring St, Los Angeles, CA 90012**
**57.1 mi** – about **1 hour 2 mins** (up to 2 hours 0 mins in traffic)

| | | |
|---|---|---|
| A | 15 High Bluff, Laguna Niguel, Orange, California 92677 | |
| 1. | Head **south** on **High Bluff** toward **Treasure Cove** | 449 ft |
| 2. | Turn **right** at **Treasure Cove** | 200 ft |
| 3. | Turn **left** at **Charles Rd** | 0.2 mi |
| 4. | Turn **left** at **Niguel Rd** | 0.2 mi |
| 5. | Turn **right** at **Camino del Avion** | 0.7 mi |
| 6. | Turn **right** at **Crown Valley Pkwy** | 5.7 mi |
| 7. | Merge onto **I-5 N** via the ramp to **Los Angeles** | 46.7 mi |
| 8. | Continue on **US-101 N** (signs for **Los Angeles/US-101**) | 3.4 mi |
| 9. | Take exit **2C** for **Spring St** | 82 ft |
| 10. | Turn **left** at **N Spring St**<br>Destination will be on the left | 0.1 mi |
| B | 312 N Spring St<br>Los Angeles, CA 90012 | |

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and

15 High Bluff, Laguna Niguel, Orange, California 92677 to 312 N Spring S...

http://maps.google.com/

Case5:08-cv-04052-JF   Document91-30   Filed06/05/09   Page3 of 3

you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2009 , Sanborn, Tele Atlas