# EXHIBIT 31

Dockets.Justia.com



JET NONSTOP FROM AUSTIN TO
LOTS OF GREAT DESTINATIONS

jetE



Welcome to Orbitz .
Sign in | Register now
Site feedback

**Quick Search** | **Vacation Packages** | **Hotels** | **Flights** | **Cars & Rail** | **Cruises** | **Activities** | **Deals**

MY STUFF
My Trips | My Account

ORBITZ
Home  Traveler Update

MATRIX

NO FLIGHT FEES + PRICE ASSURANCE = *UNBEATABLE VALUE*

**My Search**

NO FLIGHT FEES + PRICE ASSURANCE
*UNBEATABLE VALUE*
Learn more

Find flights by:

| Stops | Price | American Airlines | United Airlines | US Airways | Delta Air Lines | Alaska Airlines | Northwest Airlines |
|---|---|---|---|---|---|---|---|
| Non-stop | | **$142** total $163 | | | | | |
| 1 stop | | **$182** total $220 | **$142** total $180 | **$254** total $296 | **$457** total $500 | **$500** total $543 | **$1,409** total $1,449 |
| 2+ stops | | | | | | | |

Fares are per person in US dollars, using e-tickets. Total fare includes all taxes and fees.
Additional baggage charges may apply.
Some itineraries require paper tickets with an additional charge. Changes after purchase are subject t

Sort flights by:   **Lowest price**   **Departure time**   **Shortest flight**

HOTEL FEE CUTS + HOTEL PRICE ASSURANCE
Learn more

Showing **shortest flights** (45 flights out of 103 total)                                        Se

TLC   ① **Act fast!** Only **1 ticket** left at this price!

Select   **$146** + $21 taxes & fees = **$167** per person   *NO BOOKING FEES*   AS

| Leave | | Fri, Jun 26 | **American Airlines 3180** |
|---|---|---|---|

| | | Depart: **3:50pm** Arrive: **5:05pm** **Non-stop** | operated by American Eagle San Diego, CA (SAN) San Jose, CA (SJC) Economy | 1hr 15min | Embraer RJ140 | View seats |

| Return | | Fri, Jun 26 | **American Airlines 3144** |
|---|---|---|---|

| | | Depart: **8:35pm** Arrive: **10:00pm** **Non-stop** | operated by American Eagle San Jose, CA (SJC) San Diego, CA (SAN) Economy | 1hr 25min | Embraer RJ140 | View seats |





**Act fast!** Only **1 ticket** left at this price!

**Select**  **$154** + $21 taxes & fees = **$175** per person  **NO BOOKING FEES**  **AS**

| | | |
|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3164** |
| | Depart: **3:05pm**<br>Arrive: **4:20pm**<br>**Non-stop** | operated by American Eagle<br>San Diego, CA (SAN)<br>San Jose, CA (SJC)<br>Economy \| 1hr 15min \| Embraer RJ140 \| View seats |
| Return | **Fri, Jun 26** | **American Airlines 3144** |
| | Depart: **8:35pm**<br>Arrive: **10:00pm**<br>**Non-stop** | operated by American Eagle<br>San Jose, CA (SJC)<br>San Diego, CA (SAN)<br>Economy \| 1hr 25min \| Embraer RJ140 \| View seats |



**Act fast!** Only **2 tickets** left at this price!

**Select**  **$142** + $21 taxes & fees = **$163** per person  **NO BOOKING FEES**  **AS**

| | | |
|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3155** |
| | Depart: **10:00am**<br>Arrive: **11:20am**<br>**Non-stop** | operated by American Eagle<br>San Diego, CA (SAN)<br>San Jose, CA (SJC)<br>Economy \| 1hr 20min \| Embraer RJ140 \| View seats |
| Return | **Fri, Jun 26** | **American Airlines 3177** |
| | Depart: **2:00pm**<br>Arrive: **3:25pm**<br>**Non-stop** | operated by American Eagle<br>San Jose, CA (SJC)<br>San Diego, CA (SAN)<br>Economy \| 1hr 25min \| Embraer RJ140 \| View seats |



**Act fast!** Only **1 ticket** left at this price!

**Select**  **$142** + $21 taxes & fees = **$163** per person  **NO BOOKING FEES**  **AS**

| | | |
|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3155** |
| | Depart: **10:00am**<br>Arrive: **11:20am**<br>**Non-stop** | operated by American Eagle<br>San Diego, CA (SAN)<br>San Jose, CA (SJC)<br>Economy \| 1hr 20min \| Embraer RJ140 \| View seats |



Return    **Fri, Jun 26**          **American Airlines 3144**

          Depart: **8:35pm**      operated by American Eagle
          Arrive: **10:00pm**     San Jose, CA (SJC)
                                   San Diego, CA (SAN)
          **Non-stop**            Economy | 1hr 25min | Embraer RJ140 | View
                                   seats



🔴 **Act fast!** Only [ 1 ticket ] left at this price!

Select    **$177** + $21 taxes & fees = **$198**  per person    *NO BOOKING FEES*   AS

Leave     **Fri, Jun 26**          **American Airlines 3180**

          Depart: **3:50pm**      operated by American Eagle
          Arrive: **5:05pm**      San Diego, CA (SAN)
                                   San Jose, CA (SJC)
          **Non-stop**            Economy | 1hr 15min | Embraer RJ140 | View
                                   seats

Return    **Fri, Jun 26**          **American Airlines 3179**

          Depart: **5:35pm**      operated by American Eagle
          Arrive: **7:05pm**      San Jose, CA (SJC)
                                   San Diego, CA (SAN)
          **Non-stop**            Economy | 1hr 30min | Embraer RJ140 | View
                                   seats



🔴 **Act fast!** Only [ 1 ticket ] left at this price!

Select    **$185** + $21 taxes & fees = **$206**  per person    *NO BOOKING FEES*   AS

Leave     **Fri, Jun 26**          **American Airlines 3164**

          Depart: **3:05pm**      operated by American Eagle
          Arrive: **4:20pm**      San Diego, CA (SAN)
                                   San Jose, CA (SJC)
          **Non-stop**            Economy | 1hr 15min | Embraer RJ140 | View
                                   seats

Return    **Fri, Jun 26**          **American Airlines 3179**

          Depart: **5:35pm**      operated by American Eagle
          Arrive: **7:05pm**      San Jose, CA (SJC)
                                   San Diego, CA (SAN)
          **Non-stop**            Economy | 1hr 30min | Embraer RJ140 | View
                                   seats



🔴 **Act fast!** Only [ 1 ticket ] left at this price!

Select    **$142** + $21 taxes & fees = **$163**  per person



**NO BOOKING FEES**

| Leave | Fri, Jun 26 | American Airlines 3134 |
| --- | --- | --- |
| | Depart: **6:20am** Arrive: **7:45am** | operated by American Eagle San Diego, CA (SAN) San Jose, CA (SJC) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |
| Return | Fri, Jun 26 | American Airlines 3186 |
| | Depart: **11:25am** Arrive: **12:50pm** | operated by American Eagle San Jose, CA (SJC) San Diego, CA (SAN) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |

TLC    ❶ Act fast! Only **2 tickets** left at this price!

Select    **$142** + $21 taxes & fees = $163  per person    **NO BOOKING FEES**

| Leave | Fri, Jun 26 | American Airlines 3134 |
| --- | --- | --- |
| | Depart: **6:20am** Arrive: **7:45am** | operated by American Eagle San Diego, CA (SAN) San Jose, CA (SJC) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |
| Return | Fri, Jun 26 | American Airlines 3177 |
| | Depart: **2:00pm** Arrive: **3:25pm** | operated by American Eagle San Jose, CA (SJC) San Diego, CA (SAN) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |

TLC    ❶ Act fast! Only **1 ticket** left at this price!

Select    **$142** + $21 taxes & fees = $163  per person    **NO BOOKING FEES**

| Leave | Fri, Jun 26 | American Airlines 3134 |
| --- | --- | --- |
| | Depart: **6:20am** Arrive: **7:45am** | operated by American Eagle San Diego, CA (SAN) San Jose, CA (SJC) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |
| Return | Fri, Jun 26 | American Airlines 3144 |
| | Depart: **8:35pm** | operated by American Eagle San Jose, CA (SJC) |



Arrive: **10:00pm**    San Diego, CA (SAN)

**Non-stop**    Economy | 1hr 25min | Embraer RJ140 | View seats

---

🔅 TLC    ❶ Act fast! Only **5 tickets** left at this price!

Select    **$173** + $21 taxes & fees = **$194** per person    NO BOOKING FEES    AS

Leave    **Fri, Jun 26**    **American Airlines 3155**

Depart: **10:00am**    operated by American Eagle
Arrive: **11:20am**    San Diego, CA (SAN)
                       San Jose, CA (SJC)
**Non-stop**    Economy | 1hr 20min | Embraer RJ140 | View seats

Return    **Fri, Jun 26**    **American Airlines 3179**

Depart: **5:35pm**    operated by American Eagle
Arrive: **7:05pm**    San Jose, CA (SJC)
                      San Diego, CA (SAN)
**Non-stop**    Economy | 1hr 30min | Embraer RJ140 | View seats

---

🔅 TLC    ❶ Act fast! Only **5 tickets** left at this price!

Select    **$173** + $21 taxes & fees = **$194** per person    NO BOOKING FEES    AS

Leave    **Fri, Jun 26**    **American Airlines 3134**

Depart: **6:20am**    operated by American Eagle
Arrive: **7:45am**    San Diego, CA (SAN)
                      San Jose, CA (SJC)
**Non-stop**    Economy | 1hr 25min | Embraer RJ140 | View seats

Return    **Fri, Jun 26**    **American Airlines 3179**

Depart: **5:35pm**    operated by American Eagle
Arrive: **7:05pm**    San Jose, CA (SJC)
                      San Diego, CA (SAN)
**Non-stop**    Economy | 1hr 30min | Embraer RJ140 | View seats

---

🔅 TLC    ❶ Act fast! Only **1 ticket** left at this price!

Select    **$346** + $31 taxes & fees = **$377** per person    NO BOOKING FEES    AS

Leave    **Fri, Jun 26**    **American Airlines 3134**



| | Depart: **6:20am** | operated by **American Eagle** | | | |
| | Arrive: **7:45am** | San Diego, CA (SAN) | | | |
| | | San Jose, CA (SJC) | | | |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |

| Return | Fri, Jun 26 | **American Airlines 3173** |

| | Depart: **9:25am** | operated by **American Eagle** |
| | Arrive: **10:45am** | San Jose, CA (SJC) |
| | | Los Angeles, CA (LAX) |
| | **1 stop** | Economy \| 1hr 20min \| Embraer RJ140 \| View seats |

🔄 **Change planes. Time between flights: 0hr 30min**

**American Airlines 3045**

| | Depart: **11:15am** | operated by **American Eagle** |
| | Arrive: **12:05pm** | Los Angeles, CA (LAX) |
| | | San Diego, CA (SAN) |
| | | Economy \| 50min \| Embraer RJ140 \| View seats |
| | | Total duration: 2hr 40min |



🟠 **TLC**   ❶ Act fast! **Only** 1 ticket **left at this price!**

**Select**   **$142** + $38 taxes & fees = **$180** per person

| Leave | Fri, Jun 26 | **United Airlines 6100** |
| | Depart: **6:20am** | operated by **UNITED EXPRESS/SKYWEST AIRLINES** |
| | Arrive: **7:12am** | San Diego, CA (SAN) |
| | | Los Angeles, CA (LAX) |
| | **1 stop** | Economy \| 52min \| Canadair 700 \| View seats |

🔄 **Change planes. Time between flights: 0hr 45min**

**United Airlines 6499**

| | Depart: **7:57am** | operated by **UNITED EXPRESS/SKYWEST AIRLINES** |
| | Arrive: **9:08am** | Los Angeles, CA (LAX) |
| | | San Jose, CA (SJC) |
| | | Economy \| 1hr 11min \| Canadair 700 \| View seats |
| | | Total duration: 2hr 48min |

| Return | Fri, Jun 26 | **American Airlines 3186** |

| | Depart: **11:25am** | operated by **American Eagle** |
| | Arrive: **12:50pm** | San Jose, CA (SJC) |
| | | San Diego, CA (SAN) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |



🟠 **TLC**   ❶ Act fast! **Only** 2 tickets **left at this price!**

**Select**   **$142** + $38 taxes & fees = **$180** per person

| Leave | Fri, Jun 26 | **United Airlines 6100** |



| | | |
|---|---|---|
| | Depart: **6:20am**<br>Arrive: **7:12am** | operated by **UNITED EXPRESS/SKYWEST AIRLINES**<br>San Diego, CA (SAN)<br>Los Angeles, CA (LAX) |
| | **1 stop** | Economy \| 52min \| Canadair 700 \| View seats |
| | 🔄 **Change planes. Time between flights: 0hr 45min** | |
| | Depart: **7:57am**<br>Arrive: **9:08am** | **United Airlines 6499**<br>operated by **UNITED EXPRESS/SKYWEST AIRLINES**<br>Los Angeles, CA (LAX)<br>San Jose, CA (SJC) |
| | | Economy \| 1hr 11min \| Canadair 700 \| View seats<br>Total duration: 2hr 48min |
| Return | **Fri, Jun 26** | **American Airlines 3177** |
| | Depart: **2:00pm**<br>Arrive: **3:25pm** | operated by **American Eagle**<br>San Jose, CA (SJC)<br>San Diego, CA (SAN) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |



🔴 TLC  ❶ Act fast! Only **1 ticket** left at this price!

**Select**   **$142** + $38 taxes & fees = **$180**  per person

| Leave | **Fri, Jun 26** | **United Airlines 6100** |
|---|---|---|
| | Depart: **6:20am**<br>Arrive: **7:12am** | operated by **UNITED EXPRESS/SKYWEST AIRLINES**<br>San Diego, CA (SAN)<br>Los Angeles, CA (LAX) |
| | **1 stop** | Economy \| 52min \| Canadair 700 \| View seats |
| | 🔄 **Change planes. Time between flights: 0hr 45min** | |
| | Depart: **7:57am**<br>Arrive: **9:08am** | **United Airlines 6499**<br>operated by **UNITED EXPRESS/SKYWEST AIRLINES**<br>Los Angeles, CA (LAX)<br>San Jose, CA (SJC) |
| | | Economy \| 1hr 11min \| Canadair 700 \| View seats<br>Total duration: 2hr 48min |
| Return | **Fri, Jun 26** | **American Airlines 3144** |
| | Depart: **8:35pm**<br>Arrive: **10:00pm** | operated by **American Eagle**<br>San Jose, CA (SJC)<br>San Diego, CA (SAN) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |



🔴 TLC  ❶ Act fast! Only **1 ticket** left at this price!

**Select**   **$336** + $38 taxes & fees = **$374**  per person

| Leave | **Fri, Jun 26** | **American Airlines 3155** |
|---|---|---|
| | Depart: **10:00am** | operated by **American Eagle**<br>San Diego, CA (SAN) |



Arrive: **11:20am**          San Jose, CA (SJC)

**Non-stop**          Economy | 1hr 20min | Embraer RJ140 | View seats

Return     Fri, Jun 26          **United Airlines 6519**
                               operated by UNITED EXPRESS/SKYWEST AIRLINES
          Depart: **6:07pm**    San Jose, CA (SJC)
          Arrive: **7:30pm**    Los Angeles, CA (LAX)
          **1 stop**            Economy | 1hr 23min | Canadair 700 | View seats

          Change planes. Time between flights: **0hr 39min**

                               **United Airlines 6342**
                               operated by UNITED EXPRESS/SKYWEST AIRLINES
          Depart: **8:09pm**    Los Angeles, CA (LAX)
          Arrive: **9:00pm**    San Diego, CA (SAN)

                               Economy | 51min | Embraer 120 Brasilia Turboprop
                               | View seats
                               Total duration: 2hr 53min



🔴 TLC  ❶ Act fast! Only  1 ticket  left at this price!

Select    **$185** + $38 taxes & fees = $223  per person

Leave     Fri, Jun 26          **United Airlines 6329**
                               operated by UNITED EXPRESS/SKYWEST AIRLINES
          Depart: **2:43pm**    San Diego, CA (SAN)
          Arrive: **3:30pm**    Los Angeles, CA (LAX)
          **1 stop**            Economy | 47min | Embraer 120 Brasilia Turboprop
                               | View seats

          Change planes. Time between flights: **0hr 55min**

                               **United Airlines 6519**
                               operated by UNITED EXPRESS/SKYWEST AIRLINES
          Depart: **4:25pm**    Los Angeles, CA (LAX)
          Arrive: **5:34pm**    San Jose, CA (SJC)
                               Economy | 1hr 9min | Canadair 700 | View seats
                               Total duration: 2hr 51min

Return    Fri, Jun 26          **American Airlines 3144**

                               operated by American Eagle
          Depart: **8:35pm**    San Jose, CA (SJC)
          Arrive: **10:00pm**   San Diego, CA (SAN)
          **Non-stop**          Economy | 1hr 25min | Embraer RJ140 | View seats



🔴 TLC  ❶ Act fast! Only  5 tickets  left at this price!

Select    **$173** + $38 taxes & fees = $211  per person

Leave     Fri, Jun 26          **United Airlines 6100**
                               operated by UNITED EXPRESS/SKYWEST AIRLINES
          Depart: **6:20am**    San Diego, CA (SAN)
          Arrive: **7:12am**    Los Angeles, CA (LAX)



|  | 1 stop | Economy | 52min | Canadair 700 | View seats |

🔆 Change planes. Time between flights: **0hr 45min**

**United Airlines 6499**
operated by UNITED EXPRESS/SKYWEST AIRLINES
Los Angeles, CA (LAX)
San Jose, CA (SJC)

Depart: **7:57am**
Arrive: **9:08am**

Economy | 1hr 11min | Canadair 700 | View seats
Total duration: 2hr 48min

Return    Fri, Jun 26    **American Airlines 3179**

operated by American Eagle
San Jose, CA (SJC)
San Diego, CA (SAN)

Depart: **5:35pm**
Arrive: **7:05pm**
**Non-stop**

Economy | 1hr 30min | Embraer RJ140 | View seats



🔆 TLC    ❶ Act fast! Only [ 1 ticket ] left at this price!

Select    **$336** + $38 taxes & fees = **$374** per person

Leave    Fri, Jun 26    **American Airlines 3134**

operated by American Eagle
San Diego, CA (SAN)
San Jose, CA (SJC)

Depart: **6:20am**
Arrive: **7:45am**
**Non-stop**

Economy | 1hr 25min | Embraer RJ140 | View seats

Return    Fri, Jun 26    **United Airlines 6519**
operated by UNITED EXPRESS/SKYWEST AIRLINES
San Jose, CA (SJC)
Los Angeles, CA (LAX)

Depart: **6:07pm**
Arrive: **7:30pm**
**1 stop**

Economy | 1hr 23min | Canadair 700 | View seats

🔆 Change planes. Time between flights: **0hr 39min**

**United Airlines 6342**
operated by UNITED EXPRESS/SKYWEST AIRLINES
Los Angeles, CA (LAX)
San Diego, CA (SAN)

Depart: **8:09pm**
Arrive: **9:00pm**

Economy | 51min | Embraer 120 Brasilia Turboprop
View seats
Total duration: 2hr 53min



🔆 TLC    ❶ Act fast! Only [ 2 tickets ] left at this price!

Select    **$182** + $38 taxes & fees = **$220** per person

Leave    Fri, Jun 26    **American Airlines 3134**

operated by American Eagle
San Diego, CA (SAN)
San Jose, CA (SJC)

Depart: **6:20am**
Arrive: **7:45am**
**Non-stop**

Economy | 1hr 25min | Embraer RJ140 | View



| Return | Fri, Jun 26 | seats | | | |
|---|---|---|---|---|---|
| | | **United Airlines 6499** | | | |
| | | operated by UNITED EXPRESS/SKYWEST AIRLINES | | | |
| | Depart: **9:42am** | San Jose, CA (SJC) | | | |
| | Arrive: **11:05am** | Los Angeles, CA (LAX) | | | |
| | **1 stop** | Economy | 1hr 23min | Canadair 700 | View seats |

🔁 **Change planes. Time between flights: 0hr 42min**

**United Airlines 5753**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **11:47am**    Los Angeles, CA (LAX)
Arrive: **12:42pm**    San Diego, CA (SAN)

Economy | 55min | Embraer 120 Brasilia Turboprop | View seats
Total duration: 3hr 0min

---



🕐 **Act fast!** Only **1 ticket** left at this price!

**Select** — **$288** + $38 taxes & fees = **$326** per person

| Leave | Fri, Jun 26 | **US Airways 177** | | | |
|---|---|---|---|---|---|
| | Depart: **1:45pm** | San Diego, CA (SAN) | | | |
| | Arrive: **3:00pm** | Las Vegas, NV (LAS) | | | |
| | **1 stop** | Economy | 1hr 15min | Airbus A319 | View seats |

🔁 **Change planes. Time between flights: 0hr 55min**

**US Airways 162**

Depart: **3:55pm**    Las Vegas, NV (LAS)
Arrive: **5:19pm**    San Jose, CA (SJC)

Economy | 1hr 24min | Airbus A319 | View seats
Total duration: 3hr 34min

| Return | Fri, Jun 26 | **American Airlines 3144** | | | |
|---|---|---|---|---|---|
| | | operated by American Eagle | | | |
| | Depart: **8:35pm** | San Jose, CA (SJC) | | | |
| | Arrive: **10:00pm** | San Diego, CA (SAN) | | | |
| | **Non-stop** | Economy | 1hr 25min | Embraer RJ140 | View seats |

---



🕐 **Act fast!** Only **1 ticket** left at this price!

**Select** — **$166** + $38 taxes & fees = **$204** per person

| Leave | Fri, Jun 26 | **United Airlines 6327** | | | |
|---|---|---|---|---|---|
| | | operated by UNITED EXPRESS/SKYWEST AIRLINES | | | |
| | Depart: **1:49pm** | San Diego, CA (SAN) | | | |
| | Arrive: **2:36pm** | Los Angeles, CA (LAX) | | | |
| | **1 stop** | Economy | 47min | Embraer 120 Brasilia Turboprop | View seats |

🔁 **Change planes. Time between flights: 1hr 49min**

**United Airlines 6519**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **4:25pm**    Los Angeles, CA (LAX)



|  | Arrive: **5:34pm** | San Jose, CA (SJC) | | | |
|---|---|---|---|---|---|
|  |  | Economy | 1hr 9min | Canadair 700 | View seats |
|  |  | Total duration: 3hr 45min | | | |

| Return | **Fri, Jun 26** | **American Airlines 3144** | | | |
|---|---|---|---|---|---|
|  | Depart: **8:35pm**<br>Arrive: **10:00pm** | operated by American Eagle<br>San Jose, CA (SJC)<br>San Diego, CA (SAN) | | | |
|  | **Non-stop** | Economy | 1hr 25min | Embraer RJ140 | View seats |



| Select | **$192** + $38 taxes & fees = **$230** per person |
|---|---|

| Leave | **Fri, Jun 26** | **American Airlines 3155** | | | |
|---|---|---|---|---|---|
|  | Depart: **10:00am**<br>Arrive: **11:20am** | operated by American Eagle<br>San Diego, CA (SAN)<br>San Jose, CA (SJC) | | | |
|  | **Non-stop** | Economy | 1hr 20min | Embraer RJ140 | View seats |

| Return | **Fri, Jun 26**<br>Depart: **4:10pm**<br>Arrive: **6:03pm** | **US Airways 517**<br>San Jose, CA (SJC)<br>Phoenix, AZ (PHX) | | | |
|---|---|---|---|---|---|
|  | **1 stop** | Economy | 1hr 53min | Boeing 737 | View seats |

🔄 **Change planes.** Time between flights: **0hr 52min**

|  | Depart: **6:55pm**<br>Arrive: **8:07pm** | **US Airways 191**<br>Phoenix, AZ (PHX)<br>San Diego, CA (SAN) | | | |
|---|---|---|---|---|---|
|  |  | Economy | 1hr 12min | Airbus A321 | View seats |
|  |  | Total duration: 3hr 57min | | | |



🅣🅛🅒  ❶ **Act fast!** Only  1 ticket  left at this price!

| Select | **$346** + $31 taxes & fees = **$377** per person | NO BOOKING FEES |
|---|---|---|

| Leave | **Fri, Jun 26** | **American Airlines 3134** | | | |
|---|---|---|---|---|---|
|  | Depart: **6:20am**<br>Arrive: **7:45am** | operated by American Eagle<br>San Diego, CA (SAN)<br>San Jose, CA (SJC) | | | |
|  | **Non-stop** | Economy | 1hr 25min | Embraer RJ140 | View seats |

| Return | **Fri, Jun 26** | **American Airlines 3173** | | | |
|---|---|---|---|---|---|
|  | Depart: **9:25am**<br>Arrive: **10:45am** | operated by American Eagle<br>San Jose, CA (SJC)<br>Los Angeles, CA (LAX) | | | |
|  | **1 stop** | Economy | 1hr 20min | Embraer RJ140 | View seats |

🔄 **Change planes.** Time between flights: **1hr 45min**



**American Airlines 3049**

Depart: **12:30pm**          operated by American Eagle
Arrive: **1:20pm**           Los Angeles, CA (LAX)
                             San Diego, CA (SAN)

                             Economy  |  50min  |  Embraer RJ140  |  View seats
                             Total duration: 3hr 55min



Select  **$192** + $38 taxes & fees = $230  per person

| Leave | Fri, Jun 26 | American Airlines 3134 |
|---|---|---|

Depart: **6:20am**          operated by American Eagle
Arrive: **7:45am**          San Diego, CA (SAN)
                            San Jose, CA (SJC)
**Non-stop**
                            Economy  |  1hr 25min  |  Embraer RJ140  |  View seats

Return  Fri, Jun 26         **US Airways 517**
Depart: **4:10pm**          San Jose, CA (SJC)
Arrive: **6:03pm**          Phoenix, AZ (PHX)
**1 stop**
                            Economy  |  1hr 53min  |  Boeing 737  |  View seats
🕐 **Change planes. Time between flights: 0hr 52min**

                            **US Airways 191**
Depart: **6:55pm**          Phoenix, AZ (PHX)
Arrive: **8:07pm**          San Diego, CA (SAN)
                            Economy  |  1hr 12min  |  Airbus A321  |  View seats
                            Total duration: 3hr 57min



*TLC*  ❶ Act fast! Only  **1 ticket**  left at this price!

Select  **$336** + $42 taxes & fees = $378  per person    NO BOOKING FEES

| Leave | Fri, Jun 26 | United Airlines 6100 |
|---|---|---|

Depart: **6:20am**          operated by UNITED EXPRESS/SKYWEST AIRLINES
Arrive: **7:12am**          San Diego, CA (SAN)
                            Los Angeles, CA (LAX)
**1 stop**
                            Economy  |  52min  |  Canadair 700  |  View seats
🕐 **Change planes. Time between flights: 0hr 45min**

                            **United Airlines 6499**
                            operated by UNITED EXPRESS/SKYWEST AIRLINES
Depart: **7:57am**          Los Angeles, CA (LAX)
Arrive: **9:08am**          San Jose, CA (SJC)
                            Economy  |  1hr 11min  |  Canadair 700  |  View seats
                            Total duration: 2hr 48min

Return  Fri, Jun 26         **United Airlines 6519**
                            operated by UNITED EXPRESS/SKYWEST AIRLINES
Depart: **6:07pm**          San Jose, CA (SJC)
Arrive: **7:30pm**          Los Angeles, CA (LAX)
**1 stop**
                            Economy  |  1hr 23min  |  Canadair 700  |  View seats
🕐 **Change planes. Time between flights: 0hr 39min**

                            **United Airlines 6342**



Depart: **8:09pm**          **operated by UNITED EXPRESS/SKYWEST AIRLINES**
Arrive: **9:00pm**          Los Angeles, CA (LAX)
                            San Diego, CA (SAN)

                            Economy  |  51min  |  Embraer 120 Brasilia Turboprop
                            |  View seats
                            Total duration: 2hr 53min

🅣🅛🅒   ❶ Act fast! Only  2 tickets  left at this price!

Select   **$182** + $42 taxes & fees = **$224**  per person       NO BOOKING FEES

Leave    **Fri, Jun 26**          **United Airlines 6100**
                                  **operated by UNITED EXPRESS/SKYWEST AIRLINES**
         Depart: **6:20am**       San Diego, CA (SAN)
         Arrive: **7:12am**       Los Angeles, CA (LAX)
         **1 stop**               Economy  |  52min  |  Canadair 700  |  View seats

         🔆 **Change planes.** Time between flights: **0hr 45min**

                                  **United Airlines 6499**
                                  **operated by UNITED EXPRESS/SKYWEST AIRLINES**
         Depart: **7:57am**       Los Angeles, CA (LAX)
         Arrive: **9:08am**       San Jose, CA (SJC)

                                  Economy  |  1hr 11min  |  Canadair 700  |  View seats
                                  Total duration: 2hr 48min

Return   **Fri, Jun 26**          **United Airlines 6499**
                                  **operated by UNITED EXPRESS/SKYWEST AIRLINES**
         Depart: **9:42am**       San Jose, CA (SJC)
         Arrive: **11:05am**      Los Angeles, CA (LAX)
         **1 stop**               Economy  |  1hr 23min  |  Canadair 700  |  View seats

         🔆 **Change planes.** Time between flights: **0hr 42min**

                                  **United Airlines 5753**
                                  **operated by UNITED EXPRESS/SKYWEST AIRLINES**
         Depart: **11:47am**      Los Angeles, CA (LAX)
         Arrive: **12:42pm**      San Diego, CA (SAN)

                                  Economy  |  55min  |  Embraer 120 Brasilia Turboprop
                                  |  View seats
                                  Total duration: 3hr 0min



🅣🅛🅒   ❶ Act fast! Only  1 ticket  left at this price!

Select   **$185** + $38 taxes & fees = **$223**  per person       P
                                                                  ASS

Leave    **Fri, Jun 26**          **United Airlines 6326**
                                  **operated by UNITED EXPRESS/SKYWEST AIRLINES**
         Depart: **12:59pm**      San Diego, CA (SAN)
         Arrive: **1:48pm**       Los Angeles, CA (LAX)
         **1 stop**               Economy  |  49min  |  Embraer 120 Brasilia Turboprop
                                  |  View seats

         🔆 **Change planes.** Time between flights: **2hr 37min**

                                  **United Airlines 6519**
                                  **operated by UNITED EXPRESS/SKYWEST AIRLINES**
         Depart: **4:25pm**       Los Angeles, CA (LAX)
         Arrive: **5:34pm**       San Jose, CA (SJC)



| | | Economy | 1hr 9min | Canadair 700 | View seats |

Total duration: 4hr 35min

| Return | **Fri, Jun 26** | **American Airlines 3144** |
| | Depart: **8:35pm** | operated by American Eagle |
| | Arrive: **10:00pm** | San Jose, CA (SJC) |
| | | San Diego, CA (SAN) |
| | **Non-stop** | Economy | 1hr 25min | Embraer RJ140 | View seats |



**①** Act fast! Only 3 tickets left at this price!

Select    $231 + $38 taxes & fees = $269 per person

| Leave | **Fri, Jun 26** | **American Airlines 3134** |
| | Depart: **6:20am** | operated by American Eagle |
| | Arrive: **7:45am** | San Diego, CA (SAN) |
| | | San Jose, CA (SJC) |
| | **Non-stop** | Economy | 1hr 25min | Embraer RJ140 | View seats |

| Return | **Fri, Jun 26** | **United Airlines 6499** |
| | Depart: **9:42am** | operated by UNITED EXPRESS/SKYWEST AIRLINES |
| | Arrive: **11:05am** | San Jose, CA (SJC) |
| | | Los Angeles, CA (LAX) |
| | **1 stop** | Economy | 1hr 23min | Canadair 700 | View seats |

⏱ **Change planes.** Time between flights: **2hr 28min**

| | | **United Airlines 6329** |
| | Depart: **1:33pm** | operated by UNITED EXPRESS/SKYWEST AIRLINES |
| | Arrive: **2:24pm** | Los Angeles, CA (LAX) |
| | | San Diego, CA (SAN) |
| | | Economy | 51min | Embraer 120 Brasilia Turboprop | View seats |

Total duration: 4hr 42min



**①** Act fast! Only 3 tickets left at this price!

Select    $231 + $42 taxes & fees = $273 per person    NO BOOKING FEES

| Leave | **Fri, Jun 26** | **United Airlines 6100** |
| | | operated by UNITED EXPRESS/SKYWEST AIRLINES |
| | Depart: **6:20am** | San Diego, CA (SAN) |
| | Arrive: **7:12am** | Los Angeles, CA (LAX) |
| | **1 stop** | Economy | 52min | Canadair 700 | View seats |

⏱ **Change planes.** Time between flights: **0hr 45min**

| | | **United Airlines 6499** |
| | | operated by UNITED EXPRESS/SKYWEST AIRLINES |
| | Depart: **7:57am** | Los Angeles, CA (LAX) |
| | Arrive: **9:08am** | San Jose, CA (SJC) |



| | | Economy | 1hr 11min | Canadair 700 | View seats |
|---|---|---|---|---|---|

Total duration: 2hr 48min

**Return**   **Fri, Jun 26**   **United Airlines 6499**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **9:42am**   San Jose, CA (SJC)
Arrive: **11:05am**   Los Angeles, CA (LAX)

**1 stop**   Economy | 1hr 23min | Canadair 700 | View seats

🕐 **Change planes. Time between flights: 2hr 28min**

**United Airlines 6329**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **1:33pm**   Los Angeles, CA (LAX)
Arrive: **2:24pm**   San Diego, CA (SAN)

Economy | 51min | Embraer 120 Brasilia Turboprop
| View seats
Total duration: 4hr 42min



**Select**   **$182** + $42 taxes & fees = $224 per person   *NO BOOKING FEES*   AS

**Leave**   **Fri, Jun 26**   **United Airlines 6100**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **6:20am**   San Diego, CA (SAN)
Arrive: **7:12am**   Los Angeles, CA (LAX)

**1 stop**   Economy | 52min | Canadair 700 | View seats

🕐 **Change planes. Time between flights: 0hr 45min**

**United Airlines 6499**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **7:57am**   Los Angeles, CA (LAX)
Arrive: **9:08am**   San Jose, CA (SJC)

Economy | 1hr 11min | Canadair 700 | View seats
Total duration: 2hr 48min

**Return**   **Fri, Jun 26**   **United Airlines 6519**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **6:07pm**   San Jose, CA (SJC)
Arrive: **7:30pm**   Los Angeles, CA (LAX)

**1 stop**   Economy | 1hr 23min | Canadair 700 | View seats

🕐 **Change planes. Time between flights: 3hr 4min**

**United Airlines 6344**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **10:34pm**   Los Angeles, CA (LAX)
Arrive: **11:22pm**   San Diego, CA (SAN)

Economy | 48min | Canadair 700 | View seats
Total duration: 5hr 15min



🕐 TLC   ❶ Act fast! Only 1 ticket left at this price!

**Select**   **$225** + $42 taxes & fees = $267 per person   *NO BOOKING FEES*   AS

**Leave**   **Fri, Jun 26**   **United Airlines 6329**
operated by UNITED EXPRESS/SKYWEST AIRLINES

Depart: **2:43pm**   San Diego, CA (SAN)
Arrive: **3:30pm**   Los Angeles, CA (LAX)



**1 stop**                 Economy | 47min | Embraer 120 Brasilia Turboprop
                                     | View seats

🔄 **Change planes. Time between flights: 0hr 55min**

                           **United Airlines 6519**
                           **operated by UNITED EXPRESS/SKYWEST AIRLINES**
Depart: **4:25pm**         Los Angeles, CA (LAX)
Arrive: **5:34pm**         San Jose, CA (SJC)
                           Economy | 1hr 9min | Canadair 700 | View seats
                           Total duration: 2hr 51min

Return   **Fri, Jun 26**   **United Airlines 6519**
                           **operated by UNITED EXPRESS/SKYWEST AIRLINES**
Depart: **6:07pm**         San Jose, CA (SJC)
Arrive: **7:30pm**         Los Angeles, CA (LAX)

**1 stop**                 Economy | 1hr 23min | Canadair 700 | View seats

🔄 **Change planes. Time between flights: 3hr 4min**

                           **United Airlines 6344**
                           **operated by UNITED EXPRESS/SKYWEST AIRLINES**
Depart: **10:34pm**        Los Angeles, CA (LAX)
Arrive: **11:22pm**        San Diego, CA (SAN)
                           Economy | 48min | Canadair 700 | View seats
                           Total duration: 5hr 15min



🔴 TLC   ❶ Act fast! Only 1 ticket left at this price!

Select   **$192** + $42 taxes & fees = **$234** per person    NO BOOKING FEES   AS

Leave    **Fri, Jun 26**   **United Airlines 6100**
                           **operated by UNITED EXPRESS/SKYWEST AIRLINES**
Depart: **6:20am**         San Diego, CA (SAN)
Arrive: **7:12am**         Los Angeles, CA (LAX)

**1 stop**                 Economy | 52min | Canadair 700 | View seats

🔄 **Change planes. Time between flights: 0hr 45min**

                           **United Airlines 6499**
                           **operated by UNITED EXPRESS/SKYWEST AIRLINES**
Depart: **7:57am**         Los Angeles, CA (LAX)
Arrive: **9:08am**         San Jose, CA (SJC)
                           Economy | 1hr 11min | Canadair 700 | View seats
                           Total duration: 2hr 48min

Return   **Fri, Jun 26**   **United Airlines 6499**
                           **operated by UNITED EXPRESS/SKYWEST AIRLINES**
Depart: **9:42am**         San Jose, CA (SJC)
Arrive: **11:05am**        Los Angeles, CA (LAX)

**1 stop**                 Economy | 1hr 23min | Canadair 700 | View seats

🔄 **Change planes. Time between flights: 3hr 58min**

                           **United Airlines 6335**
                           **operated by UNITED EXPRESS/SKYWEST AIRLINES**
Depart: **3:03pm**         Los Angeles, CA (LAX)
Arrive: **3:54pm**         San Diego, CA (SAN)
                           Economy | 51min | Embraer 120 Brasilia Turboprop
                                    | View seats
                           Total duration: 6hr 12min



**Select** — **$206** + $42 taxes & fees = **$248** per person   *NO BOOKING FEES*   AS

| Leave | Fri, Jun 26 | United Airlines 6327 | |
|---|---|---|---|
| | Depart: **1:49pm** | operated by UNITED EXPRESS/SKYWEST AIRLINES | |
| | Arrive: **2:36pm** | San Diego, CA (SAN) | |
| | | Los Angeles, CA (LAX) | |
| | **1 stop** | Economy | 47min | Embraer 120 Brasilia Turboprop | |
| | | View seats | |

🕐 **Change planes.** Time between flights: **1hr 49min**

| | | United Airlines 6519 | |
|---|---|---|---|
| | Depart: **4:25pm** | operated by UNITED EXPRESS/SKYWEST AIRLINES | |
| | Arrive: **5:34pm** | Los Angeles, CA (LAX) | |
| | | San Jose, CA (SJC) | |
| | | Economy | 1hr 9min | Canadair 700 | View seats | |
| | | Total duration: 3hr 45min | |

| Return | Fri, Jun 26 | United Airlines 6519 | |
|---|---|---|---|
| | Depart: **6:07pm** | operated by UNITED EXPRESS/SKYWEST AIRLINES | |
| | Arrive: **7:30pm** | San Jose, CA (SJC) | |
| | | Los Angeles, CA (LAX) | |
| | **1 stop** | Economy | 1hr 23min | Canadair 700 | View seats | |

🕐 **Change planes.** Time between flights: **3hr 4min**

| | | United Airlines 6344 | |
|---|---|---|---|
| | Depart: **10:34pm** | operated by UNITED EXPRESS/SKYWEST AIRLINES | |
| | Arrive: **11:22pm** | Los Angeles, CA (LAX) | |
| | | San Diego, CA (SAN) | |
| | | Economy | 48min | Canadair 700 | View seats | |
| | | Total duration: 5hr 15min | |



**Select** — **$254** + $42 taxes & fees = **$296** per person   *NO BOOKING FEES*   AS

| Leave | Fri, Jun 26 | US Airways 567 | |
|---|---|---|---|
| | Depart: **6:35am** | San Diego, CA (SAN) | |
| | Arrive: **8:01am** | Phoenix, AZ (PHX) | |
| | **1 stop** | Economy | 1hr 26min | Airbus A321 | View seats | |

🕐 **Change planes.** Time between flights: **1hr 50min**

| | | US Airways 280 | |
|---|---|---|---|
| | Depart: **9:51am** | Phoenix, AZ (PHX) | |
| | Arrive: **11:46am** | San Jose, CA (SJC) | |
| | | Economy | 1hr 55min | Boeing 737 | View seats | |
| | | Total duration: 5hr 11min | |

| Return | Fri, Jun 26 | US Airways 517 | |
|---|---|---|---|
| | Depart: **4:10pm** | San Jose, CA (SJC) | |
| | Arrive: **6:03pm** | Phoenix, AZ (PHX) | |
| | **1 stop** | Economy | 1hr 53min | Boeing 737 | View seats | |

🕐 **Change planes.** Time between flights: **0hr 52min**

| | | US Airways 191 | |
|---|---|---|---|
| | Depart: **6:55pm** | Phoenix, AZ (PHX) | |
| | Arrive: **8:07pm** | San Diego, CA (SAN) | |
| | | Economy | 1hr 12min | Airbus A321 | View seats | |
| | | Total duration: 3hr 57min | |



**Select** | **$254** + $42 taxes & fees = $296 per person | *NO BOOKING FEES* | AS

| Leave | **Fri, Jun 26**<br>Depart: **6:25am**<br>Arrive: **7:51am** | **US Airways 183**<br>San Diego, CA (SAN)<br>Phoenix, AZ (PHX) |
| | **1 stop** | Economy \| 1hr 26min \| Airbus A320 \| View seats |
| | 🔄 Change planes. Time between flights: **2hr 0min** | |
| | Depart: **9:51am**<br>Arrive: **11:46am** | **US Airways 280**<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) |
| | | Economy \| 1hr 55min \| Boeing 737 \| View seats<br>Total duration: 5hr 21min |
| Return | **Fri, Jun 26**<br>Depart: **4:10pm**<br>Arrive: **6:03pm** | **US Airways 517**<br>San Jose, CA (SJC)<br>Phoenix, AZ (PHX) |
| | **1 stop** | Economy \| 1hr 53min \| Boeing 737 \| View seats |
| | 🔄 Change planes. Time between flights: **0hr 52min** | |
| | Depart: **6:55pm**<br>Arrive: **8:07pm** | **US Airways 191**<br>Phoenix, AZ (PHX)<br>San Diego, CA (SAN) |
| | | Economy \| 1hr 12min \| Airbus A321 \| View seats<br>Total duration: 3hr 57min |



🔴 Act fast! Only ⎡ **1 ticket** ⎤ left at this price!

**Select** | **$278** + $42 taxes & fees = $320 per person | *NO BOOKING FEES* | AS

| Leave | **Fri, Jun 26**<br>Depart: **9:50am**<br>Arrive: **11:08am** | **US Airways 351**<br>San Diego, CA (SAN)<br>Phoenix, AZ (PHX) |
| | **1 stop** | Economy \| 1hr 18min \| Airbus A320 \| View seats |
| | 🔄 Change planes. Time between flights: **2hr 24min** | |
| | Depart: **1:32pm**<br>Arrive: **3:24pm** | **US Airways 281**<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) |
| | | Economy \| 1hr 52min \| Boeing 737 \| View seats<br>Total duration: 5hr 34min |
| Return | **Fri, Jun 26**<br>Depart: **4:10pm**<br>Arrive: **6:03pm** | **US Airways 517**<br>San Jose, CA (SJC)<br>Phoenix, AZ (PHX) |
| | **1 stop** | Economy \| 1hr 53min \| Boeing 737 \| View seats |
| | 🔄 Change planes. Time between flights: **0hr 52min** | |
| | Depart: **6:55pm**<br>Arrive: **8:07pm** | **US Airways 191**<br>Phoenix, AZ (PHX)<br>San Diego, CA (SAN) |
| | | Economy \| 1hr 12min \| Airbus A321 \| View seats<br>Total duration: 3hr 57min |



**Select**    **$254** + $42 taxes & fees = **$296**  per person    *NO BOOKING FEES*

| Leave | Fri, Jun 26 | US Airways 320 | | |
|---|---|---|---|---|
| | Depart: **7:15am** | San Diego, CA (SAN) | | |
| | Arrive: **8:31am** | Las Vegas, NV (LAS) | | |
| | **1 stop** | Economy | 1hr 16min | Airbus A320 | View seats |

🔄 **Change planes. Time between flights: 3hr 4min**

| | | US Airways 160 | | |
|---|---|---|---|---|
| | Depart: **11:35am** | Las Vegas, NV (LAS) | | |
| | Arrive: **1:09pm** | San Jose, CA (SJC) | | |
| | | Economy | 1hr 34min | Airbus A319 | View seats |
| | | Total duration: 5hr 54min | | |

| Return | Fri, Jun 26 | US Airways 517 | | |
|---|---|---|---|---|
| | Depart: **4:10pm** | San Jose, CA (SJC) | | |
| | Arrive: **6:03pm** | Phoenix, AZ (PHX) | | |
| | **1 stop** | Economy | 1hr 53min | Boeing 737 | View seats |

🔄 **Change planes. Time between flights: 0hr 52min**

| | | US Airways 191 | | |
|---|---|---|---|---|
| | Depart: **6:55pm** | Phoenix, AZ (PHX) | | |
| | Arrive: **8:07pm** | San Diego, CA (SAN) | | |
| | | Economy | 1hr 12min | Airbus A321 | View seats |
| | | Total duration: 3hr 57min | | |



**Select**    **$327** + $43 taxes & fees = **$370**  per person    *NO BOOKING FEES*

| Leave | Fri, Jun 26 | US Airways 567 | | |
|---|---|---|---|---|
| | Depart: **6:35am** | San Diego, CA (SAN) | | |
| | Arrive: **8:01am** | Phoenix, AZ (PHX) | | |
| | **1 stop** | Economy | 1hr 26min | Airbus A321 | View seats |

🔄 **Change planes. Time between flights: 1hr 50min**

| | | US Airways 280 | | |
|---|---|---|---|---|
| | Depart: **9:51am** | Phoenix, AZ (PHX) | | |
| | Arrive: **11:46am** | San Jose, CA (SJC) | | |
| | | Economy | 1hr 55min | Boeing 737 | View seats |
| | | Total duration: 5hr 11min | | |

| Return | Fri, Jun 26 | US Airways 517 | | |
|---|---|---|---|---|
| | Depart: **4:10pm** | San Jose, CA (SJC) | | |
| | Arrive: **6:03pm** | Phoenix, AZ (PHX) | | |
| | **1 stop** | Economy | 1hr 53min | Boeing 737 | View seats |

🔄 **Change planes. Time between flights: 2hr 2min**

| | | US Airways 192 | | |
|---|---|---|---|---|
| | Depart: **8:05pm** | Phoenix, AZ (PHX) | | |
| | Arrive: **9:19pm** | San Diego, CA (SAN) | | |
| | | Economy | 1hr 14min | Airbus A320 | View seats |
| | | Total duration: 5hr 9min | | |

**Select**    **$327** + $43 taxes & fees = **$370**  per person    *NO BOOKING FEES*



| Leave | **Fri, Jun 26**<br>Depart: **6:25am**<br>Arrive: **7:51am** | **US Airways 183**<br>San Diego, CA (SAN)<br>Phoenix, AZ (PHX) | | | |
|---|---|---|---|---|---|
| | **1 stop** | Economy | 1hr 26min | Airbus A320 | View seats |
| | 🕐 Change planes. Time between flights: **2hr 0min** | | | | |
| | Depart: **9:51am**<br>Arrive: **11:46am** | **US Airways 280**<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) | | | |
| | | Economy | 1hr 55min | Boeing 737 | View seats |
| | | Total duration: 5hr 21min | | | |

| Return | **Fri, Jun 26**<br>Depart: **4:10pm**<br>Arrive: **6:03pm** | **US Airways 517**<br>San Jose, CA (SJC)<br>Phoenix, AZ (PHX) | | | |
|---|---|---|---|---|---|
| | **1 stop** | Economy | 1hr 53min | Boeing 737 | View seats |
| | 🕐 Change planes. Time between flights: **2hr 2min** | | | | |
| | Depart: **8:05pm**<br>Arrive: **9:19pm** | **US Airways 192**<br>Phoenix, AZ (PHX)<br>San Diego, CA (SAN) | | | |
| | | Economy | 1hr 14min | Airbus A320 | View seats |
| | | Total duration: 5hr 9min | | | |



Select    **$327** + $43 taxes & fees = $370  per person    *NO BOOKING FEES*

| Leave | **Fri, Jun 26**<br>Depart: **6:35am**<br>Arrive: **8:01am** | **US Airways 567**<br>San Diego, CA (SAN)<br>Phoenix, AZ (PHX) | | | |
|---|---|---|---|---|---|
| | **1 stop** | Economy | 1hr 26min | Airbus A321 | View seats |
| | 🕐 Change planes. Time between flights: **1hr 50min** | | | | |
| | Depart: **9:51am**<br>Arrive: **11:46am** | **US Airways 280**<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) | | | |
| | | Economy | 1hr 55min | Boeing 737 | View seats |
| | | Total duration: 5hr 11min | | | |

| Return | **Fri, Jun 26**<br>Depart: **12:24pm**<br>Arrive: **2:15pm** | **US Airways 551**<br>San Jose, CA (SJC)<br>Phoenix, AZ (PHX) | | | |
|---|---|---|---|---|---|
| | | Economy | 1hr 51min | Boeing 737 | View seats |
| | 🕐 Change planes. Time between flights: **2hr 34min** | | | | |
| | Depart: **4:49pm**<br>Arrive: **5:58pm** | **US Airways 186**<br>Phoenix, AZ (PHX)<br>San Diego, CA (SAN) | | | |
| | | Economy | 1hr 9min | Boeing 737 | View seats |
| | | Total duration: 5hr 34min | | | |



Select    **$327** + $43 taxes & fees = $370  per person    *NO BOOKING FEES*

| Leave | **Fri, Jun 26**<br>Depart: **6:25am**<br>Arrive: **7:51am** | **US Airways 183**<br>San Diego, CA (SAN)<br>Phoenix, AZ (PHX) | | | |
|---|---|---|---|---|---|
| | **1 stop** | Economy | 1hr 26min | Airbus A320 | View seats |



🟠 **Change planes.** Time between flights: **2hr 0min**

| | Depart: **9:51am** | **US Airways 280** |
| | Arrive: **11:46am** | Phoenix, AZ (PHX) |
| | | San Jose, CA (SJC) |

Economy | 1hr 55min | Boeing 737 | View seats
Total duration: 5hr 21min

Return | **Fri, Jun 26** | **US Airways 551**
Depart: **12:24pm** | San Jose, CA (SJC)
Arrive: **2:15pm** | Phoenix, AZ (PHX)
**1 stop** | Economy | 1hr 51min | Boeing 737 | View seats

🟠 **Change planes.** Time between flights: **2hr 34min**

| | Depart: **4:49pm** | **US Airways 186** |
| | Arrive: **5:58pm** | Phoenix, AZ (PHX) |
| | | San Diego, CA (SAN) |

Economy | 1hr 9min | Boeing 737 | View seats
Total duration: 5hr 34min

---

🟠 TLC  ❶ Act fast! **Only** 1 ticket **left at this price!**

Select  **$323** + $32 taxes & fees = **$355** per person  **NO BOOKING FEES** AS

Leave | **Fri, Jun 26** | **American Airlines 3176**
Depart: **7:25pm** | operated by American Eagle
Arrive: **8:45pm** | San Diego, CA (SAN)
| San Jose, CA (SJC)
**Non-stop** | Economy | 1hr 20min | Embraer RJ140 | View seats

Return | **Fri, Jun 26** | **American Airlines 3135**
Depart: **9:10pm** | operated by American Eagle
Arrive: **10:25pm** | San Jose, CA (SJC)
| Los Angeles, CA (LAX)
**1 stop** | Economy | 1hr 15min | Embraer RJ140 | View seats

🟠 **Change planes.** Time between flights: **10hr 0min**

| | | **American Airlines 3047** |
| | Depart: **8:25am** | operated by American Eagle |
| | Arrive: **9:15am** | Los Angeles, CA (LAX) |
| | | San Diego, CA (SAN) |

Economy | 50min | Embraer RJ140 | View seats
Total duration: 12hr 5min

🟠 This is an overnight flight.

---

🟠 TLC  ❶ Act fast! **Only** 1 ticket **left at this price!**

Select  **$323** + $32 taxes & fees = **$355** per person  **NO BOOKING FEES** AS

Leave | **Fri, Jun 26** | **American Airlines 3176**

Case5:08-cv-04052-JF    Document91-31    Filed06/05/09    Page23 of 24



| | Depart: **7:25pm** Arrive: **8:45pm** | operated by **American Eagle** San Diego, CA (SAN) San Jose, CA (SJC) | | | |
| | **Non-stop** | Economy | 1hr 20min | Embraer RJ140 | View seats |

| Return | Fri, Jun 26 | **American Airlines 3135** | | | |
| | Depart: **9:10pm** Arrive: **10:25pm** | operated by **American Eagle** San Jose, CA (SJC) Los Angeles, CA (LAX) | | | |
| | **1 stop** | Economy | 1hr 15min | Embraer RJ140 | View seats |

⏱ **Change planes.** Time between flights: **10hr 50min**

**American Airlines 3055**

| | Depart: **9:15am** Arrive: **10:10am** | operated by **American Eagle** Los Angeles, CA (LAX) San Diego, CA (SAN) | | | |
| | | Economy | 55min | Embraer RJ140 | View seats |
| | | Total duration: 13hr 0min | | | |

⏱ **This is an overnight flight.**



**Select**   **$284** + $43 taxes & fees = $327 per person   *NO BOOKING FEES*   AS:

| Leave | **Fri, Jun 26** | **US Airways 567** | | | |
| | Depart: **6:35am** Arrive: **8:01am** | San Diego, CA (SAN) Phoenix, AZ (PHX) | | | |
| | **1 stop** | Economy | 1hr 26min | Airbus A321 | View seats |

⏱ **Change planes.** Time between flights: **1hr 50min**

| | | **US Airways 280** | | | |
| | Depart: **9:51am** Arrive: **11:46am** | Phoenix, AZ (PHX) San Jose, CA (SJC) | | | |
| | | Economy | 1hr 55min | Boeing 737 | View seats |
| | | Total duration: 5hr 11min | | | |

| Return | **Fri, Jun 26** | **US Airways 496** | | | |
| | Depart: **6:05pm** Arrive: **7:53pm** | San Jose, CA (SJC) Phoenix, AZ (PHX) | | | |
| | **1 stop** | Economy | 1hr 48min | Airbus A319 | View seats |

⏱ **Change planes.** Time between flights: **11hr 52min**

| | | **US Airways 180** | | | |
| | Depart: **7:45am** Arrive: **8:58am** | Phoenix, AZ (PHX) San Diego, CA (SAN) | | | |
| | | Economy | 1hr 13min | Airbus A320 | View seats |
| | | Total duration: 14hr 53min | | | |

⏱ **This is an overnight flight.**

**Didn't find the right combination of flights in one itinerary?**
Build your own itinerary. Start by choosing an outbound or return flight above.

See all 103 flights   |   Change search

My Trips | My Account | Flight status | OrbitzTLC Alerts | OrbitzTLC Traveler Update - User rules

About Us | Site feedback | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Business
Terms and conditions | Your Privacy Rights | Low Fare Promise | Low Price Guarantee | Price Assurance | Orbitz Visa® Card

Travel deals | Add Orbitz RSS feeds 

Flights | Vacation packages | Hotels | Car rental | Cruises | Activities | Travel guides | Orbitz travel blog

Top hotel destinations

| Atlanta hotels | Fort Lauderdale hotels | Los Cabos hotels | New York hotels | San Francisco hotels |
| Boston hotels | Houston hotels | Maui hotels | Oahu hotels | Seattle hotels |
| Cancun hotels | Indianapolis hotels | Miami hotels | Orlando hotels | Tampa hotels |
| Chicago hotels | Las Vegas hotels | Nassau hotels | Phoenix hotels | Vancouver hotels |
| Denver hotels | Los Angeles hotels | New Orleans hotels | San Diego hotels | Washington DC hotels |

Top vacations

| Caribbean vacations | Florida vacations | All-inclusive vacations | Gay travel |
| Mexico vacations | Las Vegas vacations | Business travel | Hawaii vacations |
| Europe vacations | Last minute travel | Family vacations | Vacation Rentals |

ebookers | HotelClub.com | RatesToGo.com | Trip.com | Away.com
GORP.com | OutsideOnline.com | Orbitz Games





Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2008, Orbitz, LLC. All rights reserved.

CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

