# EXHIBIT 32

Dockets.Justia.com





Welcome to Orbitz .
Sign in | Register now
Site feedback

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities | Deals | MY STUFF: My Trips | My Account | ORBITZ Home | Traveler Update | C

ORBITZ MATRIX DISPLAY

NO FLIGHT FEES + PRICE ASSURANCE = UNBEATABLE VALUE

**My Search**

NO FLIGHT FEES + PRICE ASSURANCE UNBEATABLE VALUE Learn more

| Find flights by: Airline / Stops / Price | American Airlines | US Airways | Alaska Airlines | Delta Air Lines | Northwest Airlines | Frontier Airlines | Unite Airlin |
|---|---|---|---|---|---|---|---|
| Non-stop | $138 total $159 | | | | | | |
| 1 stop | $192 total $230 | $202 total $240 | $363 total $401 | $386 total $424 | $451 total $489 | $807 total $850 | $1,6 total $1 |
| 2+ stops | | | | | | | |

Fares are per person in US dollars, using e-tickets. Total fare includes all taxes and fees .
Additional baggage charges may apply.
Some itineraries require paper tickets with an additional charge. Changes after purchase are subject t

Sort flights by: Lowest price | Departure time | **Shortest flight**

HOTEL FEE CUTS + HOTEL PRICE ASSURANCE Learn more

Showing **shortest flights** (45 flights out of 97 total)

TLC Act fast! **Only** 1 ticket **left at this price!**

Select **$148** + $21 taxes & fees = $169 per person NO BOOKING FEES AS

| | | | |
|---|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3158** | |
| | Depart: **2:45pm**<br>Arrive: **3:55pm**<br>**Non-stop** | **operated by American Eagle**<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC)<br>Economy \| 1hr 10min \| Embraer RJ140 \| View seats | |
| Return | **Fri, Jun 26** | **American Airlines 3128** | |
| | Depart: **8:25pm**<br>Arrive: **9:40pm**<br>**Non-stop** | **operated by American Eagle**<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA)<br>Economy \| 1hr 15min \| Embraer RJ140 \| View seats | |

❶ Act fast! Only **2 tickets** left at this price!

Select    **$148** + $21 taxes & fees = **$169** per person    *NO BOOKING FEES*    AS

| | | |
|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3174** |
| A | Depart: **6:40pm**<br>Arrive: **7:50pm**<br>**Non-stop** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC)<br>Economy \| 1hr 10min \| Embraer RJ140 \| View seats |
| Return | **Fri, Jun 26** | **American Airlines 3128** |
| A | Depart: **8:25pm**<br>Arrive: **9:40pm**<br>**Non-stop** | operated by American Eagle<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA)<br>Economy \| 1hr 15min \| Embraer RJ140 \| View seats |



❶ Act fast! Only **2 tickets** left at this price!

Select    **$158** + $21 taxes & fees = **$179** per person    *NO BOOKING FEES*    AS

| | | |
|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3161** |
| A | Depart: **4:40pm**<br>Arrive: **5:50pm**<br>**Non-stop** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC)<br>Economy \| 1hr 10min \| Embraer RJ140 \| View seats |
| Return | **Fri, Jun 26** | **American Airlines 3128** |
| A | Depart: **8:25pm**<br>Arrive: **9:40pm**<br>**Non-stop** | operated by American Eagle<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA)<br>Economy \| 1hr 15min \| Embraer RJ140 \| View seats |



❶ Act fast! Only **2 tickets** left at this price!

Select    **$148** + $21 taxes & fees = **$169** per person    *NO BOOKING FEES*    AS

| | | |
|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3172** |
| A | Depart: **12:15pm**<br>Arrive: **1:30pm**<br>**Non-stop** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC)<br>Economy \| 1hr 15min \| Embraer RJ140 \| View seats |



Return    **Fri, Jun 26**      **American Airlines 3128**

Depart: **8:25pm**
Arrive: **9:40pm**

**operated by American Eagle**
San Jose, CA (SJC)
Santa Ana, CA (SNA)

**Non-stop**      Economy | 1hr 15min | Embraer RJ140 | View seats

---

**① Act fast!** Only **1 ticket** left at this price!

Select    **$148** + $21 taxes & fees = **$169** per person    *NO BOOKING FEES*   AS

Leave    **Fri, Jun 26**      **American Airlines 3154**

Depart: **9:00am**
Arrive: **10:20am**

**operated by American Eagle**
Santa Ana, CA (SNA)
San Jose, CA (SJC)

**Non-stop**      Economy | 1hr 20min | Embraer RJ140 | View seats

Return    **Fri, Jun 26**      **American Airlines 3128**

Depart: **8:25pm**
Arrive: **9:40pm**

**operated by American Eagle**
San Jose, CA (SJC)
Santa Ana, CA (SNA)

**Non-stop**      Economy | 1hr 15min | Embraer RJ140 | View seats

---

**① Act fast!** Only **2 tickets** left at this price!

Select    **$168** + $21 taxes & fees = **$189** per person    *NO BOOKING FEES*   AS

Leave    **Fri, Jun 26**      **American Airlines 3172**

Depart: **12:15pm**
Arrive: **1:30pm**

**operated by American Eagle**
Santa Ana, CA (SNA)
San Jose, CA (SJC)

**Non-stop**      Economy | 1hr 15min | Embraer RJ140 | View seats

Return    **Fri, Jun 26**      **American Airlines 3129**

Depart: **2:00pm**
Arrive: **3:20pm**

**operated by American Eagle**
San Jose, CA (SJC)
Santa Ana, CA (SNA)

**Non-stop**      Economy | 1hr 20min | Embraer RJ140 | View seats

---

**① Act fast!** Only **1 ticket** left at this price!

Select    **$168** + $21 taxes & fees = **$189** per person



*NO BOOKING FEES*

| Leave | **Fri, Jun 26** | **American Airlines 3158** | | | | |
|-------|-----------------|----------------------------|---|---|---|---|
| | Depart: **2:45pm**<br>Arrive: **3:55pm** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC) | | | | |
| | **Non-stop** | Economy | 1hr 10min | Embraer RJ140 | View seats |

| Return | **Fri, Jun 26** | **American Airlines 3152** | | | | |
|--------|-----------------|----------------------------|---|---|---|---|
| | Depart: **4:50pm**<br>Arrive: **6:15pm** | operated by American Eagle<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA) | | | | |
| | **Non-stop** | Economy | 1hr 25min | Embraer RJ140 | View seats |

*TLC*  ❶ Act fast! Only **1 ticket** left at this price!

Select   **$168** + $21 taxes & fees = $189  per person   *NO BOOKING FEES*

| Leave | **Fri, Jun 26** | **American Airlines 3158** | | | | |
|-------|-----------------|----------------------------|---|---|---|---|
| | Depart: **2:45pm**<br>Arrive: **3:55pm** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC) | | | | |
| | **Non-stop** | Economy | 1hr 10min | Embraer RJ140 | View seats |

| Return | **Fri, Jun 26** | **American Airlines 3171** | | | | |
|--------|-----------------|----------------------------|---|---|---|---|
| | Depart: **6:05pm**<br>Arrive: **7:30pm** | operated by American Eagle<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA) | | | | |
| | **Non-stop** | Economy | 1hr 25min | Embraer RJ140 | View seats |

*TLC*  ❶ Act fast! Only **1 ticket** left at this price!

Select   **$168** + $21 taxes & fees = $189  per person   *NO BOOKING FEES*

| Leave | **Fri, Jun 26** | **American Airlines 3154** | | | | |
|-------|-----------------|----------------------------|---|---|---|---|
| | Depart: **9:00am**<br>Arrive: **10:20am** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC) | | | | |
| | **Non-stop** | Economy | 1hr 20min | Embraer RJ140 | View seats |

| Return | **Fri, Jun 26** | **American Airlines 3129** | | |
|--------|-----------------|----------------------------|---|---|
| | Depart: **2:00pm** | operated by American Eagle<br>San Jose, CA (SJC) | | |





Arrive: **3:20pm** Santa Ana, CA (SNA)

**Non-stop** Economy | 1hr 20min | Embraer RJ140 | View seats

---

TLC Act fast! **Only** 2 tickets **left at this price!**

Select **$168** + $21 taxes & fees = $189 per person NO BOOKING FEES AS

| | | |
|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3172** |
| | Depart: **12:15pm**<br>Arrive: **1:30pm** | **operated by American Eagle**<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC) |
| | **Non-stop** | Economy \| 1hr 15min \| Embraer RJ140 \| View seats |
| Return | **Fri, Jun 26** | **American Airlines 3152** |
| | Depart: **4:50pm**<br>Arrive: **6:15pm** | **operated by American Eagle**<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |

---

TLC Act fast! **Only** 2 tickets **left at this price!**

Select **$168** + $21 taxes & fees = $189 per person NO BOOKING FEES AS

| | | |
|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3172** |
| | Depart: **12:15pm**<br>Arrive: **1:30pm** | **operated by American Eagle**<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC) |
| | **Non-stop** | Economy \| 1hr 15min \| Embraer RJ140 \| View seats |
| Return | **Fri, Jun 26** | **American Airlines 3171** |
| | Depart: **6:05pm**<br>Arrive: **7:30pm** | **operated by American Eagle**<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA) |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |

---

TLC Act fast! **Only** 1 ticket **left at this price!**

Select **$138** + $21 taxes & fees = $159 per person NO BOOKING FEES AS

Leave **Fri, Jun 26** **American Airlines 3154**

| | Depart: **9:00am**<br>Arrive: **10:20am**<br>**Non-stop** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC)<br>Economy \| 1hr 20min \| Embraer RJ140 \| View seats |
| Return | Fri, Jun 26 | **American Airlines 3109** |
| | Depart: **11:05am**<br>Arrive: **12:30pm**<br>**Non-stop** | operated by American Eagle<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA)<br>Economy \| 1hr 25min \| Embraer RJ140 \| View seats |



❶ Act fast! Only **2 tickets** left at this price!

Select    **$148** + $21 taxes & fees = **$169** per person    *NO BOOKING FEES*

| Leave | Fri, Jun 26 | **American Airlines 3117** |
| | Depart: **6:45am**<br>Arrive: **8:15am**<br>**Non-stop** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC)<br>Economy \| 1hr 30min \| Embraer RJ140 \| View seats |
| Return | Fri, Jun 26 | **American Airlines 3128** |
| | Depart: **8:25pm**<br>Arrive: **9:40pm**<br>**Non-stop** | operated by American Eagle<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA)<br>Economy \| 1hr 15min \| Embraer RJ140 \| View seats |



❶ Act fast! Only **1 ticket** left at this price!

Select    **$168** + $21 taxes & fees = **$189** per person    *NO BOOKING FEES*

| Leave | Fri, Jun 26 | **American Airlines 3154** |
| | Depart: **9:00am**<br>Arrive: **10:20am**<br>**Non-stop** | operated by American Eagle<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC)<br>Economy \| 1hr 20min \| Embraer RJ140 \| View seats |
| Return | Fri, Jun 26 | **American Airlines 3152** |
| | Depart: **4:50pm**<br>Arrive: **6:15pm**<br>**Non-stop** | operated by American Eagle<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA)<br>Economy \| 1hr 25min \| Embraer RJ140 \| View seats |





TLC Act fast! **Only** 1 ticket **left at this price!**

Select **$168** + $21 taxes & fees = $189 per person NO BOOKING FEES AS

| | | | |
|---|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3154** | |
| AA | Depart: **9:00am**<br>Arrive: **10:20am** | **operated by American Eagle**<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC) | |
| | **Non-stop** | Economy \| 1hr 20min \| Embraer RJ140 \| View seats | |
| Return | **Fri, Jun 26** | **American Airlines 3171** | |
| AA | Depart: **6:05pm**<br>Arrive: **7:30pm** | **operated by American Eagle**<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA) | |
| | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats | |

TLC Act fast! **Only** 4 tickets **left at this price!**

Select **$168** + $21 taxes & fees = $189 per person NO BOOKING FEES AS

| | | | |
|---|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3117** | |
| AA | Depart: **6:45am**<br>Arrive: **8:15am** | **operated by American Eagle**<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC) | |
| | **Non-stop** | Economy \| 1hr 30min \| Embraer RJ140 \| View seats | |
| Return | **Fri, Jun 26** | **American Airlines 3129** | |
| AA | Depart: **2:00pm**<br>Arrive: **3:20pm** | **operated by American Eagle**<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA) | |
| | **Non-stop** | Economy \| 1hr 20min \| Embraer RJ140 \| View seats | |

TLC Hurry! **Today is the last day to buy at this price!**

Select **$138** + $21 taxes & fees = $159 per person NO BOOKING FEES AS

| | | | |
|---|---|---|---|
| Leave | **Fri, Jun 26** | **American Airlines 3117** | |
| AA | Depart: **6:45am**<br>Arrive: **8:15am** | **operated by American Eagle**<br>Santa Ana, CA (SNA)<br>San Jose, CA (SJC) | |
| | **Non-stop** | Economy \| 1hr 30min \| Embraer RJ140 \| View seats | |

| | Return | **Fri, Jun 26** | **American Airlines 3122** |
|---|---|---|---|
| | | Depart: **8:50am** Arrive: **10:15am** | operated by American Eagle San Jose, CA (SJC) Santa Ana, CA (SNA) |
| | | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |

🅣 *TLC*  ❶ **Hurry!** Today is the last day to buy at this price!

**Select**   **$138** + $21 taxes & fees = **$159** per person    *NO BOOKING FEES*   AS

| | Leave | **Fri, Jun 26** | **American Airlines 3117** |
|---|---|---|---|
| | | Depart: **6:45am** Arrive: **8:15am** | operated by American Eagle Santa Ana, CA (SNA) San Jose, CA (SJC) |
| | | **Non-stop** | Economy \| 1hr 30min \| Embraer RJ140 \| View seats |
| | Return | **Fri, Jun 26** | **American Airlines 3109** |
| | | Depart: **11:05am** Arrive: **12:30pm** | operated by American Eagle San Jose, CA (SJC) Santa Ana, CA (SNA) |
| | | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |

🅣 *TLC*  ❶ **Act fast!** Only 4 tickets left at this price!

**Select**   **$168** + $21 taxes & fees = **$189** per person    *NO BOOKING FEES*   AS

| | Leave | **Fri, Jun 26** | **American Airlines 3117** |
|---|---|---|---|
| | | Depart: **6:45am** Arrive: **8:15am** | operated by American Eagle Santa Ana, CA (SNA) San Jose, CA (SJC) |
| | | **Non-stop** | Economy \| 1hr 30min \| Embraer RJ140 \| View seats |
| | Return | **Fri, Jun 26** | **American Airlines 3152** |
| | | Depart: **4:50pm** Arrive: **6:15pm** | operated by American Eagle San Jose, CA (SJC) Santa Ana, CA (SNA) |
| | | **Non-stop** | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |

🅣 *TLC*  ❶ **Act fast!** Only 4 tickets left at this price!

**Select**   **$168** + $21 taxes & fees = **$189** per person    *NO BOOKING FEES*



| Leave | Fri, Jun 26 | American Airlines 3117 | | | | |
|---|---|---|---|---|---|---|
| | Depart: **6:45am** Arrive: **8:15am** | operated by American Eagle Santa Ana, CA (SNA) San Jose, CA (SJC) | | | | |
| | **Non-stop** | Economy | 1hr 30min | Embraer RJ140 | View seats |
| Return | Fri, Jun 26 | American Airlines 3171 | | | | |
| | Depart: **6:05pm** Arrive: **7:30pm** | operated by American Eagle San Jose, CA (SJC) Santa Ana, CA (SNA) | | | | |
| | **Non-stop** | Economy | 1hr 25min | Embraer RJ140 | View seats |

**Act fast!** Only 2 tickets left at this price!

Select    **$202** + $38 taxes & fees = **$240**  per person

| Leave | Fri, Jun 26 Depart: **2:05pm** Arrive: **3:15pm** | US Airways 581 Santa Ana, CA (SNA) Las Vegas, NV (LAS) | | | | |
|---|---|---|---|---|---|---|
| | **1 stop** | Economy | 1hr 10min | Airbus A319 | View seats |
| | Change planes. Time between flights: **0hr 40min** | | | | | |
| | Depart: **3:55pm** Arrive: **5:19pm** | US Airways 162 Las Vegas, NV (LAS) San Jose, CA (SJC) | | | | |
| | | Economy | 1hr 24min | Airbus A319 | View seats |
| | | Total duration: 3hr 14min | | | | |
| Return | Fri, Jun 26 | American Airlines 3128 | | | | |
| | Depart: **8:25pm** Arrive: **9:40pm** | operated by American Eagle San Jose, CA (SJC) Santa Ana, CA (SNA) | | | | |
| | **Non-stop** | Economy | 1hr 15min | Embraer RJ140 | View seats |

**Act fast!** Only 1 ticket left at this price!

Select    **$264** + $38 taxes & fees = **$302**  per person

| Leave | Fri, Jun 26 | American Airlines 3154 | | | | |
|---|---|---|---|---|---|---|
| | Depart: **9:00am** Arrive: **10:20am** | operated by American Eagle Santa Ana, CA (SNA) San Jose, CA (SJC) | | | | |
| | **Non-stop** | Economy | 1hr 20min | Embraer RJ140 | View seats |



Return | Fri, Jun 26 | US Airways 161
 | Depart: **1:55pm** | San Jose, CA (SJC)
 | Arrive: **3:22pm** | Las Vegas, NV (LAS)
 | **1 stop** | Economy | 1hr 27min | Airbus A319 | View seats

🔄 **Change planes. Time between flights: 0hr 38min**

 | | US Airways 139
 | Depart: **4:00pm** | Las Vegas, NV (LAS)
 | Arrive: **5:07pm** | Santa Ana, CA (SNA)
 | | Economy | 1hr 7min | Airbus A319 | View seats
 | | Total duration: 3hr 12min



Select    **$264** + $38 taxes & fees = **$302**  per person

Leave | Fri, Jun 26 | American Airlines 3117
 | | **operated by American Eagle**
 | Depart: **6:45am** | Santa Ana, CA (SNA)
 | Arrive: **8:15am** | San Jose, CA (SJC)
 | **Non-stop** | Economy | 1hr 30min | Embraer RJ140 | View seats

Return | Fri, Jun 26 | US Airways 161
 | Depart: **1:55pm** | San Jose, CA (SJC)
 | Arrive: **3:22pm** | Las Vegas, NV (LAS)
 | **1 stop** | Economy | 1hr 27min | Airbus A319 | View seats

🔄 **Change planes. Time between flights: 0hr 38min**

 | | US Airways 139
 | Depart: **4:00pm** | Las Vegas, NV (LAS)
 | Arrive: **5:07pm** | Santa Ana, CA (SNA)
 | | Economy | 1hr 7min | Airbus A319 | View seats
 | | Total duration: 3hr 12min



🔶 **Act fast!** Only **2 tickets** left at this price!

Select    **$192** + $38 taxes & fees = **$230**  per person

Leave | Fri, Jun 26 | American Airlines 3172
 | | **operated by American Eagle**
 | Depart: **12:15pm** | Santa Ana, CA (SNA)
 | Arrive: **1:30pm** | San Jose, CA (SJC)
 | **Non-stop** | Economy | 1hr 15min | Embraer RJ140 | View seats

Return | Fri, Jun 26 | US Airways 517
 | Depart: **4:10pm** | San Jose, CA (SJC)
 | Arrive: **6:03pm** | Phoenix, AZ (PHX)
 | **1 stop** | Economy | 1hr 53min | Boeing 737 | View seats

🔄 **Change planes. Time between flights: 0hr 47min**

 | | US Airways 668
 | Depart: **6:50pm** | Phoenix, AZ (PHX)
 | Arrive: **8:06pm** | Santa Ana, CA (SNA)



Economy | 1hr 16min | Boeing 737 | View seats
Total duration: 3hr 56min

❶ **Act fast!** Only 1 ticket left at this price!

Select    **$192** + $38 taxes & fees = $230 per person

| Leave | Fri, Jun 26 | American Airlines 3154 |
|---|---|---|

Depart: **9:00am**    operated by American Eagle
Arrive: **10:20am**    Santa Ana, CA (SNA)
                       San Jose, CA (SJC)
**Non-stop**           Economy | 1hr 20min | Embraer RJ140 | View seats

| Return | Fri, Jun 26 | US Airways 517 |
|---|---|---|

Depart: **4:10pm**    San Jose, CA (SJC)
Arrive: **6:03pm**    Phoenix, AZ (PHX)
**1 stop**            Economy | 1hr 53min | Boeing 737 | View seats

🔄 **Change planes.** Time between flights: **0hr 47min**

                      US Airways 668
Depart: **6:50pm**    Phoenix, AZ (PHX)
Arrive: **8:06pm**    Santa Ana, CA (SNA)
                      Economy | 1hr 16min | Boeing 737 | View seats
                      Total duration: 3hr 56min

❶ **Act fast!** Only 1 ticket left at this price!

Select    **$192** + $38 taxes & fees = $230 per person

| Leave | Fri, Jun 26 | American Airlines 3154 |
|---|---|---|

Depart: **9:00am**    operated by American Eagle
Arrive: **10:20am**   Santa Ana, CA (SNA)
                      San Jose, CA (SJC)
**Non-stop**          Economy | 1hr 20min | Embraer RJ140 | View seats

| Return | Fri, Jun 26 | US Airways 551 |
|---|---|---|

Depart: **12:24pm**   San Jose, CA (SJC)
Arrive: **2:15pm**    Phoenix, AZ (PHX)
**1 stop**            Economy | 1hr 51min | Boeing 737 | View seats

🔄 **Change planes.** Time between flights: **1hr 0min**

                      US Airways 2710
                      operated by US Airways Express - Mesa Airlines
Depart: **3:15pm**    Phoenix, AZ (PHX)
Arrive: **4:33pm**    Santa Ana, CA (SNA)
                      Economy | 1hr 18min | Canadair 900 | View seats
                      Total duration: 4hr 9min

❶ **Act fast!**



TLC    Only **2 tickets** left at this price!

Select    **$192** + $38 taxes & fees = **$230**  per person

| Leave | Fri, Jun 26 | American Airlines 3117 |
|---|---|---|

Depart: **6:45am**
Arrive: **8:15am**
**Non-stop**

operated by American Eagle
Santa Ana, CA (SNA)
San Jose, CA (SJC)

Economy  |  1hr 30min  |  Embraer RJ140  |  View seats

| Return | Fri, Jun 26 | US Airways 551 |
|---|---|---|

Depart: **12:24pm**
Arrive: **2:15pm**
**1 stop**

San Jose, CA (SJC)
Phoenix, AZ (PHX)

Economy  |  1hr 51min  |  Boeing 737  |  View seats

**Change planes.** Time between flights: **1hr 0min**

US Airways 2710
operated by US Airways Express - Mesa Airlines

Depart: **3:15pm**
Arrive: **4:33pm**

Phoenix, AZ (PHX)
Santa Ana, CA (SNA)

Economy  |  1hr 18min  |  Canadair 900  |  View seats
Total duration: 4hr 9min

TLC    ❶ Act fast! Only **4 tickets** left at this price!

Select    **$222** + $38 taxes & fees = **$260**  per person

| Leave | Fri, Jun 26 | US Airways 2808 |
|---|---|---|

operated by US Airways Express - Mesa Airlines

Depart: **11:10am**
Arrive: **12:29pm**
**1 stop**

Santa Ana, CA (SNA)
Phoenix, AZ (PHX)

Economy  |  1hr 19min  |  Canadair 900  |  View seats

**Change planes.** Time between flights: **1hr 3min**

US Airways 281

Depart: **1:32pm**
Arrive: **3:24pm**

Phoenix, AZ (PHX)
San Jose, CA (SJC)

Economy  |  1hr 52min  |  Boeing 737  |  View seats
Total duration: 4hr 14min

| Return | Fri, Jun 26 | American Airlines 3152 |
|---|---|---|

operated by American Eagle

Depart: **4:50pm**
Arrive: **6:15pm**
**Non-stop**

San Jose, CA (SJC)
Santa Ana, CA (SNA)

Economy  |  1hr 25min  |  Embraer RJ140  |  View seats

TLC    ❶ Act fast! Only **4 tickets** left at this price!

Select    **$222** + $38 taxes & fees = **$260**  per person



| Leave | Fri, Jun 26 | US Airways 2808 |
|---|---|---|
| | Depart: **11:10am**<br>Arrive: **12:29pm** | **operated by US Airways Express - Mesa Airlines**<br>Santa Ana, CA (SNA)<br>Phoenix, AZ (PHX) |
| | **1 stop** | Economy \| 1hr 19min \| Canadair 900 \| View seats |
| | 🔄 **Change planes.** Time between flights: **1hr 3min** | |
| | Depart: **1:32pm**<br>Arrive: **3:24pm** | US Airways 281<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) |
| | | Economy \| 1hr 52min \| Boeing 737 \| View seats<br>Total duration: 4hr 14min |
| Return | Fri, Jun 26 | American Airlines 3171 |
| | Depart: **6:05pm**<br>Arrive: **7:30pm**<br>**Non-stop** | **operated by American Eagle**<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA) |
| | | Economy \| 1hr 25min \| Embraer RJ140 \| View seats |



🍊 **TLC**   ❶ **Act fast!** Only 2 tickets left at this price!

Select    **$202** + $38 taxes & fees = **$240**  per person

| Leave | Fri, Jun 26 | US Airways 610 |
|---|---|---|
| | Depart: **6:46am**<br>Arrive: **8:17am** | Santa Ana, CA (SNA)<br>Phoenix, AZ (PHX) |
| | **1 stop** | Economy \| 1hr 31min \| Airbus A320 \| View seats |
| | 🔄 **Change planes.** Time between flights: **1hr 34min** | |
| | Depart: **9:51am**<br>Arrive: **11:46am** | US Airways 280<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) |
| | | Economy \| 1hr 55min \| Boeing 737 \| View seats<br>Total duration: 5hr 0min |
| Return | Fri, Jun 26 | American Airlines 3128 |
| | Depart: **8:25pm**<br>Arrive: **9:40pm**<br>**Non-stop** | **operated by American Eagle**<br>San Jose, CA (SJC)<br>Santa Ana, CA (SNA) |
| | | Economy \| 1hr 15min \| Embraer RJ140 \| View seats |



🍊 **TLC**   ❶ **Act fast!** Only 2 tickets left at this price!

Select    **$202** + $38 taxes & fees = **$240**  per person

| Leave | Fri, Jun 26 | US Airways 578 |
|---|---|---|
| | Depart: **6:45am**<br>Arrive: **8:16am** | Santa Ana, CA (SNA)<br>Phoenix, AZ (PHX) |



|  | | 1 stop | Economy | 1hr 31min | Airbus A320 | View seats |

🔆 Change planes. Time between flights: **1hr 35min**

Depart: **9:51am**
Arrive: **11:46am**

US Airways 280
Phoenix, AZ (PHX)
San Jose, CA (SJC)

Economy | 1hr 55min | Boeing 737 | View seats
Total duration: 5hr 1min

Return   Fri, Jun 26    American Airlines 3128

operated by American Eagle

Depart: **8:25pm**    San Jose, CA (SJC)
Arrive: **9:40pm**    Santa Ana, CA (SNA)

**Non-stop**    Economy | 1hr 15min | Embraer RJ140 | View seats

---

🔆 **TLC**   ⓘ Act fast! Only  **4 tickets**  left at this price!

Select   **$222** + $38 taxes & fees = **$260**  per person

Leave   **Fri, Jun 26**    US Airways 610
Depart: **6:46am**    Santa Ana, CA (SNA)
Arrive: **8:17am**    Phoenix, AZ (PHX)

**1 stop**    Economy | 1hr 31min | Airbus A320 | View seats

🔆 Change planes. Time between flights: **1hr 34min**

Depart: **9:51am**    US Airways 280
Arrive: **11:46am**    Phoenix, AZ (PHX)
San Jose, CA (SJC)

Economy | 1hr 55min | Boeing 737 | View seats
Total duration: 5hr 0min

Return   **Fri, Jun 26**    American Airlines 3129

operated by American Eagle

Depart: **2:00pm**    San Jose, CA (SJC)
Arrive: **3:20pm**    Santa Ana, CA (SNA)

**Non-stop**    Economy | 1hr 20min | Embraer RJ140 | View seats

---

🔆 **TLC**   ⓘ Act fast! Only  **4 tickets**  left at this price!

Select   **$222** + $38 taxes & fees = **$260**  per person

Leave   **Fri, Jun 26**    US Airways 578
Depart: **6:45am**    Santa Ana, CA (SNA)
Arrive: **8:16am**    Phoenix, AZ (PHX)

**1 stop**    Economy | 1hr 31min | Airbus A320 | View seats

🔆 Change planes. Time between flights: **1hr 35min**

Depart: **9:51am**    US Airways 280
Arrive: **11:46am**    Phoenix, AZ (PHX)
San Jose, CA (SJC)



| | | Economy | 1hr 55min | Boeing 737 | View seats |

Total duration: 5hr 1min

| Return | **Fri, Jun 26** | **American Airlines 3129** | | | |

operated by American Eagle

Depart: **2:00pm**  San Jose, CA (SJC)
Arrive: **3:20pm**  Santa Ana, CA (SNA)

**Non-stop**    | Economy | 1hr 20min | Embraer RJ140 | View seats |

---



ⓘ Act fast! Only  4 tickets  left at this price!

Select  **$222** + $38 taxes & fees = $260  per person

| Leave | Depart: **6:46am** | **US Airways 610** | | | |
| | Arrive: **8:17am** | Santa Ana, CA (SNA) | | | |
| | | Phoenix, AZ (PHX) | | | |
| | **1 stop** | Economy | 1hr 31min | Airbus A320 | View seats |

🔄 Change planes. Time between flights: **1hr 34min**

| | Depart: **9:51am** | **US Airways 280** | | | |
| | Arrive: **11:46am** | Phoenix, AZ (PHX) | | | |
| | | San Jose, CA (SJC) | | | |
| | | Economy | 1hr 55min | Boeing 737 | View seats |

Total duration: 5hr 0min

| Return | **Fri, Jun 26** | **American Airlines 3171** | | | |

operated by American Eagle

Depart: **6:05pm**  San Jose, CA (SJC)
Arrive: **7:30pm**  Santa Ana, CA (SNA)

**Non-stop**    | Economy | 1hr 25min | Embraer RJ140 | View seats |

---



ⓘ Act fast! Only  1 ticket  left at this price!

Select  **$264** + $38 taxes & fees = $302  per person

| Leave | **Fri, Jun 26** | **American Airlines 3117** | | | |

operated by American Eagle

Depart: **6:45am**  Santa Ana, CA (SNA)
Arrive: **8:15am**  San Jose, CA (SJC)

**Non-stop**    | Economy | 1hr 30min | Embraer RJ140 | View seats |

| Return | **Fri, Jun 26** | **US Airways 137** | | | |
| | Depart: **9:53am** | San Jose, CA (SJC) | | | |
| | Arrive: **11:18am** | Las Vegas, NV (LAS) | | | |
| | **1 stop** | Economy | 1hr 25min | Airbus A319 | View seats |

🔄 Change planes. Time between flights: **2hr 27min**



**US Airways 133**
Depart: **1:45pm**     Las Vegas, NV (LAS)
Arrive: **2:51pm**     Santa Ana, CA (SNA)

Economy  |  1hr 6min  |  Airbus A319  |  View seats
Total duration: 4hr 58min

---

🔥TLC  ❶ Act fast!  Only  2 tickets  left at this price!

Select  **$202** + $38 taxes & fees = **$240** per person

Leave    **Fri, Jun 26**          **US Airways 126**
         Depart: **7:55am**       Santa Ana, CA (SNA)
         Arrive: **9:02am**       Las Vegas, NV (LAS)
         **1 stop**               Economy  |  1hr 7min  |  Boeing 737  |  View seats

🔄 **Change planes. Time between flights: 2hr 33min**

         Depart: **11:35am**      **US Airways 160**
         Arrive: **1:09pm**       Las Vegas, NV (LAS)
                                  San Jose, CA (SJC)
                                  Economy  |  1hr 34min  |  Airbus A319  |  View seats
                                  Total duration: 5hr 14min

Return   **Fri, Jun 26**          **American Airlines 3128**
                                  **operated by American Eagle**
         Depart: **8:25pm**       San Jose, CA (SJC)
         Arrive: **9:40pm**       Santa Ana, CA (SNA)
         **Non-stop**             Economy  |  1hr 15min  |  Embraer RJ140  |  View seats

---

🔥TLC  ❶ Act fast!  Only  2 tickets  left at this price!

Select  **$192** + $38 taxes & fees = **$230** per person

Leave    **Fri, Jun 26**          **American Airlines 3172**
                                  **operated by American Eagle**
         Depart: **12:15pm**      Santa Ana, CA (SNA)
         Arrive: **1:30pm**       San Jose, CA (SJC)
         **Non-stop**             Economy  |  1hr 15min  |  Embraer RJ140  |  View seats

Return   **Fri, Jun 26**          **US Airways 517**
         Depart: **4:10pm**       San Jose, CA (SJC)
         Arrive: **6:03pm**       Phoenix, AZ (PHX)
         **1 stop**               Economy  |  1hr 53min  |  Boeing 737  |  View seats

🔄 **Change planes. Time between flights: 2hr 5min**

         Depart: **8:08pm**       **US Airways 656**
         Arrive: **9:27pm**       Phoenix, AZ (PHX)
                                  Santa Ana, CA (SNA)
                                  Economy  |  1hr 19min  |  Airbus A320  |  View seats
                                  Total duration: 5hr 17min



① Act fast! Only **2 tickets** left at this price!

**$202** + $38 taxes & fees = $240  per person

| Leave | | | | | | |
|---|---|---|---|---|---|---|
| Fri, Jun 26 | **US Airways 16** | | | | | |
| Depart: **12:45pm** | Santa Ana, CA (SNA) | | | | | |
| Arrive: **2:03pm** | Phoenix, AZ (PHX) | | | | | |
| **1 stop** | | Economy | 1hr 18min | Airbus A320 | View seats |

Change planes. Time between flights: **3hr 2min**

**US Airways 287**
Depart: **5:05pm**  Phoenix, AZ (PHX)
Arrive: **6:57pm**  San Jose, CA (SJC)
Economy | 1hr 52min | Airbus A319 | View seats
Total duration: 6hr 12min

Return  **American Airlines 3128**
**operated by American Eagle**
Depart: **8:25pm**  San Jose, CA (SJC)
Arrive: **9:40pm**  Santa Ana, CA (SNA)
**Non-stop**  Economy | 1hr 15min | Embraer RJ140 | View seats



**$246** + $42 taxes & fees = $288  per person   NO BOOKING FEES

Leave  Fri, Jun 26  **US Airways 2808**
**operated by US Airways Express - Mesa Airlines**
Depart: **11:10am**  Santa Ana, CA (SNA)
Arrive: **12:29pm**  Phoenix, AZ (PHX)
**1 stop**  Economy | 1hr 19min | Canadair 900 | View seats

Change planes. Time between flights: **1hr 3min**

**US Airways 281**
Depart: **1:32pm**  Phoenix, AZ (PHX)
Arrive: **3:24pm**  San Jose, CA (SJC)
Economy | 1hr 52min | Boeing 737 | View seats
Total duration: 4hr 14min

Return  Fri, Jun 26  **US Airways 517**
Depart: **4:10pm**  San Jose, CA (SJC)
Arrive: **6:03pm**  Phoenix, AZ (PHX)
**1 stop**  Economy | 1hr 53min | Boeing 737 | View seats

Change planes. Time between flights: **0hr 47min**

**US Airways 668**
Depart: **6:50pm**  Phoenix, AZ (PHX)
Arrive: **8:06pm**  Santa Ana, CA (SNA)
Economy | 1hr 16min | Boeing 737 | View seats
Total duration: 3hr 56min

**$246** + $42 taxes & fees = $288  per person   NO BOOKING FEES



| Leave | **Fri, Jun 26**<br>Depart: **6:46am**<br>Arrive: **8:17am** | **US Airways 610**<br>Santa Ana, CA (SNA)<br>Phoenix, AZ (PHX) | | | |
| | **1 stop** | Economy | 1hr 31min | Airbus A320 | View seats |
| | 🔄 **Change planes. Time between flights: 1hr 34min** | | | | |
| | Depart: **9:51am**<br>Arrive: **11:46am** | **US Airways 280**<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) | | | |
| | | Economy | 1hr 55min | Boeing 737 | View seats |
| | | Total duration: 5hr 0min | | | |
| Return | **Fri, Jun 26**<br>Depart: **4:10pm**<br>Arrive: **6:03pm** | **US Airways 517**<br>San Jose, CA (SJC)<br>Phoenix, AZ (PHX) | | | |
| | **1 stop** | Economy | 1hr 53min | Boeing 737 | View seats |
| | 🔄 **Change planes. Time between flights: 0hr 47min** | | | | |
| | Depart: **6:50pm**<br>Arrive: **8:06pm** | **US Airways 668**<br>Phoenix, AZ (PHX)<br>Santa Ana, CA (SNA) | | | |
| | | Economy | 1hr 16min | Boeing 737 | View seats |
| | | Total duration: 3hr 56min | | | |



**Select** – **$246** + $42 taxes & fees = **$288** per person    *NO BOOKING FEES*

| Leave | **Fri, Jun 26**<br>Depart: **6:45am**<br>Arrive: **8:16am** | **US Airways 578**<br>Santa Ana, CA (SNA)<br>Phoenix, AZ (PHX) | | | |
| | **1 stop** | Economy | 1hr 31min | Airbus A320 | View seats |
| | 🔄 **Change planes. Time between flights: 1hr 35min** | | | | |
| | Depart: **9:51am**<br>Arrive: **11:46am** | **US Airways 280**<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) | | | |
| | | Economy | 1hr 55min | Boeing 737 | View seats |
| | | Total duration: 5hr 1min | | | |
| Return | **Fri, Jun 26**<br>Depart: **4:10pm**<br>Arrive: **6:03pm** | **US Airways 517**<br>San Jose, CA (SJC)<br>Phoenix, AZ (PHX) | | | |
| | **1 stop** | Economy | 1hr 53min | Boeing 737 | View seats |
| | 🔄 **Change planes. Time between flights: 0hr 47min** | | | | |
| | Depart: **6:50pm**<br>Arrive: **8:06pm** | **US Airways 668**<br>Phoenix, AZ (PHX)<br>Santa Ana, CA (SNA) | | | |
| | | Economy | 1hr 16min | Boeing 737 | View seats |
| | | Total duration: 3hr 56min | | | |



**Select** – **$246** + $42 taxes & fees = **$288** per person    *NO BOOKING FEES*

| Leave | **Fri, Jun 26**<br>Depart: **6:46am**<br>Arrive: **8:17am** | **US Airways 610**<br>Santa Ana, CA (SNA)<br>Phoenix, AZ (PHX) | | | |



| | 1 stop | Economy | 1hr 31min | Airbus A320 | View seats |

🔄 **Change planes.** Time between flights: **1hr 34min**

**US Airways 280**
Depart: **9:51am**    Phoenix, AZ (PHX)
Arrive: **11:46am**   San Jose, CA (SJC)

Economy | 1hr 55min | Boeing 737 | View seats
Total duration: 5hr 0min

Return
Fri, Jun 26
Depart: **12:24pm**   **US Airways 551**
Arrive: **2:15pm**    San Jose, CA (SJC)
                      Phoenix, AZ (PHX)

1 stop    Economy | 1hr 51min | Boeing 737 | View seats

🔄 **Change planes.** Time between flights: **1hr 0min**

**US Airways 2710**
**operated by US Airways Express - Mesa Airlines**
Depart: **3:15pm**    Phoenix, AZ (PHX)
Arrive: **4:33pm**    Santa Ana, CA (SNA)

Economy | 1hr 18min | Canadair 900 | View seats
Total duration: 4hr 9min



**Select**    **$246** + $42 taxes & fees = **$288** per person    *NO BOOKING FEES*

Leave
Fri, Jun 26
Depart: **7:55am**    **US Airways 126**
Arrive: **9:02am**    Santa Ana, CA (SNA)
                      Las Vegas, NV (LAS)

1 stop    Economy | 1hr 7min | Boeing 737 | View seats

🔄 **Change planes.** Time between flights: **2hr 33min**

**US Airways 160**
Depart: **11:35am**   Las Vegas, NV (LAS)
Arrive: **1:09pm**    San Jose, CA (SJC)

Economy | 1hr 34min | Airbus A319 | View seats
Total duration: 5hr 14min

Return
Fri, Jun 26
Depart: **4:10pm**    **US Airways 517**
Arrive: **6:03pm**    San Jose, CA (SJC)
                      Phoenix, AZ (PHX)

1 stop    Economy | 1hr 53min | Boeing 737 | View seats

🔄 **Change planes.** Time between flights: **0hr 47min**

**US Airways 668**
Depart: **6:50pm**    Phoenix, AZ (PHX)
Arrive: **8:06pm**    Santa Ana, CA (SNA)

Economy | 1hr 16min | Boeing 737 | View seats
Total duration: 3hr 56min



**Select**    **$246** + $42 taxes & fees = **$288** per person    *NO BOOKING FEES*

Leave
Fri, Jun 26
Depart: **10:00am**   **US Airways 653**
Arrive: **11:19am**   Santa Ana, CA (SNA)
                      Phoenix, AZ (PHX)

1 stop    Economy | 1hr 19min | Boeing 757 | View seats

🔄 **Change planes.** Time between flights: **2hr 13min**



|  | Depart: **1:32pm**<br>Arrive: **3:24pm** | **US Airways 281**<br>Phoenix, AZ (PHX)<br>San Jose, CA (SJC) |
|---|---|---|
|  |  | Economy \| 1hr 52min \| Boeing 737 \| View seats<br>Total duration: 5hr 24min |

Return | Fri, Jun 26<br>Depart: **4:10pm**<br>Arrive: **6:03pm** | **US Airways 517**<br>San Jose, CA (SJC)<br>Phoenix, AZ (PHX)

**1 stop** | | Economy \| 1hr 53min \| Boeing 737 \| View seats

 **Change planes. Time between flights: 0hr 47min**

|  | Depart: **6:50pm**<br>Arrive: **8:06pm** | **US Airways 668**<br>Phoenix, AZ (PHX)<br>Santa Ana, CA (SNA) |
|---|---|---|
|  |  | Economy \| 1hr 16min \| Boeing 737 \| View seats<br>Total duration: 3hr 56min |

**Didn't find the right combination of flights in one itinerary?**
Build your own itinerary. Start by choosing an outbound or return flight above.

See all 97 flights    |    Change search

My Trips | My Account | Flight status | OrbitzTLC Alerts | OrbitzTLC Traveler Update · User rules

About Us | Site feedback | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Business
Terms and conditions | Your Privacy Rights | Low Fare Promise | Low Price Guarantee | Price Assurance | Orbitz Visa® Card

Travel deals | Add Orbitz RSS feeds

Flights | Vacation packages | Hotels | Car rental | Cruises | Activities | Travel guides | Orbitz travel blog

Top hotel destinations

| Atlanta hotels | Fort Lauderdale hotels | Los Cabos hotels | New York hotels | San Francisco hotels |
| Boston hotels | Houston hotels | Maui hotels | Oahu hotels | Seattle hotels |
| Cancun hotels | Indianapolis hotels | Miami hotels | Orlando hotels | Tampa hotels |
| Chicago hotels | Las Vegas hotels | Nassau hotels | Phoenix hotels | Vancouver hotels |
| Denver hotels | Los Angeles hotels | New Orleans hotels | San Diego hotels | Washington DC hotels |

Top vacations

| Caribbean vacations | Florida vacations | All-inclusive vacations | Gay travel |
| Mexico vacations | Las Vegas vacations | Business travel | Hawaii vacations |
| Europe vacations | Last minute travel | Family vacations | Vacation Rentals |

ebookers | HotelClub.com | RatesToGo.com | Trip.com | Away.com
GORP.com | OutsideOnline.com | Orbitz Games



ORBITZ.com    Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
    © 2001 - 2008, Orbitz, LLC. All rights reserved.

CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724

