# EXHIBIT 33

Dockets.Justia.com

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| RONALD RUS, #67369/LEO J. PRESIADO, #166721<br>RUS, MILIBAND & SMITH, A Professional Corporation<br>2600 Michelson Drive<br>Seventh Floor<br>Irvine, California 92612<br>TELEPHONE NO.: (949) 752-7100   FAX NO. *(Optional)*: (949) 252-1514<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Defendant BRIAN DUNNING | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA  92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF/ PETITIONER: COMMISSION JUNCTION, INC.

DEFENDANT/ RESPONDENT: THUNDERWOOD HOLDINGS, INC.., et al.

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>00101025 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
EBAY, INC. (Custodian of Records)

1.   YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To *(name of deposition officer)*:  First Legal Support Services
On *(date)*: April 15, 2008        At *(time)*: 10:00 a.m.
Location *(address)*: 301 Civic Center Drive West, Santa Ana, CA  92701, (714) 541-1110

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

a.  [X]  by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it.  The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b.  [ ]  by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c.  [ ]  by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2.   *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later).  Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b).  The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3.   **The records to be produced are described as follows:**

[X]  Continued on Attachment 3.

4.   **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

| **DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.  YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.** |
|---|

Date issued:  March 12, 2008

LEO J. PRESIADO
_____
(TYPE OR PRINT NAME)

RUS, MILIBAND & SMITH, APC

_____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

Attorneys for Defendant BRIAN DUNNING
_____
(TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-010 [Rev. January 1, 2007]     **DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**     Legal Solutions Plus     Code of Civil Procedure, §§ 2020.410–2020.440;
Civil Code, § 15(a)(e);
Government Code § 68097.1

Page 1 of 2

## ATTACHMENT "3"

### DEFINITIONS AND INSTRUCTIONS

1.     As used herein, the terms "YOU," "YOUR" and "EBAY" shall refer to Ebay, Inc., and any and all of its subsidiaries or affiliates and all present or former officers, directors, employees (including, but not limited to, Christine Kim), agents and representatives.

2.     As used herein, the term "CJI" shall refer to Commission Junction, Inc., and any and all of its predecessors and successors in interest, parent companies (including, but not limited to, Valueclick), subsidiaries, affiliates, managing agents and general partners, and all present or former officers, directors, employees, partners, attorneys, agents and representatives.

3.     As used herein, the term "KFC" shall refer to Kessler's Flying Circus and all of its present or former officers, directors, employees, partners, agents and representatives, including, but not limited to, Brian Dunning and Todd Dunning.

4.     As used herein, the term "DOCUMENT(S)" is used in its broadest sense to include all forms of tangible expression falling within the scope of California *Evidence Code* § 250. Without limitation, the term "DOCUMENT(S)" shall include any written, type written, printed, electronic, or graphic material, any tangible means of recording any form of a statement, communication or representation, and all other data compilations in which information can be obtained (translated, if necessary, by YOU or detection devices into a reasonably usable form), any writings and all non-identical copies of drafts thereof, notes, memoranda, letters, calendars, appointment books, diaries, records, ledgers, ledger cards, correspondence, microfiche, notes or minutes of meetings or conversations, catalogues, pamphlets, periodicals, written agreements, microfilm, graphs, charts, drawings, plans, computer tapes, computer discs, computer cards, computer printouts, tapes and sound recordings, photo records, e-mails, inter-office and intra-office communications, reports, photographs, cables, telexes, telegrams, telecopies, account books, ledger sheets, canceled checks, invoices, bills, receipts, and financial statements.

1   5.   If DOCUMENTS responsive to these requests are withheld on grounds
2   of attorney-client or any other privilege, YOU are to identify each writing by stating its date,
3   author, originator, the date authorized or originated, the name of each person to whom the
4   original or copy was addressed or delivered, a brief description of the type of writing,
5   (*e.g.,* "letters," "memorandum," etc.), a brief description of the subject matter of the
6   DOCUMENT and the request to which the DOCUMENT is responsive and the privilege
7   asserted.

8   6.   In producing DOCUMENTS and information, YOU are requested to
9   furnish all DOCUMENTS or things in YOUR possession, custody or control, or known or
10   available to YOU.

11   7.   Unless otherwise stated, the time period relevant to the foregoing
12   requests is January 1, 2005 to the present.

13   **REQUESTED DOCUMENTS**

14   REQUEST FOR PRODUCTION NO. 1:
15   All DOCUMENTS which constitute or reflect communications between YOU
16   and CJI regarding KFC.

17   REQUEST FOR PRODUCTION NO. 2:
18   All DOCUMENTS which constitute or reflect communications between YOU
19   and CJI regarding any business practices of KFC.

20   REQUEST FOR PRODUCTION NO. 3:
21   All DOCUMENTS which constitute or reflect communications between YOU
22   and CJI regarding any software developed by KFC.

23   REQUEST FOR PRODUCTION NO. 4:
24   All DOCUMENTS which constitute or reflect communications between YOU
25   and CJI regarding KFC's business relationship with CJI.

26   REQUEST FOR PRODUCTION NO. 5:
27   All DOCUMENTS which constitute or reflect communications between YOU
28   and CJI regarding KFC's business relationship with YOU.

1   REQUEST FOR PRODUCTION NO. 6:

2       All DOCUMENTS which constitute or reflect communications between YOU

3   and CJI regarding KFC's performance of services for CJI.

4   REQUEST FOR PRODUCTION NO. 7:

5       All DOCUMENTS which constitute or reflect communications between YOU

6   and CJI regarding KFC's performance of services for YOU.

7   REQUEST FOR PRODUCTION NO. 8:

8       All DOCUMENTS which constitute or reflect communications between YOU

9   and CJI regarding payment to CJI on account of services performed by KFC.

10   REQUEST FOR PRODUCTION NO. 9:

11       All DOCUMENTS which constitute or reflect communications between YOU

12   and CJI regarding Myspace.com.

13   REQUEST FOR PRODUCTION NO. 10:

14       All DOCUMENTS which constitute or reflect communications between YOU

15   and CJI regarding payment to KFC.

16   REQUEST FOR PRODUCTION NO. 11:

17       All DOCUMENTS which constitute or reflect communications between YOU

18   and CJI regarding CJI's commencement of a lawsuit against KFC.

19   REQUEST FOR PRODUCTION NO. 12:

20       All DOCUMENTS which constitute or reflect communications between YOU

21   and CJI regarding any litigation involving KFC.

22   REQUEST FOR PRODUCTION NO. 13:

23       All DOCUMENTS which constitute or reflect communications between YOU

24   and CJI regarding monies owed by CJI to YOU, or monies owed by YOU to CJI.

25   REQUEST FOR PRODUCTION NO. 14:

26       All DOCUMENTS which reference telephone calls between YOU and CJI.

27   / / /

28   / / /

1  REQUEST FOR PRODUCTION NO. 15:

2          All DOCUMENTS which reference telephone calls between YOU and KFC.

3  REQUEST FOR PRODUCTION NO. 16:

4          All invoices sent by CJI to YOU pertaining to services performed by KFC.

5  REQUEST FOR PRODUCTION NO. 17:

6          All DOCUMENTS which reflect payments made by YOU to CJI pertaining to

7  services performed by KFC.

8  REQUEST FOR PRODUCTION NO. 18:

9          All DOCUMENTS which constitute or reflect communications between YOU

10 and KFC.

11 REQUEST FOR PRODUCTION NO. 19:

12         All e-mails sent to, or received from, any of the following e-mail addresses:

13 "volleybrian@gmail.com," "brian@briandunning.com," "info@wholinked.com,"

14 "todd@dunningmarketing.com," "todd@todddunning.com," and/or "bdunning@mac.com."

15 REQUEST FOR PRODUCTION NO. 20:

16         All DOCUMENTS which constitute or reflect communications between YOU and

17 Brian Dunning.

18 REQUEST FOR PRODUCTION NO. 21:

19         All DOCUMENTS which constitute or reflect communications between YOU and

20 Todd Dunning.

21 REQUEST FOR PRODUCTION NO. 22:

22         Any and all written agreements between YOU and CJI which pertain in any way

23 to KFC.

24 REQUEST FOR PRODUCTION NO. 23:

25         All DOCUMENTS which constitute or reflect communications between YOU

26 and Myspace.com regarding the advertising of YOUR services on Myspace.com pages.

27 / / /

28 / / /

318083v1 mh 3/12/08 15 (2785-0001)                    4

1  REQUEST FOR PRODUCTION NO. 24:

2          All DOCUMENTS which constitute or reflect communications between YOU

3  and CJI regarding the advertising of YOUR services on Myspace.com pages.

4  REQUEST FOR PRODUCTION NO. 25:

5          All DOCUMENTS which constitute or reflect communications between YOU

6  and KFC regarding the advertising of YOUR services on Myspace.com pages.

7  REQUEST FOR PRODUCTION NO. 26:

8          All DOCUMENTS which constitute or reflect communications between YOU

9  and Myspace.com regarding the appearance of YOUR trade name and/or trademark on

10  Myspace.com pages.

11  REQUEST FOR PRODUCTION NO. 27:

12          All DOCUMENTS which constitute or reflect communications between YOU

13  and CJI regarding the appearance of YOUR trade name and/or trademark on Myspace.com

14  pages.

15  REQUEST FOR PRODUCTION NO. 28:

16          All DOCUMENTS which constitute or reflect communications between YOU

17  and KFC regarding the appearance of YOUR trade name and/or trademark on Myspace.com

18  pages.

19  REQUEST FOR PRODUCTION NO. 29:

20          All DOCUMENTS which constitute or reflect communications between YOU

21  and any branch, department, office or bureau of the federal government regarding CJI.

22  REQUEST FOR PRODUCTION NO. 30:

23          All DOCUMENTS which reflect any and all commission payments made by

24  YOU to CJI relating to KFC.

25  REQUEST FOR PRODUCTION NO. 31:

26          All DOCUMENTS which reflect any and all commission payments made by

27  YOU to, or for the benefit of, KFC.

28  / / /

1   REQUEST FOR PRODUCTION NO. 32:

2           All DOCUMENTS which reflect the calculation of commissions paid to, or for

3   the benefit of, KFC.

4   REQUEST FOR PRODUCTION NO. 33:

5           All DOCUMENTS which reflect the transactions which underlie any and all

6   commissions earned by KFC.

7   REQUEST FOR PRODUCTION NO. 34:

8           All sales records which relate in any way to the payment of commissions by

9   YOU to, or for the benefit of, KFC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### PROOF OF SERVICE

2

*Commission Junction, Inc. v. Thunderwood Holdings, Inc., et. al.*
OCSC Case No. 00101025

3

4   STATE OF CALIFORNIA   )
                         ) ss.
5   COUNTY OF ORANGE      )

6           I am employed in the County of Orange, State of California.  I am over the age of
7   18 and not a party to the within action; my business address is 2600 Michelson Drive, Seventh
    Floor, Irvine, California 92612.

8           On **March 12, 2008**, I served the foregoing documents described as **DEPOSITION
    SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS OF EBAY, INC.**
9   **(CUSTODIAN OF RECORDS)** on the interested parties in this action by placing a copy thereof
    enclosed in sealed envelopes addressed as follows:
10

11                          **SEE ATTACHED SERVICE LIST**

12      ✓   As follows:  I am "readily familiar" with the firm's practice of collection and
            processing correspondence for mailing.  Under that practice, it would be deposited
13          with U.S. Postal Service on that same day with postage thereon fully prepaid at
            Irvine, California, in the ordinary course of business.  I am aware that on motion of
14          the party served, service is presumed invalid if postal cancellation date or postage
            meter date is more than one day after date of deposit for mailing in affidavit.
15

16      ____ (By Electronic Transmission (E-Mail)) I e-mailed the above-referenced document(s)
             as indicated in the attached service list.

17      ____ (By Facsimile) As follows:  I caused the above-referenced document(s) to be
             transmitted as indicated in the attached service list.
18

19      ____ (By Hand Delivery) As follows:  I caused the above-referenced document(s) to be
             hand delivered to the office(s) of the addressee(s) noted on the attached service list.

20      ____ (By Overnight Delivery) As follows:  By overnight delivery via Overnite Express
             and/or Federal Express to the office(s) of the addressee(s) noted on the attached
21           service list.

22      Executed on **March 12, 2008**, at Irvine, California.

23      ✓   (State)  I declare under penalty of perjury under the laws of the State of California
            that the above is true and correct.
24

25

26                                                        MARIA Q. HERNANDEZ

27

28

306154v1 mh 3/12/08 4 (2785-0001)

**SERVICE LIST**
*Commission Junction, Inc. v. Thunderwood Holdings, Inc., et. al.*
OCSC Case No. 00101025

ATTORNEYS FOR PLAINTIFF
COMMISSION JUNCTION, INC.:

John H. Ernster, Esq.
Phil J. Montoya, Jr., Esq.
Ernster Law Offices, P.C.
70 South Lake Avenue, Suite 750
Pasadena, CA 91101
Telephone:     (626) 844-8800
Facsimile:     (626) 844-8944

ATTORNEYS FOR CO-DEFENDANTS
KESSLER'S FLYING CIRCUS AND
TODD DUNNING:

Stewart H. Foreman, Esq.
Freeland, Cooper & Foreman LLP
150 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 541-0200
Facsimile:     (415) 495-4332
E-mail:        foreman@freelandlaw.com

306154v1 mh 3/12/08 4 (2785-0001)

-2-

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of FEB 29, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| EBAY INC. | | |
| **Number:** C2110301 | **Date Filed:** 6/3/1998 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| 2145 HAMILTON AVENUE | | |
| SAN JOSE, CA 95125 | | |
| Agent for Service of Process | | |
| NATIONAL REGIST ERED AGENTS, IN C. | | |
| 2030 MAIN STREET STE 1030 | | |
| IRVINE, CA 92614 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

## NATIONAL REGISTERED AGENTS, INC.

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  SYLVIA NARANJO
EBAY INC.
2145 HAMILTON AVE.
SAN JOSE, CA 95125

SOP Transmittal # **CA56363**

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: EBAY INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of      CALIFORNIA      on this  13  day of      March      ,  2008  . The following is a summary of the document(s) received:

1.   **Title of Action:** Commission Junction, Inc. v. Thunderwood Holdings, Inc., et al.

2.   **Document(s) served:**

| | | |
|---|---|---|
| __ Summons | __ Subpoena | __ Injunction |
| __ Complaint | __ Third Party Complaint | __ Notice of |
| __ Petition | __ Demand for Jury Trial | __ Mechanics Lien |
| __ Garnishment | __ Default Judgement | **✗** Other: Deposition Subpoena |

3.   **Court of Jurisdiction/**    Orange County Superior Court, Central Justice Center
     **Case & Docket Number:** 00101025

4.   **Amount Claimed, if any:** None Given

5.   **Method of Service** (select one)**:**
     **✗** Personally served by:   **✗** Process Server       __ Deputy Sheriff       __ U. S Marshall
     __ Delivered Via:       __ Certified Mail       __ Regular Mail       __ Facsimile
                             (Envelope enclosed)       (Envelope enclosed)
     __ Other (Explain):

6.   **Date and Time of Service:** 3/13/2008 3:11:17 PM PST (GMT -8)

7.   **Appearance/Answer Date:** April 15, 2008 @ 10:00 a.m.

8.   **Plaintiff's Attorney:**    Ronald Rus
     (Name, Address & Telephone Number)    Attorney for Defendant
                             2600 Michelson Drive
                             Seventh Floor
                             Irvine, CA 92612
                             (949) 752-7100

9.   **Federal Express Airbill #** 798396371931

10.  **Call Made to:** Not required

11.   **Special Comments:**
Please Note: $15.00 check enclosed; #58836.

**NATIONAL REGISTERED AGENTS, INC.**          **Copies To:**

Transmitted by: Dena LaPorta

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL