| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 2 | SHARON M. BUNZEL (S.B. #181609) |
| | sbunzel@omm.com |
| 3 | COLLEEN M. KENNEDY (S.B. #227107) |
| | ckennedy@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA 94111 |
| | Telephone:  (415) 984-8700 |
| 6 | Facsimile:  (415) 984-8701 |
| 7 | Attorneys for Plaintiff eBay Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | Case No. C 08-04052 JF |
| Plaintiff, | **DECLARATION OF ADAM R. SAND IN SUPPORT OF EBAY INC.S' CONSOLIDATED OPPOSITION TO (1) THE MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT BY DEFENDANTS DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, THUNDERWOOD HOLDINGS, INC., KESSLER'S FLYING CIRCUS, BRIAN DUNNING, BRIANDUNNING.COM, TODD DUNNING, AND DUNNING ENTERPRISE, INC. ; AND (2) THE MOTIONS TO TRANSFER BY DEFENDANTS DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, TODD DUNNING AND DUNNING ENTERPRISE, INC.** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, | |
| Defendants. | |

I, Adam R. Sand, declare as follows:

1. I am in-house Litigation Counsel for eBay Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. eBay's corporate headquarters are located at 2145 Hamilton Avenue, in San Jose, California.

3. I have reviewed and am familiar with the following documents served in the above-captioned litigation: eBay's Initial Disclosures, served on January 8, 2009; the Consolidated Initial Disclosures of Defendants Brian Dunning, BrianDunning.com, Thunderwood Holdings, Inc., Todd Dunning, Dunning Enterprise, Inc., and Kessler's Flying Circus, served on January 8, 2009; Defendants Digital Point Solutions, Inc. and Shawn Hogan's Initial Disclosures, served on January 8, 2009; Defendants Digital Point Solutions, Inc. and Shawn Hogan's Supplemental Initial Disclosures, served on February 4, 2009; and eBay's Amended Initial Disclosures, served on April 2, 2009.

4. All but one of the witnesses identified in eBay's Initial Disclosures and Amended Initial Disclosures are current employees of eBay. Stefan Rosner is an employee of Gallivan, Gallivan & O'Melia LLC.

5. Although the Consolidated Initial Disclosures of Defendants Brian Dunning, BrianDunning.com, Thunderwood Holdings, Inc., Todd Dunning, Dunning Enterprise, Inc., and Kessler's Flying Circus identify Andrea Kaye and Andreas Fuchs as employees of eBay, eBay's human resources department has been unable to identify either individual as a current or former employee of eBay.

6. Except as discussed in the prior paragraph, all of the witnesses whom the parties have listed in their initial disclosures as either current or former eBay employees are residents of the Northern District of California. The following people are current employees of eBay and residents of the San Jose area: Bei Lu, Matt Ackley, Christine Kim, Jorge Laguna, Matt Madrigal, Paul Rushton, Chad Wehrmaker, Caroline Malifaud, Sara Carter, Dan Serpico, Jeerasrin Rakchart, Michelle Fang and Santanu Dey. The

following people are former employees of eBay and residents of the Northern District of California: Lily Shen, Dan Burkhart, Jarrod Schwartz, Alex Schultz, and Margaret Whitman.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Signed on this 5th day of June, 2009 in San Jose, California.

_____
Adam R. Sand