DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
COLLEEN M. KENNEDY (S.B. #227107)
ckennedy@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>    Defendants. | Case No. C 08-04052 JF<br><br>**[PROPOSED] ORDER DENYING (1) THE MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT BY DEFENDANTS DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, THUNDERWOOD HOLDINGS, INC., KESSLER'S FLYING CIRCUS, BRIAN DUNNING, BRIANDUNNING.COM, TODD DUNNING, AND DUNNING ENTERPRISE, INC. ; AND (2) THE MOTIONS TO TRANSFER BY DEFENDANTS DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, TODD DUNNING AND DUNNING ENTERPRISE, INC.**<br><br>Hearing Date: June 26, 2009<br>Time:   9:00 a.m.<br>Judge:   Hon. Jeremy Fogel |

1   The Motions to Dismiss Plaintiff's Second Amended Complaint, filed on behalf of
2   Defendants Digital Point Solutions, Inc., Shawn Hogan, Thunderwood Holdings, Inc.,
3   Kessler's Flying Circus, Brian Dunning, Briandunning.com, Todd Dunning and Dunning
4   Enterprise, Inc., and the Motions to Transfer, filed on behalf of Defendants Digital Points
5   Solutions, Inc., Shawn Hogan, Todd Dunning and Dunning Enterprise, Inc., were heard
6   by the Court on June 26, 2009.  Upon consideration of the papers submitted and the
7   arguments of counsel, and for good cause shown, the Court hereby DENIES the
8   Defendants' motions in their entirety.
9       SO ORDERED.

DATED: _____   _____
                                The Honorable Jeremy Fogel
                                United States District Judge