**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing
- DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FRCP RULE 12(b)(6)]

were filed with the Court's Electronic Filing System on June 12, 2009 and may be accessed electronically.

s/Ross M. Campbell
COAST LAW GROUP, LLP
Attorney for Defendants, Shawn Hogan and Digital Point Solutions, Inc.

Dockets.Justia.com