**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing
- DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER

were filed with the Court's Electronic Filing System on June 12, 2009 and may be accessed electronically.

s/Ross M. Campbell
COAST LAW GROUP, LLP
Attorney for Defendants, Shawn Hogan and Digital Point Solutions, Inc.

---

PAGE 1 OF 1
CERTIFICATE OF SERVICE
CASE NO. 08 CV 04052 JF PVT

Dockets.Justia.com