Stewart H. Foreman (CSB #61149)
Daniel T. Bernhard (CSB #104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: foreman@freelandlaw.com
       bernhard@freelandlaw.com

Attorneys for Defendants Todd Dunning
and Dunning Enterprise, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, <br><br> Defendants. | CASE NO.: CV-08-4052 JF <br><br> **SUPPLEMENTAL DECLARATION OF STEWART FOREMAN IN SUPPORT OF DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Date: June 26, 2009 <br> Time: 9:00 a.m. <br> Place: Courtroom 3, 5th Floor |

I, Stewart H. Foreman, declare:

1. I am a member of the Bar of the State of California and I am admitted to practice before this Court. I am a partner in the firm of Freeland Cooper and Foreman LLP, located at 150 Spear Street, Suite 1800, San Francisco, California 94105. I am counsel to Todd Dunning and Dunning Enterprise, Inc. who are defendants in this case.

2. I have personal knowledge of the facts contained in this Declaration and I am competent to testify.

1

SUPPLEMENTAL DECLARATION OF STEWART FOREMAN IN SUPPORT OF DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT
{00126746-1}
Dockets.Justia.com

3. Attached hereto and incorporated by reference herein as Exhibit 1 is a true and correct copy of the Publisher Service Agreement ("PSA") that was attached to the Second Amended Complaint filed by plaintiff in the case of *Commission Junction, Inc. v. Thunderwood Holdings, Inc., et al.*, No. 30-2008-00101025, in the Superior Court of the State of California, County of Orange ("CJ Action"). This PSA was the basis for Commission Junction, Inc.'s ("CJ") claims for breach of contract and other causes of action. During the course of discovery in that case, and in preparation of trial exhibits, this copy of the PSA was the only one produced by CJ relating to defendant Kessler's Flying Circus's actions as a Publisher under the agreement and was used as the operative agreement in the CJ Action. Although the PSA forum contains spaces for signatures, it is in fact accepted over the internet and not actually signed by the parties. Unfortunately, an electronic error occurred when the current motion was originally filed, and only a portion of this exhibit was e-filed as part of the original Declaration of Stewart Foreman In Support of the Motion to Dismiss. This Exhibit 1 is the complete document as it should have been originally filed.

4. Attached hereto and incorporated by reference herein as Exhibit 2 is a true and correct copy of the Settlement And Mutual General Release Agreement dated March 9, 2009, between CJ, on the one hand and Todd Dunning, Dunning Enterprise, Inc., and Kessler's Flying Circus on the other hand. This document resulted in the settlement and dismissal of the CJ Action. This document was previously produced by these defendants to plaintiff eBay, Inc. ("eBay") in response to its discovery request in this case.

5. Attached hereto and incorporated by reference herein as Exhibit 3 is a true and correct copy of an email from Todd Miller of CJ to defendant Brian Dunning, dated June 27, 2007. This document was produced by CJ to these defendants during the course of the CJ Action and contains document identification number 000049. These defendants produced a copy of this document to eBay in this action in response to recent discovery requests.

6. Attached hereto and incorporated by reference herein as Exhibit 4 is a true and correct copy of plaintiff/cross-defendant CJ's Trial Brief filed in the CJ Action on March 6, 2009, in advance of the scheduled commencement of the trial in that case.

7. Attached hereto and incorporated by reference herein as Exhibit 5 is a diagram that I

2

SUPPLEMENTAL DECLARATION OF STEWART FOREMAN IN SUPPORT OF DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT
{00126746-1}

prepared to illustrate the relationships and purposes of the Publisher Service Agreement, the Master Advertiser Service Agreement and the Special Terms and Conditions existing among eBay, CJ and Kessler's Flying Circus in connection with eBay's Affiliate Marketing Program. This diagram is submitted to aid in the understanding of the relationship of these documents and parties. I believe that this diagram fairly illustrates these relationships for purposes of the motion to dismiss filed by these defendants.

   I declare under penalty of perjury under the laws of the State of California and under the laws of the United States that the foregoing is true and correct.

   Executed on the 12th day of June, 2009 at San Francisco, California.

              /s/
              Stewart H. Foreman

SUPPLEMENTAL DECLARATION OF STEWART FOREMAN IN SUPPORT OF DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT
{00126746-1}