# EXHIBIT 3

{00119193-1}

Dockets.Justia.com

Message Detail                                           file:///Y:/Kessler/JenBurnett/KesslersFlyingCircus/Kessler%20Intran...

## Message Detail

---

**Account:** 1558264
**From:** Todd Miller
**Posted:** 2007-06-27
**Organization:** Client Services

**Subject:** 1558264: Commission Junction account removal for illegal activity.

**Message:**

```
Dear Brian Dunning,

It has come to our attention that you are allowing people to place CJ
Ads containing your PID/Account Information on their MySpace pages.

This is not only a violation of the Commission Junction Publisher
Service Agreement, and Code of Conduct, but also of the MySpace Terms
of Use.  Based on this conduct, you have been removed from the CJ
Network and your earnings have been forfeited. You are not eligible
to rejoin the CJ Network and any attempt to do so shall be rejected.

If you have any further questions regarding this or other issues,
please respond to this email.

Sincerely,

Network Quality
---------------------------------------------------------------
Commission Junction, a ValueClick company
```

ok

0000049                    CONFIDENTIAL
                                      ATTORNEY'S EYES ONLY

of 1                                                                                 7/7/2008 9:38 AM