# EXHIBIT 5



**ILLUSTRATION OF RELATIONSHIP OF PARTIES AND CONTRACTS FOR EBAY AFFILIATE MARKETING PROGRAM**