FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, <br><br> Defendants. | CASE NO.: CV-08-4052 JF <br><br> [PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC.'S TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT |

The motion of Defendants Todd Dunning and Dunning Enterprise, Inc. to dismiss or transfer Plaintiff eBAY, INC.'s Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) or 28 U.S.C. §1404(a) came on for hearing before this Court on June 26, 2009. The parties were represented by their respective counsel of record. Having fully considered the briefs, oral

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC.'S TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. CV-08-4052 (JF)

{00126352-1}

1

Dockets.Justia.com

argument of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

(1) Defendants Todd Dunning and Dunning Enterprise, Inc.'s motion to dismiss is GRANTED and Plaintiff's Second Amended Complaint is dismissed against them without leave to amend;

(2) Defendants Todd Dunning and Dunning Enterprise, Inc.'s motion to transfer this case to the Central District of California pursuant to 28 U.S.C. §1404(a) is GRANTED.

Dated: _____

_____
Honorable Jeremy Fogel
United States District Court Judge

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

2

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC.'S TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. CV-08-4052 (JF)

{00126352-1}