# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Judge Jeremy Fogel, Presiding
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: June 6, 2009 at 9:00 a.m.

Courtroom Deputy Clerk: Martha Parker Brown      Time in Court: 17m
Court Reporter: Summer Clanton

**TITLE:**      **EBAY v. DIGITAL POINT SOLUTIONS, ET AL**
**CASE NUMBER**: C 08-04052JF/PVT

Plaintiff(s) Attorney(s) present: David K. Eberhart, Sharon M. Bunzel, Adam Sand

Defendant(s) Attorney(s) present: Stewart H. Foreman for Dunning, Ross Campbell for Hogan, DPS, Inc., Leo Presiado for Dunning and specially for Kesler's

**PROCEEDINGS:** Motion to Dismiss, Motion to Transfer

        Counsel are present. The matter is argued. The Court takes the matter under submission and will issue a written order.