Seyamack Kouretchian (State Bar No. 171741)
Seyamack@CoastLawGroup.com
Ross M. Campbell (State Bar No. 234827)
Rcampbell@Coast LawGroup.com
COAST LAW GROUP, LLP
1140 S. Coast Hwy. 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Defendants, SHAWN HOGAN
and DIGITAL POINT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, <br><br> Defendants. | Case No. CV 08-04052 JF PVT <br><br> **NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN** |

Pursuant to Civil L.R. 3-11(a), notice is hereby given of the following change of address:

Effective immediately, the business address for counsel for defendants DIGITAL POINT SOLUTIONS, INC. and SHAWN HOGAN has changed to:

> COAST LAW GROUP, LLP
> 1140 S. Coast Highway 101
> Encinitas, California 92024

All telephone, facsimile and e-mail addresses/numbers remain the same.

/././

---

Notice of Change of Address                                    Case No. CV 08-04052 JF PVT

1 | DATED: June 30, 2009

s/Ross M. Campbell
COAST LAW GROUP, LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Attorney for Defendants Shawn Hogan
and Digital Point Solutions, Inc.