1  RONALD RUS, #67369
   rrus@rusmiliband.com
2  LEO J. PRESIADO, #166721
   lpresiado@rusmiliband.com
3  RUS, MILIBAND & SMITH
   A Professional Corporation
4  Seventh Floor
   2211 Michelson Drive
5  Irvine, California 92612
   Telephone:  (949) 752-7100
6  Facsimile:  (949) 252-1514

7
   Attorneys for Defendants
8  THUNDERWOOD HOLDINGS, INC.,
   BRIAN DUNNING, and BRIANDUNNING.COM

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13 EBAY INC.,                        )  CASE NO. C 08-4052
                                     )
14            Plaintiff,             )  **NOTICE OF TELEPHONIC**
                                     )  **APPEARANCE AT CASE**
15 vs.                               )  **MANAGEMENT CONFERENCE**
                                     )
16 DIGITAL POINT SOLUTIONS, INC.;    )
   SHAWN HOGAN; KESSLER's FLYING     )
17 CIRCUS; THUNDERWOOD HOLDINGS,     )
   INC.; TODD DUNNING; DUNNING       )  DATE:   August 14, 2009
18 ENTERPRISES, INC.; BRIAN DUNNING; )  TIME:   10:30 a.m.
   BRIANDUNNING.COM; and DOES 1-20,  )  CTRM:   3
19                                   )
            Defendants.              )  Hon. Jeremy Fogel presiding
20 _____   )

21

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                          1

1    **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2         **PLEASE TAKE NOTICE THAT** counsel for Defendants Thunderwood

3    Holdings, Inc., Brian Dunning and BrianDunning.com, Leo J. Presiado of Rus, Miliband &

4    Smith, APC, will appear telephonically at the Case Management Conference set for August 14,

5    2009 at 10:30 a.m. in Department 3 of the above-captioned Court.

6

7    DATED: August 4, 2009             RUS, MILIBAND & SMITH
                                       A Professional Corporation

8

9                                 By:_____

10                                   LEO J. PRESIADO
                                  Attorneys for Defendants

11                                   Thunderwood Holdings, Inc., Brian Dunning
                                  and BrianDunning.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

374912v1 rr 8/3/09 16 (2785-0002)

1

CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that the foregoing:

3

**NOTICE OF TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

4

5

was filed with the Court's Electronic Filing System on August 4, 2009 and may be accessed

electronically.

6

7

8

s/ Leo J. Presiado
Leo J. Presiado
Rus, Miliband & Smith, APC

9

2211 Michelson Drive, Seventh Floor
Irvine, California 92612

10

Tel: (949) 752-7100
Fax: (949) 252-1514

11

Email: lpresiado@rusmiliband.com
Attorneys for Defendants Thunderwood Holdings,

12

Inc., Brian Dunning and Briandunning.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1