RONALD RUS, #67369
rrus@rusmiliband.com
LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

Attorneys for Defendants
THUNDERWOOD HOLDINGS, INC.,
BRIAN DUNNING, and BRIANDUNNING.COM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | ) CASE NO. C 08-4052 |
| Plaintiff, | ) **NOTICE OF TELEPHONIC** |
| | ) **APPEARANCE AT CASE** |
| vs. | ) **MANAGEMENT CONFERENCE** |
| | ) |
| DIGITAL POINT SOLUTIONS, INC.; | ) |
| SHAWN HOGAN; KESSLER's FLYING | ) |
| CIRCUS; THUNDERWOOD HOLDINGS, | ) DATE:    September 25, 2009 |
| INC.; TODD DUNNING; DUNNING | ) TIME:    10:30 a.m. |
| ENTERPRISES, INC.; BRIAN DUNNING; | ) CTRM:   3 |
| BRIANDUNNING.COM; and DOES 1-20, | ) |
| | ) Hon. Jeremy Fogel presiding |
| Defendants. | ) |

///

///

///

///

///

///

1

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2          **PLEASE TAKE NOTICE THAT** counsel for Defendants Thunderwood

3   Holdings, Inc., Brian Dunning and BrianDunning.com, Leo J. Presiado of Rus, Miliband &

4   Smith, APC, will appear telephonically at the Case Management Conference set for September

5   25, 2009 at 10:30 a.m. in Department 3 of the above-captioned Court.

6

7   DATED: August 14, 2009                    RUS, MILIBAND & SMITH
                                              A Professional Corporation
8

9
                                       By: _____
10                                         LEO J. PRESIADO
                                           Attorneys for Defendants
11                                         Thunderwood Holdings, Inc., Brian Dunning
                                           and BrianDunning.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE TO APPEAR TELEPHONICALLY AT
CASE MANAGEMENT CONFERENCE

1                            CERTIFICATE OF SERVICE

2              The undersigned hereby certifies that the foregoing:

3 **NOTICE OF TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

4

5 was filed with the Court's Electronic Filing System on August 14, 2009 and may be accessed

6 electronically.

7

8                                    s/ Leo J. Presiado
                                    Leo J. Presiado

9                                     Rus, Miliband & Smith, APC
                                    2211 Michelson Drive, Seventh Floor

10                                     Irvine, California 92612
                                    Tel: (949) 752-7100

11                                     Fax: (949) 252-1514
                                    Email: lpresiado@rusmiliband.com

12                                     Attorneys for Defendants Thunderwood Holdings,
                                    Inc., Brian Dunning and Briandunning.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         1