UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 14, 2009      Time: 9 mins
**Case Number:** CV-08-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**          **EBAY V. DIGITAL POINT SOLUTIONS, ET AL**

                    **PLAINTIFF**                              **DEFENDANT**

**Attorneys Present:** David Eberhart          **Attorneys Present:** Ross Campbell, Patrick McClellan
                       Jean Niehaus                                   Stewart Foreman, Leo Presiado

PROCEEDINGS:

   Further case management conference held.  Parties are present.  Continued to 9/25/09 at 10:30 a.m. for further case management conference.