Stewart H. Foreman (CSB #61149)
Daniel T. Bernhard (CSB #104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: foreman@freelandlaw.com
      bernhard@freelandlaw.com

Attorneys for Defendants
Todd Dunning and Dunning Enterprises

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>    Defendants. | CASE NO.: CV-08-4052 JF<br><br>**NOTICE OF TELEPHONIC APPEARANCE AT SUBSEQUENT CASE MANAGEMENT CONFERENCE**<br><br>Date: September 25, 2009<br>Time: 10:30 a.m.<br>Place: Dept. 3<br><br>Hon. Jeremy Fogel presiding |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT counsel for defendants Todd Dunning and Dunning Enterprise, Inc. will appear telephonically at the Subsequent Case Management Conference set for September 25, 2009 at 10:30 a.m. in Department 3 of the above-captioned Court

Dated: September 14, 2009      FREELAND COOPER & FOREMAN LLP

                        By:       /s/
                              STEWART H. FOREMAN
                              Attorneys for Defendants
                              Todd Dunning and Dunning Enterprises

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing

**NOTICE OF TELEPHONIC APPEARANCE AT SUBSEQUENT CASE MANAGEMENT CONFERENCE**

was filed with the Court's Electronic Filing System on September 14, 2009 and may be accessed electronically.

Dated: September 14, 2009                FREELAND COOPER & FOREMAN LLP


By:      /s/
        Joyce Johnson
        Attorneys for Defendants
        Todd Dunning and Dunning Enterprises

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

2

NOTICE OF TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE
{00129298-1}