# EXHIBIT 7

Dockets.Justia.com

Stewart H. Foreman (CSB #61149)
Daniel T. Bernhard (CSB #104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: foreman@freelandlaw.com
bernhard@freelandlaw.com

Attorneys for Defendants Todd Dunning
and Dunning Enterprise, Inc.



## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, AND DOES 1-20, <br><br> Defendants. | CASE NO.: CV-08-4052 JF <br><br> **DEFENDANT DUNNING ENTERPRISE, INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS** |

PROPOUNDING PARTY:            PLAINTIFF EBAY INC.

RESPONDING PARTY:             DEFENDANT DUNNING ENTERPRISE, INC.

SET NUMBER:                   ONE

Defendant Dunning Enterprise, Inc. ("Defendant") hereby submits the following objections and responses to the Request for Admissions Set One propounded by Plaintiff Ebay, Inc. ("Plaintiff").

## GENERAL STATEMENT

Todd Dunning has invoked his privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Since Mr. Dunning is the sole shareholder and sole authorized representative of Defendant, and the only person who can verify discovery responses on behalf of Defendant, Defendant cannot provide any verified responses without compromising Mr. Dunning's right against self-incrimination

Should Mr. Dunning determine that there is no longer the threat of potential criminal prosecution and elect to withdraw his privilege against self-incrimination in the future, Defendant expressly reserves the right to supplement its responses.

Furthermore, the Federal Bureau of Investigation has seized all documents and computers, disk drives, hard drives, cell phones and servers containing information potentially related to this matter. Assistant United States Attorney Kyle F. Waldinger in charge of this investigation has refused all requests to provide defendants with a copy of the material seized by the FBI. Those items and records may contain information responsive to the requests below, but those items and records are not in the possession, custody or control of defendants.

This Defendant does not admit any of these requests and holds Plaintiff to its burden of proof related to each and every one of them.

REQUEST FOR ADMISSION NO. 1:

Admit that Dunning Enterprise conducted business with eBay prior to May 14, 2007.

RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

///

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

DEFENDANT DUNNING ENTERPRISE, INC.'S RESPONSES TO
PLAINTIFF'S REQUESTS FOR ADMISSIONS, CASE NO.: CV-08-4052 JF

2

{00123688-1}

REQUEST FOR ADMISSION NO. 2:

Admit that Dunning Enterprise conducted business with eBay during at least some portion of 2006.

RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 3:

Admit that Dunning Enterprise conducted business with eBay during at least some portion of 2005.

RESPONSE TO REQUEST FOR ADMISSION NO. 3:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 4:

Admit that Dunning Enterprise conducted business with eBay during at least some portion of 2004.

RESPONSE TO REQUEST FOR ADMISSION NO. 4:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 5:

1    Admit that Dunning Enterprise conducted business with eBay during at least some portion of 2003.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NO. 6:**

Admit that Dunning Enterprise participated in an eBay Affiliate Marketing Program or programs.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NO. 7:**

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software programs and/or code that caused some Users' computers to access an eBay website without the User's knowledge.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NO. 8:**

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software programs and/or code that caused some Users' computers to access an eBay web server without the User's knowledge.

RESPONSE TO REQUEST FOR ADMISSION NO. 8:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 9:

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software programs and/or code that redirected a User to an eBay website without the User knowingly clicking on an Advertisement Link.

RESPONSE TO REQUEST FOR ADMISSION NO. 9:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 10:

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software programs and/or code that redirected a User to an eBay web server without the User knowingly clicking on an Advertisement Link.

RESPONSE TO REQUEST FOR ADMISSION NO. 10:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the

ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 11:

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software programs and/or code that performed Cookie Stuffing.

RESPONSE TO REQUEST FOR ADMISSION NO. 11:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 12:

Admit that Dunning Enterprise used methods, techniques and/or technological measures to avoid detection by eBay of certain aspects of how Dunning Enterprise interacted with eBay's Affiliate Marketing Program or programs.

RESPONSE TO REQUEST FOR ADMISSION NO. 12:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 13:

Admit that Dunning Enterprise used methods, techniques and/or technological measures to avoid detection by Commission Junction of certain aspects of how Dunning Enterprise interacted with eBay's Affiliate Marketing Program or programs.

RESPONSE TO REQUEST FOR ADMISSION NO. 13:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the

California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 14:

Admit that Dunning Enterprise utilized methods, techniques and/or technological measures to avoid detection by eBay of Cookie Stuffing caused by Dunning Enterprise.

RESPONSE TO REQUEST FOR ADMISSION NO. 14:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 15:

Admit that Dunning Enterprise utilized methods, techniques and/or technological measures to avoid detection by Commission Junction of Cookie Stuffing caused by Dunning Enterprise.

RESPONSE TO REQUEST FOR ADMISSION NO. 15:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 16:

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software and/or code to determine the geographic location of a User.

RESPONSE TO REQUEST FOR ADMISSION NO. 16:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the

ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 17:

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software and/or code to determine whether a User was located in San Jose, CA.

RESPONSE TO REQUEST FOR ADMISSION NO. 17:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 18:

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software and/or code to determine whether a User was located in Santa Barbara, CA.

RESPONSE TO REQUEST FOR ADMISSION NO. 18:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 19:

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software and/or code that would disable or not engage Dunning Enterprise's Cookie Stuffing technology if a User's computer was located in San Jose, CA.

RESPONSE TO REQUEST FOR ADMISSION NO. 19:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the

California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 20:

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Dunning Enterprise utilized software and/or code that would disable or not engage Dunning Enterprise's Cookie Stuffing technology if a User's computer was located in Santa Barbara, CA.

RESPONSE TO REQUEST FOR ADMISSION NO. 20:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 21:

Admit that Dunning Enterprise received commissions from eBay, whether directly or through Commission Junction, that were based, in whole or in part, on Users whose computers were directed to eBay's website without the User's knowledge.

RESPONSE TO REQUEST FOR ADMISSION NO. 21:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 22:

Admit that Dunning Enterprise received commissions from eBay, whether directly or through Commission Junction, that were based, in whole or in part, on Users who had never actually clicked on a Dunning Enterprise-sponsored eBay advertisement link.

RESPONSE TO REQUEST FOR ADMISSION NO. 22:

///

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 23:

Admit that Dunning Enterprise received commissions from eBay, whether directly or through Commission Junction, that were based, in whole or in part, Cookie Stuffing caused by Dunning Enterprise.

RESPONSE TO REQUEST FOR ADMISSION NO. 23:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague and ambiguous.

REQUEST FOR ADMISSION NO. 24:

Admit that Dunning Enterprise engaged in Cookie Stuffing with the intent to defraud eBay.

RESPONSE TO REQUEST FOR ADMISSION NO. 24:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Defendant further objects on the ground that this request is vague, ambiguous, and constitutes a legal conclusion.

REQUEST FOR ADMISSION NO. 25:

Admit that Dunning Enterprise defrauded eBay.

RESPONSE TO REQUEST FOR ADMISSION NO. 25:

Defendant objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v.*

1  Turley, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the
2  California Constitution, and California Evidence Code section 940.  Defendant further objects on the
3  ground that this request is vague, ambiguous, and constitutes a legal conclusion.

4  Dated: February 26, 2009                     FREELAND COOPER & FOREMAN LLP

6                                                By:  /s/ Stewart Foreman
7                                                     Stewart H. Foreman
                                                      Attorneys for Defendants Todd Dunning and
8                                                     Dunning Enterprise, Inc.

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On February 26, 2009, I served the foregoing document described as follows:

**Defendant Dunning Enterprise, Inc.'s Responses to Plaintiff's Requests for Admissions**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

**SEE ATTACHED SERVICE LIST**

__X__ [BY MAIL - CCP § 1013a] I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

____ [HAND-DELIVERY/Personal/Messenger - CCP § 1011] I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

____ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

____ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)] I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

____ [BY E-MAIL or ELECTRONIC TRANSMISSION]. Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

____ [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ [FEDERAL] Service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to this cause.

Executed on February 26, 2009, at San Francisco, California.

_____
Joyce E. Johnson

**CERTIFICATE OF SERVICE, CASE NO. 08-4052 (JF)**

{00120756-1}

## ATTACHED SERVICE LIST

Leo Presiado
RUS, MILIBAND & SMITH
Von Karman Towers
2211 Michelson Drive, 7th Floor
Irvine, CA  92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514
Attorneys for **Defendants Brian Dunning and Thunderwood Holdings, Inc.**

David Eberhart
O'MELVENY & MYERS LLP
Embarcadero Center West
2 Embarcadero Center, 28th Floor
San Francisco, CA  94111
Attorneys for Plaintiff eBay, Inc.
Telephone: 415-984-8700
Facsimile:  415-984-8701

Seyamack Kouretchian
COAST LAW GROUP
169 Saxony Road, Suite 204
Encinitas, CA  92024
Attorneys for Defendants Shawn Hogan and Digital Point Solutions, Inc.

Patrick K. McClellan
Von Karman Towers
2211 Michelson Drive, 7th Floor
Irvine, CA  92612
Attorney for Kessler's Flying Circus

2

CERTIFICATE OF SERVICE, CASE NO. 08-4052 (JF)
{00120756-1}