eBay Inc. v. Digital Point Solutions, Inc. et al                                                                                      Doc. 124 Att. 10
Case5:08-cv-04052-JF   Document124-11   Filed09/22/09   Page1 of 11

# EXHIBIT 11

Case5:08-cv-04052-JF   Document124-11   Filed09/22/09   Page1 of 11

Dockets.Justia.com

```
 1  RONALD RUS, #67369
    rrus@rusmiliband.com
 2  LEO J. PRESIADO, #166721
    lpresiado@rusmiliband.com
 3  RUS, MILIBAND & SMITH
    A Professional Corporation
 4  Seventh Floor
    2211 Michelson Drive
 5  Irvine, California 92612
    Telephone:  (949) 752-7100
 6  Facsimile:  (949) 252-1514

 7
    Attorneys for Defendants
 8  THUNDERWOOD HOLDINGS, INC.,
    BRIAN DUNNING, and BRIANDUNNING.COM
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | CASE NO. C 08-4052 JF |
| Plaintiff, | **RESPONSES OF DEFENDANT THUNDERWOOD HOLDINGS, INC. TO SECOND SET OF REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFF EBAY INC.** |
| vs. | |
| DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, | |
| Defendants. | |

PROPOUNDING PARTY:   PLAINTIFF EBAY INC.

RESPONDING PARTY:   DEFENDANT THUNDERWOOD HOLDINGS, INC.

SET NO.:   TWO (2)

      Defendant Thunderwood Holdings, Inc. ("Defendant" and/or "Responding Party") hereby responds to the Second Set of Requests for Production (Nos. 35-36) propounded by Plaintiff eBay Inc. ("Plaintiff" and/or "Propounding Party") as follows:

/ / /

1

367948v1 dd 5/6/09 1 (2785-0002)

RESPONSES OF THUNDERWOOD HOLDINGS, INC. TO SECOND SET OF REQUESTS FOR PRODUCTION PROPOUNDED BY EBAY INC. - CASE NO. C 08-4052 JF

## GENERAL STATEMENT

Brian Dunning ("Mr. Dunning") has invoked his privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Since Mr. Dunning is the sole shareholder and sole representative of Responding Party, and Mr. Dunning declines to sign these discovery responses on behalf of Responding Party. These responses to requests for documents directed at Responding Party are not a waiver of Mr. Dunning's privilege.

Furthermore, the Federal Bureau of Investigation has seized all documents and computers, disk drives, hard drives, cell phones and servers containing information potentially related to this matter. Assistant United States Attorney Kyle F. Waldinger in charge of this investigation has refused all requests to provide defendants with a copy of the material seized by the FBI. Those items and records may contain information responsive to the requests below, but those items and records are not in the possession, custody or control of Defendants.

Without waiving any of the foregoing, Responding Party responds to the requests below:

## RESPONSES

**REQUEST FOR PRODUCTION NO. 35:**

All documents relating to the settlement of the CJ Litigation, including Communications with Commission Junction regarding settlement, proposed or draft settlement agreements or portions of such agreements, and any other Documents relating to the negotiation, drafting and execution of the Settlement Agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

Responding Party objects on the ground that this request is vague and ambiguous, overbroad, unduly burdensome and oppressive. Responding Party further objects to this request on the grounds that, as phrased, the request seeks documents the disclosure of which might violate the attorney-client privilege and/or the work product doctrine. Subject to and without waiving the foregoing objections and based on a reasonable interpretation as to the

2

367948v1 dd 5/6/09 1 (2785-0002)

RESPONSES OF THUNDERWOOD HOLDINGS, INC. TO SECOND SET OF REQUESTS FOR PRODUCTION PROPOUNDED BY EBAY INC. - CASE NO. C 08-4052 JF

1  meaning of this request, Responding Party responds as follows: Responding Party will
2  produce all non-privileged documents responsive to this Request in its possession, custody
3  and/or control, if any, at a time and place mutually convenient to the parties.

**REQUEST FOR PRODUCTION NO. 36:**

All documents relating to any termination of a contractual or other business relationship between any of Defendants and Commission Junction, including any termination of an agreement entered into between any of Defendants and Commission Junction referred to as a Publisher Service Agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

Responding Party objects on the ground that this request is vague and ambiguous, overbroad, unduly burdensome and oppressive. Responding Party further objects to this request on the grounds that, as phrased, the request seeks documents the disclosure of which might violate the attorney-client privilege and/or the work product doctrine. Subject to and without waiving the foregoing objections and based on a reasonable interpretation as to the meaning of this request, Responding Party responds as follows: Responding Party will produce all non-privileged documents responsive to this Request in its possession, custody and/or control, if any, at a time and place mutually convenient to the parties.

DATED: June 3, 2009

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
LEO J. PRESIADO
Attorneys for Defendants
Thunderwood Holdings, Inc., Brian Dunning
and BrianDunning.com

**PROOF OF SERVICE**
*eBay, Inc. v. Digital Point Solutions, Inc., et al.*
*Northern District of California, San Jose Division*
*Case No. C 08-4052 JF*

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF ORANGE     )

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2211 Michelson Drive, Seventh Floor, Irvine, California 92612.

      On **June 3, 2009**, I served the foregoing documents described as **RESPONSES OF DEFENDANT THUNDERWOOD HOLDINGS, INC. TO SECOND SET OF REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFF EBAY INC.** on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

✓   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   (By E-Mail) As follows: I caused the above-referenced document(s) to be transmitted to the above-named persons.

___   (By Facsimile) As follows: I caused the above-referenced document(s) to be transmitted to the above-named persons by facsimile.

___   (By Hand Delivery) As follows: I caused the above-referenced document(s) to be hand delivered to the above-named persons.

___   (By Overnight Delivery) As follows: By overnight delivery via Overnite Express and/or Federal Express to the office of the addressee noted on the attached service list.

Executed on **June 3, 2009**, at Irvine, California.

✓   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

RHONDA RADFORD

**SERVICE LIST**
*eBay, Inc. v. Digital Point Solutions, Inc., et al.*
*Northern District of California, San Jose Division*
*Case No. C 08-4052*

David R. Eberhart
Sharon M. Bunzel
Colleen M. Kennedy
O'Melveny & Myers
Two Embarcadero, 20th Floor
San Francisco, CA 94111
Tel: (949) 984-8700
Fax: (949) 984-8701
Email: deberhart@omm.com, sbunzel@omm.com
*Attorneys for Plaintiff eBay, Inc.*

Stewart H. Foreman
Freeland, Cooper & Foreman, LLP
150 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: (949) 541-0200
Fax: (949) 495-4332
Email: foreman@freelandlaw.com
*Attorneys for Defendants Todd Dunning and Dunning Enterprises, Inc.*

Seyamack Kouretchian
Coast Law Group. LLP
169 Saxony Road
Suite 204
Encinitas, CA 92024
Tel: (760) 942-8505
Fax: (760) 942-8515
Email: seyamack@coastlawgroup.com
*Attorneys for Digital Point Solutions, Inc. and Shawn Hogan*

Patrick K. McClellan
Law Offices of Patrick K. McClellan
2211 Michelson Drive, Suite 700
Irvine, California 92612
Tel: (949) 261-7615
Fax: (949) 851-2772
Email: pkellymc@pacbell.net
*Attorney for Kessler's Flying Circus*

1  RONALD RUS, #67369
   rrus@rusmiliband.com
2  LEO J. PRESIADO, #166721
   lpresiado@rusmiliband.com
3  RUS, MILIBAND & SMITH
   A Professional Corporation
4  Seventh Floor
   2211 Michelson Drive
5  Irvine, California 92612
   Telephone: (949) 752-7100
6  Facsimile: (949) 252-1514

7
   Attorneys for Defendants
8  THUNDERWOOD HOLDINGS, INC.,
   BRIAN DUNNING, and BRIANDUNNING.COM
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  EBAY INC.,                    )  CASE NO. C 08-4052 JF
                                  )
14                 Plaintiff,     )  **RESPONSES OF DEFENDANT**
                                  )  **BRIANDUNNING.COM TO SECOND**
15  vs.                           )  **SET OF REQUESTS FOR**
                                  )  **PRODUCTION PROPOUNDED BY**
16  DIGITAL POINT SOLUTIONS, INC.;)  **PLAINTIFF EBAY INC.**
    SHAWN HOGAN; KESSLER's FLYING )
17  CIRCUS; THUNDERWOOD HOLDINGS, )
    INC.; TODD DUNNING; DUNNING   )
18  ENTERPRISES, INC.; BRIAN DUNNING;)
    BRIANDUNNING.COM; and DOES 1-20,)
19                                )
                                  )
20                 Defendants.    )
                                  )
21  _____

22  PROPOUNDING PARTY:    PLAINTIFF EBAY INC.

23  RESPONDING PARTY:     DEFENDANT BRIANDUNNING.COM

24  SET NO.:              TWO (2)

25         Defendant BrianDunning.com ("Defendant" and/or "Responding Party") hereby

26  responds to the Second Set of Requests for Production (Nos. 34-35) propounded by Plaintiff

27  eBay Inc. ("Plaintiff" and/or "Propounding Party") as follows:

28  ///

                                          1

## GENERAL STATEMENT

Brian Dunning ("Mr. Dunning") has invoked his privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Since Mr. Dunning is the sole representative of Responding Party, and Mr. Dunning declines to sign these discovery responses on behalf of Responding Party. These responses to requests for documents directed at Responding Party are not a waiver of Mr. Dunning's privilege.

Furthermore, the Federal Bureau of Investigation has seized all documents and computers, disk drives, hard drives, cell phones and servers containing information potentially related to this matter. Assistant United States Attorney Kyle F. Waldinger in charge of this investigation has refused all requests to provide Defendants with a copy of the material seized by the FBI. Those items and records may contain information responsive to the requests below, but those items and records are not in the possession, custody or control of defendants.

Without waiving any of the foregoing, Responding Party responds to the requests below:

## RESPONSES

**REQUEST FOR PRODUCTION NO. 34:**

All documents relating to the settlement of the CJ Litigation, including Communications with Commission Junction regarding settlement, proposed or draft settlement agreements or portions of such agreements, and any other Documents relating to the negotiation, drafting and execution of the Settlement Agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

Responding Party objects on the ground that this request is vague and ambiguous, overbroad, unduly burdensome and oppressive. Responding Party further objects to this request on the grounds that, as phrased, the request seeks documents the disclosure of which might violate the attorney-client privilege and/or the work product doctrine. Subject to and without waiving the foregoing objections and based on a reasonable interpretation as to the

2

1  meaning of this request, Responding Party responds as follows:  Responding Party will
2  produce all non-privileged documents responsive to this Request in its possession, custody
3  and/or control, if any, at a time and place mutually convenient to the parties.

4  **REQUEST FOR PRODUCTION NO. 35**:

5  All documents relating to any termination of a contractual or other business
6  relationship between any of Defendants and Commission Junction, including any termination of
7  an agreement entered into between any of Defendants and Commission Junction referred to as a
8  Publisher Service Agreement.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 35**:

10  Responding Party objects on the ground that this request is vague and
11  ambiguous, overbroad, unduly burdensome and oppressive.  Responding Party further objects
12  to this request on the grounds that, as phrased, the request seeks documents the disclosure of
13  which might violate the attorney-client privilege and/or the work product doctrine.  Subject to
14  and without waiving the foregoing objections and based on a reasonable interpretation as to the
15  meaning of this request, Responding Party responds as follows:  Responding Party will
16  produce all non-privileged documents responsive to this Request in its possession, custody
17  and/or control, if any, at a time and place mutually convenient to the parties.

19  DATED:  June 3, 2009

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
LEO J. PRESIADO
Attorneys for Defendants
Thunderwood Holdings, Inc., Brian Dunning
and BrianDunning.com

3

**PROOF OF SERVICE**
*eBay, Inc. v. Digital Point Solutions, Inc., et al.*
*Northern District of California, San Jose Division*
Case No. C 08-4052 JF

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2211 Michelson Drive, Seventh Floor, Irvine, California 92612.

On **June 3, 2009**, I served the foregoing documents described as **RESPONSES OF DEFENDANT BRIANDUNNING.COM TO SECOND SET OF REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFF EBAY INC.** on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

✓  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  (By E-Mail) As follows: I caused the above-referenced document(s) to be transmitted to the above-named persons.

___  (By Facsimile) As follows: I caused the above-referenced document(s) to be transmitted to the above-named persons by facsimile.

___  (By Hand Delivery) As follows: I caused the above-referenced document(s) to be hand delivered to the above-named persons.

___  (By Overnight Delivery) As follows: By overnight delivery via Overnite Express and/or Federal Express to the office of the addressee noted on the attached service list.

Executed on **June 3, 2009**, at Irvine, California.

✓  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

RHONDA RADFORD

1

**SERVICE LIST**
*eBay, Inc. v. Digital Point Solutions, Inc., et al.*
*Northern District of California, San Jose Division*
*Case No. C 08-4052*

David R. Eberhart
Sharon M. Bunzel
Colleen M. Kennedy
O'Melveny & Myers
Two Embarcadero, 20th Floor
San Francisco, CA 94111
Tel: (949) 984-8700
Fax: (949) 984-8701
Email: deberhart@omm.com, sbunzel@omm.com
*Attorneys for Plaintiff eBay, Inc.*

Stewart H. Foreman
Freeland, Cooper & Foreman, LLP
150 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: (949) 541-0200
Fax: (949) 495-4332
Email: foreman@freelandlaw.com
*Attorneys for Defendants Todd Dunning and Dunning Enterprises, Inc.*

Seyamack Kouretchian
Coast Law Group. LLP
169 Saxony Road
Suite 204
Encinitas, CA 92024
Tel: (760) 942-8505
Fax: (760) 942-8515
Email: seyamack@coastlawgroup.com
*Attorneys for Digital Point Solutions, Inc. and Shawn Hogan*

Patrick K. McClellan
Law Offices of Patrick K. McClellan
2211 Michelson Drive, Suite 700
Irvine, California 92612
Tel: (949) 261-7615
Fax: (949) 851-2772
Email: pkellymc@pacbell.net
*Attorney for Kessler's Flying Circus*