| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
|   | deberhart@omm.com |
| 2 | SHARON M. BUNZEL (S.B. #181609) |
|   | sbunzel@omm.com |
| 3 | COLLEEN M. KENNEDY (S.B. #227107) |
|   | ckennedy@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA  94111 |
|   | Telephone:   (415) 984-8700 |
| 6 | Facsimile:   (415) 984-8701 |

Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | Case No.  C 08-04052 JF PVT |
| Plaintiff, | **DECLARATION OF COLLEEN M. KENNEDY IN SUPPORT OF EBAY INC.'S MOTION TO STRIKE THE ANSWER OF DEFENDANTS THUNDERWOOD HOLDINGS, INC., BRIANDUNNING.COM AND KESSLER'S FLYING CIRCUS** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, | Hearing Date: October 30, 2009 |
| | Time:            9:00 a.m. |
| | Judge:           Hon. Jeremey Fogel |
| Defendants. | |

I, Colleen M. Kennedy, declare as follows:

1. I am a member of the Bar of the State of California and am associated with the law firm of O'Melveny & Myers LLP, counsel for eBay Inc. in this matter. I submit this Declaration in support of eBay's Motion to Strike the Answer to eBay's Second Amended Complaint filed by Defendants Thunderwood Holdings, Inc., BrianDunning.com and Kessler's Flying Circus. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Responses of Thunderwood Holdings, Inc. ("THI") to eBay's First Set of Interrogatories, dated February 26, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Responses of BrianDunning.com to eBay's First Set of Interrogatories, dated February 26, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Responses of Kessler's Flying Circus ("KFC") to eBay's First Set of Interrogatories, dated February 25, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Answer of Defendant Dunning Enterprise, Inc. to eBay's Second Amended Complaint, dated September 9, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Answer of Defendants KFC, THI, Brian Dunning and BrianDunning.com to eBay's Second Amended Complaint, dated September 9, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of BrianDunning.com's Responses to eBay's First Set of Requests for Admission, dated February 26, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of THI's Responses to eBay's First Set of Requests for Admission, dated February 26, 2009.

1 |      I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Signed on this 25th day of September, 2009 in San Francisco, California.

                                                          /s/ Colleen M. Kennedy
                                                            Colleen M. Kennedy