Dockets.Justia.com

# EXHIBIT 5

1  RONALD RUS, #67369
   rrus@rusmiliband.com
2  LEO J. PRESIADO, #166721
   lpresiado@rusmiliband.com
3  RUS, MILIBAND & SMITH
   A Professional Corporation
4  Seventh Floor
   2211 Michelson Drive
5  Irvine, California 92612
   Telephone:  (949) 752-7100
6  Facsimile:  (949) 252-1514

7  Attorneys for Defendants
   THUNDERWOOD HOLDINGS, INC.,
8  BRIAN DUNNING, and BRIANDUNNING.COM

9  LAW OFFICES OF PATRICK K. McCLELLAN
   Patrick K. McClellan #077352
10 2211 Michelson Drive, Suite 700
   Irvine, CA 92612
11 Telephone  (949) 261-7615

12 Attorney for Defendant
   KESSLER'S FLYING CIRCUS
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17

18 EBAY INC.,                        )  CASE NO. CV 08-4052 JF (PVT)
                                     )
19            Plaintiff,             )  **ANSWER TO SECOND AMENDED**
                                     )  **COMPLAINT**
20 vs.                               )
                                     )
21 DIGITAL POINT SOLUTIONS, INC.;    )  Hon. Jeremy Fogel presiding
   SHAWN HOGAN; KESSLER's FLYING     )
22 CIRCUS; THUNDERWOOD HOLDINGS,     )
   INC.; TODD DUNNING; DUNNING       )
23 ENTERPRISES, INC.; BRIAN DUNNING; )
   BRIANDUNNING.COM; and DOES 1-20,  )
24                                   )
              Defendants.            )
25 _____ )

26

27

28

                                1

376385v1 ts 9/9/09 8 (2785-0002)

1  Defendants Kessler's Flying Circus, Thunderwood Holdings, Inc., Brian

2  Dunning and BrianDunning.com (collectively, "Defendants") for their answer to the Second

3  Amended Complaint ("SAC") of Plaintiff eBay, Inc. ("Plaintiff" and/or "eBay"), admit, deny

4  and allege as follows:

5  **ANSWER**

6  **PARTIES**

7      1.    In response to paragraph 1 of the SAC, Defendants hereby assert the

8  privilege against self-incrimination under the Fifth Amendment of the United States

9  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

10  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

11  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

12  the assertion of the privilege, to seek leave to amend and/or supplement this response

13  accordingly, and to object to the use or disclosure of this response for any purpose.

14      2.    In response to paragraph 2 of the SAC, Defendants hereby assert the

15  privilege against self-incrimination under the Fifth Amendment of the United States

16  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

17  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

18  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

19  the assertion of the privilege, to seek leave to amend and/or supplement this response

20  accordingly, and to object to the use or disclosure of this response for any purpose.

21      3.    In response to paragraph 3 of the SAC, Defendants hereby assert the

22  privilege against self-incrimination under the Fifth Amendment of the United States

23  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

24  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

25  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

26  the assertion of the privilege, to seek leave to amend and/or supplement this response

27  accordingly, and to object to the use or disclosure of this response for any purpose.

28  / / /

2

376385v1 ts 9/9/09 8 (2785-0002)

1    4.    In response to paragraph 4 of the SAC, Defendants hereby assert the

2    privilege against self-incrimination under the Fifth Amendment of the United States

3    Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

4    Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

5    there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

6    the assertion of the privilege, to seek leave to amend and/or supplement this response

7    accordingly, and to object to the use or disclosure of this response for any purpose.

8    5.    In response to paragraph 5 of the SAC, Defendants hereby assert the

9    privilege against self-incrimination under the Fifth Amendment of the United States

10   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

11   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

12   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

13   the assertion of the privilege, to seek leave to amend and/or supplement this response

14   accordingly, and to object to the use or disclosure of this response for any purpose.

15   6.    In response to paragraph 6 of the SAC, Defendants hereby assert the

16   privilege against self-incrimination under the Fifth Amendment of the United States

17   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

18   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

19   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

20   the assertion of the privilege, to seek leave to amend and/or supplement this response

21   accordingly, and to object to the use or disclosure of this response for any purpose.

22   7.    In response to paragraph 7 of the SAC, Defendants hereby assert the

23   privilege against self-incrimination under the Fifth Amendment of the United States

24   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

25   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

26   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

27   the assertion of the privilege, to seek leave to amend and/or supplement this response

28   accordingly, and to object to the use or disclosure of this response for any purpose.

3

376385v1 ts 9/9/09 8 (2785-0002)

1           8.     In response to paragraph 8 of the SAC, Defendants hereby assert the

2 privilege against self-incrimination under the Fifth Amendment of the United States

3 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

4 Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

5 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

6 the assertion of the privilege, to seek leave to amend and/or supplement this response

7 accordingly, and to object to the use or disclosure of this response for any purpose.

8           9.     In response to paragraph 9 of the SAC, Defendants hereby assert the

9 privilege against self-incrimination under the Fifth Amendment of the United States

10 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

11 Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

12 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

13 the assertion of the privilege, to seek leave to amend and/or supplement this response

14 accordingly, and to object to the use or disclosure of this response for any purpose.

15          10.    In response to paragraph 10 of the SAC, Defendants hereby assert the

16 privilege against self-incrimination under the Fifth Amendment of the United States

17 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

18 Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

19 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

20 the assertion of the privilege, to seek leave to amend and/or supplement this response

21 accordingly, and to object to the use or disclosure of this response for any purpose.

22          11.    In response to paragraph 11 of the SAC, Defendants hereby assert the

23 privilege against self-incrimination under the Fifth Amendment of the United States

24 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

25 Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

26 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

27 the assertion of the privilege, to seek leave to amend and/or supplement this response

28 accordingly, and to object to the use or disclosure of this response for any purpose.

4

376385v1 ts 9/9/09 8 (2785-0002)

1      12.     In response to paragraph 12 of the SAC, Defendants hereby assert the

2   privilege against self-incrimination under the Fifth Amendment of the United States

3   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

4   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

5   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

6   the assertion of the privilege, to seek leave to amend and/or supplement this response

7   accordingly, and to object to the use or disclosure of this response for any purpose.

8      13.     In response to paragraph 13 of the SAC, Defendants hereby assert the

9   privilege against self-incrimination under the Fifth Amendment of the United States

10  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

11  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

12  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

13  the assertion of the privilege, to seek leave to amend and/or supplement this response

14  accordingly, and to object to the use or disclosure of this response for any purpose.

15                          **JURISDICTION AND VENUE**

16     14.     In response to paragraph 14 of the SAC, Defendants hereby assert the

17  privilege against self-incrimination under the Fifth Amendment of the United States

18  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

19  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

20  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

21  the assertion of the privilege, to seek leave to amend and/or supplement this response

22  accordingly, and to object to the use or disclosure of this response for any purpose.

23     15.     In response to paragraph 15 of the SAC, Defendants hereby assert the

24  privilege against self-incrimination under the Fifth Amendment of the United States

25  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

26  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

27  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

28  / / /

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

1  the assertion of the privilege, to seek leave to amend and/or supplement this response

2  accordingly, and to object to the use or disclosure of this response for any purpose.

3          16.    In response to paragraph 16 of the SAC, Defendants hereby assert the

4  privilege against self-incrimination under the Fifth Amendment of the United States

5  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

6  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

7  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

8  the assertion of the privilege, to seek leave to amend and/or supplement this response

9  accordingly, and to object to the use or disclosure of this response for any purpose.

10  **INTRADISTRICT ASSIGNMENT**

11          17.    In response to paragraph 17 of the SAC, Defendants hereby assert the

12  privilege against self-incrimination under the Fifth Amendment of the United States

13  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

14  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

15  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

16  the assertion of the privilege, to seek leave to amend and/or supplement this response

17  accordingly, and to object to the use or disclosure of this response for any purpose.

18  **GENERAL ALLEGATIONS**

19          18.    In response to paragraph 18 of the SAC, Defendants hereby assert the

20  privilege against self-incrimination under the Fifth Amendment of the United States

21  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

22  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

23  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

24  the assertion of the privilege, to seek leave to amend and/or supplement this response

25  accordingly, and to object to the use or disclosure of this response for any purpose.

26          19.    In response to paragraph 19 of the SAC, Defendants hereby assert the

27  privilege against self-incrimination under the Fifth Amendment of the United States

28  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

376385v1 ts 9/9/09 8 (2785-0002)

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

1   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

2   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

3   the assertion of the privilege, to seek leave to amend and/or supplement this response

4   accordingly, and to object to the use or disclosure of this response for any purpose.

5          20.     In response to paragraph 20 of the SAC, Defendants hereby assert the

6   privilege against self-incrimination under the Fifth Amendment of the United States

7   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

8   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

9   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

10  the assertion of the privilege, to seek leave to amend and/or supplement this response

11  accordingly, and to object to the use or disclosure of this response for any purpose.

12         21.     In response to paragraph 21 of the SAC, Defendants hereby assert the

13  privilege against self-incrimination under the Fifth Amendment of the United States

14  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

15  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

16  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

17  the assertion of the privilege, to seek leave to amend and/or supplement this response

18  accordingly, and to object to the use or disclosure of this response for any purpose.

19         22.     In response to paragraph 22 of the SAC, Defendants hereby assert the

20  privilege against self-incrimination under the Fifth Amendment of the United States

21  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

22  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

23  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

24  the assertion of the privilege, to seek leave to amend and/or supplement this response

25  accordingly, and to object to the use or disclosure of this response for any purpose.

26         23.     In response to paragraph 23 of the SAC, Defendants hereby assert the

27  privilege against self-incrimination under the Fifth Amendment of the United States

28  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

7

376385v1 ts 9/9/09 8 (2785-0002)

1 | Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

2 | there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

3 | the assertion of the privilege, to seek leave to amend and/or supplement this response

4 | accordingly, and to object to the use or disclosure of this response for any purpose.

5 |       24.   In response to paragraph 24 of the SAC, Defendants hereby assert the

6 | privilege against self-incrimination under the Fifth Amendment of the United States

7 | Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

8 | Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

9 | there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

10 | the assertion of the privilege, to seek leave to amend and/or supplement this response

11 | accordingly, and to object to the use or disclosure of this response for any purpose.

12 |       25.   In response to paragraph 25 of the SAC, Defendants hereby assert the

13 | privilege against self-incrimination under the Fifth Amendment of the United States

14 | Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

15 | Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

16 | there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

17 | the assertion of the privilege, to seek leave to amend and/or supplement this response

18 | accordingly, and to object to the use or disclosure of this response for any purpose.

19 |       26.   In response to paragraph 26 of the SAC, Defendants hereby assert the

20 | privilege against self-incrimination under the Fifth Amendment of the United States

21 | Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

22 | Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

23 | there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

24 | the assertion of the privilege, to seek leave to amend and/or supplement this response

25 | accordingly, and to object to the use or disclosure of this response for any purpose.

26 |       27.   In response to paragraph 27 of the SAC, Defendants hereby assert the

27 | privilege against self-incrimination under the Fifth Amendment of the United States

28 | Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

1   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

2   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

3   the assertion of the privilege, to seek leave to amend and/or supplement this response

4   accordingly, and to object to the use or disclosure of this response for any purpose.

5          28.    In response to paragraph 28 of the SAC, Defendants hereby assert the

6   privilege against self-incrimination under the Fifth Amendment of the United States

7   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

8   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

9   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

10  the assertion of the privilege, to seek leave to amend and/or supplement this response

11  accordingly, and to object to the use or disclosure of this response for any purpose.

12         29.    In response to paragraph 29 of the SAC, Defendants hereby assert the

13  privilege against self-incrimination under the Fifth Amendment of the United States

14  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

15  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

16  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

17  the assertion of the privilege, to seek leave to amend and/or supplement this response

18  accordingly, and to object to the use or disclosure of this response for any purpose.

19         30.    In response to paragraph 30 of the SAC, Defendants hereby assert the

20  privilege against self-incrimination under the Fifth Amendment of the United States

21  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

22  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

23  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

24  the assertion of the privilege, to seek leave to amend and/or supplement this response

25  accordingly, and to object to the use or disclosure of this response for any purpose.

26         31.    In response to paragraph 31 of the SAC, Defendants hereby assert the

27  privilege against self-incrimination under the Fifth Amendment of the United States

28  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

1  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

2  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

3  the assertion of the privilege, to seek leave to amend and/or supplement this response

4  accordingly, and to object to the use or disclosure of this response for any purpose.

5          32.    In response to paragraph 32 of the SAC, Defendants hereby assert the

6  privilege against self-incrimination under the Fifth Amendment of the United States

7  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

8  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

9  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

10  the assertion of the privilege, to seek leave to amend and/or supplement this response

11  accordingly, and to object to the use or disclosure of this response for any purpose.

12          33.    In response to paragraph 33 of the SAC, Defendants hereby assert the

13  privilege against self-incrimination under the Fifth Amendment of the United States

14  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

15  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

16  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

17  the assertion of the privilege, to seek leave to amend and/or supplement this response

18  accordingly, and to object to the use or disclosure of this response for any purpose.

19          34.    In response to paragraph 34 of the SAC, Defendants hereby assert the

20  privilege against self-incrimination under the Fifth Amendment of the United States

21  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

22  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

23  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

24  the assertion of the privilege, to seek leave to amend and/or supplement this response

25  accordingly, and to object to the use or disclosure of this response for any purpose.

26                          **FIRST CAUSE OF ACTION**

27          35.    In response to paragraph 35 of the SAC, Defendants hereby assert the

28  privilege against self-incrimination under the Fifth Amendment of the United States

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

1   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

2   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

3   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

4   the assertion of the privilege, to seek leave to amend and/or supplement this response

5   accordingly, and to object to the use or disclosure of this response for any purpose.

6           36.    In response to paragraph 36 of the SAC, Defendants hereby assert the

7   privilege against self-incrimination under the Fifth Amendment of the United States

8   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

9   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

10   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

11   the assertion of the privilege, to seek leave to amend and/or supplement this response

12   accordingly, and to object to the use or disclosure of this response for any purpose.

13           37.    In response to paragraph 37 of the SAC, Defendants hereby assert the

14   privilege against self-incrimination under the Fifth Amendment of the United States

15   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

16   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

17   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

18   the assertion of the privilege, to seek leave to amend and/or supplement this response

19   accordingly, and to object to the use or disclosure of this response for any purpose.

20           38.    In response to paragraph 38 of the SAC, Defendants hereby assert the

21   privilege against self-incrimination under the Fifth Amendment of the United States

22   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

23   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

24   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

25   the assertion of the privilege, to seek leave to amend and/or supplement this response

26   accordingly, and to object to the use or disclosure of this response for any purpose.

27           39.    In response to paragraph 39 of the SAC, Defendants hereby assert the

28   privilege against self-incrimination under the Fifth Amendment of the United States

376385v1 ts 9/9/09 8 (2785-0002)

1   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

2   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

3   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

4   the assertion of the privilege, to seek leave to amend and/or supplement this response

5   accordingly, and to object to the use or disclosure of this response for any purpose.

6          40.    In response to paragraph 40 of the SAC, Defendants hereby assert the

7   privilege against self-incrimination under the Fifth Amendment of the United States

8   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

9   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

10  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

11  the assertion of the privilege, to seek leave to amend and/or supplement this response

12  accordingly, and to object to the use or disclosure of this response for any purpose.

13         41.    In response to paragraph 41 of the SAC, Defendants hereby assert the

14  privilege against self-incrimination under the Fifth Amendment of the United States

15  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

16  Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

17  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

18  the assertion of the privilege, to seek leave to amend and/or supplement this response

19  accordingly, and to object to the use or disclosure of this response for any purpose.

20         42.    In response to paragraph 42 of the SAC, Defendants hereby assert the

21  privilege against self-incrimination under the Fifth Amendment of the United States

22  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

23  Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

24  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

25  the assertion of the privilege, to seek leave to amend and/or supplement this response

26  accordingly, and to object to the use or disclosure of this response for any purpose.

27         43.    In response to paragraph 43 of the SAC, Defendants hereby assert the

28  privilege against self-incrimination under the Fifth Amendment of the United States

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

1   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

2   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

3   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

4   the assertion of the privilege, to seek leave to amend and/or supplement this response

5   accordingly, and to object to the use or disclosure of this response for any purpose.

6         44.    In response to paragraph 44 of the SAC, Defendants hereby assert the

7   privilege against self-incrimination under the Fifth Amendment of the United States

8   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

9   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

10   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

11   the assertion of the privilege, to seek leave to amend and/or supplement this response

12   accordingly, and to object to the use or disclosure of this response for any purpose.

13                    **SECOND CAUSE OF ACTION**

14         45.    In response to paragraph 45 of the SAC, Defendants hereby assert the

15   privilege against self-incrimination under the Fifth Amendment of the United States

16   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

17   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

18   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

19   the assertion of the privilege, to seek leave to amend and/or supplement this response

20   accordingly, and to object to the use or disclosure of this response for any purpose.

21         46.    In response to paragraph 46 of the SAC, Defendants hereby assert the

22   privilege against self-incrimination under the Fifth Amendment of the United States

23   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

24   Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

25   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

26   the assertion of the privilege, to seek leave to amend and/or supplement this response

27   accordingly, and to object to the use or disclosure of this response for any purpose.

28   / / /

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

1        47.    In response to paragraph 47 of the SAC, Defendants hereby assert the

2    privilege against self-incrimination under the Fifth Amendment of the United States

3    Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

4    Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

5    there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

6    the assertion of the privilege, to seek leave to amend and/or supplement this response

7    accordingly, and to object to the use or disclosure of this response for any purpose.

8        48.    In response to paragraph 48 of the SAC, Defendants hereby assert the

9    privilege against self-incrimination under the Fifth Amendment of the United States

10    Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

11    Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

12    there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

13    the assertion of the privilege, to seek leave to amend and/or supplement this response

14    accordingly, and to object to the use or disclosure of this response for any purpose.

15        49.    In response to paragraph 49 of the SAC, Defendants hereby assert the

16    privilege against self-incrimination under the Fifth Amendment of the United States

17    Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

18    Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

19    there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

20    the assertion of the privilege, to seek leave to amend and/or supplement this response

21    accordingly, and to object to the use or disclosure of this response for any purpose.

22        50.    In response to paragraph 50 of the SAC, Defendants hereby assert the

23    privilege against self-incrimination under the Fifth Amendment of the United States

24    Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

25    Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

26    there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

27    the assertion of the privilege, to seek leave to amend and/or supplement this response

28    accordingly, and to object to the use or disclosure of this response for any purpose.

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

1           51.    In response to paragraph 51 of the SAC, Defendants hereby assert the

2  privilege against self-incrimination under the Fifth Amendment of the United States

3  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

4  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

5  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

6  the assertion of the privilege, to seek leave to amend and/or supplement this response

7  accordingly, and to object to the use or disclosure of this response for any purpose.

8           52.    In response to paragraph 52 of the SAC, Defendants hereby assert the

9  privilege against self-incrimination under the Fifth Amendment of the United States

10  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

11  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

12  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

13  the assertion of the privilege, to seek leave to amend and/or supplement this response

14  accordingly, and to object to the use or disclosure of this response for any purpose.

15           53.    In response to paragraph 53 of the SAC, Defendants hereby assert the

16  privilege against self-incrimination under the Fifth Amendment of the United States

17  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

18  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

19  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

20  the assertion of the privilege, to seek leave to amend and/or supplement this response

21  accordingly, and to object to the use or disclosure of this response for any purpose.

22           54.    In response to paragraph 54 of the SAC, Defendants hereby assert the

23  privilege against self-incrimination under the Fifth Amendment of the United States

24  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

25  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

26  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

27  the assertion of the privilege, to seek leave to amend and/or supplement this response

28  accordingly, and to object to the use or disclosure of this response for any purpose.

376385v1 ts 9/9/09 8 (2785-0002)

1         55.    In response to paragraph 55 of the SAC, Defendants hereby assert the

2 privilege against self-incrimination under the Fifth Amendment of the United States

3 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

4 Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

5 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

6 the assertion of the privilege, to seek leave to amend and/or supplement this response

7 accordingly, and to object to the use or disclosure of this response for any purpose.

8         56.    In response to paragraph 56 of the SAC, Defendants hereby assert the

9 privilege against self-incrimination under the Fifth Amendment of the United States

10 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

11 Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

12 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

13 the assertion of the privilege, to seek leave to amend and/or supplement this response

14 accordingly, and to object to the use or disclosure of this response for any purpose.

15        57.    In response to paragraph 57 of the SAC, Defendants hereby assert the

16 privilege against self-incrimination under the Fifth Amendment of the United States

17 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

18 Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

19 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

20 the assertion of the privilege, to seek leave to amend and/or supplement this response

21 accordingly, and to object to the use or disclosure of this response for any purpose.

22        58.    In response to paragraph 58 of the SAC, Defendants hereby assert the

23 privilege against self-incrimination under the Fifth Amendment of the United States

24 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

25 Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

26 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

27 the assertion of the privilege, to seek leave to amend and/or supplement this response

28 accordingly, and to object to the use or disclosure of this response for any purpose.

16

376385v1 ts 9/9/09 8 (2785-0002)

1             59.     In response to paragraph 59 of the SAC, Defendants hereby assert the

2  privilege against self-incrimination under the Fifth Amendment of the United States

3  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

4  Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

5  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

6  the assertion of the privilege, to seek leave to amend and/or supplement this response

7  accordingly, and to object to the use or disclosure of this response for any purpose.

8             60.     In response to paragraph 60 of the SAC, Defendants hereby assert the

9  privilege against self-incrimination under the Fifth Amendment of the United States

10  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

11  Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

12  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

13  the assertion of the privilege, to seek leave to amend and/or supplement this response

14  accordingly, and to object to the use or disclosure of this response for any purpose.

15             61.     In response to paragraph 61 of the SAC, Defendants hereby assert the

16  privilege against self-incrimination under the Fifth Amendment of the United States

17  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

18  Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

19  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

20  the assertion of the privilege, to seek leave to amend and/or supplement this response

21  accordingly, and to object to the use or disclosure of this response for any purpose.

22             62.     In response to paragraph 62 of the SAC, Defendants hereby assert the

23  privilege against self-incrimination under the Fifth Amendment of the United States

24  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

25  Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that

26  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

27  the assertion of the privilege, to seek leave to amend and/or supplement this response

28  accordingly, and to object to the use or disclosure of this response for any purpose.

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

63.     In response to paragraph 63 of the SAC, Defendants hereby assert the privilege against self-incrimination under the Fifth Amendment of the United States Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1, Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw the assertion of the privilege, to seek leave to amend and/or supplement this response accordingly, and to object to the use or disclosure of this response for any purpose.

64.     In response to paragraph 64 of the SAC, Defendants hereby assert the privilege against self-incrimination under the Fifth Amendment of the United States Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1, Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw the assertion of the privilege, to seek leave to amend and/or supplement this response accordingly, and to object to the use or disclosure of this response for any purpose.

### THIRD CAUSE OF ACTION

65.     In response to paragraph 65 of the SAC, Defendants hereby assert the privilege against self-incrimination under the Fifth Amendment of the United States Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1, Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw the assertion of the privilege, to seek leave to amend and/or supplement this response accordingly, and to object to the use or disclosure of this response for any purpose.

66.     In response to paragraph 66 of the SAC, Defendants hereby assert the privilege against self-incrimination under the Fifth Amendment of the United States Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1, Sec. 15; and the California Evidence Code § 940. To the extent Defendants determine that there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

/ / /

18

376385v1 ts 9/9/09 8 (2785-0002)

1   the assertion of the privilege, to seek leave to amend and/or supplement this response

2   accordingly, and to object to the use or disclosure of this response for any purpose.

3          67.    In response to paragraph 67 of the SAC, Defendants hereby assert the

4   privilege against self-incrimination under the Fifth Amendment of the United States

5   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

6   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

7   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

8   the assertion of the privilege, to seek leave to amend and/or supplement this response

9   accordingly, and to object to the use or disclosure of this response for any purpose.

10         68.    In response to paragraph 68 of the SAC, Defendants hereby assert the

11   privilege against self-incrimination under the Fifth Amendment of the United States

12   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

13   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

14   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

15   the assertion of the privilege, to seek leave to amend and/or supplement this response

16   accordingly, and to object to the use or disclosure of this response for any purpose.

17         69.    In response to paragraph 69 of the SAC, Defendants hereby assert the

18   privilege against self-incrimination under the Fifth Amendment of the United States

19   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

20   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

21   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

22   the assertion of the privilege, to seek leave to amend and/or supplement this response

23   accordingly, and to object to the use or disclosure of this response for any purpose.

24         70.    In response to paragraph 70 of the SAC, Defendants hereby assert the

25   privilege against self-incrimination under the Fifth Amendment of the United States

26   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

27   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

28   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

1    the assertion of the privilege, to seek leave to amend and/or supplement this response

2    accordingly, and to object to the use or disclosure of this response for any purpose.

3              71.     In response to paragraph 71 of the SAC, Defendants hereby assert the

4    privilege against self-incrimination under the Fifth Amendment of the United States

5    Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

6    Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

7    there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

8    the assertion of the privilege, to seek leave to amend and/or supplement this response

9    accordingly, and to object to the use or disclosure of this response for any purpose.

10             72.     In response to paragraph 72 of the SAC, Defendants hereby assert the

11   privilege against self-incrimination under the Fifth Amendment of the United States

12   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

13   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

14   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

15   the assertion of the privilege, to seek leave to amend and/or supplement this response

16   accordingly, and to object to the use or disclosure of this response for any purpose.

17             73.     In response to paragraph 73 of the SAC, Defendants hereby assert the

18   privilege against self-incrimination under the Fifth Amendment of the United States

19   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

20   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

21   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

22   the assertion of the privilege, to seek leave to amend and/or supplement this response

23   accordingly, and to object to the use or disclosure of this response for any purpose.

24             74.     In response to paragraph 74 of the SAC, Defendants hereby assert the

25   privilege against self-incrimination under the Fifth Amendment of the United States

26   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

27   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

28   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

1  the assertion of the privilege, to seek leave to amend and/or supplement this response

2  accordingly, and to object to the use or disclosure of this response for any purpose.

3        75.    In response to paragraph 75 of the SAC, Defendants hereby assert the

4  privilege against self-incrimination under the Fifth Amendment of the United States

5  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

6  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

7  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

8  the assertion of the privilege, to seek leave to amend and/or supplement this response

9  accordingly, and to object to the use or disclosure of this response for any purpose.

10                              **FOURTH CAUSE OF ACTION**

11        76.    In response to paragraph 76 of the SAC, Defendants hereby assert the

12  privilege against self-incrimination under the Fifth Amendment of the United States

13  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

14  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

15  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

16  the assertion of the privilege, to seek leave to amend and/or supplement this response

17  accordingly, and to object to the use or disclosure of this response for any purpose.

18        77.    In response to paragraph 77 of the SAC, Defendants hereby assert the

19  privilege against self-incrimination under the Fifth Amendment of the United States

20  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

21  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

22  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

23  the assertion of the privilege, to seek leave to amend and/or supplement this response

24  accordingly, and to object to the use or disclosure of this response for any purpose.

25        78.    In response to paragraph 78 of the SAC, Defendants hereby assert the

26  privilege against self-incrimination under the Fifth Amendment of the United States

27  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

28  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

376385v1 ts 9/9/09 8 (2785-0002)

1  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

2  the assertion of the privilege, to seek leave to amend and/or supplement this response

3  accordingly, and to object to the use or disclosure of this response for any purpose.

4         79.    In response to paragraph 79 of the SAC, Defendants hereby assert the

5  privilege against self-incrimination under the Fifth Amendment of the United States

6  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

7  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

8  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

9  the assertion of the privilege, to seek leave to amend and/or supplement this response

10  accordingly, and to object to the use or disclosure of this response for any purpose.

11         80.    In response to paragraph 80 of the SAC, Defendants hereby assert the

12  privilege against self-incrimination under the Fifth Amendment of the United States

13  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

14  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

15  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

16  the assertion of the privilege, to seek leave to amend and/or supplement this response

17  accordingly, and to object to the use or disclosure of this response for any purpose.

18         81.    In response to paragraph 81 of the SAC, Defendants hereby assert the

19  privilege against self-incrimination under the Fifth Amendment of the United States

20  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

21  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

22  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

23  the assertion of the privilege, to seek leave to amend and/or supplement this response

24  accordingly, and to object to the use or disclosure of this response for any purpose.

25         82.    In response to paragraph 82 of the SAC, Defendants hereby assert the

26  privilege against self-incrimination under the Fifth Amendment of the United States

27  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

28  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

376385v1 ts 9/9/09 8 (2785-0002)

1    there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

2    the assertion of the privilege, to seek leave to amend and/or supplement this response

3    accordingly, and to object to the use or disclosure of this response for any purpose.

4           83.    In response to paragraph 83 of the SAC, Defendants hereby assert the

5    privilege against self-incrimination under the Fifth Amendment of the United States

6    Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

7    Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

8    there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

9    the assertion of the privilege, to seek leave to amend and/or supplement this response

10   accordingly, and to object to the use or disclosure of this response for any purpose.

11          84.    In response to paragraph 84 of the SAC, Defendants hereby assert the

12   privilege against self-incrimination under the Fifth Amendment of the United States

13   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

14   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

15   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

16   the assertion of the privilege, to seek leave to amend and/or supplement this response

17   accordingly, and to object to the use or disclosure of this response for any purpose.

18          85.    In response to paragraph 85 of the SAC, Defendants hereby assert the

19   privilege against self-incrimination under the Fifth Amendment of the United States

20   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

21   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

22   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

23   the assertion of the privilege, to seek leave to amend and/or supplement this response

24   accordingly, and to object to the use or disclosure of this response for any purpose.

25          86.    In response to paragraph 86 of the SAC, Defendants hereby assert the

26   privilege against self-incrimination under the Fifth Amendment of the United States

27   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

28   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

23

376385v1 ts 9/9/09 8 (2785-0002)

1  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

2  the assertion of the privilege, to seek leave to amend and/or supplement this response

3  accordingly, and to object to the use or disclosure of this response for any purpose.

4          87.     In response to paragraph 87 of the SAC, Defendants hereby assert the

5  privilege against self-incrimination under the Fifth Amendment of the United States

6  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

7  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

8  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

9  the assertion of the privilege, to seek leave to amend and/or supplement this response

10 accordingly, and to object to the use or disclosure of this response for any purpose.

11         88.     In response to paragraph 88 of the SAC, Defendants hereby assert the

12 privilege against self-incrimination under the Fifth Amendment of the United States

13 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

14 Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

15 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

16 the assertion of the privilege, to seek leave to amend and/or supplement this response

17 accordingly, and to object to the use or disclosure of this response for any purpose.

18         89.     In response to paragraph 89 of the SAC, Defendants hereby assert the

19 privilege against self-incrimination under the Fifth Amendment of the United States

20 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

21 Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

22 there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

23 the assertion of the privilege, to seek leave to amend and/or supplement this response

24 accordingly, and to object to the use or disclosure of this response for any purpose.

25         90.     In response to paragraph 90 of the SAC, Defendants hereby assert the

26 privilege against self-incrimination under the Fifth Amendment of the United States

27 Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

28 Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

24

376385v1 ts 9/9/09 8 (2785-0002)

1   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

2   the assertion of the privilege, to seek leave to amend and/or supplement this response

3   accordingly, and to object to the use or disclosure of this response for any purpose.

4          91.    In response to paragraph 91 of the SAC, Defendants hereby assert the

5   privilege against self-incrimination under the Fifth Amendment of the United States

6   Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

7   Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

8   there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

9   the assertion of the privilege, to seek leave to amend and/or supplement this response

10  accordingly, and to object to the use or disclosure of this response for any purpose.

11         92.    In response to paragraph 92 of the SAC, Defendants hereby assert the

12  privilege against self-incrimination under the Fifth Amendment of the United States

13  Constitution, the Federal Rules of Evidence, Rule 501; the California Constitution, Art. 1,

14  Sec. 15; and the California Evidence Code § 940.  To the extent Defendants determine that

15  there is no longer potential for criminal prosecution, Defendants reserve the right to withdraw

16  the assertion of the privilege, to seek leave to amend and/or supplement this response

17  accordingly, and to object to the use or disclosure of this response for any purpose.

18         **FOR THEIR AFFIRMATIVE DEFENSES, THESE ANSWERING**

19  **DEFENDANTS ALLEGE AS FOLLOWS:**

20         **FIRST AFFIRMATIVE DEFENSE**

21         (Failure to State a Claim)

22         93.    As a first, separate and distinct affirmative defense, and solely by way of

23  an alternative defense, not to be construed as an admission or waiver of any kind, Defendants

24  allege that Plaintiff's SAC, and every purported cause of action stated therein, fails to state

25  facts sufficient to constitute a cause of action against Defendants.

26  / / /

27  / / /

28  / / /

376385v1 ts 9/9/09 8 (2785-0002)

## SECOND AFFIRMATIVE DEFENSE

### (Contractual Limitations Period)

94.   As a second and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred by the one-year contractual limitations provision set forth in the Commission Junction Publisher Services Agreement of which Plaintiff is a third party beneficiary and which Plaintiff incorporated by reference into the eBay Supplemental Terms & Conditions.

## THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

95.   As a third and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred by the applicable statute of limitations.  Said limitations include, but are not limited to, 18 U.S.C. § 1030(g), 15 U.S.C. § 15b (as applied to 18 U.S.C. §§ 1962, 1964), California Penal Code § 502(e)(5), California Code of Civil Procedure §§ 338, 339, and California Business & Professions Code § 17208.

## FOURTH AFFIRMATIVE DEFENSE

### (Improper Venue)

96.   As a fourth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the filing of this action in the above-captioned Court is improper based on the forum selection clause set forth in the Commission Junction Publisher Services Agreement of which Plaintiff is a third party beneficiary and which Plaintiff incorporated by reference into the eBay Supplemental Terms & Conditions.

/ / /

/ / /

/ / /

26

376385v1 ts 9/9/09 8 (2785-0002)

## FIFTH AFFIRMATIVE DEFENSE

### (Consent)

97.     As a fifth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred because any such conduct as alleged in the SAC was consented to by Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

### (Authorization)

98.     As a sixth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred because any such conduct as alleged in the SAC was known, authorized, and encouraged by Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

99.     As a seventh and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred because Plaintiffs acts, omissions, representations and conduct constitute an estoppel, and bar its claims.

## EIGHTH AFFIRMATIVE DEFENSE

### (Waiver)

100.    As an eighth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission of waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred because Plaintiff has waived any and all claims it has made against Defendants.

## NINTH AFFIRMATIVE DEFENSE

### (Laches, Unclean Hands, Acquiescence, Ratification, Assumption of the Risk)

101.    As a ninth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants

27

376385v1 ts 9/9/09 8 (2785-0002)

1   allege that the SAC and each and every cause of action therein is barred by the doctrine of

2   laches, unclean hands, acquiescence, ratification, and reasonably implied assumption of the

3   risk.

### TENTH AFFIRMATIVE DEFENSE

4

5   (No Damages Suffered)

6         102.   As a tenth and separate Affirmative Defense, and solely by way of an

7   alternative defense, not to be construed as an admission or waiver of any kind, Defendants

8   allege that the SAC and each and every cause of action therein is barred because Plaintiff never

9   sustained any damages caused by Defendants, and Plaintiff lacks standing.

### ELEVENTH AFFIRMATIVE DEFENSE

10

11   (Damages Not Subject to Reasonable Calculation)

12         103.   As an eleventh and separate Affirmative Defense, and solely by way of

13   an alternative defense, not to be construed as an admission or waiver of any kind, Defendants

14   allege that the SAC and each and every cause of action therein is barred because Plaintiff's

15   damages, if any, are not subject to reasonable calculation.

### TWELFTH AFFIRMATIVE DEFENSE

16

17   (Failure to Mitigate Damages)

18         104.   As a twelfth and separate Affirmative Defense, and solely by way of an

19   alternative defense, not to be construed as an admission or waiver of any kind, Defendants

20   allege that the SAC and each and every cause of action therein is barred because Plaintiff failed

21   to exercise reasonable resourcefulness, care and diligence to mitigate any damages, and any

22   recovery against Defendants should be reduced accordingly.

### THIRTEENTH AFFIRMATIVE DEFENSE

23

24   (In Pari Delicto)

25         105.   As a thirteenth and separate Affirmative Defense, and solely by way of

26   an alternative defense, not to be construed as an admission or waiver of any kind, Defendants

27   allege that the SAC and each and every cause of action therein is barred by the doctrine of

28   in pari delicto.

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

376385v1 ts 9/9/09 8 (2785-0002)

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Plaintiff's Negligence)

106.   As a fourteenth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred because Plaintiff's damages, if any, were caused by Plaintiff's own negligence or want of ordinary care and prudence.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Intervening/Superseding Actions)

107.   As a fifteenth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred to the extent that the damages or losses allegedly sustained by Plaintiff, if any, were the direct and proximate result of intervening and superceding actions on the part of other parties, and not Defendants, barring Plaintiff's recovery from Defendants.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Intent to Injure)

108.   As a sixteenth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred because Defendants at no time acted with any intent to injure Plaintiff, and the Defendants took no actions intended to cause any harm to Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Willful, Malicious. Oppressive or Outrageous Conduct)

109.   As a seventeenth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission or waiver of any kind, Defendants allege that Defendants did not engage in any willful, malicious, oppressive or outrageous conduct with regard to Plaintiff.

29

376385v1 ts 9/9/09 8 (2785-0002)

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Adequate Legal Remedy)

110.   As an eighteenth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission of waiver of any kind, Defendants allege that Plaintiff's prayer for injunctive relief is barred because Plaintiff has an adequate remedy at law.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Any Harm Proximately Caused by Others)

111.   As a nineteenth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission, Defendants allege that the SAC and each and every cause of action therein is barred because any losses, damages and/or injuries sustained by Plaintiff were proximately caused by the fault of persons or entities other than Defendants, over whom Defendants have no control.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Good Faith)

112.   As a twentieth and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission of waiver of any kind, Defendants allege that the SAC and each and every cause of action therein is barred because Defendants have acted in good faith.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Setoff)

113.   As a twenty-first and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission of waiver of any kind, Defendants allege that Plaintiff's damages, if any, are subject to setoff and should be reduced accordingly.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Indispensable Party)

114.   As a twenty-second and separate Affirmative Defense, and solely by way of an alternative defense, not to be construed as an admission of waiver of any kind,

30

376385v1 ts 9/9/09 8 (2785-0002)

1  Defendants allege that the SAC and each and every cause of action therein is barred because

2  Plaintiff has failed to join an indispensable party or parties to this action.

3  **TWENTY-THIRD AFFIRMATIVE DEFENSE**

4  (Plaintiff's Agents)

5        115.  As a twenty-third and separate Affirmative Defense, and solely by way

6  of an alternative defense, not to be construed as an admission of waiver of any kind,

7  Defendants allege that the SAC and each and every cause of action therein is barred based on

8  the actions and/or omissions of Plaintiff's own agents.

9  **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

10  (Reservation of Right to Assert Additional Defenses)

11        116.  As an twenty-fourth and separate Affirmative Defense, and solely by way

12  of an alternative defense, not to be construed as an admission, Defendants allege that at the

13  time of the filing of this Answer, affirmative defenses may not have been alleged for reasons

14  that insufficient facts and information were available after reasonable inquiry. Defendants

15  therefore reserve the right to amend this answer to allege additional affirmative defenses based

16  upon subsequent discovery of new or different facts or subsequent appreciation of currently

17  known facts.

18  **PRAYER FOR RELIEF**

19        WHEREFORE, Defendants Kessler's Flying Circus, Thunderwood Holdings,

20  Inc., Brian Dunning and BrianDunning.com pray as follows:

21        1.  That Plaintiff take nothing by its Complaint;

22        2.  That the Complaint be dismissed with prejudice;

23        3.  That Defendants be awarded his costs of suit, including reasonable

24  attorneys' fees;

25  / / /

26  / / /

27  / / /

28  / / /

31

ANSWER TO SECOND AMENDED COMPLAINT
CV 08-4052 JF (PVT)

1        4.     That Defendants have such other, further and different relief as this

2   Court deems just and proper.

3

4   DATED:  September 9, 2009                 Respectfully submitted,

5                                             RUS, MILIBAND & SMITH
                                              A Professional Corporation
6

7
                                             By:_____
8                                                RONALD RUS
                                                 Attorneys for Defendants
9                                                THUNDERWOOD HOLDINGS, INC.,
                                                 BRIAN DUNNING and
10                                               BRIANDUNNING.COM

11

12  DATED:  September 9, 2009                 LAW OFFICES OF PATRICK K. McCLELLAN

13
                                             By:_____ for PKM
14                                               PATRICK K. McCLELLAN
                                                 Attorney for Defendant
15                                               KESSLER'S FLYING CIRCUS

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        32

376385v1 ts 9/9/09 8 (2785-0002)

1                    CERTIFICATE OF SERVICE

2          The undersigned hereby certifies that the foregoing:

3            **ANSWER TO SECOND AMENDED COMPLAINT**

4   was filed with the Court's Electronic Filing System on September 9, 2009 and may be accessed

5   electronically.

6

7                              s/ Leo J. Presiado
                               Leo J. Presiado
8                              Rus, Miliband & Smith, APC
                               2211 Michelson Drive, Seventh Floor
9                              Irvine, California 92612
                               Tel: (949) 752-7100
10                             Fax: (949) 252-1514
                               Email: lpresiado@rusmiliband.com
11                             Attorneys for Defendants Thunderwood Holdings,
                                 Inc., Brian Dunning and Briandunning.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1