Dockets.Justia.com

# EXHIBIT 7

1 | RONALD RUS, #67369
rrus@rusmiliband.com
2 | LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
3 | RUS, MILIBAND & SMITH
A Professional Corporation
4 | Seventh Floor
2211 Michelson Drive
5 | Irvine, California 92612
Telephone:   (949) 752-7100
6 | Facsimile:   (949) 252-1514

7 | Attorneys for Defendants
8 | THUNDERWOOD HOLDINGS, INC.,
BRIAN DUNNING, and BRIANDUNNING.COM

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13 | EBAY INC.,                                          )        CASE NO. C 08-4052 JF
                                                       )
14 |                          Plaintiff,                )        RESPONSES OF DEFENDANT
                                                       )        THUNDERWOOD HOLDINGS, INC.
15 | vs.                                                )        TO FIRST SET OF REQUESTS FOR
                                                       )        ADMISSION PROPOUNDED BY
16 | DIGITAL POINT SOLUTIONS, INC.;                     )        PLAINTIFF EBAY INC.
SHAWN HOGAN; KESSLER's FLYING                           )
17 | CIRCUS; THUNDERWOOD HOLDINGS,                       )
INC.; TODD DUNNING; DUNNING                             )
18 | ENTERPRISES, INC.; BRIAN DUNNING; )
BRIANDUNNING.COM; and DOES 1-20,                        )
19 |                                                    )
                                                       )
20 |                          Defendants.               )
                                                       )
     _____

21

22 | PROPOUNDING PARTY:   PLAINTIFF EBAY INC.

23 | RESPONDING PARTY:    DEFENDANT THUNDERWOOD HOLDINGS, INC.

24 | SET NO.:             ONE (1)

25 |          Defendant Thunderwood Holdings, Inc. ("Defendant" and/or "Responding

26 | Party") hereby responds to the First Set of Requests for Admission (Nos. 1-25) propounded by

27 | Plaintiff eBay Inc. ("Plaintiff" and/or "Propounding Party") as follows:

28 | / / /

1

### GENERAL STATEMENT

Defendant's Motion to Dismiss Plaintiff's First Amended Complaint was granted by Order entered February 24, 2009. As such, Plaintiff's Complaint has been dismissed with leave to amend. No amended complaint has been filed and/or served in this action. As such, there is no pending claim against Defendant and Defendant is not required to respond to Plaintiff's discovery request. In this regard, Defendant requested that Plaintiff acknowledge that no response is required or, in the alternative, grant Defendant an extension of time to respond to the discovery requests until some time after Plaintiff files an amended complaint against Defendant, if at all. Plaintiff refused Defendant's request without explanation. Defendant serves these responses out of an abundance of caution in the event it is determined that such responses are required despite the dismissal of Plaintiff's Complaint against Defendant. Otherwise, Defendant reserves the right to withdraw these responses in total and otherwise object to the use, reference to, or disclosure of these responses in any manner for any purpose.

Brian Dunning ("Mr. Dunning") has invoked his privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Since Mr. Dunning is the sole shareholder and sole authorized representative of Responding Party, and the only person who can verify discovery responses on behalf of Responding Party, Responding Party cannot provide any verified responses without compromising Mr. Dunning's right against self-incrimination.

Should Mr. Dunning determine that there is no longer the threat of potential criminal prosecution and elect to withdraw his privilege against self-incrimination in the future, Responding Party expressly reserves the right to supplement its responses.

Furthermore, the Federal Bureau of Investigation has seized all documents and computers, disk drives, hard drives, cell phones and servers containing information potentially related to this matter. Assistant United States Attorney Kyle F. Waldinger in charge of this

2

1  investigation has refused all requests to provide Defendants with a copy of the material seized

2  by the FBI.  Those items and records may contain information responsive to the requests

3  below, but those items and records are not in the possession, custody or control of Defendants.

4  **RESPONSES**

5  **REQUEST FOR ADMISSION NO. 1:**

6             Admit that Thunderwood conducted business with eBay during at least some

7  portion of 2007.

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

9             Responding Party objects to this request on the grounds that it violates

10  Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

11  U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

12  Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

13  section 940.  Responding Party further objects on the ground that this request is vague and

14  ambiguous.

15  **REQUEST FOR ADMISSION NO. 2:**

16             Admit that Thunderwood conducted business with eBay during at least some

17  portion of 2006.

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

19             Responding Party objects to this request on the grounds that it violates

20  Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

21  U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

22  Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

23  section 940.

24  **REQUEST FOR ADMISSION NO. 3:**

25             Admit that Thunderwood conducted business with eBay during at least some

26  portion of 2005.

27  / / /

28  / / /

3

357997v1 dd 2/26/09 3 (2785-0002)

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

2          Responding Party objects to this request on the grounds that it violates

3   Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

4   U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

5   Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

6   section 940.  Responding Party further objects on the ground that this request is vague and

7   ambiguous.

8   **REQUEST FOR ADMISSION NO. 4:**

9          Admit that Thunderwood conducted business with eBay during at least some

10  portion of 2004.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

12         Responding Party objects to this request on the grounds that it violates

13  Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

14  U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

15  Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

16  section 940.  Responding Party further objects on the ground that this request is vague and

17  ambiguous.

18  **REQUEST FOR ADMISSION NO. 5:**

19         Admit that Thunderwood conducted business with eBay during at least some

20  portion of 2003.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

22         Responding Party objects to this request on the grounds that it violates

23  Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

24  U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

25  Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

26  section 940.  Responding Party further objects on the ground that this request is vague and

27  ambiguous.

28  / / /

4

1 **REQUEST FOR ADMISSION NO. 6:**

2       Admit that Thunderwood participated in an eBay Affiliate Marketing Program or

3 programs.

4 **RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

5       Responding Party objects to this request on the grounds that it violates

6 Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

7 U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

8 Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

9 section 940. Responding Party further objects on the ground that this request is vague and

10 ambiguous.

11 **REQUEST FOR ADMISSION NO. 7:**

12       Admit that, while participating in an eBay Affiliate Marketing Program or

13 programs, Thunderwood utilized software programs and/or code that caused some Users'

14 computers to access an eBay website without the User's knowledge.

15 **RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

16       Responding Party objects to this request on the grounds that it violates

17 Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

18 U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

19 Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

20 section 940. Responding Party further objects on the ground that this request is vague and

21 ambiguous.

22 **REQUEST FOR ADMISSION NO. 8:**

23       Admit that, while participating in an eBay Affiliate Marketing Program or

24 programs, Thunderwood utilized software programs and/or code that caused some Users'

25 computers to access an eBay web server without the User's knowledge.

26 **RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

27       Responding Party objects to this request on the grounds that it violates

28 Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

5

1  U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

2  Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

3  section 940.  Responding Party further objects on the ground that this request is vague and

4  ambiguous.

5  **REQUEST FOR ADMISSION NO. 9:**

6          Admit that, while participating in an eBay Affiliate Marketing Program or

7  programs, Thunderwood utilized software programs and/or code that redirected a User to an

8  eBay website without the User knowingly clicking on an Advertisement Link.

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

10         Responding Party objects to this request on the grounds that it violates

11  Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

12  U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

13  Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

14  section 940.  Responding Party further objects on the ground that this request is vague and

15  ambiguous.

16  **REQUEST FOR ADMISSION NO. 10:**

17         Admit that, while participating in an eBay Affiliate Marketing Program or

18  programs, Thunderwood utilized software programs and/or code that redirected a User to an

19  eBay web server without the User knowingly clicking on an Advertisement Link.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

21         Responding Party objects to this request on the grounds that it violates

22  Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

23  U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

24  Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

25  section 940.  Responding Party further objects on the ground that this request is vague and

26  ambiguous.

27  / / /

28  / / /

6

1 **REQUEST FOR ADMISSION NO. 11:**

2          Admit that, while participating in an eBay Affiliate Marketing Program or

3 programs, Thunderwood utilized software programs and/or code that performed Cookie

4 Stuffing.

5 **RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

6          Responding Party objects to this request on the grounds that it violates

7 Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

8 U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

9 Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

10 section 940.  Responding Party further objects on the ground that this request is vague and

11 ambiguous.

12 **REQUEST FOR ADMISSION NO. 12:**

13          Admit that Thunderwood used methods, techniques and/or technological

14 measures to avoid detection by eBay of certain aspects of how Thunderwood interacted with

15 eBay's Affiliate Marketing Program or programs.

16 **RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

17          Responding Party objects to this request on the grounds that it violates

18 Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

19 U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

20 Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

21 section 940.  Responding Party further objects on the ground that this request is vague and

22 ambiguous.

23 **REQUEST FOR ADMISSION NO. 13:**

24          Admit that Thunderwood used methods, techniques and/or technological

25 measures to avoid detection by Commission Junction of certain aspects of how Thunderwood

26 interacted with eBay's Affiliate Marketing Program or programs.

27 / / /

28 / / /

7

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

2           Responding Party objects to this request on the grounds that it violates

3    Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

4    U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

5    Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

6    section 940.  Responding Party further objects on the ground that this request is vague and

7    ambiguous.

8    **REQUEST FOR ADMISSION NO. 14:**

9           Admit that Thunderwood utilized methods, techniques and/or technological

10   measures to avoid detection by eBay of Cookie Stuffing caused by Thunderwood.

11   **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

12          Responding Party objects to this request on the grounds that it violates

13   Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

14   U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

15   Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

16   section 940.  Responding Party further objects on the ground that this request is vague and

17   ambiguous.

18   **REQUEST FOR ADMISSION NO. 15:**

19          Admit that Thunderwood utilized methods, techniques and/or technological

20   measures to avoid detection by Commission Junction of Cookie Stuffing caused by

21   Thunderwood.

22   **RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

23          Responding Party objects to this request on the grounds that it violates

24   Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

25   U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

26   Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

27   section 940.  Responding Party further objects on the ground that this request is vague and

28   ambiguous.

8

**REQUEST FOR ADMISSION NO. 16:**

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Thunderwood utilized software and/or code to determine the geographic location of a User.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Responding Party objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Responding Party further objects on the ground that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NO. 17:**

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Thunderwood utilized software and/or code to determine whether a User was located in San Jose, CA.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Responding Party objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940. Responding Party further objects on the ground that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NO. 18:**

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Thunderwood utilized software and/or code to determine whether a User was located in Santa Barbara, CA.

/ / /

/ / /

9

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Responding Party objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940.  Responding Party further objects on the ground that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NO. 19:**

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Thunderwood utilized software and/or code that would disable or not engage Thunderwood's Cookie Stuffing technology if a User's computer was located in San Jose, CA.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Responding Party objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code section 940.  Responding Party further objects on the ground that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NO. 20:**

Admit that, while participating in an eBay Affiliate Marketing Program or programs, Thunderwood utilized software and/or code that would disable or not engage Thunderwood's Cookie Stuffing technology if a User's computer was located in Santa Barbara, CA.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Responding Party objects to this request on the grounds that it violates Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

10

1  section 940.  Responding Party further objects on the ground that this request is vague and
2  ambiguous.

3  **REQUEST FOR ADMISSION NO. 21:**

4        Admit that Thunderwood received commissions from eBay, whether directly or
5  through Commission Junction, that were based, in whole or in part, on Users whose computers
6  were directed to eBay's website without the User's knowledge.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

8        Responding Party objects to this request on the grounds that it violates
9  Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the
10 U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence
11 Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code
12 section 940.  Responding Party further objects on the ground that this request is vague and
13 ambiguous.

14 **REQUEST FOR ADMISSION NO. 22:**

15       Admit that Thunderwood received commissions from eBay, whether directly or
16 through Commission Junction, that were based, in whole or in part, on Users who had never
17 actually clicked on a Thunderwood-sponsored eBay advertisement link.

18 **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

19       Responding Party objects to this request on the grounds that it violates
20 Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the
21 U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence
22 Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code
23 section 940.  Responding Party further objects on the ground that this request is vague and
24 ambiguous.

25 **REQUEST FOR ADMISSION NO. 23:**

26       Admit that Thunderwood received commissions from eBay, whether directly or
27 through Commission Junction, that were based, in whole or in part, Cookie Stuffing caused by
28 Thunderwood.

11

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

2             Responding Party objects to this request on the grounds that it violates

3    Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

4    U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

5    Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

6    section 940.  Responding Party further objects on the ground that this request is vague and

7    ambiguous.

8    **REQUEST FOR ADMISSION NO. 24:**

9             Admit that Thunderwood engaged in Cookie Stuffing with the intent to defraud

10   eBay.

11   **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

12            Responding Party objects to this request on the grounds that it violates

13   Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

14   U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

15   Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

16   section 940.  Responding Party further objects on the ground that this request is vague,

17   ambiguous, and constitutes a legal conclusion.

18   **REQUEST FOR ADMISSION NO. 25:**

19            Admit that Thunderwood defrauded eBay.

20   **RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

21            Responding Party objects to this request on the grounds that it violates

22   Mr. Dunning's privilege against self-incrimination pursuant to the Fifth Amendment to the

23   U.S. Constitution, *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973), Federal Rules of Evidence

24   Rule 501, Article 1, Section 15 of the California Constitution, and California Evidence Code

25   / / /

26   / / /

27   / / /

28   / / /

357997v1 dd 2/26/09 3 (2785-0002)

RESPONSES OF THUNDERWOOD HOLDINGS, INC. TO FIRST REQUESTS
FOR ADMISSION PROPOUNDED BY EBAY INC. - CASE NO. C 08-4052 JF

1  section 940. Responding Party further objects on the ground that this request is vague,

2  ambiguous, and constitutes a legal conclusion.

3

4  DATED:  February 26, 2009                    RUS, MILIBAND & SMITH
                                               A Professional Corporation
5

6                                       By:_____

7                                          LEO J. PRESIADO
                                           Attorneys for Defendants
8                                          Thunderwood Holdings, Inc., Brian Dunning
                                           and BrianDunning.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13

357997v1 dd 2/26/09 3 (2785-0002)

**PROOF OF SERVICE**
*eBay, Inc. v. Digital Point Solutions, Inc., et al.*
*Northern District of California, San Jose Division*
*Case No. C 08-4052 JF*

STATE OF CALIFORNIA   )
                         ) ss.
COUNTY OF ORANGE     )

        I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2211 Michelson Drive, Seventh Floor, Irvine, California 92612.

        On **February 26, 2009**, I served the foregoing documents described as **RESPONSES OF DEFENDANT THUNDERWOOD HOLDINGS, INC. TO FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF EBAY, INC.** on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

  ✓   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  ___   (By E-Mail) As follows:  I caused the above-referenced document(s) to be transmitted to the above-named persons.

  ___   (By Facsimile) As follows:  I caused the above-referenced document(s) to be transmitted to the above-named persons by facsimile.

  ___   (By Hand Delivery) As follows:  I caused the above-referenced document(s) to be hand delivered to the above-named persons.

  ___   (By Overnight Delivery) As follows:  By overnight delivery via Overnite Express and/or Federal Express to the office of the addressee noted on the attached service list.

Executed on **February 26, 2009**, at Irvine, California.

  ✓   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

RHONDA RADFORD

1

**SERVICE LIST**
*eBay, Inc. v. Digital Point Solutions, Inc., et al.*
*Northern District of California, San Jose Division*
*Case No. C 08-4052*

David R. Eberhart
Sharon M. Bunzel
Colleen M. Kennedy
O'Melveny & Myers
Two Embarcadero, 20th Floor
San Francisco, CA 94111
Tel: (949) 984-8700
Fax: (949) 984-8701
Email: deberhart@omm.com, sbunzel@omm.com
*Attorneys for Plaintiff eBay, Inc.*

Stewart H. Foreman
Freeland, Cooper & Foreman, LLP
150 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: (949) 541-0200
Fax: (949) 495-4332
Email: foreman@freelandlaw.com
*Attorneys for Defendants Todd Dunning and Dunning Enterprises, Inc.*

Seyamack Kouretchian
Coast Law Group. LLP
169 Saxony Road
Suite 204
Encinitas, CA 92024
Tel: (760) 942-8505
Fax: (760) 942-8515
Email: seyamack@coastlawgroup.com
*Attorneys for Digital Point Solutions, Inc. and Shawn Hogan*

Patrick K. McClellan
Law Offices of Patrick K. McClellan
2211 Michelson Drive, Suite 700
Irvine, California 92612
Tel: (949) 261-7615
Fax: (949) 851-2772
Email: pkellymc@pacbell.net
*Attorney for Kessler's Flying Circus*

2