UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, September 25, 2009        Time: 6 mins
**Case Number:** CV-08-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**          **EBAY V. DIGITAL POINT SOLUTIONS, ET AL**

**PLAINTIFF**                              **DEFENDANT**

**Attorneys Present:** David Eberhart         **Attorneys Present:** Ross Campbell, Patrick McClellan
                      Sharon Bunzel                                  Stewart Foreman, Leo Presiado

PROCEEDINGS:

Further case management conference held. Parties are present. The case is referred to court mediation. Continued to 1/15/10 at 10:30 a.m. for further case management conference.