# EXHIBIT 12

# NetHERE
### INTERNET SERVICE PROVIDER

United States District Court
Southern District of California

O'Melveny & Meyers LLP
Attn: David J. Sepanik
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

O'Melveny & Meyers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660

June 19, 2009

*I WILL CALL TO CONFIRM RECEIPT.*
*TO: COLLEEN KENNEDY*
*415 984-8701*

*CC: ROSS CAMPBELL*
*760-942-8515*

re: eBay Inc. v. Digital Point Solutions, Inc., et al.
Case Number CV-08-4052 JF Northern District of California

Ladies and Gentlemen:

We are in receipt of the NetHere subpoena, dated 6/9/2009, related to the above referenced case. Attachment A to this letter represents our knowledge as to the Requests for Production. I am submitting this in lieu of attending the deposition on June 24th to save us both time and money. I hope that you consider this letter as a satisfactory response. If not, I am sure that you will let me know and other arrangements can be made.

We consider the information provided herein to be confidential. Please treat them as such. We also expect that you will forward a copy of our reply to the appropriate representative for the defendant or to the Court as appropriate.

I am your official contact for NetHere regarding this matter. Please update your records to reflect our new address of 4993 Niagara Ave., Suite 200, San Diego, CA 92107.

My professional billing rate is $300.00 per hour. I have spent one hour so far on this matter. Please provide reimbursement to the fullest extent possible.

We solely provide rackspace, power, conditioned environment, and upstream connectivity to the Defendant. As such, we have no idea what is contained on the Defendant's servers nor do we have any knowledge of their business, technologies, techniques, or methods. However, we have taken the time to carefully read your subpoena and provide thoughtful answers.

Thank you,

Andy Taubman
Chairman

---

NetHere, Inc.
4993 Niagara Ave., Suite 200
San Diego, CA 92107
Phone: 619-224-7610, Fax: 619-224-7601
http://www.nethere.net



**INTERNET SERVICE PROVIDER**

Attachment A – Answers to Requests for Production

Request #1:

Our records indicate that Digital Point has been a Monthly Colocation customer since May 6, 1996. Since NetHere was started in 1999, this indicates to me that the Digital Point came to NetHere as a consequence of the NetHere acquisition of substantially all of the San Diego assets of a competitor, Simply Internet, in about 2001.

The service that we provide to them is co-location for servers. The co-location service consists of rackspace, conditioned environment, power, and upstream bandwidth. We do not log-into any of their devices for any reason to view, copy, or maintain any data or systems.

I have included a copy of Digital Point's recent invoice as Attachment B. Each month the invoice is the same, so we can produce prior period invoices, but they would be unremarkable, and it would require substantial cost and effort. Digital Point is currently paid through July 6, 2009.

As a month-to-month customer, there is no contract other than we consider all customers to be bound by our terms of service which can be found here: http://nethere.com/policies/index.html .

Internet access is provided to Digital Point's servers through a single Ethernet cable. We do not keep a log of any session times and/or durations, as the connection is always "on". They are allocated the following IP address spaces: 66.63.143.176 /28 and 216.9.35.48 /28.

The Digital Point bill is paid automatically each month via credit card. The credit card on file is a VISA with a final four digits of 3164. We respectfully request not to disclose the entire number for privacy and identity theft reasons, although we are willing to do so if required by the Court.

Request #2:

We have no knowledge of Defendant causing a User's browser to load any eBay webpage, webpage content, or data in any manner.

Request #3:

We have no knowledge of Defendant participation in any eBay related activity of any sort. We have no knowledge of any software running on Defendant's servers.

Request #4:

We have no knowledge of Defendant participation in any affiliate program of any type.

Request #5:

We have no knowledge of Defendant participation in any advertising network of any type.

NetHere, Inc.
4993 Niagara Ave., Suite 200
San Diego, CA 92107
Phone: 619-224-7610, Fax: 619-224-7601
http://www.nethere.net



06/19/2009 14:38 FAX
06/19/2009 14:33 6182203059
Case5:08-cv-04052-JF   Document129-12   Filed09/29/09   Page4 of 7
NETHERE
PAGE 03
☑003/006



Request #6:

We have no knowledge of Defendant advertisements of any type.

Request #7:

We have no knowledge of any User interaction that involves the Defendant and any sort of eBay site, advertisement, or referral.

Request #8:

We have no knowledge of any User interaction that involves the Defendant and any sort of eBay site, advertisement, or referral.

Request #9:

We have no knowledge of any of the Defendant's business, technologies, techniques, or methods.

Request #10:

We have no knowledge of any of the Defendant's source or payment of any commissions or payments. All we know is that Defendant pays us $800.00 for Monthly Collocation as described in Request #1.

Request #11:

We have no knowledge of any of the Defendant communications or documents associated with eBay or any eBay-related employees.

Request #12:

We have no knowledge of any of the Defendant participation with any affiliate marketing program.

Request #13:

We have no knowledge of any of the Defendant communications or documents associated with Commission Junction or any Commission Junction-related employees.

Request #14:

We have no knowledge of any of the Defendant communications or documents associated with Kessler's Flying Circus, Thunderwood Holdings, Inc., Dunning Enterprise, Inc., briandunning.com, Todd Dunning, Brian Dunning, or any other person.

Request #15:

We have no knowledge of any of the Defendant communications or documents associated with Rachael Hughes or any person or business affiliated with Rachael Hughes.

NetHere, Inc.
4993 Niagara Ave., Suite 200
San Diego, CA 92107
Phone: 619-224-7610, Fax: 619-224-7601
http://www.nethere.net





INTERNET SERVICE PROVIDER

Request #16:

In the past we have contacted Digital Point using the information found at digitalpoint.com. We also have an emergency contact number of 619-723-1589. The emergency e-mail address on file is shawn@digitalpoint.com. Their company website is digitalpoint.com. A google search of "digitalpoint" shows a listing for http://forums.digitalpoint.com/.

Request #17:

We have no knowledge of any of the Defendant communications, documents, or aliases associated with participation in any affiliate program, blog, listserv, newsgroup or chat room.

You capitalized Alias in your Request #17, but I did not see it as a defined term. I have considered its use in the broadest terms generally understood by a computer / internet user. I am only making the point to prove to you that I am completely and seriously considering each question even though all of our answers are that we don't know anything. We really don't know anything.

Request #18:

We have no knowledge of any of the Defendant communications, documents, or aliases associated with participation in any affiliate program, blog, listserv, newsgroup or chat room. A google search of "digitalpoint" shows a listing for http://forums.digitalpoint.com/; I don't know what's there, but it is a forum related to Digital Point.

Request #19:

We do not know anything about ISP service provided to Digital Point or any other defendant at their respective business or personal locations.

NetHere provides Internet access to Digital Point's server through a single Ethernet cable. They are allocated the following IP address spaces: 66.63.143.176 /28 and 216.9.35.48 /28.

Request #20:

As at the date of this letter, the Defendant has the following equipment in our racks:

    Dell blade server
    Cobalt server #1
    Cobalt server #2
    Mac server #1
    Mac server #2
    Equalizer load balancer #1
    Equalizer load balancer #2
    Switch
    Network power switch

NetHere, Inc.
4993 Niagara Ave., Suite 200
San Diego, CA 92107
Phone: 619-224-7610, Fax: 619-224-7601
http://www.nethere.net





**INTERNET SERVICE PROVIDER**

There may be additional small pieces of hardware that are not listed on our manifest but fit in the racks between servers.

We do not have any knowledge of what is on any Defendant server or purpose thereof.

We do not know of any other hosting companies or facilities used by Defendant.

Request #21:

We have no knowledge of any of the Defendant arrangements to maintain or restore electronic data or systems.

Request #22:

We have no knowledge of any of the Defendant arrangements to clean, reformat or erase hard-drives or to service any equipment.

Request #23:

We have no knowledge of any of the Defendant entities or fictitious business names. We have never conducted any business review of Digital Point itself.

NetHere, Inc.
4993 Niagara Ave., Suite 200
San Diego, CA 92107
Phone: 619-224-7610, Fax: 619-224-7601
http://www.nethere.net

**ATTACHMENT B**

NetHere, Inc.
4993 Niagara Ave. Ste. 200
San Diego, CA 92107

**Invoice#: 090616-0002**

**June 16, 2009**

| | |
|---|---|
| Main: | 619 224-7610 |
| Fax: | 619 224-7601 |
| Billing: | 619 224-7610 |

Digital Point Solutions
Shawn Hogan                                   (dpoint)
8465 Regents Road, #448
San Diego, CA 92122

**Due Date: 7/6/2009**

Service Period Is Paid Through: Monday, July 6, 2009

Payment Will Extend Service Period To: Thursday, August 6, 2009

If you have a credit card on file, no further action is necessary and your card will be processed for Balance Due on the above Due Date.

If a Return Stub is attached to the invoice, please detach and remit payment on or before the above mentioned Due Date to ensure continued service.

| Description | Price | Quantity | Subtotal |
|---|---|---|---|
| Monthly Colocation | $800.00 | 1 | $800.00 |
| Static I.P. Addresses/Month | $0.00 | 8 | $0.00 |
| | | Invoice Total | $800.00 |
| | | Previous Balance | $0.00 |
| | | **Balance Due** | **$800.00** |

Service Period: 7/6/2009 - 8/6/2009