\*\*E-Filed 10/1/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br>           Plaintiff, <br><br>    v. <br><br>DIGITAL POINT SOLUTIONS, INC., et al., <br><br>           Defendants. | Case Number C 08-4052 JF (PVT) <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Motion Hearing set for October 30, 2009, and the Motion Hearing set for November 6, 2009, are CONTINUED to November 20, 2009 at 9:00 a.m. The Court has been informed that another party wishes to file a motion in this case; that motion also will be heard on November 20, 2009 at 9:00 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 10/1/09

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk

This Clerk's Notice has been served on the following persons:

Colleen M. Kennedy    ckennedy@omm.com, arofkahr@omm.com

Daniel T. Bernhard    bernhard@freelandlaw.com, johnson@freelandlaw.com

David R. Eberhart    deberhart@omm.com, modonnell@omm.com, smeblin@omm.com

Leo J. Presiado    lpresiado@rusmiliband.com, rradford@rusmiliband.com

Patrick Kelly McClellan    pkellymc@pacbell.net

Ross Montgomery Campbell    rcampbell@coastlawgroup.com

Seyamack Kouretchian    seyamack@coastlawgroup.com, rcampbell@coastlawgroup.com, sbrill@coastlawgroup.com

Sharon M. Bunzel    sbunzel@omm.com, rgonzalez@omm.com

Stewart H. Foreman    foreman@freelandlaw.com, johnson@freelandlaw.com