1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA  94111
   Telephone:   (415) 984-8700
6  Facsimile:   (415) 984-8701

7  Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | Case No.  C 08-04052 JF PVT |
| Plaintiff, | **NOTICE OF CONTINUANCE OF HEARING DATE FOR EBAY INC.'S MOTIONS TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSION** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, | **[PURSUANT TO CIVIL L.R. 7-7(a)]** |
| Defendants. | **Original Hearing Dates**: October 27, 2009 and November 3, 2009<br>**New Hearing Date**: November 13, 2009<br>Time:        10:00 a.m.<br>Judge:       Hon. Patricia V. Trumbull |

NOTICE OF CONTINUANCE
CASE NO. C 08-4052 JF PVT

Dockets.Justia.com

1  TO THE CLERK OF COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-7(a), the hearings on eBay Inc.'s two motions to compel, entitled: 1) Motion To Compel Responses To Requests for Production, Interrogatories And Requests For Admission, and 2) Motion To Compel Responses To Requests for Production, Interrogatories And Requests For Admission From Digital Point Solutions, Inc. And Shawn Hogan, originally set for hearing on October 27, 2009 and November 3, 2009, respectively, are continued to **November 13, 2009**, to be heard at 10:00 a.m. in Courtroom 5 of the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st St., San Jose, California, 95113.

DATED:  October 2, 2009

DAVID R. EBERHART
SHARON M. BUNZEL
COLLEEN M. KENNEDY
O'MELVENY & MYERS LLP

By: /s/ David R. Eberhart
    DAVID R. EBERHART

Attorneys for Plaintiff eBAY INC.