TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
      mboroumand@townsend.com
      mmchung@townsend.com
      jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR ENJOIN RECENTLY-FILED FLORIDA ACTION AND RE-OPEN DISCOVERY FOR LIMITED PURPOSES**<br><br>Date: September 24, 2009<br>Time: 8:00 a.m.<br>Courtroom: 9<br>Trial Date: January 11, 2010 |

townsend.

NOTICE OF MOTION AND MOTION TO DISMISS OR ENJOIN RECENTLY-FILED FLORIDA ACTION AND RE-OPEN DISCOVERY FOR LIMITED PURPOSES, CASE NO. CV 08-03251 WHA

Dockets.Justia.com

PLEASE TAKE NOTICE that on September 24, 2009, at 8:00 a.m., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable William Alsup, located at 450 Golden Gate Avenue, Courtroom 9, San Francisco, California 94102, plaintiff and counterdefendant, Apple Inc. will, and hereby does, move for an order dismissing or enjoining Psystar Corporation's recently-filed Florida action and re-open discovery for limited purposes.

DATED: September 11, 2009

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ James G. Gilliland, Jr.
JAMES G. GILLILAND, JR.

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

62212023 v1

townsend.

NOTICE OF MOTION AND MOTION TO DISMISS OR ENJOIN RECENTLY-FILED FLORIDA ACTION AND RE-OPEN DISCOVERY FOR LIMITED PURPOSES, CASE NO. CV 08-03251 WHA