Stewart H. Foreman (CSB #61149)
Daniel T. Bernhard (CSB #104229)
Cathleen S. Yonahara (CSB #203802)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: foreman@freelandlaw.com
       bernhard@freelandlaw.com
       yonahara@freelandlaw.com

Attorneys for Defendants Todd Dunning and
Dunning Enterprise, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, <br><br> Defendants. | CASE NO.: CV-08-4052 JF (PVT) <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On October 15, 2009, I served the foregoing documents described as follows:

1. **Defendants Todd Dunning and Dunning Enterprise, Inc.'s Notice of Motion and Motion to Stay Civil Action Pending Resolution of Criminal Proceedings; Memorandum of Points and Authorities**
2. **Declaration of Robert J. Breakstone In Support of Defendants Todd Dunning and Dunning Enterprise, Inc.'s Motion to Stay Action Pending Resolution of Criminal Proceedings**
3. **Declaration of Todd Dunning in Support of Defendants Todd Dunning and Dunning Enterprise, Inc.'s Motion to Stay Action Pending Resolution of Criminal Proceedings**
4. **Proposed Order Granting Motion to Stay Action Pending Resolution of Criminal Proceedings**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

**SEE ATTACHED SERVICE LIST**

___ [BY MAIL - CCP § 1013a] I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

___ [HAND-DELIVERY/Personal/Messenger - CCP § 1011] I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

___ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

___ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)] I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

X [BY E-MAIL or ELECTRONIC TRANSMISSION] . Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___ [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X [FEDERAL] Service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to this cause.

Executed on October 15, 2009, at San Francisco, California.

*Joyce E. Johnson*

CERTIFICATE OF SERVICE, CASE NO. CV-08-4052 JF (PVT)

{00130467-1}

## ATTACHED SERVICE LIST

Leo Presiado
RUS, MILIBAND & SMITH
Von Karman Towers
2211 Michelson Drive, 7th Floor
Irvine, CA  92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514
Attorneys for Defendants Brian Dunning
and Thunderwood Holdings, Inc.

Seyamack Kouretchian
COAST LAW GROUP
1140 S. Coast Highway 101
Encinitas, CA  92024
Attorneys for Defendants Shawn Hogan and
Digital Point Solutions, Inc.

David Eberhart
O'MELVENY & MYERS LLP
Embarcadero Center West
2 Embarcadero Center, 28th Floor
San Francisco, CA  94111
Attorneys for Plaintiff eBay, Inc.
Telephone: 415-984-8700
Facsimile:  415-984-8701
Attorneys for Plaintiff eBay, Inc.

Patrick K. McClellan
Von Karman Towers
2211 Michelson Drive, 7th Floor
Irvine, CA  92612
Attorney for Kessler's Flying Circus