Seyamack Kouretchian (State Bar No. 171741)
Seyamack@CoastLawGroup.com
Ross M. Campbell (State Bar No. 234827)
Rcampbell@Coast LawGroup.comOctober 27, 2008
COAST LAW GROUP, LLP
1140 South Coast Highway 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Defendants, SHAWN HOGAN
and DIGITAL POINT SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EBAY, INC., | Case No. CV 08-04052 JF PVT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR STAY OF PROCEEDINGS** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, | |
| Defendants. | |

Defendants Shawn Hogan and Digital Point Solutions, Inc.'s Motion for Stay of Proceedings came before this Court on November 20, 2009. Having considered the Motion, the papers in support thereof, and the opposition thereto, Defendants' Motion is HEREBY GRANTED

Dated: _____

_____ Honorable Jeremy Fogel
United State District Court Judge