1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   MEGAN M. CHUNG (State Bar No. 232044)
3  J. JEB B. OBLAK (State Bar No. 241384)
   Two Embarcadero Center Eighth Floor
4  San Francisco, CA 94111
   Telephone: (415) 576-0200
5  Facsimile: (415) 576-0300
   Email: jggilliland@townsend.com
6         mboroumand@townsend.com
          mmchung@townsend.com
7         jboblak@townsend.com

8  Attorneys for Plaintiff and Counterdefendant
   APPLE INC.
9

10                          UNITED STATES DISTRICT COURT

11                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN FRANCISCO DIVISION

13

14 | APPLE INC.,                               | Case No. 08-3251 WHA
15 |         Plaintiff,                        | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION TO PSYSTAR CORPORATION'S MOTION TO STRIKE THE DECLARATION OF JACQUES VIDRINE AND FOR SANCTIONS**
16 |     v.                                    |
17 | PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive, |
18 |                                           |
   |         Defendants.                       |
19 |                                           |
20 | AND RELATED COUNTERCLAIMS.                |

21

22     Plaintiff and Counterdefendant Apple Inc. ("Apple") submits this Administrative Request

23 pursuant to Civil Local Rules 7-11 and 79-5(c), for permission to file under seal portions of Apple

24 Inc's Opposition to Psystar Corporation's Motion to Strike the Declaration of Jacques Vidrine and

25 for Sanctions. This document contains highly confidential trade secret and technical information

26 of Apple that has been designated as Confidential or Confidential Attorneys' Eyes Only under the

27 Stipulated Protective Order approved by the Court on March 2, 2009. The undersigned declares

28 that the request is narrowly tailored to seal only those materials for which good cause to seal has

been established. Pursuant to Civil Local Rule 79-5(c), a sealed copy of the above-described document(s) is being lodged with the clerk.

DATED: September 21, 2009    Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By: */s/ J. Jeb B. Oblak*
    J. JEB B. OBLAK

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

# CERTIFICATE OF SERVICE

I, Esther Casillas, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION TO PSYSTAR CORPORATION'S MOTION TO STRIKE THE DECLARATION OF JACQUES VIDRINE AND FOR SANCTIONS** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

K.A.D. Camara  email: camara@camarasibley.com
Camara & Sibley LLP
2339 University Boulevard
Houston, TX  77005
Phone: 713-893-7973
Fax: 713-583-1131

David Vernon Welker  email: david.welker@werolaw.com
Welker & Rosario
2230 Skillern Drive
Boise, Idaho 83709
Phone:  949-378-2900
Fax:  717-924-6627

☐ [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 21, 2009, at San Francisco, California.

*/s/ Esther Casillas*
Esther Casillas

62226445 v1