TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
   mboroumand@townsend.com
   mmchung@townsend.com
   jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA <br><br> **DECLARATION OF MEHRNAZ BOROUMAND SMITH IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF (1) PORTIONS OF APPLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR ENJOIN, (2) CERTAIN EXHIBITS TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT THEREOF; (3) REPLY DECLARATION OF DR. JOHN P. J. KELLY AND EXHIBITS THERETO IN SUPPORT THEREOF** |

I, Mehrnaz Boroumand Smith, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Townsend and Townsend and Crew LLP, and am one of the attorneys representing Plaintiff and Counterdefendant Apple Inc.

townsend.

DECL. OF MEHRNAZ BOROUMAND SMITH ISO MISC. ADMIN. REQ. FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF (1) PORTIONS OF APPLE INC.'S REPLY BRIEF ISO ITS MOTION TO DISMISS OR ENJOIN, (2) CERTAIN EXHIBITS TO THE REPLY DECL. OF J. JEB B. OBLAK IN SUPP. THEREOF; (3) REPLY DECL. OF DR. JOHN P. J. KELLY AND EXHIBITS THERETO IN SUPP. THEREOF
CASE NO. 08-3251 WHA

1

Dockets.Justia.com

("Apple") in the above captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2. On March 2, 2009, the Court entered a Stipulated Protective order in this case.

3. Pursuant to the Stipulated Protective Order entered in this case and Civil Local Rule 79-5(c), the following documents:

- o Portions of Reply Brief In Support Of Apple Inc.'s Motion To Dismiss Or Enjoin Prosecution Of The Recently-Filed Florida Action And To Re-Open Discovery For Limited Purposes
- o Exhibits 1-6 to Reply Declaration Of J. Jeb B. Oblak In Support Of Apple Inc.'s Motion To Dismiss Or Enjoin Prosecution Of The Recently-Filed Florida Action And To Re-Open Discovery For Limited Purposes
- o Reply Declaration Of Dr. John P. J. Kelly In Support Of Apple Inc.'s Motion To Dismiss Or Enjoin and exhibits thereto

are sealable because they contain confidential information of Apple and of Psystar Corporation, which has been designated "CONFIDENTIAL" and "CONFIDENTIAL-ATTORNEYS' EYES ONLY." Since the confidential information has been disclosed in this case under the terms of the Stipulated Protective Order, the confidential information and documents have not been disclosed to the public and are maintained in such manner to ensure that they are not disclosed to the public.

4. Apple will lodge with the Clerk a sealed copy of these documents pursuant to Civil L.R. 79-5(c).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 21, 2009, at San Francisco, California.

/s/*Mehrnaz Boroumand Smith*
MEHRNAZ BOROUMAND SMITH

62224148 v1

townsend.

DECL. OF MEHRNAZ BOROUMAND SMITH ISO MISC. ADMIN. REQ. FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF (1) PORTIONS OF APPLE INC.'S REPLY BRIEF ISO ITS MOTION TO DISMISS OR ENJOIN, (2) CERTAIN EXHIBITS TO THE REPLY DECL. OF J. JEB B. OBLAK IN SUPP. THEREOF; (3) REPLY DECL. OF DR. JOHN P. J. KELLY AND EXHIBITS THERETO IN SUPP. THEREOF
CASE NO. 08-3251 WHA

2

# CERTIFICATE OF SERVICE

I, Diane G. Sunnen, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **DECLARATION OF MEHRNAZ BOROUMAND SMITH IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF (1) PORTIONS OF APPLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR ENJOIN, (2) CERTAIN EXHIBITS TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT THEREOF; (3) REPLY DECLARATION OF DR. JOHN P. J. KELLY AND EXHIBITS THERETO IN SUPPORT THEREOF** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

K.A.D. Camara  email: camara@camarasibley.com
Camara & Sibley LLP
2339 University Boulevard
Houston, TX 77005
Phone: 713-893-7973
Fax: 713-583-1131

David Vernon Welker  email: david.welker@werolaw.com
Welker & Rosario
2230 Skillern Drive
Boise, Idaho 83709
Phone: 949-378-2900
Fax: 717-924-6627

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 21, 2009, at San Francisco, California.

/s/*Diane G. Sunnen*
Diane G. Sunnen