# EXHIBIT 1

## TO REPLY DECLARATION OF J. JEB. B. OBLAK IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN

# [SUBMITTED UNDER SEAL]

# EXHIBIT 2

### TO REPLY DECLARATION OF J. JEB. B. OBLAK IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN

# [SUBMITTED UNDER SEAL]

# EXHIBIT 3

**TO REPLY DECLARATION OF
J. JEB. B. OBLAK IN SUPPORT OF APPLE
INC.'S MOTION TO DISMISS OR ENJOIN**

# [SUBMITTED UNDER SEAL]

# EXHIBIT 4

**TO REPLY DECLARATION OF
J. JEB. B. OBLAK IN SUPPORT OF APPLE
INC.'S MOTION TO DISMISS OR ENJOIN**

# [SUBMITTED UNDER SEAL]

# EXHIBIT 5

**TO REPLY DECLARATION OF
J. JEB. B. OBLAK IN SUPPORT OF APPLE
INC.'S MOTION TO DISMISS OR ENJOIN**

# [SUBMITTED UNDER SEAL]

# EXHIBIT 6

### TO REPLY DECLARATION OF
### J. JEB. B. OBLAK IN SUPPORT OF APPLE
### INC.'S MOTION TO DISMISS OR ENJOIN

# [SUBMITTED UNDER SEAL]