# EXHIBIT 1

## TO REPLY DECLARATION OF DR. JOHN P. J. KELLY IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN

# [SUBMITTED UNDER SEAL]

# EXHIBIT 2

### TO REPLY DECLARATION OF DR. JOHN P. J. KELLY IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN

# [SUBMITTED UNDER SEAL]