1  K.A.D. CAMARA (TX Bar No. 24062646 / MA
   Bar No. 661087– *To Appear Pro Hac Vice*)
2  camara@camarasibley.com
   CAMARA & SIBLEY LLP
3  2339 University Boulevard
   Houston, Texas 77005
4  Telephone: (713) 893-7973
   Facsimile:   (713) 583-1131
5
   Attorney for Defendant/Counterclaimant
6  PSYSTAR CORPORATION

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  APPLE INC., a California corporation,          CASE NO. CV-08-03251-WHA

13                   Plaintiff,
                                                   **PSYSTAR CORPORATION'S NOTICE
14           v.                                    OF APPEARANCE OF COUNSEL**

15  PSYSTAR CORPORATION,

16                   Defendant.

17  AND RELATED COUNTERCLAIMS.

18

19

20

21

22

23

24

25

26

27

28

{00388900v1}
                                        -1-
              PSYSTAR CORPORATION'S NOTICE OF APPEARANCE OF COUNSEL
                            (Case No. CV-08-03251-WHA)

Dockets.Justia.com

## NOTICE

PLEASE TAKE NOTICE THAT Eugene Action hereby enters an appearance as local co-counsel of record in the above-captioned matter on behalf of Defendant/Counterclaimant Psystar Corporation. Accordingly, Psystar respectfully requests that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case additionally be directed to the following:

**ADDITIONAL COUNSEL**

EUGENE ACTION (CA Bar No. 223023)
eugeneaction@hotmail.com
1780 E. Barstow Ave.
#5
Fresno, California 93710
Telephone:        (559) 283-9772
Facsimile:        (559) 642-2843

Dated:  SEPTEMBER 23, 2009                     Respectfully submitted,


                                               CAMARA & SIBLEY *LLP*

                                               By: /s/ K.A.D. Camara
                                                   K.A.D. CAMARA

PSYSTAR CORPORATION'S NOTICE OF APPEARANCE OF COUNSEL
(Case No. CV-08-03251-WHA)

**CERTIFICATE OF SERVICE**

I, Michael Wilson, declare I am employed in the City of Houston and County of Harris, Texas in the office of Camara & Sibley. I am over the age of eighteen and not a party to this action. My business address is Camara & Sibley, 2339 University Boulevard, Houston, Texas 77005.

I served the following document(s):

**PSYSTAR CORPORATION'S NOTICE OF APPEARANCE OF COUNSEL**

Case No. CV 08-03251 WHA

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Camara & Sibley LLP. I sent the document(s) to the following:

| | |
|---|---|
| James G. Gilliland, Jr.<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | email: jggilliland@townsend.com |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 23, 2009 at Houston, Texas.

/s/ Michael Wilson
Michael Wilson