# EXHIBIT H

ROGERS JOSEPH O'DONNELL
ROBERT J. BREAKSTONE (State Bar No. 68416)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
TODD DUNNING

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

OCT 06 2008

ALAN CARLSON, Clerk of the Court
BY S. HERRERA-WILSON

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE CENTRAL JUSTICE CENTER

| | |
|---|---|
| COMMISSION JUNCTION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDERWOOD HOLDINGS, INC., dba KESSLER'S FLYING CIRCUS; TODD DUNNING; BRIAN DUNNING and DOES 1 through 50, inclusive,<br><br>Defendants. | 2008-<br>Case No. 00101025<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HONORABLE RANDELL L. WILKINSON, DEPT. C25]<br><br>**DECLARATION OF ROBERT J. BREAKSTONE IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY PENDING CONCLUSION OF CRIMINAL PROCEEDINGS**<br><br>Date: October 29, 2008<br>Time: 1:30 p.m.<br>Dept.: C25<br><br>**BY FAX**<br><br>Trial Date: March 9, 2009 |

I, Robert J. Breakstone, declare:

1. I am an attorney licensed to practice in the State of California and the State of Illinois. My practice includes representing individuals involved in criminal investigations and under indictment for violations of federal criminal law, including crimes of fraud, theft of intellectual property, and racketeering activity.

2. On July 13, 2007, I was retained by Todd Dunning in connection with a criminal investigation being conducted by the United States Department of Justice / Federal Bureau of Investigation in the Northern District of California.

3. In connection with my representation of Todd Dunning, I contacted

Page 1

DECLARATION OF ROBERT J. BREAKSTONE IN SUPPORT OF DEFENDANTS' MOTION TO STAY
DISCOVERY PENDING CONCLUSION OF CRIMINAL PROCEEDINGS

272464.1{00120754-2}

1 Assistant United States Attorney Kyle F. Waldinger who is in charge of the grand jury investigation. Mr. Waldinger confirmed that there was a grand jury investigation involving Kessler's Flying Circus and Todd Dunning. Mr. Waldinger further confirmed that in connection with the investigation, the FBI had conducted several searches pursuant to warrant and that the FBI had interviewed Todd Dunning. Mr. Waldinger further indicated that he was aware that Commission Junction, Inc. had filed a civil action against Todd Dunning and Kessler's Flying Circus, among others. I indicated to AUSA Waldinger that no further contacts of Todd Dunning should be undertaken by Department of Justice personnel since Todd Dunning was represented by counsel.

4. In a subsequent telephone conference with Mr. Waldinger I asked whether it would be possible for Todd Dunning and Kessler's Flying Circus to obtain a copy of the computer hard drives and other records seized by the FBI from Brian Dunning's home. I explained that Todd Dunning and Kessler's Flying Circus needed those records in order to defend the case brought by Commission Junction, Inc. Mr. Waldinger said that he would think about the request, but he told me in a follow up telephone conversation that he would not comply with the request. He informed me that Brian Dunning's criminal counsel had made a similar request.

5. On August 25, 2008, e-Bay, Inc. filed a complaint in Federal District Court for the Northern District of California, San Jose Division (Case No. CV 08-4052-JF), against Todd Dunning and others alleging fraud, racketeering, violation of California Penal Code, and California Business and Professions Code 17200.

6. On September 16, 2008, I contacted AUSA Waldinger who stated that attorney Sharon M. Bunzel (of O'Melveny & Myers) representing eBay in the aforementioned complaint (¶ 5 above) had sent AUSA Waldinger a copy of the complaint and spoke to him about the complaint. AUSA Waldinger told me that Todd Dunning was a subject of the federal criminal investigation and that the FBI would be working aggressively to complete its investigation.

Page 2

DECLARATION OF ROBERT J. BREAKSTONE IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY PENDING CONCLUSION OF CRIMINAL PROCEEDINGS

272464.1 (00120754-2)

7. As a result of the ongoing criminal investigation involving Todd Dunning as a "subject", I have now advised Mr. Dunning to assert his Fifth Amendment privilege against self-incrimination in response to any questions asked of him at any deposition, in response to any interrogatory or request for admission, and in response to a demand for production of documents.

8. I have reviewed the complaint in this matter and based on my understanding of the allegations and issues in this civil matter, Mr. Dunning plans to assert his Fifth Amendment privilege against self-incrimination in connection with an inquiry by the Federal Government into the identical facts alleged in this case, and clearly is entitled to its protection in the context of this case. In my opinion, any court order compelling Mr. Dunning to respond to the allegations of the complaint, and/or to respond to discovery propounded to him would constitute "compelled self-incrimination" within the meaning of the Fifth Amendment and California's constitutional privilege against self-incrimination. (See, People v. Lucas, (1995) 12 Cal. 4th at 415, 453.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ⟂ day of October, 2008, at San Francisco, California.

*Robert J. Breakstone*

ROBERT J. BREAKSTONE

Page 3

DECLARATION OF ROBERT J. BREAKSTONE IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY PENDING CONCLUSION OF CRIMINAL PROCEEDINGS

272464.1 (00120754-2)

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On October 6, 2008, I served the foregoing documents described as follows:

**NOTICE OF MOTION AND MOTION TO STAY DISCOVERY AGAINST DEFENDANTS TODD DUNNING AND KESSLER'S FLYING CIRCUS PENDING CONCLUSION OF CRIMINAL PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF ROBERT BREAKSTONE, STEWART FOREMAN AND TODD DUNNING IN SUPPORT**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

**SEE ATTACHED SERVICE LIST**

__X__ [BY MAIL - CCP § 1013a] I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

____ [HAND-DELIVERY/Personal/Messenger - CCP § 1011] I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

____ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

____ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)] I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

____ [BY E-MAIL or ELECTRONIC TRANSMISSION] . Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

__X__ [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 6, 2008, at San Francisco, California.

*Joyce E. Johnson*

CERTIFICATE OF SERVICE, CASE NO. 30-2008-00101025
{00120785-1}

1

Attached Service List

Scott Patrick Barlow, Esq.
General Counsel
30699 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
Telephone: (818) 575-4500
Facsimile: (818) 575-4501
Attorneys for Plaintiff Commission Junction, Inc.

Ronald Rus, Esq.
Leo J. Presiado, Esq.
RUS, MILIBAND & SMITH
Von Karman Towers
2211 Michelson Drive, 7th Fl
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Attorneys for Defendants Brian Dunning and Thunderwood Holdings, Inc.

John H. Ernster, Esq.
Phil J. Montoya, Jr., Esq.
Ernster Law Offices, P.C.
70 South Lake Ave., Ste 750
Pasadena, CA 91101
Telephone: (626) 844-8800
Facsimile: (626) 844-8944
Attorneys for Plaintiff Commission Junction, Inc.

CERTIFICATE OF SERVICE, CASE NO. 30-2008-00101025
{00120785-1}