# EXHIBIT M



**CLG**
Coast Law Group LLP

169 Saxony Road
Suite 204
Encinitas, CA 92024

tel 760-942-8505
fax 760-942-8515
www.coastlawgroup.com

May 27, 2009

Colleen Kennedy
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111

*Via Facsimile and First Class Mail*
415.984.8701

### Re: Ebay, Inc. v. Digital Point Solutions, Inc., et al.

Dear Colleen:

    This is to follow up on my letter dated May 21, 2009 regarding Defendant Digital Point Solutions, Inc.'s responses to your client's written discovery. Given the current procedural circumstances of the case, this is to propose that the parties defer consideration of the matters raised in your meet and confer letter until after the Court has adjudicated the pending motions to dismiss (or transfer in the alternative), and until a formal decision has been made as to whether any criminal charges will be forthcoming.

    As a preliminary matter, the FBI has not yet returned all of the materials that were seized in June of 2007. Further, due to the ongoing nature of the investigation and the FBI's continued retention of seized materials, the parties recently agreed to postpone the initial Case Management Conference to August 14, 2009 to allow additional time for the charging decision to be made. The present discovery issues should likewise be revisited at that time.

    For instance, as a general principle, a defendant may seek a protective order postponing civil discovery until termination of any criminal proceedings. *See e.g. United States v. Kordel* (1970) 397 U.S. 1, 9. Here, as noted, the parties have already agreed to postpone the initial Case Management Conference for *three months* based on the pending criminal investigation, the FBI's refusal to return seized materials, and the resulting inefficiencies that would arise in conducting discovery in the interim.

    In addition, as you are aware, all defendants in this action have moved to dismiss Plaintiff's Second Amended Complaint (SAC) based on the one-year limitations period set forth in the Commission Junction Publisher Service Agreement (PSA). While this office has not yet received access to the documents produced by Commission Junction



Colleen Kennedy
Re: eBay v. Digital Point Solutions, Inc.
May 27, 2009
Page 2 of 2

in response to Plaintiff's recent subpoenas, it appears the documents will further confirm the June 2007 termination date.

Moreover, in the event the motions to dismiss (or transfer) are denied, it may be appropriate to seek dismissal based on the doctrine of forum non conveniens. See *Murphy v. Schneider Nat'l, Inc.* (9th Cir. 2003) 362 F.3d 1133, 1143, fn. 5, (federal courts will resort to pre-1948 motion to dismiss for forum non conveniens to the extent enforcement of forum selection clause requires adjudication of dispute in state court).

In short, it would be both premature and a potential waste of resources to meet and confer at this stage of the proceedings. Plaintiff will have more than sufficient opportunity to pursue supplemental responses in the future and will not suffer any prejudice in doing so. To the extent you wish to discuss the matter further, please do not hesitate to contact me.

Very Truly Yours,
**COAST LAW GROUP, LLP**

Ross M. Campbell



**COAST LAW GROUP LLP**

169 Saxony Road, Suite 204 Encinitas, CA 92024
Ph: 760.942.8505 Fx: 760.942.8515
www.coastlawgroup.com

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: **(415) 984-8701**

To: **Colleen Kennedy**
From: **Ross M. Campbell**
Client/Matter: **Re: Ebay, Inc. v. Digital Point Solutions, Inc., et al.**
Date: **05/27/09**

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter | 2 |
|  |  |
|  |  |

COMMENTS:

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (760) 942-8505.