UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10, inclusive,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>~~PROPOSED~~ ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PSYSTAR CORPORATION'S NOTICE OF MOTION AND MOTION TO STRIKE DECLARATION OF JAQUES VIDRINE AND PORTIONS OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN PROSECUTION OF THE RECENTLY FILED FLORIDA ACTION, AND TO REOPEN DISCOVERY FOR LIMITED PURPOSES AND MEMORANDUM IN SUPPORT THEREOF, AND FOR SANCTIONS |

For the good cause shown, Psystar Corporation's Miscellaneous Administrative Motion to File Under Seal Psystar Corporation's Notice of Motion and Motion to Strike Declaration of Jaques Vidrine and Portions of Apple Inc.'s Motion to Dismiss or Enjoin Prosecution of the Recently Filed Florida Action, and to Re-open Discovery for Limited Purposes and Memorandum in Support Thereof, and for Sanctions is GRANTED.

It is SO ORDERED.

Dated: September 24, 2009

                                                                                                          Hon. William H. Alsup<br>
                                                                                                          United States District Judge

*IT IS SO ORDERED.*<br>
*Judge William Alsup*