1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA  94111
   Telephone:   (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff eBay Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

EBAY INC.,

　　　　　　Plaintiff,

　v.

DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,

　　　　　　Defendants.

Case No.  C 08-04052 JF PVT

**DECLARATION OF COLLEEN M. KENNEDY IN SUPPORT OF EBAY INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL REQUESTS FOR PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSION FROM DEFENDANTS BRIAN DUNNING, THUNDERWOOD HOLDINGS, INC., BRIANDUNNING.COM AND KESSLER'S FLYING CIRCUS**

Hearing Date: November 13, 2009
Time:              10:00 a.m.
Courtroom:     5
Judge:            Hon. Patricia V. Trumbull

I, Colleen M. Kennedy, declare as follows:

1. I am a member of the Bar of the State of California and associated with the law firm of O'Melveny & Myers LLP, counsel for eBay Inc. in this matter.  I submit this Declaration in support of eBay's Reply in support its Motion to Compel Responses to Requests for Production, Interrogatories and Requests for Admission From Defendants Brian Dunning, Thunderwood Holdings, Inc., BrianDunning.com and Kessler's Flying Circus (collectively, the "BD Defendants").  I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. Counsel for eBay have engaged in a number of meet-and-confer discussions with the BD Defendants' counsel regarding the discovery propounded by eBay, through both correspondence and telephonic discussions.  Throughout the meet-and-confer process, the BD Defendants' counsel never raised any objection that they claimed would prevent them from responding to eBay's discovery, other than their objections based on the Fifth Amendment privilege that are addressed in eBay's motion to compel and their objections to eBay's requests for production of the BD Defendants' financial records.  eBay's requests for the BD Defendants' financial records are the subject of ongoing meet and confer discussions.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Signed on this 30th day of October, 2009 in San Francisco, California.

            ____/s/ Colleen M. Kennedy_____
              Colleen M. Kennedy