1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA  94111
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff eBay Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>                    Defendants. | Case No.  C 08-04052 JF PVT<br><br>**OMNIBUS DECLARATION OF SHARON M. BUNZEL IN SUPPORT OF EBAY INC.'S REPLIES IN SUPPORT OF ITS MOTIONS TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSION**<br><br>Hearing Date: November 13, 2009<br>Time:          10:00 a.m.<br>Courtroom:     5<br>Judge:         Hon. Patricia V. Trumbull |

I, Sharon M. Bunzel, declare as follows:

1. I am a member of the Bar of the State of California and a partner in the law firm of O'Melveny & Myers LLP, counsel for eBay Inc. in this matter. I submit this Declaration in support of 1) eBay's Reply in support of its Motion to Compel Responses to Requests for Production, Interrogatories and Requests for Admission from Defendants Digital Point Solutions, Inc. and Shawn Hogan; 2) eBay's Reply in support of its Motion to Compel Responses to Requests for Production, Interrogatories, and Requests for Admission from Defendants Brian Dunning, Thunderwood Holdings, Inc., Briandunning.com, and Kessler's Flying Circus; and 3) eBay's Reply in support of its Motion to Compel Responses to Requests for Production from Defendants Todd Dunning and Dunning Enterprise, Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the September 25, 2009 Case Management Conference in this matter before United States District Court Judge Jeremy Fogel.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an October 28, 2009 email from Ross Campbell to Colleen Kennedy regarding DPS, Inc.'s responses to eBay's Requests for Production.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a July 29, 2009 letter from Colleen Kennedy to Ross Campbell regarding DPS, Inc.'s responses to eBay's Requests for Production.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a September 10, 2009 letter from Colleen Kennedy to Perry Robinson regarding Rackspace's response to eBay's Amended Subpoena.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a September 16, 2009 letter from Colleen Kennedy to Steve Priolo regarding Rackspace's response to eBay's Amended Subpoena.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the parties' initial

1 | Joint Case Management Statement, filed in this matter on January 9, 2009.

2 |     8. Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of
3 | the August 14, 2009 Case Management Conference in this matter before United States
4 | District Court Judge Jeremy Fogel.

5 |     9. Attached hereto as **Exhibit 8** is a true and correct copy of Dunning
6 | Enterprise, Inc.'s Responses to eBay's First Set of Requests for Production, dated
7 | February 26, 2009.

8 |     10. Attached hereto as **Exhibit 9** is a true and correct copy of an October 20,
9 | 2009 email from Stewart Foreman to Colleen Kennedy regarding Dunning Enterprise's
10 | Inc.'s responses to eBay's Requests for Production.

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Signed on this 30th day of October, 2009 in San Francisco, California.

                                        ____/s/ Sharon M. Bunzel_____
                                               Sharon M. Bunzel