# EXHIBIT 2

Dockets.Justia.com

**From:** Ross Campbell [mailto:RCampbell@CoastLawGroup.com]
**Sent:** Wednesday, October 28, 2009 1:03 PM
**To:** Kennedy, Colleen
**Cc:** Bunzel, Sharon M.; Eberhart, David; Seyamack Kouretchian
**Subject:** eBay v. DPS

Colleen:

With respect to footnote 5 in Plaintiff's Motion to Compel as to the DPS Defendants (referring to corporate meeting minutes and Statements of Information), please note that no such additional documents exist. Other than SOS File Ref No. 389158, no Statements of Information exist. The same applies with respect to corporate meeting minutes. This was previously confirmed and was meant to be referenced in the DPS Defendants' opposition to the motion. Please let me know if you'd like to discuss the matter further.

Thank you,

Ross



**ROSS M. CAMPBELL**
ross@coastlawgroup.com

**Coast Law Group LLP**
1140 South Coast Highway 101
Encinitas, California 92024
*tel. 760.942.8505 x105*
*fax 760.942.8515*

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and, as such, is PRIVILEGED & CONFIDENTIAL. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document (and any attachments) in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and deliver the original message.

To ensure compliance with requirements imposed by the IRS, we inform you that (a) any U.S. tax advice in this communication (including attachments) is limited to the one or more U.S. tax issues addressed herein; (b) additional issues may exist that could affect the U.S. tax treatment of the matter addressed below; (c) this advice does not consider or provide a conclusion with respect to any such additional issues; (d) any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of promoting, marketing or recommending to another party any transaction or matter addressed herein, and (e) with respect to any U.S. tax issues outside the limited scope of this advice, and U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

10/29/2009