# EXHIBIT B

```
 1  ERNSTER LAW OFFICES, P.C.
    John H. Ernster, Esq., State Bar No. 59338
 2  Phil J. Montoya, Jr., Esq., State Bar No. 124085
    70 South Lake Avenue, Suite 750
 3  Pasadena, California  91101
    Telephone:  (626) 844-8800
 4  Facsimile:   (626) 844-8944

 5
    Scott Patrick Barlow, Esq., State Bar No. 182295
 6  General Counsel
    30699 Russell Ranch Road
 7  Westlake Village, California  91361
    Telephone:  (818) 575-4500
 8  Facsimile:   (818) 575-4501

 9  Attorneys for Plaintiff and Cross-Defendant
    Commission Junction, Inc.
10
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE, CENTRAL BRANCH

| | |
|---|---|
| COMMISSION JUNCTION, INC., | CASE NO.: 30-2008 00101025 |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO: JUDGE RANDELL L. WILKINSON DEPARTMENT C25 |
| v. | |
| THUNDERWOOD HOLDINGS, INC. dba KESSLER'S FLYING CIRCUS; TODD DUNNING; BRIAN DUNNING; and DOES 1 through 50, inclusive, | PLAINTIFF/CROSS-DEFENDANT COMMISSION JUNCTION, INC.'S WITNESS LIST |
| Defendants. | |
| | TRIAL DATE: March 9, 2009<br>TIME: 9:00 a.m.<br>DEPARTMENT: C25 |

25  ///

26  ///

27  ///

28  ///

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff COMMISSION JUNCTION, INC. ("CJI") submit its list of witnesses who may be called to testify at the time of trial in the above-captioned action as follows:

| No. | Percipient Witnesses: |
|---|---|
| 1. | Brian Dunning |
| 2. | Todd Dunning |
| 3. | Dave Osman |
| 4. | Kerri Pollard |
| 5. | Dave Duckwitz |
| 6. | Michael Hawks |
| 7. | Mike Solomon |
| 8. | Robert Kadar |
| 9. | Ashley DeVan |
| 10. | Jennifer Lovette |
| 11. | Anders Bjoras |
| 12. | Kim Riedell |
| 13. | Lisa Crosskey Hunter |
| 14. | Christine Kim |
| 15. | Ben Kopetti |
| 16. | Joshua McClung |
| 17. | Scott Ray |
| 18. | Jo O'Brien |
| 19. | Jeff Ransdell |
| 20. | George Yuhba |
| 21. | Peter Bexelius |
| 22. | David Kruszenski |
| 23. | Daniel Powell |
| 24. | Todd Miller |
| 25. | Mark Gefteas |

PLAINTIFF AND CROSS-DEFENDANT COMMISSION JUNCTION, INC.'S WITNESS LIST

| No. | Percipient Witnesses: |
|---|---|
| 26. | Carlos Hurtado |
| 27. | Andreas Fuchs |
| 28. | Dan Sweeney |
| 29. | Tori Johnson |
| 30. | Ida Gustafsson |
| 31. | Chris Squire |
| 32. | Jane Shie |
| 33. | Mark Stannard |
| 34. | Jelena Petrovic |
| 35. | Jennifer Burnett |
| 36. | Andrew Way |
| 37. | Terance Kinsky |
| 38. | Lee Hilbert |
| 39. | Ed Dorsey |
| 40. | Steve Pardella |
| 41. | Leon Tsui |
| 42. | Michael Osborn |
| 43. | Matt Ackley |
| 44. | Meena Ravella |
| 45. | Dan Burkhart |
| 46. | Caroline Malifaud |
| 47. | Lily Shen |
| 48. | Michelle Fang |
| 49. | |
| 50. | |
| 51. | |
| 52. | |
| 53. | |
| 54. | |
| 55. | |

PLAINTIFF AND CROSS-DEFENDANT COMMISSION JUNCTION, INC.'S WITNESS LIST

Dated: February 27, 2009

ERNSTER LAW OFFICES, P.C.

By: *Phil Montoya*
Phil J. Montoya, Jr.
Attorneys for Plaintiff and Cross-Defendant
Commission Junction, Inc.

## PROOF OF PERSONAL SERVICE

STATE OF CALIFORNIA    )
                       )ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 70 So. Lake Avenue, #750, Pasadena, CA 91101.

On March 2, 2009, I served the foregoing document described as: **PLAINTIFF/CROSS-DEFENDANT COMMISSION JUNCTION, INC.'S WITNESS LIST** on all interested parties in said action by:

(X)   placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows:

(X)   **By Personal Service -**   I personally delivered the documents to the persons at the addresses listed below, for a party represented aby an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

Ronald Rus, Esq.
Leo J. Presiado, Esq.
Rus, Miliban & Smith
Von Karman Towers, Seventh Floor
2211 Michelson Drive
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
*Attorney for Defendant, BRIAN DUNNING and THUNDERWOOD HOLDINGS, INC.*

Patrick Kelly McClellan, Esq.
Von Karman Towers
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile: (949) 252-1514
*KESSLER'S FLYING CIRCUS and DUNNING ENTERPRISE, INC*

(X)   **State -**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

( )   **Federal -**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 2, 2009, at Pasadena, California.

_____
Phil J. Montoya, Jr.

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 70 South Lake Avenue, Suite 750, Pasadena, California 91101.

On March 2, 2009, I served the foregoing document described as **PLAINTIFF/CROSS-DEFENDANT COMMISSION JUNCTION, INC.'S WITNESS LIST** by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Stewart H. Foreman, Esq.
Freeland Cooper & Foreman LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
*Attorney for Defendant, TODD DUNNING*

(X) **(BY FEDERAL EXPRESS SERVICE/OVERNITE EXPRESS)** I enclosed the documents in an envelope/package provided by an overnight delivery carrier and addressed to the persons at the addresses above-stated. I placed the envelope/package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

This document was produced on paper purchased as recycled.

(X)  STATE  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 2, 2009, at Pasadena, California.

_____
Marta I. Rincon