1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA  94111
   Telephone:   (415) 984-8700
6  Facsimile:   (415) 984-8701

7  Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>                        Plaintiff,<br><br>        v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>                        Defendants. | Case No.  C 08-04052 JF PVT<br><br>**DECLARATION OF JEAN B. NIEHAUS IN SUPPORT OF EBAY INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE THE ANSWER OF DEFENDANTS THUNDERWOOD HOLDINGS, INC., BRIANDUNNING.COM AND KESSLER'S FLYING CIRCUS**<br><br>Hearing Date: November 20, 2009<br>Time:            9:00 a.m.<br>Judge:           Hon. Jeremy Fogel |

I, Jean B. Niehaus, declare as follows:

1. I am a member of the Bar of the State of California and am associated with the law firm of O'Melveny & Myers LLP, counsel for eBay Inc. in this matter. I submit this Declaration in support of eBay's Reply in support of its Motion to Strike the Answer of Defendants Thunderwood Holdings, Inc., BrianDunning.com and Kessler's Flying Circus. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Kessler's Flying Circus's Responses to eBay's Requests for Admission, dated February 25, 2009.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Signed on this 6th day of November, 2009 in San Francisco, California.

                                                         ____/s/ Jean B. Niehaus_____
                                                           Jean B. Nieahus