UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 11/13/09

Court Reporter: Christine Triska / 10:25 - 11:45     Clerk: C. Lew

Case No.: C 08-4052 JF     Case Title: Ebay, Inc. v. Digital Point, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| David Eberhart<br>Colleen Kennedy | Seyamack Kouretchian<br>Leo Presiado<br>Stewart Foreman (by telephone) |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial        [ ] Status     **[X ] Motion**

                        [ ] Settlement     [ ] Final

                        [ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| **[X ]** | [ ] | 1. **Motion to Compel.** |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

DISPOSITION

[ ] Granted          **[X ] Submitted**          [ ] Settled

[ ] Denied           [ ] Briefs to be filed      [ ] Not Settled

[ ] Granted in part, denied in part              [ ] Off Calendar

Briefing Schedule:   Opening                     Answer
                     Reply

ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     **[X ] Court**     [ ] Court w/opinion