# UNITED STATES DISTRICT COURT

## Northern District of California

eBay Inc.,

        Plaintiff(s),

    v.

Digital Point Solutions, Inc.,

        Defendant(s).

08-04052 JF MED

**Notice of Appointment of Mediator**

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Beth H. Parker
> Arnold & Porter
> 275 Battery St., 27th Fl.
> San Francisco, CA 94104
> 415-356-3000
> beth.parker@aporter.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-04052 JF MED      - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: November 20, 2009

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-04052 JF MED    - 2 -