UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 20, 2009        Time: 10 mins
**Case Number:** CV-08-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

**TITLE:**         **EBAY V. DIGITAL POINT SOLUTIONS, ET AL**

**PLAINTIFF**                                    **DEFENDANT**

**Attorneys Present:** David Eberhart        **Attorneys Present:** Ross Campbell, Patrick McClellan
Sharon Bunzel                                                        Stewart Foreman, Leo Presiado

PROCEEDINGS:

Hearing on Motion to Strike and Motions to Stay held. Parties are present. The motions are continued to 1/22/10 at 9:00 a.m. for hearing. The case management conference set on 1/15/10 at 10:30 a.m. is continued to 1/22/10 at 9:00 a.m., to be heard with the motions. The Court vacates the referral to court mediation.