IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ChevronTexaco Corporation, et al.<br><br>        Plaintiff,<br>  v.<br><br>AMC Liquidation Services, et al.<br>        Defendant.<br>                                          / | NO. C-02-3359-CW<br><br>**CLERK'S NOTICE RE: REMOVAL OF CASE FROM E-FILING PROGRAM** |

Defendants Matthew Lotze and Christine Lotze joined this case on 10/03/02, representing himself/herself *pro se*. Pursuant to General Order 45 Section III (D) (see the Court's Electronic Case Filing Web site, ecf.cand.uscourts.gov), cases involving pro se parties are excluded from e-filing. Therefore, this case has been removed from the e-filing program. All parties are instructed henceforth to file documents in paper form with the Clerk's Office.

Dated: 10/8/02

                                                          Kelly Collins
                                                          Deputy Clerk

**United States District Court**
For the Northern District of California