WELKER & ROSARIO
DAVID WELKER (SBN 252658)
2689 Sycamore Lane, Suite A6
Davis, CA 95616
Telephone: 949-378-2900
david.welker@werolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    *Plaintiff*,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>    *Defendant*.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV-08-03251-WHA<br><br>DECLARATION OF DAVID WELKER IN SUPPORT OF REQUEST TO WITHDRAWAL FROM THE CASE |

I, David Welker, declare as follows:

1.   I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Welker & Rosario and am serving as local counsel in this case.

2.   I have never had direct contact or communication with the client, Psystar Corporation, and have primarily served in a ministerial capacity and without compensation.

3.   I have not been heavily involved in strategy or planning in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 1, 2009, in Boise, Idaho.

_____
David Welker