1  WELKER & ROSARIO
2  DAVID WELKER (SBN 252658)
   2230 Skillern Ave
3  Boise, ID 83709
   Telephone: 949-378-2900
4  david.welker@werolaw.com

5
                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
7

8  | APPLE INC., a California corporation, | CASE NO. CV-08-03251-WHA |
9  | *Plaintiff*, | [PROPOSED] ORDER GRANTING MOTION OF DAVID WELKER REQUESTING PERMISSION TO WITHDRAW FROM THE CASE. |
10 | v. | |
11 | PSYSTAR CORPORATION, | |
12 | *Defendant*. | |
13 | AND RELATED COUNTERCLAIMS | |

15    For the reasons given, David Welker's motion to withdraw from the case is GRANTED.

16    It is SO ORDERED.

18    Dated: October 6, 2009

19                                              _____
                                                Hon. William Alsup
20                                              United States District Judge

[PROPOSED] ORDER GRANTING MOTION OF DAVID WELKER TO WITHDRAW FROM THE CASE
CV-08-03251-WHA