
Clerk's Use Only
Initial for fee pd.:

Kent Radford
2339 University Blvd.
Houston, Texas 77005
(713) 893-7973

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

    Plaintiff(s),

v.

PSYSTAR CORPORATION,
a Florida corporation, and DOES 1-10,
inclusive,

    Defendant(s).

CASE NO. CV 08-03251 WHA

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Kent Radford, an active member in good standing of the bar of the State of Texas, Bar No. 24027640, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing PSYSTAR CORPORATION in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Eugene Action, California Bar Number 223023, 1780 E. Barstow Ave, Suite 5, Fresno, California 93710, (559) 283-9772

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2009

Kent Radford