1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   SHARON M. BUNZEL (S.B. #181609)
    sbunzel@omm.com
3   COLLEEN M. KENNEDY (S.B. #227107)
    ckennedy@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
5   San Francisco, CA  94111
    Telephone:   (415) 984-8700
6   Facsimile:    (415) 984-8701

7   Attorneys for Plaintiff eBay Inc.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  EBAY INC.,                          Case No.  C 08-04052 JF PVT

             Plaintiff,                 **DECLARATION OF COLLEEN M.**
13                                      **KENNEDY IN SUPPORT OF EBAY**
                                        **INC.'S REPLY IN SUPPORT OF ITS**
14       v.                             **OBJECTIONS TO MAGISTRATE**
                                        **JUDGE'S ORDER OF NOVEMBER**
15  DIGITAL POINT SOLUTIONS, INC.,      **19, 2009 ON EBAY'S MOTIONS TO**
    SHAWN HOGAN, KESSLER'S              **COMPEL**
16  FLYING CIRCUS, THUNDERWOOD
    HOLDINGS, INC., TODD DUNNING,       Hearing Date: None Set
17  DUNNING ENTERPRISE, INC., BRIAN     Time:         None Set
    DUNNING, BRIANDUNNING.COM,          Courtroom:    3
18  and DOES 1-20,                      Judge:        Hon. Jeremy Fogel

             Defendants.
19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

1    I, Colleen M. Kennedy, declare as follows:

2         1.    I am a member of the Bar of the State of California and associated with the

3    law firm of O'Melveny & Myers LLP, counsel for eBay Inc. in this matter. I submit this

4    Declaration in support of eBay Inc.'s Reply in Support of its Objections to Magistrate

5    Judge's Order of November 19, 2009 on eBay Inc.'s motions to compel. I have personal

6    knowledge of the facts set forth in this declaration and, if called to testify as a witness,

7    could and would do so under oath.

8         2.    I have been the principal point of contact with counsel for defendants Todd

9    Dunning and Dunning Enterprise, Inc. (the "TD Defendants") regarding all discovery

10   issues, including those raised in eBay's motion to compel against the TD Defendants.

11   Since the November 13, 2009 hearing before Magistrate Judge Trumbull on eBay's

12   motions to compel, counsel for the TD Defendants has not communicated with counsel for

13   eBay in any way with regard to either 1) providing a supplemental declaration from Todd

14   Dunning stating that he has not provided documents to the government, or 2) reaching a

15   stipulation that the provision of such a declaration would not constitute a waiver of Todd

16   Dunning's Fifth Amendment privilege.

17

18        I declare under penalty of perjury under the laws of the United States and the State

19   of California that the foregoing is true and correct. Signed on this 30th day of December,

20   2009 in San Francisco, California.

21                                          _____/s/   Colleen M. Kennedy_____
                                                  Colleen M. Kennedy
22

23

24

25

26

27

28