```
TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

O'MELVENY & MYERS LLP
GEORGE RILEY (State Bar No. 118304)
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
Email: griley@omm.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br> v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL** |

I, J. Jeb B. Oblak, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am an associate in the law firm of Townsend and Townsend and

DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA   1

townsend.

Dockets.Justia.com

1 Crew LLP, and am one of the attorneys representing plaintiff and counterdefendant Apple Inc. ("Apple") in the above captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2. On March 2, 2009, the Court entered a Stipulated Protective Order in this case.

3. Pursuant to the Stipulated Protective Order entered in this case and Civil Local Rule 79-5(c), portions of Apple Inc.'s Motion For Summary Judgment, portions of the Lynde Declaration In Support Thereof, the Kelly Declaration In Support Thereof, and Exhibits 3-16, 23, 41, 62-64 and 69 to Chung Declaration In Support Thereof are sealable because they contain confidential trade secrets and technical information of both parties which have been designated "CONFIDENTIAL" and "CONFIDENTIAL—ATTORNEYS' EYES ONLY" and which if made public, might harm the competitive standing of the designating party. Since the confidential information has been disclosed in this case under the terms of the Stipulated Protective Order, the confidential information and documents have not been disclosed to the public and maintained in such manner to ensure that they are not disclosed to the public.

4. Apple will lodge with the Clerk a sealed copy of these documents pursuant to Civil L.R. 79-5(c).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 8, 2009, at San Francisco, California.

/s/J. Jeb B. Oblak
J. JEB B. OBLAK

62247276 v1

DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA    2

townsend.

# CERTIFICATE OF SERVICE

I, **Esther Casillas**, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following document exactly entitled: **DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Kent Radford<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX  77005<br>Phone:  713-893-7973<br>Fax:  713-583-1131<br>Email:  camara@camarasibley.com | Eugene Action<br>1780 E. Barstow Avenue, #5<br>Fresno, CA  93710<br>Email:  eugeneaction@hotmail.com |

☒ [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 8, 2009, at San Francisco, California.

*/s/Esther Casillas*
**Esther Casillas**

DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA  3

townsend.