eBay Inc. v. Digital Point Solutions, Inc. et al     Doc. 181

TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
Email: mboroumand@townsend.com
Email: mmchung@townsend.com
Email: jboblak@townsend.com

O'MELVENY & MYERS LLP
GEORGE RILEY (State Bar No. 118304)
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
Email: griley@omm.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>PSYSTAR CORPORATION, a Florida corporation,<br><br>       Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA<br><br>**DECLARATION OF DR. JOHN P.J. KELLY IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING PSYSTAR'S COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND CERTAIN AFFIRMATIVE DEFENSES**<br><br>Hearing Date: November 12, 2009<br>Hearing Time: 8:00 a.m.<br>Courtroom: 9<br>Judge: Hon. William Alsup<br>Trial Date: January 11, 2010 |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**FILED UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER**