eBay Inc. v. Digital Point Solutions, Inc. et al

Doc. 185

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 24, 2009

Case No. C08-03251 WHA

Title: APPLE v. PYSTAR

Plaintiff Attorney(s): James Gilliland; Mehrnaz Boroumand Smith

Defense Attorney(s): K.A.D. Camara

Deputy Clerk: Dawn Toland          Court Reporter: Debra Pas

## PROCEEDINGS

1)  Plt's Motion to Reopen Discovery; Motion to Dismiss - HELD

2)  

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

The discovery issue and a possible motion to transfer the Florida case were addressed. Defendant's Motion to Strike the declaration of Mr. Vidrine will be considered on the papers.

Court increased the page limits on the summary judgment briefing. The opening brief is 30 pages; opposition is 30 pages; and the reply is 15 pages.