**E-Filed 1/21/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., et al., <br><br> Defendants. | Case Number C 08-4052 JF (PVT) <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

At the request of the parties, the Motion Hearing and Case Management Conference set for January 22, 2010 are CONTINUED to January 29, 2010 at 9:00 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED:  1/21/10

For the Court
Richard W. Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk