UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, January 29, 2010        Time: 20 mins
**Case Number:** CV-08-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | EBAY V. DIGITAL POINT SOLUTIONS, ET AL | |
|---|---|---|
| | PLAINTIFF | DEFENDANT |
| | Attorneys Present: David Eberhart<br>Sharon Bunzel | Attorneys Present: Ross Campbell<br>Stewart Foreman, Leo Presiado |

PROCEEDINGS:

   Hearing on Motion to Strike and Motions to Stay held.  Parties are present.  The motions are taken under submission.  The case management conference is continued to 2/26/10 at 10:30 a.m.