Seyamack Kouretchian (State Bar No. 171741)
Seyamack@CoastLawGroup.com
Ross Campbell (State Bar No. 234827)
Rcampbell@Coast LawGroup.com
COAST LAW GROUP, LLP
1140 S Coast Highway 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Defendants, SHAWN HOGAN
and DIGITAL POINT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, <br><br> Defendants. | Case No. CV 08-04052 JF PVT <br><br> **NOTICE OF TELEPHONIC APPEARANCE AT SUBSEQUENT CASE MANAGEMENT CONFERENCE** <br><br> **DATE:** February 26, 2010 <br> **TIME:** 10:30 a.m. <br> **CTRM:** 3 <br><br> Hon. Jeremy Fogel presiding |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT counsel for Defendants Digital Point Solutions, Inc. and Shawn Hogan will appear telephonically at the Subsequent Case Management Conference set for February 26, 2010 at 10:30 a.m. in Department 3 of the above captioned Court.

DATED: February 19, 2010        COAST LAW GROUP LLP

s/Ross M. Campbell
Attorneys for Defendants, Shawn Hogan
and Digital Point Solutions, Inc.