1  Stewart H. Foreman  (CSB #61149)
   Daniel T. Bernhard  (CSB #104229)
2  Cathleen S. Yonahara  (CSB #203802)
   FREELAND COOPER & FOREMAN LLP
3  150 Spear Street, Suite 1800
   San Francisco, California 94105
4  Telephone:  (415) 541-0200
   Facsimile:  (415) 495-4332
5  Email:  foreman@freelandlaw.com
           bernhard@freelandlaw.com
6          yonahara@freelandlaw.com
   Attorneys for Defendants
7  Todd Dunning and Dunning Enterprise, Inc.

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  EBAY, INC.,                          CASE NO.:  CV-08-4052 JF PVT

13          Plaintiff,                    **NOTICE OF TELEPHONIC
                                          APPEARANCE AT SUBSEQUENT
14      v.                                CASE MANAGEMENT
                                          CONFERENCE**
15  DIGITAL POINT SOLUTIONS, INC., SHAWN
   HOGAN, KESSLER'S FLYING CIRCUS,        Date:       February 26, 2010
16  THUNDERWOOD HOLDINGS, INC.,           Time:       10:30 a.m.
   TODD DUNNING, DUNNING ENTERPRISE, INC.,   Place:    Dept. 3
17  BRIAN DUNNING, BRIANDUNNING.COM, and
   DOES 1-20,                             Hon. Jeremy Fogel presiding
18
            Defendants.
19

20

21  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE THAT counsel for defendants Todd Dunning and Dunning

23  Enterprise, Inc. will appear telephonically at the Subsequent Case Management Conference set for

24  February 26, 2010 at 10:30 a.m. in Department 3 of the above-captioned Court

25  Dated:  February 19, 2010            FREELAND COOPER & FOREMAN LLP

26

27                                       By:  _____/s/_____
                                              STEWART H. FOREMAN
28                                            Attorneys for Defendants
                                              Todd Dunning and Dunning Enterprise, Inc.

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

                                                                                1
NOTICE OF TELEPHONIC APPEARANCE AT SUBSEQUENT CASE MANAGEMENT CONFERENCE
{00134813-1}