1 RONALD RUS, #67369
rrus@rusmiliband.com
2 LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
3 RUS, MILIBAND & SMITH
A Professional Corporation
4 Seventh Floor
2211 Michelson Drive
5 Irvine, California 92612
Telephone: (949) 752-7100
6 Facsimile: (949) 252-1514

7 Attorneys for Defendants
THUNDERWOOD HOLDINGS, INC.,
8 BRIAN DUNNING, and BRIANDUNNING.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EBAY INC., | ) CASE NO. CV 08-4052 JF PVT |
|---|---|
| Plaintiff, | ) **NOTICE OF TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| vs. | ) |
| DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, | ) DATE: February 26, 2010<br>) TIME: 10:30 a.m.<br>) CTRM: 3<br>)<br>) Hon. Jeremy Fogel presiding |
| Defendants. | ) |

///
///
///
///
///
///

1

390787v1 rr 2/19/10 18 (2785-0002)

NOTICE TO APPEAR TELEPHONICALLY AT
CASE MANAGEMENT CONFERENCE

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** counsel for Defendants, Thunderwood Holdings, Inc., Brian Dunning and BrianDunning.com, Leo J. Presiado of Rus, Miliband & Smith, APC, will appear telephonically at the Case Management Conference set for February 26, 2010 at 10:30 a.m. in Department 3 of the above-captioned Court.

DATED: February 19, 2010

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
LEO J. PRESIADO
Attorneys for Defendants
Thunderwood Holdings, Inc., Brian Dunning
and BrianDunning.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing:

**NOTICE OF TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** was filed with the Court's Electronic Filing System on February 19, 2010 and may be accessed electronically.

<u>s/ Leo J. Presiado</u>
Leo J. Presiado
Rus, Miliband & Smith, APC
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
Email: lpresiado@rusmiliband.com
Attorneys for Defendants Thunderwood Holdings, Inc., Brian Dunning and Briandunning.com

1