Dockets.Justia.com

# EXHIBIT 3

**From:** Leo J. Presiado [mailto:LPresiado@rusmiliband.com]
**Sent:** Thursday, January 14, 2010 11:38 AM
**To:** Kennedy, Colleen; Seyamack Kouretchian; foreman@freelandlaw.com; pkellymc@pacbell.net; Ross Campbell
**Subject:** RE: eBay v. DPS, et al. - Order

Colleen,
I am heading out of town and won't be back until Tuesday, but wanted to provide a response to your email. We have not yet had a chance to evaluate and determine what would constitute an adequate time period within which to prepare the subject responses and otherwise comply with the order. Please give me a call on Tuesday if you would like to discuss the matter further.
Best regards,
Leo

Leo J. Presiado, Esq.
Rus, Miliband & Smith, APC
2211 Michelson Dr., Suite 700
Irvine, California 92612
(949) 752-7100
lpresiado@rusmiliband.com

Confidentiality Note: This e-mail and any attached documents contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to Rus, Miliband & Smith immediately. In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (949-752-7100) immediately. Please delete the e-mail and all attachments and destroy all hard copies of same.

Thank you.

**From:** Kennedy, Colleen [mailto:CKennedy@OMM.com]
**Sent:** Wednesday, January 13, 2010 9:57 AM
**To:** Seyamack Kouretchian; Leo J. Presiado; 'foreman@freelandlaw.com'; 'pkellymc@pacbell.net'; Ross Campbell
**Cc:** Eberhart, David; Bunzel, Sharon M.
**Subject:** eBay v. DPS, et al. - Order

Counsel,

In light of the order issued by Judge Fogel yesterday, please advise when you will provide the various types of discovery sought in eBay's motions to compel. The expected production dates are necessary in order to provide the court with an accurate timeline for completion of discovery, which is required for the update to the Joint Case Management Conference Statement to be filed on Friday. We expect that defendants will act promptly to comply with the court's

1

order.  In particular, the documents previously provided to Mr. Presiado by Rackspace require no further review or processing and should be produced to eBay immediately.

Best regards,
Colleen

**Colleen Kennedy**
**O'Melveny & Myers LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8826
ckennedy@omm.com
*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*