# EXHIBIT 5

# RUS, MILIBAND & SMITH

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

VON KARMAN TOWERS, 2211 MICHELSON DRIVE, SEVENTH FLOOR
IRVINE, CALIFORNIA 92612
TEL 949.752.7100 FAX 949.252.1514
WWW.RUSMILIBAND.COM

RONALD RUS
JOEL S. MILIBAND
RANDALL A. SMITH
LAUREL R. ZAESKE
LEO J. PRESIADO
CATHRINE M. CASTALDI
M. PETER CRINELLA
KATHRYN J. BESCH
SARA A. MAUNDER

OF COUNSEL
PATRICK K. MCCLELLAN

WRITER'S E-MAIL
LPRESIADO@RUSMILIBAND.COM

REFERENCE NUMBER
2785-0002

February 12, 2010

*VIA FACSIMILE*

Colleen M. Kennedy, Esq.
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Re: *eBay, Inc. v. Digital Point Solutions, Inc., et al.*
USDC Case No. CV-08-4052 JF

Dear Colleen:

Thank you for agreeing to confer with me this morning regarding the date by which Mr. Dunning, Thunderwood Holdings and Briandunning.com ("Brian Dunning Defendants") will be able to provide supplemental responses.

Your contention that the Brian Dunning Defendants will be "in contempt" of the court's order in the event supplemental responses are not served by next Tuesday February 16th is unfounded. The order does not state a date by which the responses are to be provided and the Brian Dunning Defendants' proposal of a March 1st production date is reasonable – particularly since the Brian Dunning Defendants have already complied with your request to turn over all of the Rackspace documents. During our conversation you did not articulate why it is that your client needs the responses prior to March 1st. As previously pointed out to you, any delay eBay has experienced in obtaining discovery in this case has been as a direct result of eBay's dilatory conduct. Indeed, eBay did not bother to commence the motion to compel process until just last October – a full eight months after the Brian Dunning Defendants' responses were served.

Rus, Miliband & Smith

Colleen M. Kennedy, Esq.
February 12, 2010
Page 2

        To reiterate the Brian Dunning Defendants' position, the Brian Dunning Defendants will serve their supplemental responses by March 1st assuming the court has not granted the pending motions to stay the case and indictment or criminal complaint has not issued.

                Very truly yours,

                RUS, MILIBAND & SMITH
                A Professional Corporation

                LEO J. PRESIADO

LJP:rr

cc:   Patrick McClellan (via fax)
      Ross M. Campbell (via fax)
      Stewart Foreman (via fax)