# EXHIBIT 6



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Two Embarcadero Center, 28th Floor | NEW YORK |
| BRUSSELS | San Francisco, California 94111-3823 | SHANGHAI |
| CENTURY CITY | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| HONG KONG | FACSIMILE (415) 984-8701 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

OUR FILE NUMBER
234,948-0007

February 8, 2010

WRITER'S DIRECT DIAL
(415) 984-8826

**VIA FACSIMILE AND MAIL**

Leo J. Presiado
Rus, Miliband & Smith
2211 Michelson Dr., 7th Floor
Irvine, California 92612

WRITER'S E-MAIL ADDRESS
ckennedy@omm.com

Re: *eBay Inc. v. Digital Point Solutions, Inc., et al., Case No. CV-08-4052 JF*

Dear Leo:

I write regarding Judge Fogel's January 12, 2010 order granting eBay's motion to compel against your clients Brian Dunning, BrianDunning.com and Thunderwood Holdings, Inc. ("Defendants"), and this letter constitutes eBay's effort to initiate a meet and confer pursuant to Civil L.R. 37-1(a) regarding Defendants' contempt of that order. It has now been nearly four weeks since the order was issued, yet Defendants have neither complied with the order nor given any indication of when they will comply. At the January 29, 2010 hearing, Judge Fogel made clear that his January 12 order is in effect and requires Defendants to produce discovery forthwith. As such, there is no legal basis for Defendants to delay their compliance with that order. Nor should there be any practical barriers to Defendants' immediate compliance, given that eBay's discovery requests have been pending for more than a year. Defendants must comply with the order immediately.

Pursuant to Civil L.R. 37-1(a), please advise me of a time tomorrow when you can confer telephonically regarding this matter. I am generally available.

Very truly yours,

Colleen M. Kennedy
for O'MELVENY & MYERS LLP

```
************ -COMM. JOURNAL- ******************* DATE FEB-08-2010 ***** TIME 16:45 ********

        MODE = MEMORY TRANSMISSION          START=FEB-08 16:44      END=FEB-08 16:45

        FILE NO.=159

  STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                    PAGES      DURATION
  NO.            ABBR NO.

  001   OK       a            919492521514                           002/002    00:01:06
```

                                                              -OMELVENY MYERS           –

***************************************** –       – ***** –                  – *********

# O

## O'MELVENY & MYERS LLP

Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823

TELEPHONE (415) 984-8700
FACSIMILE (415) 984-8701

## FAX TRANSMITTAL

**DATE & TIME:**
Monday, 02/08/10, 4:24 PM

**TOTAL NUMBER OF PAGES:**
2

**TO:**
Leo J. Presiado - Rus, Miliband & Smith

**FAX NUMBER:**
(949) 252-1514

**TELEPHONE NUMBER:**
(949) 752-7100

**FROM:**
Colleen Kennedy

**RETURN FAX NUMBER:**
(415) 984-8701

**TELEPHONE NUMBER:**
(415) 984-8826

## MESSAGE

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR FAX DEPARTMENT AT (415) 984-8821.**

| FILE NO.: | 234948-5 | RETURN ORIGINAL TO: |
|---|---|---|
| USER NO.: | 13856 | EXTENSION: |
| RESPONSIBLE ATTY NAME: | Colleen Kennedy | LOCATION: |
| SPECIAL INSTRUCTIONS: | | |

This document is intended for the exclusive use of the addressee. It may contain privileged, confidential, or non-disclosable information. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy, or distribute it. If you have received this document by mistake, please call us promptly and securely dispose of it. Thank you.



# O'MELVENY & MYERS LLP

Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823

TELEPHONE (415) 984-8700
FACSIMILE (415) 984-8701

## FAX TRANSMITTAL

| | |
|---|---|
| **DATE & TIME:** Monday, 02/08/10, 4:24 PM | **TOTAL NUMBER OF PAGES:** 2 |
| **TO:** Leo J. Presiado - Rus, Miliband & Smith | **FAX NUMBER:** (949) 252-1514 | **TELEPHONE NUMBER:** (949) 752-7100 |
| **FROM:** Colleen Kennedy | **RETURN FAX NUMBER:** (415) 984-8701 | **TELEPHONE NUMBER:** (415) 984-8826 |

## MESSAGE

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR FAX DEPARTMENT AT** (415) 984-8821.

| | | |
|---|---|---|
| **FILE NO.:** | 234948-5 | **RETURN ORIGINAL TO:** |
| **USER NO.:** | 13856 | **EXTENSION:** |
| **RESPONSIBLE ATTY NAME:** | Colleen Kennedy | **LOCATION:** |
| **SPECIAL INSTRUCTIONS:** | | |

This document is intended for the exclusive use of the addressee. It may contain privileged, confidential, or non-disclosable information. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy, or distribute it. If you have received this document by mistake, please call us promptly and securely dispose of it. Thank you.