# EXHIBIT 7

# RUS, MILIBAND & SMITH

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

VON KARMAN TOWERS, 2211 MICHELSON DRIVE, SEVENTH FLOOR
IRVINE, CALIFORNIA 92612
TEL 949.752.7100 FAX 949.252.1514
WWW.RUSMILIBAND.COM

RONALD RUS
JOEL S. MILIBAND
RANDALL A. SMITH
LAUREL R. ZAESKE
LEO J. PRESIADO
CATHRINE M. CASTALDI
M. PETER CRINELLA
KATHRYN J. BESCH
SARA A. MAUNDER

OF COUNSEL
PATRICK K. MCCLELLAN

WRITER'S E-MAIL
LPRESIADO@RUSMILIBAND.COM

REFERENCE NUMBER
2785-0002

February 9, 2010

*VIA FACSIMILE*

Colleen M. Kennedy, Esq.
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

      Re:    *eBay, Inc. v. Digital Point Solutions, Inc., et al.*
             USDC Case No. CV-08-4052 JF

Dear Colleen:

      This letter is written in response to your letter of yesterday.

      Your contention that this firm's clients are in contempt of Judge Fogel's January 12th Order is not well taken. The date by which the subject discovery is to be provided was discussed with David Eberhardt of your office at the conclusion of the January 29th hearing – at which you were not present. As requested by Mr. Eberhardt, the Rackspace documents were produced to your office on February 3, 2010. As to the remaining discovery, it was my understanding that the parties were contemplating a 30-day time line from the date of the hearing - i.e, March 1, 2010. More specifically, as I recall, Mr. Foreman proposed this time line, which was not met with objection by Mr. Eberhardt.

      The 30-day time line is reasonable in light of the fact that Judge Fogel has not yet ruled on Defendants' motion to stay the action. In addition, although the subject Requests were served by eBay more than a year ago, eBay did not bother to commence the motion to compel process until just last October (eight months after Defendants' responses were served). Your contention that eBay's discovery attempts have been delayed on account of Defendants is simply not credible.

RUS, MILIBAND & SMITH

Colleen M. Kennedy, Esq.
February 9, 2010
Page 2

        As such, assuming Judge Fogel's ruling on Defendants' motion to stay the action issues prior (and the motions are denied), the remaining discovery will be served by March 1, 2010. If you would like to discuss the matter further, please do not hesitate to contact me.

        Very truly yours,

        RUS, MILIBAND & SMITH
        A Professional Corporation

        LEO J. PRESIADO

cc:    Stewart Foreman, Esq.
       Patrick McClellen, Esq.
       Ross Campbell, Esq.