# EXHIBIT 8

Dockets.Justia.com



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Two Embarcadero Center, 28th Floor | NEW YORK |
| BRUSSELS | San Francisco, California 94111-3823 | SHANGHAI |
| CENTURY CITY | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| HONG KONG | FACSIMILE (415) 984-8701 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

OUR FILE NUMBER
234,948-0007

February 9, 2010

WRITER'S DIRECT DIAL
(415) 984-8826

**VIA FACSIMILE AND MAIL**

Leo J. Presiado
Rus, Miliband & Smith
2211 Michelson Dr., 7th Floor
Irvine, California 92612

WRITER'S E-MAIL ADDRESS
ckennedy@omm.com

Re: *eBay Inc. v. Digital Point Solutions, Inc., et al., Case No. CV-08-4052 JF*

Dear Leo:

  I write in response to your letter of today's date. I consulted with David Eberhart and Sharon Bunzel—who were both present for the discussions following the January 29 hearing—before sending the February 8 letter and after receiving your response today. It is their clear recollection that eBay never discussed, let alone agreed to, any extension for your clients—whether a 30-day timeline, a March 1 date for compliance, or otherwise. Nor was any "30-day time line" ever discussed by Mr. Foreman. Indeed, nothing in Mr. Foreman's subsequent communications mentions any such timeline and, to the contrary, he has already taken steps (albeit incomplete so far) to promptly comply with the discovery orders.

  As stated in my February 8 letter, Judge Fogel made abundantly clear at the January 29 hearing that compliance with his January 12 order should not be delayed. Accordingly, your contention that a 30-day delay is "reasonable in light of the fact that Judge Fogel has not yet ruled on Defendants' motion to stay the action" is utterly without basis, and your attempts to delay compliance with the order are unacceptable.

O'MELVENY & MYERS LLP

Leo J. Presiado, February 9, 2010 - Page 2

      I therefore must again insist that we meet and confer telephonically regarding your clients' contempt of the January 12 order. Your refusal to participate in a meet-and-confer conference is grounds for sanctions under Civil L.R. 37-1(a). Please let me know your availability for a call tomorrow.

      Very truly yours,

      Colleen M. Kennedy
      for O'MELVENY & MYERS LLP

cc:    David R. Eberhart, Esq.
       Sharon M. Bunzel, Esq.