# EXHIBIT 9

# RUS, MILIBAND & SMITH

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

VON KARMAN TOWERS, 2211 MICHELSON DRIVE, SEVENTH FLOOR
IRVINE, CALIFORNIA 92612
TEL 949.752.7100 FAX 949.252.1514
WWW.RUSMILIBAND.COM

RONALD RUS
JOEL S. MILIBAND
RANDALL A. SMITH
LAUREL R. ZAESKE
LEO J. PRESIADO
CATHRINE M. CASTALDI
M. PETER CRINELLA
KATHRYN J. BESCH
SARA A. MAUNDER

OF COUNSEL
PATRICK K. McCLELLAN

WRITER'S E-MAIL
LPRESIADO@RUSMILIBAND.COM

REFERENCE NUMBER
2785-0002

February 10, 2010

**VIA FACSIMILE**

Colleen M. Kennedy, Esq.
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Re: *eBay, Inc. v. Digital Point Solutions, Inc., et al.*
USDC Case No. CV-08-4052 JF

Dear Colleen:

This letter is written in response to your letter of earlier today.

Your contention that a 4 week (30 day) time line was not discussed at the conclusion of the January 29th hearing is false. As I just confirmed with Mr. Campbell, he suggested a 4 week time line at the conclusion of the hearing to which Mr. Eberhardt did not object and even acknowledged that compiling the responses "would take some time." My apologies for confusing Mr. Foreman with Mr. Campbell as the person who made the time line suggestion.

Your contention that I have refused to engage in a telephonic meet and confer is equally incorrect. I simply responded to your letter in writing. I never indicated that I would not meet with you telephonically and, in fact, concluded the letter by inviting you to contact me. You can pick up the phone as easily as I can.

Rus, Miliband & Smith

Colleen M. Kennedy, Esq.
February 10, 2010
Page 2

      So there is no confusion - **I would like to participate in a telephonic meet and confer with you regarding the matter addressed in our respective letters.** I am available Friday, February 12th, between 10:00 a.m. and 11:30 a.m., or between 1:30 p.m. and 5:00 p.m. Please let me know what time you will be calling.

      Very truly yours,

      RUS, MILIBAND & SMITH
      A Professional Corporation

      LEO J. PRESIADO

cc:   Stewart Foreman, Esq.
      Patrick McClellen, Esq.
      Ross Campbell, Esq.