# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

## CIVIL MINUTES

**Court Proceedings:** Further Case Management Conference, February 26, 2010     Time: 6 mins
**Case Number:** CV-08-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**      **EBAY V. DIGITAL POINT SOLUTIONS, ET AL**

**PLAINTIFF**                                                **DEFENDANT**

Attorneys Present: Sharon Bunzel                Attorneys Present: Ross Campbell
                                                                                Stewart Foreman, Leo Presiado

PROCEEDINGS:

Further Case Management Conference held.  Parties are present.  The parties are re-referred to court mediation, to occur within 90 days.  Continued to 4/2/10 at 9:00 a.m. for further case management conference, to be heard with the motion.