Seyamack Kouretchian (State Bar No. 171741)
Seyamack@CoastLawGroup.com
Ross M. Campbell (State Bar No. 234827)
Rcampbell@CoastLawGroup.com
COAST LAW GROUP, LLP
1140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  (760) 942-8505
Fax:  (760) 942-8515

Attorneys for Defendants, SHAWN HOGAN
and DIGITAL POINT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC.,<br><br>        Plaintiff,<br>v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>        Defendants. | Case No.  CV 08-04052 JF PVT<br><br>**STIPULATION, MOTION FOR ADMINISTRATIVE RELIEF, AND [PROPOSED] ORDER STAYING CIVIL ACTION**<br><br>Judge: Hon. Jeremy Fogel<br>Dept.: Courtroom 3 |

**THE PARTIES TO THE ABOVE-ENTITLED ACTION HEREBY STIPULATE TO AND MOVE FOR THE FOLLOWING RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11:**

    1.    Plaintiff alleges that Defendants, as participants in eBay's affiliate marketing program, engaged in cookie stuffing intended to defraud Plaintiff.

    2.    Defendants previously moved to stay this action under *Keating v. Office of Thrift Supervision* (9th Cir. 1995) 45 F.3d 322, pending the resolution of parallel criminal investigations undertaken by the United States Attorney's Office and Federal Bureau of Investigation.

3. On February 25, 2010, the Court issued an Order denying, without prejudice, Defendants' motions to stay this civil action. The primary basis for the denial of the motions was that no indictment had been returned as to any Defendant. During the hearing on Defendants' motions to stay, the Court stated that "[i]f there's an indictment, then we have to recalibrate the entire case." (1/29/10 Tr. 18.)

4. Defendants Shawn Hogan and Brian Dunning were indicted on June 24, 2010. *United States v. Hogan*, CR 10-0495 JF (N.D. Cal. June 24, 2010); *United States v. Dunning*, CR 10-0494 JF (N.D. Cal. June 24, 2010). The indictments are based on the same alleged cookie stuffing scheme at issue in this civil action.

5. On June 29, 2010, the United States filed a Notice of Related Case stating that defendants Shawn Hogan and Brian Dunning in the instant action are alleged to have engaged in the same cookie stuffing scheme that is the subject of the indictments. On July 7, 2010, the Court issued an order finding that the instant civil action and the aforementioned criminal cases are related.

6. Based on the foregoing, all parties to this action hereby stipulate and move that this civil action be stayed in its entirety as to all parties until further order by the Court.

7. The parties further stipulate and move that the Court vacate the existing case management dates, including but not limited to the fact and expert discovery cut-off dates, the pretrial conference date, and the jury trial date. The parties also stipulate and move that a further case management conference be set for February 11, 2011, approximately six months from the date of this stipulation, or as otherwise convenient for the Court.

**IT IS SO STIPULATED.**
DATED: July 28, 2010

DAVID R. EBERHART
SHARON M. BUNZEL
NORA PUCKETT
O'MELVENY & MYERS LLP

By: /s/ *David R. Eberhart*
 David R. Eberhart

Attorneys for Plaintiff EBAY, INC.

| | | |
|---|---|---|
| 1 | DATED: July 28, 2010 | SEYAMACK KOURETCHIAN<br>ROSS M. CAMPBELL<br>COAST LAW GROUP LLP |

DATED: July 28, 2010     SEYAMACK KOURETCHIAN
ROSS M. CAMPBELL
COAST LAW GROUP LLP

By: /s/ *Ross M. Campbell*
   Ross M. Campbell

Attorneys for Defendants SHAWN HOGAN and DIGITAL POINT SOLUTIONS, INC.

DATED: July 28, 2010     LEO J. PRESIADO
RUS, MILIBAND & SMITH

By: /s/ *Leo J. Presiado*
   Leo J. Presiado

Attorneys for Defendants THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING and BRIANDUNNING.COM

DATED: July 28, 2010     PATRICK K. MCCLELLAN
LAW OFFICE OF PATRICK K. MCCLELLAN

By: /s/ *Patrick K. McClellan*
   Patrick K. McClellan

Attorneys for Defendant KESSLER's FLYING CIRCUS

DATED: July 28, 2010     TODD DUNNING

*/s/ Todd Dunning*

*Pro Se*

DATED: July 28, 2010     DUNNING ENTERPRISE, INC.

By: /s/ *Todd Dunning*

/././

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the foregoing stipulation and motion, and good cause appearing therefor, IT IS |
| 3 | HEREBY ORDERED that this action is stayed in its entirety as to all parties until further order by |
| 4 | the Court. The Court hereby vacates all existing case management dates. A further case |
| 5 | management conference will be held on February 11, 2011 at 10:30 am. |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: 7/30/10 |
| 8 | The Honorable Jeremy Fogel<br>United States District Court Judge<br>Northern District of California |

- 4 -                                  Case No.  CV 08-04052 JF PVT