DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:    (415) 984-8700

Attorneys for Plaintiff
EBAY, INC.

**\*\*E-Filed 8/5/2011\*\***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC.K TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>         Defendants. | Case No.  CV 08-04052 JF PSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Jeremy Fogel<br>Dept.:     Courtroom 3 |

**THE PARTIES TO THE ABOVE-ENTITLED ACTION HEREBY STIPULATE PURSUANT TO CIVIL LOCAL RULES 7-12 AND 16-2:**

1.    Plaintiff alleges that Defendants, as participants in eBay's affiliate marketing program, engaged in cookie stuffing intended to defraud Plaintiff.  Defendants deny Plaintiff's allegations.

2.    Defendants Shawn Hogan and Brian Dunning were indicted on June 24, 2010.  *United States v. Hogan*, CR 10-0495 JF (N.D. Cal. June 24, 2010); *United States v. Dunning*, CR 10-0494 JF (N.D. Cal. June 24, 2010).  The indictments are based on the same alleged cookie

stuffing scheme at issue in this civil action.

3. On June 29, 2010, the United States filed a Notice of Related Case stating that defendants Shawn Hogan and Brian Dunning in the instant action are alleged to have engaged in the same cookie stuffing scheme that is the subject of the indictments. On July 7, 2010, the Court issued an order finding that the instant civil action and the aforementioned criminal cases are related.

4. Based on the foregoing, on July 28, 2010, the parties to this action stipulated and moved that this civil action be stayed in its entirety as to all parties until further order by the Court. The parties also stipulated and moved the Court to vacate the existing case management dates, including but not limited to the fact and expert discovery cut-off dates, the pretrial conference date, and the jury trial date. The parties stipulated and moved that a further case management conference be set for February 11, 2011.

5. On August 3, 2010, the Court, pursuant to the parties' stipulation and motion, stayed the case in its entirety as to all parties and vacated all existing case management dates. The Court set a further case management conference for February 11, 2011 at 10:30 a.m.

6. On February 10, 2011, pursuant to the parties' stipulation, the Court continued the case management conference scheduled for February 11, 2011 at 10:30 a.m. until August 12, 2011.

7. The criminal cases against defendants Shawn Hogan and Brian Dunning are ongoing, and no trial dates have been set in those matters.

8. The parties stipulate and request that the Court continue the case management conference scheduled for August 12, 2011 at 10:30 a.m. until January 13, 2012, or as otherwise convenient for the Court. If either or both of the criminal cases are resolved prior to the rescheduled case management conference, the parties shall timely inform the Court.

9. Notwithstanding the foregoing, the parties further stipulate that any party may move at any time to lift the current stay or to set a case management conference before January 13, 2012.

1 | **IT IS SO STIPULATED.**

2 | DATED: July 29, 2011

DAVID R. EBERHART
SHARON M. BUNZEL
O'MELVENY & MYERS LLP

By: /s/ *David R. Eberhart*
    David R. Eberhart

Attorneys for Plaintiff
EBAY, INC.

DATED: July 29, 2011

SEYAMACK KOURETCHIAN
ROSS M. CAMPBELL
COAST LAW GROUP LLP

By: /s/ *Ross M. Campbell*
    Ross M. Campbell

Attorneys for Defendants
SHAWN HOGAN and DIGITAL POINT
SOLUTIONS, INC.

DATED: July 29, 2011

LEO J. PRESIADO
RUS, MILIBAND & SMITH

By: /s/ *Leo J. Presiado*
    Leo J. Presiado

Attorneys for Defendants
THUNDERWOOD HOLDINGS, INC., BRIAN
DUNNING and BRIANDUNNING.COM

DATED: July 29, 2011

PATRICK K. MCCLELLAN
LAW OFFICE OF PATRICK K. MCCLELLAN

By: /s/ *Patrick K. McClellan*
    Patrick K. McClellan

Attorneys for Defendant
KESSLER's FLYING CIRCUS

| | | |
|---|---|---|
| 1 | DATED: July 29, 2011 | TODD DUNNING |
| 2 | | |
| 3 | | By: /s/ *Todd Dunning* <br>       Todd Dunning |
| 4 | | Pro Se |
| 5 | DATED: July 29, 2011 | DUNNING ENTERPRISE, INC. |
| 6 | | |
| 7 | | By: /s/ *Todd Dunning* <br>       Todd Dunning |

## ATTESTATION

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

DATED: July 29, 2011        By: /s/ *David R. Eberhart*
                                        David R. Eberhart

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the case management conference scheduled for August 12, 2011 at 10:30 a.m. shall be continued until January 13, 2012 at 10:30 a.m.  This stipulation is without prejudice to any party moving to lift the current stay before the continued case management conference should the circumstances so warrant. Any party may also move the Court to set a case management conference before January 13, 2012.

**IT IS SO ORDERED.**

Dated: 8/5/2011

_____
The Honorable Jeremy Fogel
United States District Court Judge
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, Michael O'Donnell, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within action. My business address is Two Embarcadero Center, 28th Floor, California 94111. On August 1, 2011 the following documents were served via Email and U.S. Mail:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Todd Dunning
1 Stockbridge
Aliso Viejo, CA 92656
San Francisco, CA 94105
T: (949) 448-0889
karinedunning@yahoo.com
*on behalf of Defendants Todd Dunning and Dunning Enterprise, Inc.*

*Via Email and U.S. Mail*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2011 at San Francisco, California.

_____
Michael O'Donnell