DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:   (415) 984-8700

Attorneys for Plaintiff
EBAY INC.

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>　　　　　Defendants. | Case No.  CV 08-04052-EJD-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　Hon. Edward J. Davila<br>Dept.:　　Courtroom 1 |

**THE PARTIES TO THE ABOVE-ENTITLED ACTION HEREBY STIPULATE PURSUANT TO CIVIL LOCAL RULES 7-12 AND 16-2:**

　　1.　　Plaintiff alleges that Defendants, as participants in eBay's affiliate marketing program, engaged in cookie stuffing intended to defraud Plaintiff.  Defendants deny Plaintiff's allegations.

　　2.　　On or about October 15, 2009, Defendants moved to stay this action under *Keating v. Office of Thrift Supervision*, 45 F.3d 322 (9th Cir. 1995), pending resolution of parallel criminal investigations undertaken by the United States Attorney's Office and Federal Bureau of

Investigation concerning the same alleged cookie stuffing scheme at issue in this civil action.

3. On February 25, 2010, the Court issued an Order denying, without prejudice, Defendants' motions to stay this civil action. The primary basis for the denial of the motions was that no indictment had been returned as to any Defendant.

4. Defendants Shawn Hogan and Brian Dunning were indicted on June 24, 2010. *United States v. Hogan*, CR 10-0495 JF (N.D. Cal. June 24, 2010); *United States v. Dunning*, CR 10-0494 JF (N.D. Cal. June 24, 2010). The indictments are based on the same alleged cookie stuffing scheme at issue in this civil action.

5. On June 29, 2010, the United States filed a Notice of Related Case stating that defendants Shawn Hogan and Brian Dunning in the instant action are alleged to have engaged in the same cookie stuffing scheme that is the subject of the indictments. On July 7, 2010, the Court issued an order finding that the instant civil action and the aforementioned criminal cases are related.

6. Based on the foregoing, on July 28, 2010, the parties to this action stipulated and moved that this civil action be stayed in its entirety as to all parties until further order by the Court. The parties also stipulated and moved the Court to vacate the existing case management dates, including but not limited to the fact and expert discovery cut-off dates, the pretrial conference date, and the jury trial date. The parties stipulated and moved that a further case management conference be set for February 11, 2011.

7. On August 3, 2010, the Court, pursuant to the parties' stipulation and motion, stayed the case in its entirety as to all parties and vacated all existing case management dates. The Court set a further case management conference for February 11, 2011 at 10:30 a.m.

8. Thereafter, on February 10 and August 5, 2011, pursuant to the parties' stipulation, the Court entered successive orders continuing the case management conferences in light of the pending criminal proceedings. After reassignment to this Court, this matter was set for further case management conference on January 13, 2012 at 10:00 a.m.

9. The criminal cases against defendants Shawn Hogan and Brian Dunning are ongoing. On November 7, 2011, the Court set trial dates for *United States v. Dunning* and

*United States v. Hogan* on October 23, 2012 and January 15, 2013, respectively.

10. The parties stipulate and request that the Court continue the case management conference scheduled for January 13, 2012 10:00 a.m. until June 8, 2012, or as otherwise convenient for the Court. If either or both of the criminal cases are resolved prior to the rescheduled case management conference, the parties shall timely inform the Court.

11. Notwithstanding the foregoing, the parties further stipulate that any party may move at any time to lift the current stay or to set a case management conference before June 8, 2012.

1  **IT IS SO STIPULATED.**

2  DATED: December 13, 2011              DAVID R. EBERHART
                                         SHARON M. BUNZEL
3                                        O'MELVENY & MYERS LLP

4
                                         By: /s/ *David R. Eberhart*
5                                            David R. Eberhart

6                                        Attorneys for Plaintiff
                                         EBAY INC.
7

8  DATED: December 13, 2011              SEYAMACK KOURETCHIAN
                                         ROSS M. CAMPBELL
9                                        COAST LAW GROUP LLP

10
                                         By: /s/ *Ross M. Campbell*
11                                           Ross M. Campbell

12                                       Attorneys for Defendants
                                         SHAWN HOGAN and DIGITAL POINT
13                                       SOLUTIONS, INC.

14
15 DATED: December 13, 2011              LEO J. PRESIADO
                                         RUS, MILIBAND & SMITH
16
                                         By: /s/ *Leo J. Presiado*
17                                           Leo J. Presiado

18                                       Attorneys for Defendants
                                         THUNDERWOOD HOLDINGS, INC., BRIAN
19                                       DUNNING and BRIANDUNNING.COM

20
21 DATED: December 13, 2011              PATRICK K. MCCLELLAN
                                         LAW OFFICE OF PATRICK K. MCCLELLAN
22
                                         By: /s/ *Patrick K. McClellan*
23                                           Patrick K. McClellan

24                                       Attorneys for Defendant
                                         KESSLER's FLYING CIRCUS
25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: December 13, 2011 | TODD DUNNING |
| 2 | | |
| 3 | | By: /s/ *Todd Dunning* <br> Todd Dunning |
| 4 | | Pro Se |
| 5 | DATED: December 13, 2011 | DUNNING ENTERPRISE, INC. |
| 6 | | |
| 7 | | By: /s/ *Todd Dunning* <br> Todd Dunning |

## ATTESTATION

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

DATED: December 13, 2011     By: /s/ *David R. Eberhart*
                                  David R. Eberhart

- 5 -     STIPULATION AND [PROPOSED] ORDER
Case No. CV 08-04052 EJD PSG

1 **[PROPOSED] ORDER**

2    Pursuant to the foregoing stipulation, and good cause appearing therefor, IT IS HEREBY

3 ORDERED that the case management conference scheduled for January 13, 2012 at 10:00 a.m.
is VACATED. Since it appears at this time that the stay imposed in this case will
4 continue in effect into 2013, the Clerk shall administratively close this action. The
parties shall submit a joint status report apprising the court of any developments which
5 may affect the stay no later than April 15, 2012, and shall submit a similar report every
6 three (3) months thereafter. This Order shall not prevent either party from seeking to
reopen this case and lift the stay to set a Case Management Conference or request
7 other relief should the circumstances warrant.

8    **IT IS SO ORDERED.**

9 Dated: December 15, 2011 _____
The Honorable Edward J. Davila
10 United States District Court Judge
Northern District of California