**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | CASE NO. 5:08-cv-04052 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Laurel Beeler for a settlement conference.

**IT IS SO ORDERED.**

Dated: October 15, 2013

EDWARD J. DAVILA
United States District Judge