**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

Date: **October 11, 2013**

**C 08-4052 EJD (LB)**
**Related Case: CR 10-0495 EJD (LB)**

**eBay, Inc.** v **Digital Point Solutions, Inc., et al.**
**United States** v **Shawn D. Hogan**

| | |
|---|---|
| Plaintiff Attorney(s): | David Callaway |
| Defendant Attorney(s): | Greg Halm, Janice W. Reicher and Jessica K. Nall |
| eBay Attorney(s): | David R. Eberhart, Sharon M. Bunzel, Robert D. Tronnes and Brandon Pace |

Time: **11 Hours 30 Minutes**
Deputy Clerk: **LASHANDA SCOTT**         Reporter: **Debra Pas (10/17/2013)**

**PROCEEDINGS:**                                        **RULING:**

1. Settlement Conference                                Matter Held
2. _____

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Settlement Conference held.  Case Settled in Civil Case.

(   ) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court__

(   ) Referred to Magistrate For:

(   ) CASE CONTINUED TO_____   for _____

Notes: